Gary M. Hoffman, pro hac vice
Kenneth W. Brothers, pro hac vice
Eric Oliver, pro hac vice
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC 20037-1526
Phone: (202) 785-9700
Fax: (202) 887-0689

Edward A. Meilman, pro hac vice
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone: (212) 835-1400
Fax: (212) 992-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Attorneys for the Plaintiff Ricoh Company, Ltd.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP. and MATROX TECH, INC., <br><br> Defendants. | Case No. C03-4669 PVT (Judge Trumbull), <br><br> PATENT INFRINGEMENT ACTION <br><br> NOTICE OF RELATED ACTION CURRENTLY PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA |

Pursuant to Northern District Civil Local Rule 3-12, Ricoh Company, Ltd. respectfully submits the following Notice of Related Case:

There are currently pending in this judicial district two cases that meet the definition of related cases within the meaning of Civil Local Rule 3-12(b). The first case pending in this district, which was filed on May 14, 2003, is entitled "Synopsys, Inc. v. Ricoh Company, Ltd.," and is Case No. C 03-02289 MJJ. The second case pending in this district, which was originally filed in the United States District Court for the District of Delaware on January 21, 2003 and was recently transferred to this district, is entitled "Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.," and is Case No. C 03-4669 PVT. The first case is pending before Judge Jenkins. The second case is pending before Chief Magistrate Judge Trumbull.

Both actions are related and concern the enforcement of rights arising under a United States patent, U.S. Patent 4,922,432, owned by Ricoh Company, Ltd., which is the defendant in the first pending action and the plaintiff in the second pending action. The cases raise substantially the same questions of law, specifically, the enforceability of U.S. Patent No. 4,922,432. For the foregoing reasons, there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges, and assignment of both cases to a single Judge is likely to conserve judicial resources and promote an efficient determination of the actions.

Dated: October 20, 2003                    Respectfully submitted,

                                           Ricoh Company, Ltd.


                                           By: _____
                                           Jeffrey B. Demain, State Bar No. 126715
                                           Jonathan Weissglass, State Bar No. 185008
                                           Altshuler, Berzon, Nussbaum, Rubin & Demain
                                           177 Post Street, Suite 300
                                           San Francisco, California 94108
                                           Phone: (415) 421-7151
                                           Fax: (415) 362-8064

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN *&*
OSHINSKY  LLP
2101 L Street NW
Washington, D.C.  20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN *&*
OSHINSKY  LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 896-5471
Facsimile:  (212) 997-9880

Attorneys for the Plaintiff

PROOF OF SERVICE

CASE:   *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*

CASE NO:   U.S. District Court, N.D. Cal., No. C03-4669 PVT
(transferred from D. Delaware, Case No. 03-103 GMS)

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On October 20, 2003, I served the following document(s):

NOTICE OF RELATED ACTION CURRENTLY PENDING IN THE NORTHERN DISTRICT OF CALIFORNIA

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

<u>By First Class Mail</u>:  I am readily familiar with the practice of Altshuler, Berzon for the collection and processing of correspondence for mailing with the United States Postal Service. I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

| **ADDRESSEE** | **PARTY** |
|---|---|
| Robert W. Whetzel, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541 | Ricoh Company, Ltd. |
| George Pazuniak<br>Francis DiGiovanni<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Aeroflex Incorporated, AMI Semiconductor Inc., Matrox Electronic Systems Ltd., Matrox Graphics Inc., Matrox International Corp., Matrox Tech Inc., Aeroflex Incorporated |

///

| | |
|---|---|
| Robert Scott Saunders<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000 | Aeroflex Incorporated |
| Josy W. Ingersoll<br>John W. Shaw<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, DE 19899-0391<br>(302) 571-6600 | Matrox Electronic Systems Ltd., Matrox Graphics Inc., Matrox International Corp., Matrox Tech Inc. |
| Christopher L. Kelley, Esq.<br>Erik K. Moller, Esq.<br>Teresa M. Corbin, Esq.<br>Howrey Simon Arnold & White LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA 94025<br>(650) 463-8100<br>(650) 463-8400 Facsimile | Synopsys, Inc. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this October 20, 2003, at San Francisco, California.

_____
Edward Lin