Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Erik K. Moller (SBN 147674)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California  94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Attorneys for Defendants Aeroflex Incorporated, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>       Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, ET AL.,<br><br>       Defendant. | Case No. C03-4669 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATED DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated:  October 20, 2003

Respectfully submitted,

HOWREY SIMON ARNOLD & WHITE, LLP

By: ___/s/_____
Erik K. Moller

Counsel for Defendants Aeroflex Incorporated, Inc.

---

**HOWREY SIMON ARNOLD & WHITE**

Case No. C03-4669 PVT
DECLINATION TO PROCEED BEFORE A MAGISTRATE
JUDGE & REQUEST FOR REASSIGNMENT