**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| **RICOH COMPANY, LTD.,** | C 03-4669 PVT |
| Plaintiff(s), | |
| vs. | **CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| **AEROFLEX INCORPORATED, ET AL.** | |
| Defendant(s). | |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

Dated: October 22, 2003            RICHARD W. WIEKING,
                                   Clerk of Court

                                   /s/ Corinne Moore
                                   _____
                                   By: Corinne Moore
                                   Deputy Clerk

| | |
|---|---|
| 1 | Copies mailed to: |
| 2 | Robert W. Whetzel |
| | Richards, Layton & Finger |
| 3 | One Rodney Square |
| | P.O. Box 551 |
| 4 | Wilmington, DE 19899 |
| 5 | George Pazunial |
| | Francis DiGiovanni |
| 6 | Connolly, Bove, Lodge & Hutz |
| | The Nemours Building |
| 7 | 1007 North Orange Street |
| | Post Office Box 2207 |
| 8 | Wilmington, DE 19899 |
| 9 | Josy Ingersoll |
| | Young Conaway Stargatt & Taylor |
| 10 | The Brandywine Building |
| | 1000 West Street, 17th Floor |
| 11 | P. O. Box 391 |
| | Wilmington, DE 19899-0391 |