**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                                                    General Court Number
Clerk                                                                                                                 408.535.5364

**CASE NUMBER:  CV 03-04669 PVT**
**CASE TITLE:  RICOH COMPANY-v-AEROFLEX INCORPORATED**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable MAXINE M. CHESNEY** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **MMC** immediately after the

case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date:   10/22/03

FOR THE EXECUTIVE COMMITTEE:

*Richard W. Wieking*
Clerk

NEW CASE FILE CLERK:
Copies to: Courtroom Deputies                              Special Projects
Log Book Noted             10/22/03                          Entered in Computer         10/22/03

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel     10/22/03                         Transferor CSA                 10/22/03 BJW