1  Gary M. Hoffman, pro hac vice
   Kenneth W. Brothers, pro hac vice
2  Eric Oliver, pro hac vice
   Dickstein Shapiro Morin & Oshinsky LLP
3  2101 L Street, NW
   Washington, DC 20037-1526
4  Phone: (202) 785-9700
   Fax: (202) 887-0689
5
   Edward A. Meilman, pro hac vice
6  Dickstein Shapiro Morin & Oshinsky LLP
   1177 Avenue of the Americas
7  New York, New York 10036-2714
   Phone: (212) 835-1400
8  Fax: (212) 992-9880
9  Jeffrey B. Demain, State Bar No. 126715
   Jonathan Weissglass, State Bar No. 185008
10 Altshuler, Berzon, Nussbaum, Rubin & Demain
   177 Post Street, Suite 300
11 San Francisco, California 94108
   Phone: (415) 421-7151
12 Fax: (415) 362-8064
13 Attorneys for the Plaintiff Ricoh Company, Ltd.

14

15                 IN THE UNITED STATES DISTRICT COURT

16                 NORTHERN DISTRICT OF CALIFORNIA

17                     SAN FRANCISCO DIVISION

18
   RICOH COMPANY, LTD.,                    )
19                                         )
             Plaintiff,                    )    Case No. C03-4669 MCC
20                                         )
        vs.                               )    PROOF OF SERVICE
21                                         )
   AEROFLEX INCORPORATED, AMI              )
22 SEMICONDUCTOR, INC., MATROX             )
   ELECTRONIC SYSTEMS, LTD., MATROX        )
23 GRAPHICS INC., MATROX                   )
   INTERNATIONAL CORP. and MATROX          )
24 TECH, INC.,                             )
                                           )
25           Defendants.                   )
                                           )
26

27

28

                        PROOF OF SERVICE
            Ricoh v. Aeroflex et al.  C03-4669 MCC Page 1

**PROOF OF SERVICE**

**CASE:**    *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*

**CASE NO:**    U.S. District Court, N.D. Cal., No. C03-4669 MCC
(transferred from D. Delaware, Case No. 03-103 GMS)

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On October 29, 2003, I served the following document(s):

1) CASE MANAGEMENT CONFERENCE ORDER; and

2) STANDING ORDERS FOR CIVIL CASES ASSIGNED TO THE HONORABLE MAXINE M. CHESNEY

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

By First Class Mail: I am readily familiar with the practice of Altshuler, Berzon for the collection and processing of correspondence for mailing with the United States Postal Service. I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

| ADDRESSEE | PARTY |
|---|---|
| Robert W. Whetzel, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541 | Ricoh Company, Ltd. |
| George Pazuniak<br>Francis DiGiovanni<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Aeroflex Incorporated, AMI Semiconductor Inc., Matrox Electronic Systems Ltd., Matrox Graphics Inc., Matrox International Corp., Matrox Tech Inc., Aeroflex Incorporated |

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robert Scott Saunders
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899
(302) 651-3000

Aeroflex Incorporated

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
(302) 571-6600

Matrox Electronic Systems Ltd.,
Matrox Graphics Inc., Matrox
International Corp., Matrox Tech
Inc.

Christopher L. Kelley, Esq.
Erik K. Moller, Esq.
Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
301 Ravenswood Avenue
Menlo Park, CA 94025
(650) 463-8100
(650) 463-8400 Facsimile

Aeroflex, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this October 29, 2003, at San Francisco, California.



_____
Edward Lin