Gary M. Hoffman, pro hac vice
Kenneth W. Brothers, pro hac vice
Eric Oliver, pro hac vice
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone:  (202) 785-9700
Fax:  (202) 887-0689

Edward A. Meilman, pro hac vice
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone:  (212) 835-1400
Fax:  (212) 992-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Phone:  (415) 421-7151
Fax:  (415) 362-8064

Attorneys for the Plaintiff Ricoh Company, Ltd.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP. and MATROX TECH, INC., <br><br> Defendants. | Case No. C03-4669 MMC <br><br> PATENT INFRINGEMENT ACTION <br><br> PLAINTIFF'S PROVISIONAL RESPONSE TO DEFENDANTS' NOTICE TO COURT RE ORDER REQUIRING DELIVERY OF DOCUMENTS OUTSTANDING AT TIME OF TRANSFER OF CASE FROM DELAWARE |

1   Plaintiff Ricoh Company, Ltd. (hereinafter "Plaintiff") respectfully submits the
following Provisional Response to Defendants' Notice to Court re Order Requiring Delivery of
Documents Outstanding at Time of Transfer of Case from Delaware, filed on or about October
30, 2003 (hereinafter "Defendants' Notice").

Defendants' Notice concerns a dispute that arose in this case while it was pending in
the District of Delaware, before the case was transferred to this Court.  Plaintiff agrees that the
dispute should be resolved by this Court, but believes that any such resolution is premature at
this time.

The above-captioned case is related to another case pending before Judge Jenkins of
this Court, *Synopsys, Inc. v. Ricoh Company Ltd.*, N.D. Cal. Case No. 03-2289-MJJ.  Both sides
have filed related case notices in this case and in the *Synopsys* case, stating that the two cases are
related.  In light of that, Plaintiff believes that the above-captioned case will be related to the
*Synopsys* case in the near future, and will therefore be transferred to Judge Jenkins consistent
with the practice of this Court, since the *Synopsys* case has the lower case number.  For that
reason, Plaintiff requests the Court not to take any action at this time with regard to Defendants'
Notice.  After the case is transferred to Judge Jenkins, Plaintiff will provide a substantive
response to Defendants' Notice and the dispute can be resolved in due course.  If the Court
indicates that it wishes to resolve the dispute prior to the expected transfer of this case to Judge
Jenkins, however, Plaintiff will at that time provide the Court with a substantive response to

///
///
///
///
///
///

Defendants' Notice.

Dated: October 31, 2003

Respectfully submitted,

Ricoh Company, Ltd.

By: _____
Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880

Attorneys for the Plaintiff