1  Gary M. Hoffman, pro hac vice
   Kenneth W. Brothers, pro hac vice
2  Eric Oliver, pro hac vice
   Dickstein Shapiro Morin & Oshinsky LLP
3  2101 L Street, NW
   Washington, DC 20037-1526
4  Phone: (202) 785-9700
   Fax: (202) 887-0689
5
   Edward A. Meilman, pro hac vice
6  Dickstein Shapiro Morin & Oshinsky LLP
   1177 Avenue of the Americas
7  New York, New York 10036-2714
   Phone: (212) 835-1400
8  Fax: (212) 992-9880

9  Jeffrey B. Demain, State Bar No. 126715
   Jonathan Weissglass, State Bar No. 185008
10 Altshuler, Berzon, Nussbaum, Rubin & Demain
   177 Post Street, Suite 300
11 San Francisco, California 94108
   Phone: (415) 421-7151
12 Fax: (415) 362-8064

13 Attorneys for the Plaintiff Ricoh Company, Ltd.

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICOH COMPANY, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AEROFLEX INCORPORATED, AMI ) <br> SEMICONDUCTOR, INC., MATROX ) <br> ELECTRONIC SYSTEMS, LTD., MATROX ) <br> GRAPHICS INC., MATROX ) <br> INTERNATIONAL CORP. and MATROX ) <br> TECH, INC., ) <br> ) <br> Defendants. ) <br> ) | Case No. C03-4669 MMC <br><br> **PROOF OF SERVICE** |

# PROOF OF SERVICE

**CASE:** *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*
**CASE NO:** U.S. District Court, N.D. Cal., No. C03-4669 MMC
(transferred from D. Delaware, Case No. 03-103 GMS)

    I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On October 31, 2003, I served the following document(s):

**Plaintiff's Provisional Response to Defendants' Notice to Court re Order Requiring Delivery of Documents Outstanding at Time of Transfer of Case from Delaware**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

<u>By First Class Mail</u>: I am readily familiar with the practice of Altshuler, Berzon for the collection and processing of correspondence for mailing with the United States Postal Service. I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

| ADDRESSEE | PARTY |
|---|---|
| Robert W. Whetzel, Esq.<br>Richards, Layton & Finger<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 658-6541 | Ricoh Company, Ltd. |
| George Pazuniak<br>Francis DiGiovanni<br>Connolly, Bove, Lodge & Hutz<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE 19899<br>(302) 658-9141 | Aeroflex Incorporated, AMI Semiconductor Inc., Matrox Electronic Systems Ltd., Matrox Graphics Inc., Matrox International Corp., Matrox Tech Inc., Aeroflex Incorporated |
| Robert Scott Saunders<br>Skadden, Arps, Slate, Meagher & Flom<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>(302) 651-3000 | Aeroflex Incorporated |

| | | |
|---|---|---|
| 1 | Josy W. Ingersoll | Matrox Electronic Systems Ltd., |
| 2 | John W. Shaw | Matrox Graphics Inc., Matrox |
|   | Young, Conaway, Stargatt & Taylor | International Corp., Matrox Tech |
| 3 | The Brandywine Building | Inc. |
|   | 1000 West Street, 17th Floor | |
| 4 | P.O. Box 391 | |
|   | Wilmington, DE 19899-0391 | |
| 5 | (302) 571-6600 | |
| 6 | | |
|   | Christopher L. Kelley, Esq. | Aeroflex, Inc. |
| 7 | Erik K. Moller, Esq. | |
|   | Teresa M. Corbin, Esq. | |
| 8 | Howrey Simon Arnold & White LLP | |
|   | 301 Ravenswood Avenue | |
| 9 | Menlo Park, CA 94025 | |
| 10 | (650) 463-8100 | |
|   | (650) 463-8400 Facsimile | |

   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed this October 31, 2003, at San Francisco, California.

_____
Jean Perley