1  Gary M. Hoffman, pro hac vice
   Kenneth W. Brothers, pro hac vice
2  Eric Oliver, pro hac vice
   Dickstein Shapiro Morin & Oshinsky LLP
3  2101 L Street, NW
   Washington, DC 20037-1526
4  Phone: (202) 785-9700
   Fax: (202) 887-0689
5
   Edward A. Meilman, pro hac vice
6  Dickstein Shapiro Morin & Oshinsky LLP
   1177 Avenue of the Americas
7  New York, New York 10036-2714
   Phone: (212) 835-1400
8  Fax: (212) 992-9880

9  Jeffrey B. Demain, State Bar No. 126715
   Jonathan Weissglass, State Bar No. 185008
10 Altshuler, Berzon, Nussbaum, Rubin & Demain
   177 Post Street, Suite 300
11 San Francisco, California 94108
   Phone: (415) 421-7151
12 Fax: (415) 362-8064

13 Attorneys for the Plaintiff Ricoh Company, Ltd.

14

15          **IN THE UNITED STATES DISTRICT COURT**

16          **NORTHERN DISTRICT OF CALIFORNIA**

17              **SAN FRANCISCO DIVISION**

18

19 RICOH COMPANY, LTD.,                )
                                       )
20          Plaintiff,                 )    Case No. C03-4669 MJJ
                                       )
21     vs.                             )    PROOF OF SERVICE
                                       )
22 AEROFLEX INCORPORATED, AMI          )
   SEMICONDUCTOR, INC., MATROX         )
23 ELECTRONIC SYSTEMS, LTD., MATROX    )
   GRAPHICS INC., MATROX               )
24 INTERNATIONAL CORP. and MATROX      )
   TECH, INC.,                         )
25                                     )
            Defendants.                )
26                                     )

27

28

1

## PROOF OF SERVICE

2

**CASE:**   *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*

3

4

**CASE NO:**   U.S. District Court, N.D. Cal., No. C03-4669 MJJ
(transferred from D. Delaware, Case No. 03-103 GMS)

5

6

7

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On November 7, 2003, I served the following document(s):

8

1) CLERK'S NOTICE [Reassigned Case];

9

10

2) STANDING ORDER; and

3) RELATED CASE ORDER,

11

12

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

13

14

<u>By First Class Mail</u>:  I am readily familiar with the practice of Altshuler, Berzon for the collection and processing of correspondence for mailing with the United States Postal Service. I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

15

16

17

| ADDRESSEE | PARTY |
|---|---|

18

| Robert W. Whetzel, Esq. | Ricoh Company, Ltd. |

19

Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

20

21

22

George Pazuniak                        Aeroflex Incorporated, AMI
Francis DiGiovanni                      Semiconductor Inc., Matrox
Connolly, Bove, Lodge & Hutz    Electronic Systems Ltd., Matrox
The Nemours Building                 Graphics Inc., Matrox
1007 North Orange Street            International Corp., Matrox Tech
P.O. Box 2207                             Inc., Aeroflex Incorporated
Wilmington, DE 19899

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robert Scott Saunders
Skadden, Arps, Slate, Meagher & Flom
One Rodney Square
P.O. Box 636
Wilmington, DE 19899

Aeroflex Incorporated

Josy W. Ingersoll
John W. Shaw
Young, Conaway, Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

Matrox Electronic Systems Ltd.,
Matrox Graphics Inc., Matrox
International Corp., Matrox Tech
Inc.

Christopher L. Kelley, Esq.
Erik K. Moller, Esq.
Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
301 Ravenswood Avenue
Menlo Park, CA 94025

Aeroflex, Inc.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this November 7, 2003, at San Francisco, California.



Edward Lin