UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., ) | Case No. CV 03-04669 MJJ |
| Plaintiff, ) | |
| vs. ) | **[PROPOSED] ORDER GRANTING RICOH'S MOTION TO COMPEL RESPONSES TO INTERROGATORIES** |
| AEROFLEX INCORPORATED, et al., ) | |
| Defendants. ) | |

This matter came before the Court on December 16, 2003 on a motion by Plaintiff Ricoh Company, Ltd. ("Ricoh") seeking an order compelling Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively the "defendants") to provided responses to Ricoh's First set of Interrogatories.

After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel, the Court finds that:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Ricoh's Motion To Compel Responses To Interrogatories from the defendants is GRANTED. Further, defendants shall produce all responses to Ricoh no later than _____.

Dated: _____, 2003     _____
                                                                      Honorable Martin J. Jenkins
                                                                      Judge, United States District Court

Submitted November 10, 2003 by:

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

1
2  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN
3    & OSHINSKY, LLP
   1177 Avenue of the Americas
4  New York, New York  10036-2714
   Phone (212) 835-1400
5  Fax (212) 997-9880

6  Jeffrey B. Demain, State Bar No. 126715
   Jonathan Weissglass, State Bar No. 185008
7  ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
   177 Post Street, Suite 300
8  San Francisco, California  94108
   Phone  (415) 421-7151
9  Fax (415) 362-8064

10 Attorneys for Plaintiff
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28