UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., ) | Case No. CV 03-04669 MJJ |
| Plaintiff, ) | |
| vs. ) | **[PROPOSED] ORDER GRANTING RICOH'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM DEFENDANTS** |
| AEROFLEX INCORPORATED, et al., ) | |
| Defendants. ) | |

This matter came before the Court on December 16, 2003 on a motion by Plaintiff Ricoh Company, Ltd. ("Ricoh") seeking an order compelling Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively the "defendants") to produce documents pursuant to Ricoh's First and Second set of Requests for Documents.

After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel, the Court finds that:

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Ricoh's Motion To Compel Production of Documents from the defendants is GRANTED. Further, defendants shall produce all the documents to Ricoh no later than _____.

Dated: _____, 2003        _____
                                           Honorable Martin J. Jenkins
                                           Judge, United States District Court

Submitted November 10, 2003 by:

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037-1526

1  Phone (202) 785-9700
   Fax (202) 887-0689
2
   Edward A. Meilman (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
4  1177 Avenue of the Americas
   New York, New York  10036-2714
5  Phone (212) 835-1400
   Fax (212) 997-9880
6
   Jeffrey B. Demain, State Bar No. 126715
7  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
8  177 Post Street, Suite 300
   San Francisco, California  94108
9  Phone  (415) 421-7151
   Fax (415) 362-8064
10
   Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28