IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH CO., | No. C 03-4669 MJJ |
| Plaintiff, | |
| v. | **ORDER** |
| AEROFLEX, INC. *et al.*, | |
| Defendants. | |

The Court requests, pursuant to its Standing Order, that the parties submit a Chambers copy, with exhibits, of all submissions in this action exceeding ten (10) pages. This order applies to all submissions filed **November 10, 2003** or later.

**IT IS SO ORDERED.**

Dated: November 12, 2003
/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE