FILED
NOV 13 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INC., ET AL., <br><br> Defendant. | Case No. CV 03-4669 MJJ <br><br> [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN EXHIBITS UNDER SEAL |

Plaintiff Synopsys, Inc. ("Synopsys") has filed a Miscellaneous Administrative Request with this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the following exhibits:

1. Exhibit B, a true and correct copy of pages 1-8 and 35-60 from the July 15, 2003 deposition of Hisashi Ishijima taken in *Ricoh Company, Ltd., v. Aeroflex Incorporated, et al.*, Civil Action No. 03-4669MMC pending in the United Stated District Court for the Northern District of California to Declaration of Erik Moller in Support of Defendants' Motion to Stay Ricoh's Customer Suit;

2. Exhibit C, a true and correct copy of Plaintiff's Answers to Defendant AMI Semiconductor, Inc.'s First Set of Interrogatories (1-2) dated July 15, 2003 July 21, 2003 in *Ricoh Company, Ltd., v. Aeroflex Incorporated, et al.*, Civil Action No. 03-4669MMC pending in the United

Stated District Court for the Northern District of California to Declaration of Erik Moller in Support of Defendants' Motion to Stay Ricoh's Customer Suit.

3. Exhibit D, a true and correct copy of the Declaration of Alan MacPherson in Support of Defendants' Motion to Stay or, in the Alternative, Transfer dated June 10, 2003 and filed in *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*, Civil Action No. 03-103-GMS.

Dated: 11/12/2003

By: _____
Honorable Martin J. Jenkins

Submitted November 7, 2003 by:
Howrey Simon Arnold & White, LLP

By: _____
Erik K. Moller
301 Ravenswood Avenue
Menlo Park, CA 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400
Attorneys for Defendants