

FILED
NOV 17 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Defendants AEROFLEX INC., et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RICOH COMPANY LTD.,

    Plaintiff,

v.

AEROFLEX, INC., ET AL.,

    Defendants.

) Case No. C03-04669 MJJ
)
) [PROPOSED] ORDER GRANTING
) DEFENDANTS' MOTION TO SHORTEN
) TIME ON MOTION TO STAY AND
) CONTINUE MOTIONS TO COMPEL
)
) Date:    N/A
) Time:    N/A
) Place:   N/A
)
)

Case No. C03-04669 MJJ
[PROPOSED] ORDER GRANTING
MOTION TO SHORTEN TIME AND
CONTINUING MOTIONS TO COMPEL
P: 8003799

This matter came before the Court on motion by defendants Aeroflex Incorporated ("Aeroflex"), AMI Semiconductor, Inc. ("AMI"), Matrox Electronic Systems Ltd. ("Matrox"), Matrox Graphics Inc. ("Matrox Graphics"), Matrox International Corp. ("Matrox Int'l"), and Matrox Tech, Inc. ("Matrox Tech") (collectively "Customer defendants") seeking an order shortening time on the hearing of the Customer defendants motion to stay ("Motion to Stay") plaintiff Ricoh Company, Ltd.'s ("Ricoh") patent infringement action against these customers of Synopsys, Inc. ("Synopsys") and continuing the briefing and hearing on Ricoh's motions to compel discovery until after this Court's decision on the Motion to Stay.

After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel:

IT IS ORDERED, ADJUDGED AND DECREED that:

1. Ricoh's brief in opposition to the Motion to Stay is due on or before November 25, 2003;

2. The Customer defendants' reply brief in support of the Motion to Stay is due on or before December 2, 2003;

3. Hearing on the Motion to Stay shall be at 9:30 a.m. on December 9, 2003; and

4. Briefing and hearing on Ricoh's discovery motions filed on November 10, 2003 shall be continued pending this Court's decision on the Motion to Stay.

Dated: 11/16, 2003

_____
The Honorable Martin J. Jenkins
United States District Court Judge

Case No. C03-04669 MJJ
[PROPOSED] ORDER GRANTING
MOTION TO SHORTEN TIME AND
CONTINUING MOTIONS TO COMPEL

HOWREY SIMON ARNOLD & WHITE

P: 8003799