Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | **CASE NO. C03-4669-MJJ** <br><br> **PLAINTIFF'S MOTION TO VACATE ORDER GRANTING DEFENDANTS' MOTION TO SHORTEN TIME ON MOTION TO STAY AND CONTINUE MOTIONS TO COMPEL** <br><br> **Date:  Not set** <br> **Time:  Not Set** <br> **Courtroom:  11** |

**NOTICE OF MOTION AND MOTION TO VACATE ORDER**

Plaintiff Ricoh Company, Ltd. hereby moves to vacate the Court's Order of November 17, 2003. On November 12, 2003, defendants filed their Motion to Shorten Time for Hearing on Motion to Stay Ricoh's Customer Suit and to Continue Ricoh's Motions to Compel. According to Civil Local Rule 6-3(c), plaintiff had until today, November 17, 2003, to file any opposition to defendants' motion. Prior to plaintiff filing its opposition today, the Court entered an Order granting defendants' motion. Plaintiff respectfully requests that the Court vacate today's Order and consider plaintiff's opposition before ruling on defendants' motion.

Dated: November 17, 2003

Respectfully submitted,

Ricoh Company, Ltd.

By: ___Jonathan Weissglass_____

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Gary M. Hoffman
Ken Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN &
    OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN &
    OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880

Attorneys for Ricoh Company, Ltd.