1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Plaintiff
14

15                     UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF CALIFORNIA
16

17

18 | RICOH COMPANY, LTD.,                  ) **CASE NO. C03-4669-MJJ**
                                           )
19 |          Plaintiff,                   ) **[PROPOSED] ORDER VACATING ORDER
                                           ) GRANTING DEFENDANTS' MOTION TO
20 |    vs.                                ) SHORTEN TIME ON MOTION TO STAY
                                           ) AND CONTINUE MOTIONS TO COMPEL**
21 | AEROFLEX INCORPORATED, et al.,        )
                                           ) **Date:  Not set**
22 |          Defendants.                  ) **Time:  Not Set**
                                           ) **Courtroom:  11**
23                                         )
                                           )
24                                         )

25

26

27

28

1   This matter came before the Court on motion by plaintiff Ricoh Company, Ltd. seeking an Order Vacating the Court's November 17, 2003 Order Granting Defendants' Motion To Shorten Time On Motion To Stay And Continue Motions To Compel.

After consideration of the motion, IT IS HEREBY ORDERED that:

The November 17, 2003 Order Granting Defendants' Motion To Shorten Time On Motion To Stay And Continue Motions To Compel is VACATED.

Dated: _____        _____
                                    The Honorable Martin J. Jenkins
                                    United States District Court Judge