Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | CASE NO. CV 03-04669-MJJ <br><br> **[PROPOSED] ORDER GRANTING RICOH'S MOTION TO ADVANCE THE CASE MANAGEMENT CONFERENCE** <br><br> **Date:  Not Set** <br> **Time: Not Set** <br> **Courtroom:  11** |

CASE NO. CV03-04669-MJJ
**[PROPOSED] ORDER GRANTING RICOH'S MOTION TO ADVANCE THE CASE MANAGEMENT CONFERENCE**

1   This matter came before the Court on motion by Plaintiff Ricoh Company, Ltd seeking an order advancing the date of the Case Management Conference. After consideration of the papers filed in support of the motion, any papers filed in opposition and any oral argument of counsel:

IT IS ORDERED, ADJUDGED AND DECREED that:

1.  The Case Management Conference is hereby rescheduled for _____, 200_ at _____.M.

Dated:_____, 2003

_____
The Honorable Martin J. Jenkins
United States District Court Judge

CASE NO. CV03-04669-MJJ
[PROPOSED] ORDER GRANTING RICOH'S MOTION TO
ADVANCE THE CASE MANAGEMENT CONFERENCE