**FILED**

NOV 2 0 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., | No. C 03-4669 MJJ |
| Plaintiff, | |
| v. | **ORDER** |
| AEROFLEX INC. *et al.*, | |
| Defendants. | |

The Court has considered Plaintiff's objections to the Court's Order of November 17, 2003. The Order stands.

**IT IS SO ORDERED.**

Dated: November 20 2003

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE