```
Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Attorneys for Defendants
MATROX ELECTRONIC SYSTEMS LTD. and
MATROX GRAPHICS INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.,<br><br>　　　　Defendants. | Case No.CV 03-04669 MJJ<br><br>**DECLARATION OF TERESA M. CORBIN IN OPPOSITION TO RICOH'S MOTION TO ADVANCE THE CASE MANAGEMENT CONFERENCE**<br><br>Date:　N/A<br>Time:　N/A<br>Ctrm:　N/A |

I, Teresa M. Corbin, declare as follows:

1.　I am an attorney at law licensed to practice in the State of California and partner of the law firm of Howrey Simon Arnold & White, LLP, attorneys for defendants Aeroflex Incorporated ("Aeroflex"), AMI Semiconductor, Inc. ("AMI"), Matrox Electronic Systems Ltd. ("Matrox"), Matrox Graphics Inc. ("Matrox Graphics"), Matrox International Corp. ("Matrox Int'l"), and Matrox Tech, Inc. ("Matrox Tech") (collectively " Customer defendants").  The matters set forth in this declaration are based upon my personal knowledge, except where otherwise indicated, and if called as a witness, I could and would testify competently thereto.

HOWREY
SIMON
ARNOLD &
WHITE

Case No. CV 03-04669 MJJ
CORBIN DECL. IN OPPOSITION TO MOTION TO
ADVANCE CASE MANAGEMENT CONFERENCE

2. I am lead trial counsel for the Customer defendants in this action and for Synopsys, Inc. in the related action *Synopsys, Inc. v. Ricoh Company, Ltd.*, Case No. CV 03-02289 MJJ.

3. I have a deposition scheduled in another matter making me unable to attend an Initial Case Management Conference on December 9, 2003. Due to an impending discovery cut-off in this other matter, I am also unavailable on December 16, 2003.

4. I am available to attend an Initial Case Management Conference in this matter on January 6, 2004 or January 13, 2004.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed at Menlo Park, California on November 20, 2003.

/s/ Teresa M. Corbin
Teresa M. Corbin