| | |
|---|---|
| 1 | KENNETH W. BROTHERS<br>GARY M. HOFFMAN |
| 2 | Dickstein Shapiro Morin & Oshinksy, LLP<br>2101 L Street, N.W. |
| 3 | Washington, DC 20037-1526<br>Telephone:   (202) 785-9700 |
| 4 | Facsimile:   (202) 887-0689 |

RECEIVED
03 NOV 19 AM 10: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
NOV 2 0 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

EDWARD A. MEILMAN
Dickstein Shapiro Morin & Oshinksy, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Telephone:   (212) 835-1400
Facsimile:   (212) 997-9880

JEFFREY B. DEMAIN, State Bar No. 126715
JONATHAN WEISSGLASS, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Telephone:   (415) 421-7151
Facsimile:   (415) 362-8064

Attorneys for Plaintiff,
Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>  Plaintiff,<br><br>v.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>  Defendants. | Case No. CV-03-4669-MJJ<br><br>~~PROPOSED~~ ORDER GRANTING APPLICATION OF MICHAEL WEINSTEIN FOR PERMISSION TO PRACTICE *PRO HAC VICE*<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 11 |

The application of Michael Weinstein for permission to practice *pro hac vice* in the above-captioned case as one of the counsel for Plaintiff is hereby GRANTED.

Date: 11/20/03

_____
The Honorable Martin J. Jenkins
United States District Court Judge

Proposed Order Granting Application to Practice Pro Hac Vice
*Ricoh Co., Ltd. v. Aeroflex, Inc., et al.* N.D. Cal. Case No. C03-04669 MJJ