```
KENNETH W. BROTHERS
GARY M. HOFFMAN
Dickstein Shapiro Morin & Oshinsky, LLP
2101 L Street, N.W.
Washington, DC  20037-1526
Telephone:    (202) 785-9700
Facsimile:    (202) 887-0689

EDWARD A. MEILMAN
Dickstein Shapiro Morin & Oshinksy, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Telephone:    (212) 835-1400
Facsimile:    (212) 997-9880

JEFFREY B. DEMAIN, State Bar No. 126715
JONATHAN WEISSGLASS, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:    (415) 421-7151
Facsimile:    (415) 362-8064

Attorneys for Plaintiff,
Ricoh Company, Ltd.
```

RECEIVED 03 NOV 19 AM 10:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 20 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | Case No. CV-03-4669-MJJ <br><br> ~~PROPOSED~~ ORDER GRANTING APPLICATION OF ERIC OLIVER FOR PERMISSION TO PRACTICE *PRO HAC VICE* <br><br> Date: N/A <br> Time: N/A <br> Courtroom: 11 |

The application of Eric Oliver for permission to practice *pro hac vice* in the above-captioned case as one of the counsel for Plaintiff is hereby GRANTED.

Date: 11/20/03

_____
The Honorable Martin J. Jenkins
United States District Court Judge

Proposed Order Granting Application to Practice Pro Hac Vice
*Ricoh Co., Ltd. v. Aeroflex, Inc., et al.* N.D. Cal. Case No. C03-04669 MJJ