E-filing

RECEIVED
03 NOV 19 AM 10: 50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  KENNETH W. BROTHERS
   GARY M. HOFFMAN
2  Dickstein Shapiro Morin & Oshinsky, LLP
   2101 L Street, N.W.
3  Washington, DC  20037-1526
   Telephone:    (202) 785-9700
4  Facsimile:    (202) 887-0689

5  EDWARD A. MEILMAN
   Dickstein Shapiro Morin & Oshinsky, LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Telephone:    (212) 835-1400
   Facsimile:    (212) 997-9880
8
9  JEFFREY B. DEMAIN, State Bar No. 126715
   JONATHAN WEISSGLASS, State Bar No. 185008
10 Altshuler, Berzon, Nussbaum, Rubin & Demain
   177 Post Street, Suite 300
11 San Francisco, California  94108
   Telephone:    (415) 421-7151
12 Facsimile:    (415) 362-8064

13 Attorneys for Plaintiff,
   Ricoh Company, Ltd.

FILED
NOV 2 0 2003
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | Case No. CV-03-4669-MJJ <br><br> ~~PROPOSED~~ ORDER GRANTING APPLICATION OF DEANNA ALLEN FOR PERMISSION TO PRACTICE *PRO HAC VICE* <br><br> Date: N/A <br> Time: N/A <br> Courtroom: 11 |

The application of Deanna Allen for permission to practice *pro hac vice* in the above-captioned case as one of the counsel for Plaintiff is hereby GRANTED.

Date: 11/20/03

_____
The Honorable Martin J. Jenkins
United States District Court Judge

Proposed Order Granting Application to Practice Pro Hac Vice
*Ricoh Co., Ltd. v. Aeroflex, Inc., et al.* N.D. Cal. Case No. C03-04669 MJJ