Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | CASE NO. C-03-4669-MJJ <br><br> **RICOH'S CROSS-MOTION TO CONSOLIDATE THE RICOH V. AEROFLEX AND SYNOPSYS V. RICOH ACTIONS** <br><br> Date: January 6, 2004 <br> Time: 9:30 a.m. <br> Courtroom: 11 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that on January 6, 2004, at 9:30 a.m. in Courtroom 11, located at San Francisco, California, Plaintiff Ricoh Company, Ltd. ("Ricoh"), will and hereby does move the

Court for an order consolidating the Ricoh v. Aeroflex, et. al action, Case No. C-03-4669-MJJ, with the later-filed but related action captioned Synopsys v. Ricoh, Case No. C-03-2289-MJJ.

Ricoh bases this motion upon the brief in opposition to defendants' motion for stay, filed on November 25, 2003 and incorporated herein by reference, the supporting declarations and evidence, all pleadings on file in this case, and such argument as may be heard by this Court.  A proposed Order is submitted herewith.

WHEREFORE, Ricoh requests that its cross-motion to consolidate be granted and that Ricoh be captioned as the plaintiff.  Ricoh requests that the caption for the consolidated case read as follows: Ricoh Company Ltd. v. Aeroflex Inc., et. al. and Synopsys Inc. v. Ricoh Company Ltd.

Dated:  November 25, 2003         Respectfully submitted,

                                         Kenneth Brothers
DICKSTEIN SHAPIRO MORIN &
 OSHINSKY LLP
Gary M. Hoffman
Edward A. Meilman
Kenneth W. Brothers
2101 L Street, NW
Washington, DC  20037-1526
Phone:  (202) 785-9700
Fax:  (202) 887-0689

ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
Jeffrey B. Demain
Jonathan Weissglass
177 Post Street, Suite 300
San Francisco, California  94108
Phone:  (415) 421-7151
Fax:  (415) 362-8064

ATTORNEYS FOR RICOH COMPANY, LTD.