UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RICOH COMPANY, LTD., )
        Plaintiff, )  Case No. CV 03-04669 MJJ
  vs. ) **[PROPOSED] ORDER GRANTING PLAINTIFF'S CROSS-MOTION TO CONSOLIDATE AND DENYING DEFENDANTS' MOTION TO STAY**
AEROFLEX INCORPORATED, et al., )
        Defendants. )

This matter came before the Court on December 9, 2003 on a cross-motion by Plaintiff Ricoh Company Ltd. ("Ricoh") to consolidate the present action with pending action Synopsys v. Ricoh and Defendants Aeroflex et. al., motion seeking an order to stay the action against defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively the "defendants").

After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel, the Court finds that:

  IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Ricoh's cross-motion to consolidate is GRANTED and Defendants' motion to stay is DENIED.

  IT IS FURTHER ORDERED that the related matter of Synopsys v. Ricoh, Case No. C-03-2289-MJJ is ordered to be consolidated with this matter, with Ricoh as the plaintiff.

Dated: _____, 2003      _____
                                                   Honorable Martin J. Jenkins
                                                   Judge, United States District Court