Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>       Plaintiff,<br><br> vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>       Defendants. | **CASE NO. CV 03-04669-MJJ**<br><br>**RICOH'S UNOPPOSED MOTION TO SHORTEN TIME FOR HEARING ON RICOH'S CROSS MOTION TO CONSOLIDATE**<br><br>**Date:  Not Set**<br>**Time: Not Set**<br>**Courtroom:  11** |

Plaintiff, Ricoh Company, Ltd. (Ricoh), seeks an Order from this Court under Local Rule 6-3(a) to advance the time for hearing on Ricoh's cross-motion to consolidate from January 6, 2004 to December 9, 2003, when a hearing is already scheduled on the related issue of defendants' motion to stay. This motion is not opposed by defendants. Counsel for Ricoh and defendants have agreed that defendants' response may be incorporated into their reply in support of their motion for stay, and Ricoh waives any further written response in support of this motion. There have been no previous requests by any party to reschedule this motion to consolidate. Defendants' counsel have stated they have no objection to Ricoh's cross-motion to consolidate being heard on December 9, 2003. A proposed order is submitted herewith.

## RELIEF REQUESTED

Ricoh seeks an Order from this Court scheduling a hearing on Ricoh's cross-motion to consolidate on December 9, 2003, in conjunction with the previously scheduled hearing on defendants' motion for stay. Defendants' response may be incorporated into their reply in support of their motion, and Ricoh waives any further written response.

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. STATEMENT OF ISSUE TO BE DECIDED

*Whether this Court should consider Ricoh's cross-motion to consolidate at the same time that it considers defendants' motion to stay?*

### II. ARGUMENT

In response to defendants' motion to stay, Ricoh has explained why that motion should be denied and why the two cases should be consolidated. All of Ricoh's arguments in favor of

consolidation are set forth in its brief in opposition to defendants' motion to stay. It makes sense to consider both issues at the same time.

## III  CONCLUSION

For the foregoing reasons, the Court should reset the date for hearing on Ricoh's cross-motion to consolidate to December 9, 2003.

Dated: November 25, 2003

Respectfully submitted,

Ricoh Company, Ltd.

By:      Kenneth Brothers
Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Phone:  (415) 421-7151
Fax:  (415) 362-8064

Gary M. Hoffman
Ken Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN *&*
    OSHINSKY  LLP
2101 L Street NW
Washington, D.C.  20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Attorneys for Ricoh Company, Ltd.

CASE NO. CV 03-04669-MJJ
RICOH'S UNOPPOSED MOTION TO SHORTEN TIME FOR HEARING ON RICOH'S CROSS MOTION TO CONSOLIDATE