UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | CASE NO. CV 03-04669-MJJ <br><br> [PROPOSED] ORDER GRANTING RICOH'S UNOPPOSED MOTION TO SHORTEN TIME FOR HEARING ON RICOH'S CROSS MOTION TO CONSOLIDATE <br><br> Date:  Not Set <br> Time: Not Set <br> Courtroom:  11 |

This matter came before the Court on the unopposed motion by Plaintiff Ricoh Company, Ltd seeking an order advancing the date of the hearing on Ricoh's cross-motion to consolidate.  After consideration of the papers filed in support of the motion, any papers filed in opposition and any oral argument of counsel:

IT IS ORDERED, ADJUDGED AND DECREED that:

The hearing on Ricoh's cross-motion to consolidate is hereby rescheduled for December 9, 2003, at 9:30 a.m.  Defendants' response may be incorporated into their reply in support of their motion, and Ricoh waives any further written response.

Dated:_____, 2003

_____
The Honorable Martin J. Jenkins
United States District Court Judge