*E-filing*

**FILED**

NOV 25 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICOH COMPANY, LTD.,

    Plaintiff,

v.

AEROFLEX INC., et al.,

    Defendants.

No. C 03-4669 MJJ

**ORDER**

The Court has read and considered Plaintiff's motion to advance the case management conference and Defendants' opposition thereto. For the reasons set forth in Defendants' opposition, the Court hereby **DENIES** Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: November 24, 2003

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE