1   Teresa M. Corbin (SBN 132360)
    Christopher Kelley (SBN 166608)
2   Thomas C. Mavrakakis (SBN 177927)
    Erik K. Moller (SBN 147674)
3   HOWREY SIMON ARNOLD & WHITE, LLP
    301 Ravenswood Avenue
4   Menlo Park, California 94025
    Telephone:  (650) 463-8100
5   Facsimile:  (650) 463-8400
6   Attorneys for Defendants AEROFLEX INC., et al.

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11

12                                          ) Case No. CV 03-04669 MJJ
                                            )
13  RICOH COMPANY LTD.,                      ) **DECLARATION OF ERIK K. MOLLER IN**
                                            ) **SUPPORT OF DEFENDANTS' MOTION**
14              Plaintiff,                   ) **REQUESTING COURT ORDER LIFTING**
                                            ) **RESTRICTIONS IMPOSED BY**
15          v.                               ) **DELAWARE COURT ON DEPOSITION OF**
                                            ) **DR. DONALD THOMAS**
16  AEROFLEX INC., ET AL.,                   )
                                            ) Date:       January 6, 2004
17              Defendants.                  ) Time:       9:30 a.m.
                                            ) Place:      Courtroom 11, 19TH Floor
18

19

20

21          I, Erik K. Moller, hereby declare as follows:

22          1.      I am an attorney at law licensed to practice in the State of California and an associate of

23  the law firm of Howrey Simon Arnold & White, LLP, attorneys for defendants Aeroflex Incorporated

24  ("Aeroflex"), AMI Semiconductor, Inc. ("AMI"), Matrox Electronic Systems Ltd. ("Matrox"), Matrox

25  Graphics Inc. ("Matrox Graphics"), Matrox International Corp. ("Matrox Int'l"), and Matrox Tech,

26  Inc. ("Matrox Tech") (collectively "Delaware defendants").  The matters set forth in this declaration

27  are based upon my personal knowledge, except where otherwise indicated, and if called as a witness, I

28  could and would testify competently thereto.

HOWREY
SIMON
ARNOLD &
WHITE

Case No. CV 03-04669 MJJ
MOLLER DECL. ISO MOTION RE THOMAS DEPO.

1    2.    Attached hereto as Exhibit A is a true and correct copy of correspondence dated

2    November 20, 2003 from Kenneth W. Brothers to Terry M. Corbin.

3    I declare under penalty of perjury under the laws of the United States of America that the

4    foregoing is true and correct.  This declaration was executed in Menlo Park, California on December 2,

5    2003.

6

7                                                    /s/
                                                Erik K. Moller

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No. CV 03-04669 MJJ                              -2-
MOLLER DECL. ISO MOTION RE THOMAS DEPO.

# DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 429-2184*
*E-Mail Address:BrothersK@dsmo.com*

November 20, 2003

**By Facsimile (650) 463-8400 and U.S. Mail**
Theresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
301 Ravenswood Ave.
Menlo Park, CA  94025

Re:    Ricoh Company, Ltd. v. Aeroflex et al.; Case No. C-03-4669-MJJ and
       Synopsys, Inc. v. Ricoh Company, Ltd.; Case No. C-03-2289-MJJ

Dear Terry:

We have reviewed the "notice of court re order requiring deliver of documents" and supporting documents filed by your firm on behalf of the ASIC defendants. This submission fails to comply with Judge Sleet's order because it fails to provide a privilege log of the documents that were submitted in camera to the court. Please provide that log by no later than November 24.

Ricoh believes that further remedies are appropriate to ensure that neither the ASIC defendants nor Synopsys benefits from what Ricoh believes was the inappropriate conduct by Louis Campbell and Christopher Kelley in connection with Dr. Thomas. Ricoh believes that the following remedies are appropriate: (1) the preclusion of any substantive testimony from Dr. Thomas; (2) the preclusion of Messrs. Campbell and Kelley form further work on this matter; and (3) payment of Ricoh's attorneys' fees in connection with Dr. Thomas commencing on July 22, 2003. Please advise when you are available for a meet and confer on this matter

Very truly yours,

Kenneth W. Brothers

cc: Gary M. Hoffman
    Edward A. Meilman
    Jeffrey B. Demain

*1177 Avenue of the Americas • New York, NY 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.DicksteinShapiro.com*

1695236 v1; 10C1W011.DOC

# FAX TRANSMISSION

2003 NOV 21  AM 2: 17

**DICKSTEIN·SHAPIRO·MORIN & OSHINSKY** LLP

**DATE:**          November 20, 2003

**CLIENT NO.:**    R2180.0171

**MESSAGE TO:**    Teresa M. Corbin

**COMPANY:**       Howrey Simon Arnold & White

**FAX NUMBER:**    650-463-8400

**PHONE:**         650-463-8100

**FROM:**          Kenneth W. Brothers

**PHONE:**         202-429-2184

**PAGES (Including Cover Sheet):** __2__   **HARD COPY TO FOLLOW:** __x__ YES   _____ NO

| SENT BY: | | DATE/TIME: | |
|---|---|---|---|

**MESSAGE:**

If your receipt of this transmission is in error, please notify this firm immediately by collect call to our Facsimile Department at 202-861-9106, and send the original transmission to us by return mail at the address below.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated