UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br>　　　　　Plaintiff,<br>　vs.<br>RICOH COMPANY, LTD.,<br>　　　　　Defendant.<br>RICOH COMPANY, LTD.,<br>　　　　　Plaintiff,<br>　vs.<br>AEROFLEX INCORPORATED, et al.,<br>　　　　　Defendants | **CASE NO. C-03-2289-MJJ**<br><br>**CASE NO. C-03-4669-MJJ**<br><br><br><br><br>**[PROPOSED] ORDER GRANTING RICOH'S MOTION FOR SANCTIONS** |

　　　This matter came before the Court on January 6, 2003 on a motion by Plaintiff and Declaratory Judgment Defendant Ricoh Company Ltd. ("Ricoh") for sanctions against declaratory judgment plaintiff Synopsys Inc. and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively the "ASIC defendants").

　　　After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel, the Court finds that:

　　　IT IS ORDERED, ADJUDGED, AND DECREED that Ricoh's motion for sanctions is GRANTED. The testimony of Dr. Thomas shall not be received into evidence, and no party shall seek his testimony relating to either the '432 patent or the '016 patent for any purpose.

　　　IT IS FURTHER ORDERED that Ricoh shall receive an award of fees and expenses of $_____ for its attorneys' time and expenses related to Synopsys and the ASIC defendants' conduct with respect to Dr. Thomas.

1    IT IS FURTHER ORDERED that counsel for the defendants, [Christopher Kelley and Louis
2    Campbell] [the law firm of Howrey Simon Arnold & White], is hereby disqualified from representing
3    defendants, either directly or indirectly, with respect to either the '432 patent or the '016 patent for any
4    purpose.

8    SO ORDERED.

10   Dated: _____, 2004        _____
11                                           Honorable Martin J. Jenkins
                                             Judge, United States District Court

13   Submitted December 2, 2003 by:

14   Gary M. Hoffman (*Pro Hac Vice*)
     Kenneth W. Brothers(*Pro Hac Vice*)
15   DICKSTEIN SHAPIRO MORIN
       & OSHINSKY, LLP
16   2101 L Street, NW
     Washington, DC  20037-1526
17   Phone (202) 785-9700
     Fax (202) 887-0689

18   Edward A. Meilman (*Pro Hac Vice*)
     DICKSTEIN SHAPIRO MORIN
19     & OSHINSKY, LLP
     1177 Avenue of the Americas
20   New York, New York  10036-2714
     Phone (212) 835-1400
21   Fax (212) 997-9880

22   Jeffrey B. Demain, State Bar No. 126715
     Jonathan Weissglass, State Bar No. 185008
23   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
     177 Post Street, Suite 300
24   San Francisco, California  94108
     Phone  (415) 421-7151
25   Fax (415) 362-8064

26   Attorneys for Ricoh