IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**          Courtroom Clerk: **Monica Tutson**

DATE: **December 9, 2003**                Court reporter: **Jeanne Bishop**

Case Number:     **C03-4669MJJ**

Case Name:     **RICOH COMPANY**     v.     **AEROFLEX INCORPORATED**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Jonathan Weissglass<br>Kenneth Brothers | Thomas Mavrakakis |

PROCEEDINGS:                                           RULING:
1. **Defendant's Motion to Stay**                      **Submitted**
2. **Plaintiff's Cross Motion to Consolidate**         **Denied**

    ( ) Status Conference          ( )P/T Conference          ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge        For:


CASE CONTINUED TO:    for

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:      Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:      Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :          at 3:30 p.m.

Trial Date:     at 8:30 a.m.  Set for  days
            Type of Trial:  ()Jury     ( )Court

Notes: