1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Plaintiff

14

15                    UNITED STATES DISTRICT COURT
                      NORTHERN DISTRICT OF CALIFORNIA
16

17

18 | RICOH COMPANY, LTD.,           | CASE NO. C03-4669-MJJ

19 |         Plaintiff,              | **RICOH'S MOTION TO RESET FOR HEARING DISCOVERY MOTIONS FILED ON NOVEMBER 10, 2003**

20 |    vs.                          |

21 | AEROFLEX INCORPORATED, et al., | Date:  Not set
                                     | Time:  Not Set
22 |         Defendants.            | Courtroom:  11

# NOTICE OF MOTION AND MOTION TO RESET DISCOVERY MOTIONS

Plaintiff Ricoh Company, Ltd. hereby moves to reset for hearing discovery motions filed on November 10, 2003.

On November 10, 2003, Ricoh filed the following discovery motions: 1) Ricoh's Motion to Compel Responses to Interrogatories, 2) Ricoh's Motion to Compel Production of Documents from the ASIC Defendants, and 3) Ricoh's Motion to Compel Production of Documents from Synopsys. All three motions were set for hearing on December 16, 2003. On November 17, 2003, the Court issued an Order Granting Defendants' Motion to Shorten Time on Motion to Stay and Continue Motions to Compel. In that Order, the Court continued briefing and hearing on Ricoh's discovery motions pending the Court's decision on the motion to stay. On this date, December 11, 2003, the Court issued an Order denying defendants' motion to stay.

Plaintiff now respectfully requests that the Court reset for hearing Ricoh's discovery motions filed on November 10, 2003 for January 6, 2004, concurrently with other matters scheduled for hearing in this case, or as soon thereafter as the Court's schedule permits. Plaintiff further requests that the Court set any briefing schedule necessary to obtain the earliest possible hearing date. (If the Court decides to hold the Case Management Conference earlier as the Court indicated was possible at the December 9, 2003 hearing, plaintiff requests that as many proceedings as possible be consolidated on one hearing day).

Dated: December 11, 2003            Respectfully submitted,

Ricoh Company, Ltd.

By: ___Jonathan Weissglass_____

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gary M. Hoffman
Ken Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN *&* OSHINSKY LLP
2101 L Street NW
Washington, D.C.  20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN *&*
   OSHINSKY  LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 896-5471
Facsimile:  (212) 997-9880

Attorneys for Ricoh Company, Ltd.