Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | CASE NO. C03-4669-MJJ <br><br> **[PROPOSED] ORDER GRANTING RICOH'S MOTION TO RESET FOR HEARING DISCOVERY MOTIONS FILED ON NOVEMBER 10, 2003** <br><br> **Date:  Not set** <br> **Time:  Not Set** <br> **Courtroom:  11** |

This matter came before the Court on motion by plaintiff Ricoh Company, Ltd. seeking an Order resetting plaintiff's discovery motions filed on November 10, 2003 for hearing on January 6, 2004 or as soon thereafter as the Court's schedule permits.

After consideration of the motion, IT IS HEREBY ORDERED that:

1) Ricoh's three discovery motions filed on November 10, 2003 are set for hearing at 9:30 a.m. on _____, 2004;

2) Defendants' briefs in opposition are due on or before _____; and

3) Plaintiff's reply briefs are due on or before _____.

Dated: _____                              _____
                                                    The Honorable Martin J. Jenkins
                                                    United States District Court Judge