**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**RICOH COMPANY,**

No. **C03-4669 MJJ**

Plaintiff(s),                                              **Clerk's Notice**

v.

**AEROFLEX INCORPORATED**,

Defendant(s),
_____/

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has rescheduled Defendant Matrox's Motion for Summary Judgment of Non-Infringement hearing to **Tuesday, March 2, 2004 @ 9:30 a.m.** before the Honorable Martin J. Jenkins.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 17, 2003                    FOR THE COURT,

Richard W. Wieking, Clerk

By:_____/s/_____
        Monica Tutson
        Courtroom Deputy

Please refer to Judge Jenkin's standing order located @ www.cand.uscourts.gov for additional information.

**United States District Court**
For the Northern District of California