*E-filing*

# FILED

DEC 1 9 2003

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICOH COMPANY, LTD.,

        Plaintiff,

   v.

AEROFLEX INC., et al.,

        Defendants.

No.  C 03-4669 MJJ

**ORDER**

The Court is in receipt of Plaintiff's request to re-set for hearing its discovery motions, and Defendants' opposition thereto. The Court hereby orders the parties to meet and confer regarding this issue, particularly in light of my comments regarding the scope of discovery made at the hearing on December 2, 2003. If it becomes necessary, Plaintiff may then notice its motions in accordance with the Local Rules and this Court's Standing Order. The hearing on Plaintiff's motion for sanctions and Defendant's motion regarding the deposition testimony of Dr. Donald Thomas, currently scheduled for January 6, 2004, is hereby **VACATED**. Those motions will be heard on the same day as the discovery motions, if re-filed. If the discovery motions are not re-filed, either party may request that the other motions (regarding sanctions and Dr. Thomas' deposition) be heard.

///

///

///

United States District Court
For the Northern District of California

1  Pursuant to the Court's Standing Order, the briefing schedule with respect to those two motions

2  remains unchanged.

3

4  **IT IS SO ORDERED.**

5

6  Dated: December 18, 2003

7                                                            MARTIN J. JENKINS
                                                             UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
For the Northern District of California

2