UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> AEROFLEX INCORPORATED, et al., ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. CV 03-04669 MJJ <br><br> **[PROPOSED] ORDER GRANTING RICOH'S MOTION TO COMPEL PRODUCTION OF INITIAL DISCLOSURE DOCUMENTS FROM DEFENDANTS** |

This matter came before the Court on February 10, 2004 on a motion by Plaintiff Ricoh Company, Ltd. ("Ricoh") seeking an order compelling Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively the "defendants") to produce documents identified in defendants' initial disclosures pursuant to Ricoh's Second Set of Requests for Documents.

After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel, the Court finds that:

  IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Ricoh's Motion To Compel Production of Initial Disclosure Documents from the defendants is GRANTED. Further, defendants shall produce all the documents to Ricoh no later than _____.

Dated: _____, 2004    _____
                                      Honorable Martin J. Jenkins
                                      Judge, United States District Court

Submitted January 6, 2004 by:

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526

| | |
|---|---|
| 1 | Phone (202) 785-9700<br>Fax (202) 887-0689 |
| 2 | |
| 3 | Edward A. Meilman (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO MORIN<br>  & OSHINSKY, LLP |
| 4 | 1177 Avenue of the Americas<br>New York, New York  10036-2714 |
| 5 | Phone (212) 835-1400<br>Fax (212) 997-9880 |
| 6 | |
| 7 | Jeffrey B. Demain, State Bar No. 126715<br>Jonathan Weissglass, State Bar No. 185008<br>ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN |
| 8 | 177 Post Street, Suite 300<br>San Francisco, California  94108 |
| 9 | Phone  (415) 421-7151<br>Fax (415) 362-8064 |
| 10 | |
| 11 | Attorneys for Plaintiff |