1  Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
2  Thomas Mavrakakis (SBN 177927)
   HOWREY SIMON ARNOLD & WHITE, LLP
3  301 Ravenswood Avenue
   Menlo Park, California 94025
4  Telephone: (650) 463-8100
   Facsimile: (650) 463-8400
5
   Attorneys for Defendants
6  MATROX ELECTRONIC SYSTEMS LTD. and
   MATROX GRAPHICS INC.
7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                    SAN FRANCISCO DIVISION

10 RICOH COMPANY, LTD.,                ) Case No. CV 03-04669 MJJ
                                       )
11         Plaintiff,                  ) **NOTICE OF WITHDRAWAL OF MATROX**
                                       ) **ELECTRONIC SYSTEMS LTD. AND**
12    vs.                              ) **MATROX GRAPHICS INC.'S MOTION**
                                       ) **FOR SUMMARY JUDGMENT OF**
13 AEROFLEX INCORPORATED, AMI          ) **NONINFRINGEMENT**
   SEMICONDUCTOR, INC., MATROX         )
14 ELECTRONIC SYSTEMS, LTD., MATROX    )
   GRAPHICS INC., MATROX               ) Date:  March 2, 2004
15 INTERNATIONAL CORP., and MATROX     ) Time:  9:30 a.m.
   TECH, INC.,                         ) Ctrm:  11, 19th Floor
16                                     ) Judge: Hon. Martin J. Jenkins
   Defendants.                         )
17                                     )

18

19    Matrox Electronic Systems, Ltd. ("Matrox Electronics") and Matrox Graphics Inc. ("Matrox

20 Graphics") hereby notify the Court that they withdraw their motion seeking a judgment of the Court

21 that neither party infringes claims 13-20 of United States Patent No. 4,922,432 (the "'432 Patent")

22 under 35 U.S.C. § 271(g) filed December 2, 2003 and currently pending for hearing on March 2, 2004.

23    In light of the Court's statements at the December 9, 2003 hearing on the Defendants' Motion

24 to Stay the present action, Matrox Electronics and Matrox Graphics provided Ricoh with discovery

25 directed to whether Matrox Electroncis's or Matrox Graphics's have any ASIC design operations in the

26 United States, the sole factual issue presented by the summary judgment motion. This discovery

27 included documents directed to this subject and a Rule 30(b)(6) witness to testify on this topic.

28

Case No. C03-04669 MJJ                    -1-
NOTICE OF WITHDRAWAL OF MOTION FOR
SUMMARY JUDGMENT FOR NONINFRINGEMENT

HOWREY
SIMON
ARNOLD &
WHITE

1  However, despite their efforts to provide Ricoh Company, Ltd. ("Ricoh") with discovery reasonably
2  necessary and sufficient to decide the narrow factual question presented in the motion regarding the
3  location of each company's design operations, it became apparent to Matrox Electronics a nd Matrox
4  Graphics that Ricoh would oppose the motion under Rule 56(f) regardless of the discovery that they
5  provided.
6     Instead of burdening themselves or the Court with this pointless exercise, and in light of the
7  Defendants Motion for Judgment on the Plea dings, Matrox Electronics and Matrox Graphics herby
8  withdraw their motion for summary judgment.

10  Dated:  February 10, 2004              Respectfully submitted,
11                                          HOWREY SIMON ARNOLD & WHITE, LLP

13                                          By:   /s/ Thomas Mavrakakis
14                                                Teresa M. Corbin
                                                  Attorneys for Defendants
15                                                MATROX ELECTRONIC SYSTEMS
                                                  LTD. and MATROX GRAPHICS INC.