UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., </br></br>        Plaintiff, </br></br>  vs. </br></br>AEROFLEX INCORPORATED, et al., </br></br>        Defendants. | Case No. CV 03-04669 MJJ (EMC) </br></br>**[PROPOSED] ORDER GRANTING RICOH'S MOTION TO CONTINUE RESPONSE TO DEFENDANTS RULE 12(C) MOTION PENDING RICOH'S MOTION TO AMEND COMPLAINT** |

      This matter came before the Court on a motion by Plaintiff Ricoh Company, Ltd. ("Ricoh") seeking a continuance of Rule 12(c) motion by defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively the "defendants"), based upon Ricoh's motion to amend the complaint which, if granted, would moot the Rule 12(c) motion.

      After consideration of the papers filed in support of the motion, any papers filed in opposition, and any oral argument of counsel, the Court finds that:

  IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Ricoh's motion is GRANTED. Defendants' Rule 12(c) motion is taken off the March 16, 2004 Court calendar. Ricoh shall not be required to respond to defendants Rule 12(c) motion unless ordered by the Court at a later date.

Dated: _____, 2004      _____
                                                            Honorable Martin J. Jenkins
                                                             Judge, United States District Court

Submitted: February 18, 2004 by:

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW

1  Washington, DC  20037-1526
   Phone (202) 785-9700
2  Fax (202) 887-0689

3  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN
4    & OSHINSKY, LLP
   1177 Avenue of the Americas
5  New York, New York  10036-2714
   Phone (212) 835-1400
6  Fax (212) 997-9880

7  Jeffrey B. Demain, State Bar No. 126715
   Jonathan Weissglass, State Bar No. 185008
8  ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
   177 Post Street, Suite 300
9  San Francisco, California  94108
   Phone  (415) 421-7151
10 Fax (415) 362-8064

11 Attorneys for Plaintiff

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28