**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7                            IN THE UNITED STATES DISTRICT COURT

8                          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   RICOH COMPANY, LTD.,                          No.  C 03-4669 MJJ

11                    Plaintiff,
                                                   **ORDER**
12        v.

13

14   AEROFLEX INC., et al.,

15                    Defendants.
     _____/

16

17        Plaintiff's motion to continue the hearing on Defendants' motion for judgment on the pleadings is

18   **DENIED**.

19

20        **IT IS SO ORDERED.**

21

22   Dated: February 20, 2004                    _____
                                                            /s/
23                                                 MARTIN J. JENKINS
                                                   UNITED STATES DISTRICT JUDGE

24

25

26

27

28