1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Plaintiff
14

15                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
16

17

18 | RICOH COMPANY, LTD.,              )
19 |            Plaintiff,             )   **Case No.  C-03-4669 MJJ**
                                       )
20 |     vs.                           )   **NOTICE OF MANUAL FILING**
                                       )
21 | AEROFLEX INCORPORATED, et al.,    )
                                       )
22 |            Defendants.            )
                                       )
23                                     )
                                       )
24

25

26

27

28

1  Please take notice that Plaintiff Ricoh Company, Ltd. is filing the following documents on this date in paper form only:

1) Opposition to Defendants' Motion for Judgment on the Pleadings Pursuant to Rule 12(c),

2) Exh. 5 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion on the Pleadings Pursuant to Rule 12(c), and

3) Exh. 6 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion on the Pleadings Pursuant to Rule 12(c).

These document refer to materials that are designated "Confidential" pursuant to the Stipulated Protective Order entered on June 9, 2003 in *Ricoh Company, Ltd. v. AeroFlex, Inc. et al.*, Case No. 03-103-GMS.  A request to file these documents under seal will be filed contemporaneously.

Dated: February 24, 2004             Respectfully submitted,

KENNETH W. BROTHERS
GARY M. HOFFMAN
EDWARD A. MEILMAN
Dickstein Shapiro Morin & Oshinksy, LLP

JEFFREY B. DEMAIN
JONATHAN WEISSGLASS
Altshuler, Berzon, Nussbaum, Rubin & Demain


By:_____/s/_____
         Kenneth W. Brothers

Attorneys for Plaintiff