1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Plaintiff
14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
17
18 RICOH COMPANY, LTD.,              )  **CASE NO. CV 03-4669-MJJ (EMC)**
                                     )
19         Plaintiff,                )  **RICOH'S MISCELLANEOUS**
                                     )  **ADMINISTRATIVE REQUEST TO FILE**
                                     )  **CERTAIN DOCUMENTS AND EXHIBITS**
20     vs.                           )  **UNDER SEAL**
                                     )
21 AEROFLEX INCORPORATED, et al.,    )
                                     )
22         Defendants.               )
                                     )
23                                   )

24

25

26         Plaintiff Ricoh Company, Ltd, ("Ricoh") files this Miscellaneous Administrative Request

27 pursuant to Civil Local Rule 7-10(b) to request permission to file under seal the following documents

28 and exhibits:

1. Ricoh's Opposition to Defendants' Motion for Judgment on the Pleadings Pursuant to Rule 12(c).

2. Deposition Transcript of Edward Dwyer, February 3, 2004.

3. Ricoh's July 21, 2003 Answers to Defendant Aeroflex Inc.'s First Set of Interrogatories (1-11).

Because the above documents may include or refer to materials produced in discovery and designated confidential, this request is made pursuant to the Stipulated Protective Order entered on June 9, 2003 in this action.

Dated: February 24, 2004                                Respectfully submitted,

                                                        Ricoh Company, Ltd.


                                                        By: /s/ Ken Brothers

                                                        Jeffrey B. Demain, State Bar No. 126715
                                                        Jonathan Weissglass, State Bar No. 185008
                                                        Altshuler, Berzon, Nussbaum, Rubin & Demain
                                                        177 Post Street, Suite 300
                                                        San Francisco, California  94108
                                                        Phone:  (415) 421-7151
                                                        Fax:  (415) 362-8064

                                                        Gary M. Hoffman
                                                        Ken Brothers
                                                        Eric Oliver
                                                        DICKSTEIN SHAPIRO MORIN &
                                                            OSHINSKY  LLP
                                                        2101 L Street NW
                                                        Washington, D.C.  20037-1526
                                                        Telephone: (202) 785-9700
                                                        Facsimile: (202) 887-0689

                                                        Edward A. Meilman
                                                        DICKSTEIN SHAPIRO MORIN &
                                                            OSHINSKY  LLP
                                                        1177 Avenue of the Americas
                                                        New York, New York  10036
                                                        Telephone:  (212) 896-5471
                                                        Facsimile:  (212) 997-9880

                                                        Attorneys for Ricoh Company, Ltd.

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. | CASE NO. CV 03-4669-MJJ (EMC) <br><br> **[PROPOSED] ORDER [GRANTING] RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

Plaintiff Ricoh Company, Ltd, ("Ricoh") has filed a Miscellaneous Administrative Request pursuant to Civil Local Rule 7-10(b), and requests permission to file under seal the following documents and exhibits:

1.    Ricoh's Opposition to Defendants' Motion for Judgment on the Pleadings Pursuant to Rule 12(c).

2.    Deposition Transcript of Edward Dwyer, February 3, 2004.

3.    Ricoh's July 21, 2003 Answers to Defendant Aeroflex Inc.'s First Set of Interrogatories (1-11).

The request was made pursuant to the Stipulated Protective Order entered on June 9, 2003 in this action.

The Court hereby [GRANTS] this request.

IT IS SO ORDERED.

Dated: _____                             _____

                                                                The Honorable Martin J. Jenkins
                                                                 Judge, United States District Court