Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC 20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

FILED

FEB 2 7 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>Defendants. | CASE NO. CV 03-4669-MJJ (EMC)<br><br>[PROPOSED] ORDER [GRANTING] RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL |

Plaintiff Ricoh Company, Ltd, ("Ricoh") has filed a Miscellaneous Administrative Request pursuant to Civil Local Rule 7-10(b), and requests permission to file under seal the following documents and exhibits:

1.    Ricoh's Opposition to Defendants' Motion for Judgment on the Pleadings Pursuant to Rule 12(c).

2.    Deposition Transcript of Edward Dwyer, February 3, 2004.

3.    Ricoh's July 21, 2003 Answers to Defendant Aeroflex Inc.'s First Set of Interrogatories (1-11).

The request was made pursuant to the Stipulated Protective Order entered on June 9, 2003 in this action.

The Court hereby [GRANTS] this request.

IT IS SO ORDERED.

Dated: 2/26/2004

The Honorable Martin J. Jenkins
Judge, United States District Court