**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., | No. C 03-4669 MJJ |
| Plaintiff, | |
| v. | **ORDER** |
| AEROFLEX INC., et al., | |
| Defendants.       / | |

Plaintiff's unopposed request to move the hearing on the motion to amend its complaint to the same day the court will hear argument on Defendants' motion for judgment on the pleadings (March 16, 2004), is **GRANTED**. Plaintiff must file any reply brief regarding the motion to amend by 9:00am on March 11, 2004.

**IT IS SO ORDERED.**

Dated: March 5, 2004

/s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE