1   Teresa M. Corbin (SBN 132360)
    Christopher Kelley (SBN 166608)
2   Thomas C. Mavrakakis (SBN 147674)
    Erik K. Moller (SBN 177927)
3   HOWREY SIMON ARNOLD & WHITE, LLP
    301 Ravenswood Avenue
4   Menlo Park, CA 94025
    Telephone: (650) 463-8100
5   Facsimile: (650) 463-8400

6   Attorneys for Defendants AEROFLEX INCORPORATED, AMI
    SEMICONDUCTOR, INC., MATROX ELECTRONIC
7   SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
    INTERNATIONAL CORP. and MATROX TECH, INC.

8

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                        SAN FRANCISCO DIVISION

12  RICOH COMPANY, LTD.,              )  Case No. CV 03-04669 MJJ(EMC)
                                      )
13            Plaintiffs,             )  **MISCELLANEOUS ADMINISTRATIVE**
                                      )  **REQUEST TO FILE CERTAIN**
14       v.                           )  **DOCUMENTS AND EXHIBITS UNDER**
                                      )  **SEAL**
15  AEROFLEX INCORPORATED, AMI        )
    SEMICONDUCTOR, INC., MATROX       )
16  ELECTRONIC SYSTESM, LTD., MATROX  )
    GRAPHICS, INC., MATROX            )
17  INTERNATIONAL CORP., and MATROX   )
    TECH, INC.,                       )
18                                    )
              Defendants.             )
19  ─────────────────────────────────)

20       Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX

21  ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL

22  CORP., and MATROX TECH, INC. ("Aeroflex, et al.") file this Miscellaneous Administrative

23  Request with this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the

24  following exhibits:

25       1.      Exhibit E to Declaration of Erik K. Moller in Support of Defendants' Opposition to

26  Motion for Leave to File Amended Complaint, a true and correct copy of correspondence from

27  Kenneth W. Brothers to Christopher Kelley, dated March 5, 2004 with attachment.

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No. CV 03-04669 MJJ(EMC)
Miscellaneous Administrative Request to File Under
Seal

1    This request is made pursuant to the Stipulated Protective Order submitted by the parties and

2    entered on June 9, 2003.

3    Submitted herewith is a proposed order granting Aeroflex, et al.'s request to file the forgoing

4    documents under seal.

5    Dated:  March 9, 2004                    Respectfully submitted,

6                                             HOWREY SIMON ARNOLD & WHITE, LLP

7

8                                    By:   /s/ Erik K. Moller

9                                          Erik K. Moller
                                           Attorneys for Defendants
10                                         AEROFLEX INCORPORATED, AMI
                                           SEMICONDUCTOR, INC., MATROX
11                                         ELECTRONIC SYSTEMS, LTD.,
                                           MATROX GRAPHICS INC., MATROX
12                                         INTERNATIONAL COPR. and
                                           MATROX TECH, INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE

Case No.  CV 03-04669 MJJ(EMC)                    -2-
Miscellaneous Administrative Request to File Under
Seal

1

2

3

4

5

6

7

8

9

10

11 UNITED STATES DISTRICT COURT

12 NORTHERN DISTRICT OF CALIFORNIA

13 SAN FRANCISCO DIVISION

14 RICOH COMPANY, LTD.,            ) Case No. CV 03-04669 MJJ
                                    )

15         Plaintiffs,       ) **[PROPOSED] ORDER GRANTING**
                                    ) **MISCELLANEOUS ADMINISTRATIVE**

16       v.                     ) **REQUEST TO FILE CERTAIN**
                                    ) **DOCUMENTS AND EXHIBITS UNDER**

17 AEROFLEX INCORPORATED, AMI   ) **SEAL**
SEMICONDUCTOR, INC., MATROX   )

18 ELECTRONIC SYSTESM, LTD., MATROX )
GRAPHICS, INC., MATROX        )

19 INTERNATIONAL CORP., and MATROX )
TECH, INC.,                     )

20                              )
        Defendants.     )

21 _____ )

22      Defendants have file a Miscellaneous Administrative Request with this Court to Civil Local

23 Rule 7-10(b) for permission to file under seal the following documents and exhibits:

24      1.    Exhibit E to Declaration of Erik K. Moller in Support of Defendants' Opposition to

25 Motion for Leave to File Amended Complaint, a true and correct copy of correspondence from

26 Kenneth W. Brothers to Christopher Kelley, dated March 5, 2004 with attachment.

27      This request is made pursuant to the Stipulated Protective Order submitted by the parties and

28 entered on June 9, 2003.

HOWREY
SIMON
ARNOLD &
WHITE

Case No.  CV 03-04669 MJJ
[Proposed] Order re Miscellaneous Request to File
Under Seal

1    After considering the requesting papers and all other matters presented to the Court, and

2 finding good cause therefore,

3    IT IS HEREBY ORDERED that Defendants' request is GRANTED.

4

5 Dated:  March 9, 2004    _____

6    Hon. Maxine M. Chesney
     Judge, United States District Court

7 Submitted March 9, 2004 by:
  HOWREY SIMON ARNOLD & WHITE, LLP

8

9

10 BY:    /s/ Erik K. Moller_____
          Teresa M. Corbin

11        Christopher Kelley
          Thomas C. Mavrakakis

12        Erik K. Moller
          301 Ravenswood Avenue

13        Menlo Park, CA  94025
          Telephone:  (650) 463-8100

14        Facsimile:   (650) 463-8400
          Attorneys for Defendants

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY
SIMON
ARNOLD &
WHITE**    Case No.  CV 03-04669 MJJ                                    -2-
[Proposed] Order re Miscellaneous Request to File
Under Seal