E-filing

1  Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
2  Thomas C. Mavrakakis (SBN 177927)
   Erik K. Moller (SBN 147674)
3  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
4  Menlo Park, California 94025
   Telephone: (650) 463-8100
5  Facsimile: (650) 463-8400

6  Attorneys for Plaintiff SYNOPSYS, INC.
   And Defendants AEROFLEX
7  INCORPORATED, et al.

FILED

MAR 1 2 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12  SYNOPSYS, INC.,                          )  Case No. C03-02289 MJJ
                                             )
13         Plaintiff,                        )  **ORDER ALLOWING DEPOSITIONS AT**
                                             )  **THE U.S. EMBASSY IN TOKYO, JAPAN**
14     vs.                                   )
                                             )
15  RICOH COMPANY, LTD.,                     )
                                             )
16         Defendant.                        )
                                             )
17  _____  )
                                             )
    RICOH COMPANY, LTD                       )  Case No. C03-04669 MJJ
18                                           )
           Plaintiff,                        )
19                                           )
       vs.                                   )
20                                           )
    AEROFLEX INCORPORATED, AMI               )
21  SEMICONDUCTOR, INC., MATROX              )
    ELECTRONIC SYSTEMS, LTD.,                )
22  MATROX GRAPHICS, INC., MATROX            )
    INTERNATIONAL CORP., and MATROX          )
23  TECH, INC.,                              )
                                             )
24         Defendants.                       )
                                             )
25  _____  )

26        Upon the application of Synopsys, Inc., the plaintiff in the *Synopsys, Inc. v. Ricoh Company,*
27  *Ltd.* matter and Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd.,
28  Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc., the defendants in the *Ricoh*

HOWREY
SIMON
ARNOLD &
WHITE

*Company, Ltd. v. Aeroflex Incorporated, et al.*, matter, and pursuant to Article 17 of the U.S.-Japan Consular Convention, it is ordered that the depositions on notice of the following witnesses, who will appear voluntarily, be taken at the U.S. Embassy in Tokyo, Japan, commencing on or about May 24, 2004 and terminating on or about May 28, 2004:

1. Mr. Hideaka Kobayashi
2. Mr. Haruo Nakayama
3. Mr. Zenji Oka
4. Mr. Takahei Takada

Ricoh's counsel will be accompanied by Mr. Jared Taylor who will interpret.

Counsel for Synopsys, Aeroflexc, AMI, Matrox Electronic Systems, Matrox Graphics, Matrox International and Matrox Tech who will participate in said depositions are:

1. Ms. Theresa Corbin
2. Mr. Matthew Hocker
3. Mr. Christopher Kelley
4. Mr. Thomas Mavrakakis
5. Mr. Erik Moller

Counsel for Ricoh, Co. Ltd. who will participate in said depositions are:

1. Mr. Gary Hoffman
2. Mr. Edward Meilman
3. Mr. Kenneth Brothers
4. Mr. Eric Oliver
5. Ms. DeAnna Allen

Counsel may arrive in Japan as early as May 17 in order to prepare for the deposition.

The proceedings will be reported by Ms. Louise Sousoures and will be interpreted by Mr. William Lise. The proceedings will be videotaped by Mr. Paul Diserio.

////
////
////

HOWREY
SIMON
ARNOLD &
WHITE

1    Please cause the testimony of said witnesses to be videotaped and reduced to writing.

2    **SO ORDERED.**

3

4    Dated: March 10, 2004

     _____
     HONORABLE MARTIN J. JENKINS

6    Approved:

7    HOWREY SIMON ARNOLD                DICKSTEIN SHAPIRO MORIN
8       & WHITE, LLP                    & OSHINSKY, LLP

10   By: /s/ Christopher L. Kelley      By: /s/ Kenneth W. Brothers
         CHRISTOPHER L. KELLEY              KENNETH W. BROTHERS
11       301 Ravenswood Avenue              2101 L Street NW
         Menlo Park, CA 94025               Washington, D.C. 20037
12       Attorneys for Plaintiff            Attorneys for Defendants

13   Dated: March 9, 2004                Dated: March 10, 2004

HOWREY SIMON ARNOLD & WHITE