```
Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 147674)
Erik K. Moller (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, CA 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400
```

FILED
MAR 23 2004
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

Attorneys for Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP. and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br>Plaintiffs, <br><br>v. <br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC., <br><br>Defendants. | Case No. CV 03-04669 MJJ(EMC) <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC. ("Aeroflex, et al.") file this Miscellaneous Administrative Request with this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the following exhibits:

1. Exhibit E to Declaration of Erik K. Moller in Support of Defendants' Opposition to Motion for Leave to File Amended Complaint, a true and correct copy of correspondence from Kenneth W. Brothers to Christopher Kelley, dated March 5, 2004 with attachment.

HOWREY
SIMON
ARNOLD &
WHITE

Case No. CV 03-04669 MJJ(EMC)
Miscellaneous Administrative Request to File Under Seal

1     This request is made pursuant to the Stipulated Protective Order submitted by the parties and
2 entered on June 9, 2003.
3     Submitted herewith is a proposed order granting Aeroflex, et al.'s request to file the forgoing
4 documents under seal.

5 Dated: March 9, 2004

Respectfully submitted,

HOWREY SIMON ARNOLD & WHITE, LLP

By: /s/ Erik K. Moller
Erik K. Moller
Attorneys for Defendants
AEROFLEX INCORPORATED, AMI
SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD.,
MATROX GRAPHICS INC., MATROX
INTERNATIONAL COPR. and
MATROX TECH, INC.

IT IS SO ORDERED

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE
3/22/2004
DATE

HOWREY SIMON ARNOLD & WHITE

Case No. CV 03-04669 MJJ(EMC)
Miscellaneous Administrative Request to File Under Seal

-2-