**United States District Court**
For the Northern District of California

1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                         NORTHERN DISTRICT OF CALIFORNIA

7

8    SYNOPSYS, INC.,                              No. C-03-2289 MJJ (EMC)
                                                  No. C-03-4669 MJJ (EMC)
9                  Plaintiff,

10          v.                                    **ORDER RE DISCOVERY PLAN**

11   RICOH CO., LTD.,

12                 Defendant.
     _____/
13
     RICOH CO., LTD.,
14
                   Plaintiff,
15
            v.
16
     AEROFLEX, et al.,
17
                   Defendants.
18
     _____/
19

20          On March 24, 2004, the Court held a hearing on discovery motions filed by the parties in the

21   above-referenced cases.  The Court instructed the parties at that hearing to provide a discovery plan within

22   thirty days of the hearing.

23

24          IT IS SO ORDERED.

25

26   Dated:  March 26, 2004

27                                                _____
                                                          /s/
                                                  EDWARD M. CHEN
                                                  United States Magistrate Judge
28