1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  Eric Oliver (*Pro Hac Vice*)
   Michael A. Weinstein (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
4  2101 L Street, NW
   Washington, DC 20037-1526
5  Phone (202) 785-9700
   Fax (202) 887-0689
6
   Edward A. Meilman (*Pro Hac Vice*)
7  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
8  1177 Avenue of the Americas
   New York, New York 10036-2714
9  Phone (212) 835-1400
   Fax (212) 997-9880
10
   Jeffrey B. Demain, State Bar No. 126715
11 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
12 177 Post Street, Suite 300
   San Francisco, California 94108
13 Phone (415) 421-7151
   Fax (415) 362-8064
14
   Attorneys for Plaintiff
15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18 ┌─────────────────────────────────┐
19 │ RICOH COMPANY, LTD.,            )   **CASE NO. CV 03-4669-MJJ (EMC)**
   │                                 )
20 │                    Plaintiff,   )   **RICOH'S MISCELLANEOUS**
   │                                 )   **ADMINISTRATIVE REQUEST TO FILE**
21 │         vs.                     )   **CERTAIN DOCUMENTS AND EXHIBITS**
   │                                 )   **UNDER SEAL**
22 │ AEROFLEX INCORPORATED, et al.,  )
   │                                 )
23 │                    Defendants.  )
   │                                 )
24 └─────────────────────────────────┘

25
       Plaintiff Ricoh Company, Ltd, ("Ricoh") files this Miscellaneous Administrative Request with
26
   this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the following
27
   documents and exhibits:
28

1.    Exhibit E to the Declaration Of Michael Weinstein In Support Of Ricoh's Reply In Support Of Its Motion To Amend Complaint, a true and correct copy of Reply Brief in Support of Defendants' Motion to Stay filed 8/5/03, and

2.    Exhibit F to the Declaration Of Michael Weinstein In Support Of Ricoh's Reply In Support Of Its Motion To Amend Complaint, a true and correct copy of Sur-Reply in Opposition to Defendants' Motion to Stay filed 8/22/03.

Because the above documents may include or refer to materials produced in discovery and designated confidential, this request is made pursuant to the Stipulated Protective Order entered on June 9, 2003 in this action.

Submitted herewith is a proposed order granting Ricoh's request to file the foregoing documents under seal.

Dated: March 30, 2004

Respectfully submitted,

Ricoh Company, Ltd.

By: /s/ Michael Weinstein

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

Gary M. Hoffman
Ken Brothers
Eric Oliver
Michael Weinstein
DICKSTEIN SHAPIRO MORIN &
   OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN &
   OSHINSKY LLP
1177 Avenue of the Americas

1
2
3
4

New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880

Attorneys for Ricoh Company, Ltd.

1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Plaintiff
14
                    UNITED STATES DISTRICT COURT
15
                    NORTHERN DISTRICT OF CALIFORNIA
16
17 _____
18 RICOH COMPANY, LTD.,                )  **CASE NO. CV 03-4669-MJJ (EMC)**
                                       )
19             Plaintiff,              )  **[PROPOSED] ORDER [GRANTING]**
                                       )  **RICOH'S MISCELLANEOUS**
                                       )  **ADMINISTRATIVE REQUEST TO FILE**
20       vs.                           )  **CERTAIN DOCUMENTS AND EXHIBITS**
                                       )  **UNDER SEAL**
21 AEROFLEX INCORPORATED, et al.,      )
                                       )
22             Defendants.             )
                                       )
23 _____   )
24
25      Plaintiff Ricoh Company, Ltd, ("Ricoh") has filed this Miscellaneous Administrative Request
26 with this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the following
27 documents and exhibits:
28      1.    Exhibit E to the Declaration Of Michael Weinstein In Support Of Ricoh's Reply In Support Of

1  Its Motion To Amend Complaint, a true and correct copy of Reply Brief in Support of Defendants'
2  Motion to Stay filed 8/5/03, and

3      2.     Exhibit F to the Declaration Of Michael Weinstein In Support Of Ricoh's Reply In Support Of
4  Its Motion To Amend Complaint, a true and correct copy of Sur-Reply in Opposition to Defendants'
5  Motion to Stay filed 8/22/03.

6      Because the above documents include or refer to materials produced in discovery and designated
7  confidential, the request was made pursuant to the Stipulated Protective Order entered on June 9, 2003
8  in this action.;

9      The Court hereby [GRANTS] this request.
10     IT IS SO ORDERED.

11

12 Dated: _____    _____

13                                                    Judge, United States District Court