1  Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
2  Thomas C. Mavrakakis (SBN 147674)
   Erik K. Moller (SBN 177927)
3  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
4  Menlo Park, CA  94025
   Telephone:  (650) 463-8100
5  Facsimile:   (650) 463-8400

6  Attorneys for Defendants AEROFLEX INCORPORATED, AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP. and MATROX TECH, INC.

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12  RICOH COMPANY, LTD.,                ) Case No. CV 03-04669 MJJ(EMC)
                                        )
13              Plaintiffs,              ) **MISCELLANEOUS ADMINISTRATIVE**
                                        ) **REQUEST TO FILE CERTAIN**
14       v.                              ) **DOCUMENTS AND EXHIBITS UNDER**
                                        ) **SEAL**
15  AEROFLEX INCORPORATED, AMI          )
    SEMICONDUCTOR, INC., MATROX         )
16  ELECTRONIC SYSTESM, LTD., MATROX    )
    GRAPHICS, INC., MATROX              )
17  INTERNATIONAL CORP., and MATROX     )
    TECH, INC.,                         )
18                                       )
                Defendants.              )
19  _____  )

20       Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX

21  ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL

22  CORP., and MATROX TECH, INC. ("Aeroflex, et al.") file this Miscellaneous Administrative

23  Request with this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the

24  following attachments and exhibits:

25       1.      Attachment 1 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims

26  and Preliminary Infringement Contentions;

27       2.      Attachment 2 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims

28  and Preliminary Infringement Contentions;

HOWREY
SIMON
ARNOLD &
WHITE

Case No.  CV 03-04669 MJJ(EMC)
Miscellaneous Administrative Request to File Under
Seal

3. Attachment 3 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

4. Exhibit B to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial Aeroflex Infringement Analysis;

5. Exhibit C to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial AMIS Infringement Analysis;

6. Exhibit D to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial Matrox Infringement Analysis;

7. Exhibit G to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised Aeroflex Infringement Analysis;

8. Exhibit H to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised AMIS Infringement Analysis;

9. Exhibit I to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised Matrox Infringement Analysis;

10. Exhibit J to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox Electronic Systems, Ltd. Infringement Analysis;

11. Exhibit K to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox International Corp. Infringement Analysis;

1      12.    Exhibit L to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox Tech, Inc. Infringement Analysis;

    13.    Exhibit Q to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of Travel Transcript of Edward Dwyer Deposition, dated February 3, 2004.

This request is made pursuant to the Stipulated Protective Order submitted by the parties and entered on June 9, 2003.

Submitted herewith is a proposed order granting Aeroflex, et al.'s request to file the forgoing documents under seal.

Dated:  March 30, 2004                    Respectfully submitted,

                                      HOWREY SIMON ARNOLD & WHITE, LLP


                                      By:  /s/ Erik K. Moller
                                             Erik K. Moller
                                             Attorneys for Defendants
                                             AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL COPR. and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., ) | Case No. CV 03-04669 MJJ |
| ) | |
| Plaintiffs, ) | **[PROPOSED] ORDER GRANTING** |
| ) | **MISCELLANEOUS ADMINISTRATIVE** |
| v. ) | **REQUEST TO FILE CERTAIN** |
| ) | **ATTACHMENTS AND EXHIBITS UNDER** |
| AEROFLEX INCORPORATED, AMI ) | **SEAL** |
| SEMICONDUCTOR, INC., MATROX ) | |
| ELECTRONIC SYSTESM, LTD., MATROX ) | |
| GRAPHICS, INC., MATROX ) | |
| INTERNATIONAL CORP., and MATROX ) | |
| TECH, INC., ) | |
| ) | |
| Defendants. ) | |

Defendants have file a Miscellaneous Administrative Request with this Court to Civil Local Rule 7-10(b) for permission to file under seal the following documents and exhibits:

1. Attachment 1 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

2. Attachment 2 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

3. Attachment 3 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

4. Exhibit B to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial Aeroflex Infringement Analysis;

5. Exhibit C to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial AMIS Infringement Analysis;

6. Exhibit D to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial Matrox Infringement Analysis;

7. Exhibit G to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised Aeroflex Infringement Analysis;

8. Exhibit H to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised AMIS Infringement Analysis;

9. Exhibit I to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised Matrox Infringement Analysis;

10. Exhibit J to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox Electronic Systems, Ltd. Infringement Analysis;

11. Exhibit K to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox International Corp. Infringement Analysis;

12. Exhibit L to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox Tech, Inc. Infringement Analysis;

13. Exhibit Q to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of Travel Transcript of Edward Dwyer Deposition, dated February 3, 2004.

This request is made pursuant to the Stipulated Protective Order submitted by the parties and entered on June 9, 2003.

After considering the requesting papers and all other matters presented to the Court, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants' request is GRANTED.

Dated: March _____, 2004

_____
Hon. Martin J. Jenkins
Judge, United States District Court

Submitted March 30, 2004 by:
HOWREY SIMON ARNOLD & WHITE, LLP

BY:   /s/ Erik K. Moller
Teresa M. Corbin
Christopher Kelley
Thomas C. Mavrakakis
Erik K. Moller
301 Ravenswood Avenue
Menlo Park, CA  94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400
Attorneys for Defendants