Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 147674)
Erik K. Moller (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, CA  94025
Telephone:  (650) 463-8100
Facsimile:  (650) 463-8400

Attorneys for Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP. and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | ) Case No. CV 03-04669 MJJ(EMC) |
|     Plaintiffs, | ) |
|     v. | ) **CERTIFICATE OF SERVICE** |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC., | ) |
|     Defendants. | ) |

I am employed in the County of San Mateo, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 301 Ravenswood Avenue, Menlo Park, California  94025.

On March 30, 2004, I served on the interested parties in said action the within:

   1.   Attachment 1 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

   2.   Attachment 2 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

1    3.    Attachment 3 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

4.    Exhibit B to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial Aeroflex Infringement Analysis;

5.    Exhibit C to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial AMIS Infringement Analysis;

6.    Exhibit D to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial Matrox Infringement Analysis;

7.    Exhibit G to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised Aeroflex Infringement Analysis;

8.    Exhibit H to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised AMIS Infringement Analysis;

9.    Exhibit I to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised Matrox Infringement Analysis;

10.    Exhibit J to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox Electronic Systems, Ltd. Infringement Analysis;

11.    Exhibit K to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox International Corp. Infringement Analysis;

12.    Exhibit L to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox Tech, Inc. Infringement Analysis;

13.    Exhibit Q to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of Travel Transcript of Edward Dwyer Deposition, dated February 3, 2004.

by placing true copies thereof in a sealed envelope(s) addressed as stated below and causing such envelope(s) to be deposited in the U.S. Mail at Menlo Park, California.

| | |
|---|---|
| Edward A. Meilman | Gary M. Hoffman |
| Dickstein Shapiro Morin & Oshinsky, LLP | Kenneth Brothers |
| 1177 Avenuye of the Americas | 2101 L Street N.W. |
| New York, NY  10036-2714 | Washington, DC  20037-1526 |
| Facsimile No.: (212) 997-9880 | Facsimile No.: (202) 887-0689 |

[X]  (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

[X]  (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on March 30, 2004, at Menlo Park, California.

| | |
|---|---|
| Gayle L. Jacob | /s/ Gayle L. Jacob |
| (Type or print name) | (Signature) |

**HOWREY SIMON ARNOLD & WHITE**

Case No.  CV 03-04669 MJJ(EMC)
CERTIFICATE OF SERVICE

-3-