1  KENNETH W. BROTHERS
   GARY M. HOFFMAN
2  Dickstein Shapiro Morin & Oshinksy, LLP
   2101 L Street, N.W.
3  Washington, DC  20037-1526
   Telephone:    (202) 785-9700
4  Facsimile:    (202) 887-0689

5  EDWARD A. MEILMAN
   Dickstein Shapiro Morin & Oshinksy, LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Telephone:    (212) 835-1400
   Facsimile:    (212) 997-9880
8

9  JEFFREY B. DEMAIN, State Bar No. 126715
   JONATHAN WEISSGLASS, State Bar No. 185008
10 Altshuler, Berzon, Nussbaum, Rubin & Demain
   177 Post Street, Suite 300
11 San Francisco, California  94108
   Telephone:    (415) 421-7151
12 Facsimile:    (415) 362-8064

13 Attorneys for Plaintiff

14                  UNITED STATES DISTRICT COURT

15              FOR THE NORTHERN DISTRICT OF CALIFORNIA

16

17 RICOH COMPANY, LTD.,                )   Case No. C-03-4669
                                       )
18        Plaintiff,                   )   **PROOF OF SERVICE**
                                       )
19     v.                              )
                                       )
20 AEROFLEX INCORPORATED, *et al.*,    )
                                       )
21        Defendants.                  )
                                       )
22 _____ )

23

24

25

26

27

28

Proof of Service
*Ricoh Co., Ltd. v. Aeroflex, Inc.*, N.D. Cal. Case No.C-03-4669

**PROOF OF SERVICE**

**CASE:** *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*

**CASE NO:** U.S. District Court, N.D. Cal., No. C03-4669 MJJ

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On March 30, 2004, I served the following document(s):

EXHIBITS E and F to the
DECLARATION OF MICHAEL WEINSTEIN IN SUPPORT OF RICOH'S REPLY IN SUPPORT OF ITS MOTION TO AMEND COMPLAINT
(FILED UNDER SEAL)

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

By Facsimile: I caused such document to be served via facsimile electronic equipment transmission (fax) on the parties in this action by transmitting a true copy to the following fax number(s):

AND

By First Class Mail: I am readily familiar with the practice of Altshuler, Berzon for the collection and processing of correspondence for mailing with the United States Postal Service. I caused each such envelope, with first-class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection and mailing to the office of the addressee on the date shown herein.

| ADDRESSEE | PARTY |
|---|---|
| Christopher L. Kelley, Esq.<br>Erik K. Moller, Esq.<br>Teresa M. Corbin, Esq.<br>Howrey Simon Arnold & White LLP<br>301 Ravenswood Avenue<br>Menlo Park, CA 94025<br>Fax: 650/463-8400 | Defendants |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this March 30, 2004, at San Francisco, California.

_____/s/_____
Edward Lin