Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

**FILED**

APR 0 2 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>Defendants. | **CASE NO. CV 03-4669-MJJ (EMC)**<br><br>**[PROPOSED] ORDER [GRANTING] RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

Plaintiff Ricoh Company, Ltd, ("Ricoh") has filed this Miscellaneous Administrative Request with this Court pursuant to Civil Local Rule 7-10(b) for permission to file under seal the following documents and exhibits:

1.    Exhibit E to the Declaration Of Michael Weinstein In Support Of Ricoh's Reply In Support Of

1  Its Motion To Amend Complaint, a true and correct copy of Reply Brief in Support of Defendants'

2  Motion to Stay filed 8/5/03, and

3      2.    Exhibit F to the Declaration Of Michael Weinstein In Support Of Ricoh's Reply In Support Of

4  Its Motion To Amend Complaint, a true and correct copy of Sur-Reply in Opposition to Defendants'

5  Motion to Stay filed 8/22/03.

6          Because the above documents include or refer to materials produced in discovery and designated

7  confidential, the request was made pursuant to the Stipulated Protective Order entered on June 9, 2003

8  in this action.;

9          The Court hereby [GRANTS] this request.

10         IT IS SO ORDERED.

11

12  Dated: _4/1/2004_

13                                  Judge, United States District Court

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28