CHAMBERS COPY

E-filing

FILED

APR 0 2 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. CV 03-04669 MJJ |
| Plaintiffs, | [PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN ATTACHMENTS AND EXHIBITS UNDER SEAL |
| v. | |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC., | |
| Defendants. | |

Defendants have file a Miscellaneous Administrative Request with this Court to Civil Local Rule 7-10(b) for permission to file under seal the following documents and exhibits:

1. Attachment 1 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

2. Attachment 2 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

3. Attachment 3 to Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions;

4. Exhibit B to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial Aeroflex Infringement Analysis;

5. Exhibit C to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial AMIS Infringement Analysis;

6. Exhibit D to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the initial Matrox Infringement Analysis;

7. Exhibit G to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised Aeroflex Infringement Analysis;

8. Exhibit H to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised AMIS Infringement Analysis;

9. Exhibit I to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the revised Matrox Infringement Analysis;

10. Exhibit J to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox Electronic Systems, Ltd. Infringement Analysis;

11. Exhibit K to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox International Corp. Infringement Analysis;

1      12.    Exhibit L to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of the Matrox Tech, Inc. Infringement Analysis;

    13.    Exhibit Q to Declaration of Erik K. Moller in Support of Defendants' Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions, a true and correct copy of Travel Transcript of Edward Dwyer Deposition, dated February 3, 2004.

This request is made pursuant to the Stipulated Protective Order submitted by the parties and entered on June 9, 2003.

After considering the requesting papers and all other matters presented to the Court, and finding good cause therefore,

IT IS HEREBY ORDERED that Defendants' request is GRANTED.

Dated: March 31, 2004

Hon. Martin J. Jenkins
Judge, United States District Court

Submitted March 30, 2004 by:
HOWREY SIMON ARNOLD & WHITE, LLP

BY: /s/ Erik K. Moller
Teresa M. Corbin
Christopher Kelley
Thomas C. Mavrakakis
Erik K. Moller
301 Ravenswood Avenue
Menlo Park, CA 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400
Attorneys for Defendants