IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**            Courtroom Clerk: **Monica Tutson**

DATE: **April 6, 2004**                    Court reporter: **Sahar Demos**

Case Number:     **C03-4669MJJ**

Case Name:       **RICOH COMPANY**     v.     **AEROFLEX INCORPORATED**

| COUNSEL FOR PLAINTIFF(S): | COUNSEL FOR DEFENDANT(S): |
|---|---|
| Gary Hoffman | Thomas Mavrakakis |
| Jeffrey Demain | Teresa Corbin |

PROCEEDINGS:                                                    RULING:
1. **Defendants' Motion for Judgment on the Pleadings**         **Submitted**
2. **Plaintiff's Motion to Amend Complaint**                    **GRANTED as to reasons stated on record**

( ) Status Conference        ( )P/T Conference        ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:   Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge       For:


CASE CONTINUED TO:   **May 4, 2004 @ 2:00 p.m.**   for **Case Management Conference**

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :        at 3:30 p.m.

Trial Date:     at 8:30 a.m.   Set for  days
                Type of Trial:  ( )Jury     ( )Court

Notes: