Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
Erik K. Moller (SBN 147674)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, CA  94025
Telephone:  (650) 463-8100
Facsimile:   (650) 463-8400

Attorneys for Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP. and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiffs, <br><br> v. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC., <br><br> Defendants. | Case No. CV 03-04669 MJJ (EMC) <br><br> **DECLARATION OF THOMAS C. MAVRAKAKIS IN SUPPORT OF DEFENDANTS' REPLY BRIEF IN SUPPORT OF ITS MOTION TO STRIKE RICOH'S DISCLOSURE OF ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** <br><br> **Date:  May 4, 2004** <br> **Time:  9:30 a.m.** <br> **Courtroom: 11** <br><br> **Judge Jenkins** |

HOWREY SIMON ARNOLD & WHITE

Case No. CV 03-04669 MJJ(EMC)
Declaration of Thomas C. Mavrakakis ISO
Defendants' Reply Brief ISO Motion to Strike
DM_US\8018667.v1

1  I, Thomas C. Mavrakakis, hereby declare as follows:

2  1. I am an attorney of law licensed to practice in the State of California and a partner of
3  the law firm of Howrey Simon Arnold & White, LLP, attorneys for Defendants Aeroflex Incorporated,
4  AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox
5  International Corp. and Matrox Tech, Inc. The matters set forth in this declaration are based upon my
6  personal knowledge, except where otherwise indicated, and if called as a witness, I could and would
7  testify competently thereto.

8  2. Attached hereto as Exhibit A is a true and correct copy of the 4/19/04 Printout that I
9  made from the Merriam-Webster OnLine Website (www.m-w.com) for definitions of the terms
10 "instrumentality," "instrumental," and "instrument."

11 I declare under penalty of perjury under the laws of the United States of America that the
12 foregoing is true and correct. This declaration was executed in Menlo Park, California on April 20,
13 2004.

/s/ Thomas C. Mavrakakis
Thomas C. Mavrakakis

HOWREY SIMON ARNOLD & WHITE

Case No. CV 03-04669 MJJ(EMC)                         -1-
Declaration of Thomas C. Mavrakakis ISO
Defendants' Reply Brief ISO Motion to Strike

EXHIBIT A





- M-WCollegiate.com
- M-WUnabridged.com
- Britannica.com
- Multi-User Licenses

DOWNLOADS
WORD OF THE DAY
WORD GAMES
WORD FOR THE WISE
ONLINE STORE
HELP



### Merriam-Webster Online Dictionary

One entry found for **instrumentality**.

**Thesaurus**

Merriam-Webste
- ⊙ Dictionary
- ○ Thesaurus

Main Entry: **in·stru·men·tal·i·ty** 🔊
Pronunciation: "in(t)-str&-m&n-'ta-l&-tE, -"men-
Function: *noun*
Inflected Form(s): *plural* **-ties**
**1** : the quality or state of being instrumental
**2** : **MEANS, AGENCY**

Get the **Top 10 Search Results for "instrumentality"**

For **More Information** on "instrumentality" go to **Britannica.com**

Pronunciation Symbols

instrumental

**Palm & Pock**
Browse and downl
Merriam-Webster
e-books and game
Palm and Pocket P
and Mobile Phones
Merriam-Web:
Online Store

**Handheld Collegiate**
Now you can take
Eleventh Edition w
anywhere as Franl
new Speaking Elec
Handheld!
Franklin.com/

Merriam-Wel
**Collegiat**
14-day Free

Products   Premium Services   Company Info   Contact Us   Advertising Info   Privacy P

© 2004 Merriam-Webster, Incorporated







Merriam-Webster Online Dictionary

One entry found for **instrumental**.

Main Entry: **in·stru·men·tal**
Pronunciation: `"in(t)-str&-'men-t&l`
Function: *adjective*
**1 a :** serving as a means, agent, or tool <was *instrumental* in organizing the strike> **b :** of, relating to, or done with an instrument or tool
**2 :** relating to, composed for, or performed on a musical instrument
**3 :** of, relating to, or being a grammatical case or form expressing means or agency
**4 :** of or relating to instrumentalism
**5 :** OPERANT 3 <*instrumental* learning> <*instrumental* conditioning>
- **instrumental** *noun*
- **in·stru·men·tal·ly** /-t&l-E/ *adverb*

Get the **Top 10 Search Results for "instrumental"**
For **More Information on "instrumental" go to Britannica.com**

Pronunciation Symbols



Palm & Pock
Browse and downl
Merriam-Webster
e-books and game
Palm and Pocket P
and Mobile Phones
Merriam-Web:
Online Store

**Handheld Collegiate**
Now you can take
Eleventh Edition w
anywhere as Franl
new Speaking Elec
Handheld!
Franklin.com/

Merriam-Wel
Collegiat
14-day Free

Products    Premium Services    Company Info    Contact Us    Advertising Info    Privacy P

© 2004 Merriam-Webster, Incorporated





- M-WCollegiate.com
- M-WUnabridged.com
- Britannica.com
- Multi-User Licenses

DOWNLOADS
WORD OF THE DAY
WORD GAMES
WORD FOR THE WISE
ONLINE STORE
HELP

Merriam-Webster Inc.
Company information

Merriam-Webster Online Dictionary



8 entries found for **instrument**.
To select an entry, click on it.



Main Entry: ¹**in·stru·ment**
Pronunciation: 'in(t)-str&-m&nt
Function: *noun*
Etymology: Middle English, from Latin *instrumentum,* from *instruere* to arrange, instruct
**1** : a device used to produce music
**2 a** : a means whereby something is achieved, performed, or furthered **b** : one used by another as a means or aid : **DUPE, TOOL**
**3** : **IMPLEMENT**; *especially* : one designed for precision work
**4** : a formal legal document (as a deed, bond, or agreement)
**5 a** : a measuring device for determining the present value of a quantity under observation **b** : an electrical or mechanical device used in navigating an airplane; *especially* : such a device used as the sole means of navigating
**synonym** see **IMPLEMENT**

Get the **Top 10 Search Results for "instrument"**
For **More Information on "instrument" go to Britannica.com**

Pronunciation Symbols

Merriam-Webste
○ **Dictionary**
○ **Thesaurus**



instrument

**Palm & Pock**
Browse and downl
Merriam-Webster
e-books and game
Palm and Pocket P
and Mobile Phones
Merriam-Web:
Online Store

**Handheld Collegiate**
Now you can take
Eleventh Edition w
anywhere as Fran
new Speaking Ele
Handheld!
Franklin.com/

Merriam-We
**Collegiat**
14-day Free

Products   Premium Services   Company Info   Contact Us   Advertising Info   Privacy P

© 2004 Merriam-Webster, Incorporated