**FILED**

APR 3 0 2004

RICHARD W. WIEKING
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICOH COMPANY,

    Plaintiff(s),

v.

AEROFLEX INCORPORATED,

    Defendant(s),

No. **C03-4669 MJJ**

**Order of Reference**

    Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that the **Defendant's Motion to Strike Plaintiff's Disclosure of Asserted Claims and Preliminary Infringement Contentions** in the above captioned case is referred to Magistrate **Judge Chen.**

    Counsel will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Chen. THE MOTION HEARING SET ON JUDGE JENKINS' CALENDAR FOR May 4, 2004, IS HEREBY **VACATED**.

Dated: 4/30/2004

MARTIN J. JENKINS
United States District Judge