United States District Court<br>For the Northern District of California

```
 1
 2
 3
 4
 5                        UNITED STATES DISTRICT COURT
 6                       NORTHERN DISTRICT OF CALIFORNIA
 7
 8   SYNOPSYS, INC.,                        Case No. C-03-2289 MJJ (EMC)
                                            Case No. C-03-4669 MJJ (EMC)
 9              Plaintiff,
10        v.
11   RICOH CO., LTD.,                       CLERK'S NOTICE
12              Defendant.
     _____/
13
     RICOH CO., LTD.,
14
                Plaintiff,
15
          v.
16
     AEROFLEX, et al.,
17
                Defendants.
18   _____/
19
20        TO ALL PARTIES AND COUNSEL OF RECORD:
21        YOU ARE NOTIFIED THAT the hearing on (1) PLAINTIFF'S MOTION TO COMPEL
22   RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES; and (2) DEFENDANT
23   AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE OF
24   ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS has been
25   ///
26   ///
27   ///
28
```

**United States District Court**
For the Northern District of California

1
2
3
4
5        UNITED STATES DISTRICT COURT
6        NORTHERN DISTRICT OF CALIFORNIA
7
8  SYNOPSYS, INC.,                              Case No. C-03-2289 MJJ (EMC)
                                                Case No. C-03-4669 MJJ (EMC)
9           Plaintiff,
10     v.
11 RICOH CO., LTD.,                             CLERK'S NOTICE
12          Defendant.
   _____/
13
   RICOH CO., LTD.,
14
            Plaintiff,
15
       v.
16
   AEROFLEX, et al.,
17
            Defendants.
18 _____/
19
20     TO ALL PARTIES AND COUNSEL OF RECORD:
21     YOU ARE NOTIFIED THAT the hearing on **(1) PLAINTIFF'S MOTION TO COMPEL**
22 **RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES; and (2) DEFENDANT**
23 **AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE OF**
24 **ASSERTED CLAIMS AND PRELIMINARY INFRINGEMENT CONTENTIONS** has been
25 ///
26 ///
27 ///
28

1  rescheduled to **June 16, 2004 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th

2  Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

3  Dated: May 7, 2004                                     FOR THE COURT,
                                                          Richard W. Wieking, Clerk

                                                                   /s/
                                                    by: _____
                                                          Betty Fong
                                                          Courtroom Deputy

1 rescheduled to **June 16, 2004 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, Courtroom C, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 7, 2004

FOR THE COURT,
Richard W. Wieking, Clerk

by: ___/s/_____
Betty Fong
Courtroom Deputy