UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC., <br><br>　　　　Defendants. | Case No. CV 03-04669 MJJ (EMC) <br><br>**[PROPOSED] CASE SCHEDULING ORDER** <br><br>Date:　N/A <br>Time:　N/A <br>Ctrm:　N/A |

On May 4, 2004, the initial case management conference in this matter was held pursuant to FRCP 16(b) and L.R. 16-9(a). At the conference, the parties agreed to the following schedule:

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions (for the '432 patent) | March 12, 2004 |
| Preliminary Invalidity Contentions on the '432 patent | April 26, 2004 |
| Meet and confer re: date for final invalidity Contentions | May 24, 2004 |
| Exchange of Proposed Terms and Claim Elements for Construction | May 24, 2004 |

Case No. CV 03-04669 MJJ (EMC)　　　　-1-
[Proposed] Case Scheduling Order
DM_US\8023528.v1

| Event | Date |
|---|---|
| Exchange of Proposed Claim Constructions and Extrinsic Evidence | June 11, 2004 |
| Joint Claim Construction and Prehearing Statement | July 13, 2004 |
| Deadline to join parties and amend pleadings | July 19, 2004 |
| Completion of Claim Construction Discovery | August 12, 2004 |
| Opening Claim Construction Brief | August 27, 2004 |
| Responsive Claim Construction Brief | September 10, 2004 |
| Reply Claim Construction Brief | September 17, 2004 |
| Tutorial and Pre-Claim Construction Hearing Conference | October 20, 2004 @ 2:30 p.m. |
| Claim Construction Hearing | October 29, 2004 @ 9:30 a.m. |
| Claim Construction Ruling ("CCR") | Provided by the Court |

Ricoh shall go first with respect to any presentation on the '432 patent. A further case management conference will be held after the Court's Claim Construction Ruling to establish a schedule for the remainder of the case.

IT IS SO ORDERED.

Dated: _____

_____
Hon. Martin J. Jenkins

Submitted by:

Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Aeroflex, Inc., et al.

Approved as to form by:

Gary M. Hoffman, admitted pro hac vice
Kenneth W. Brothers, admitted pro hac vice
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street, N.W.
Washington, D.C.  20037-1526
Telephone:  (202) 785-9700
Facsimile:  (202) 887-0689

Edward A. Meilman, admitted pro hac vice
Dickstein Shapiro Morin & Oshinsky LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone:  (212) 835-1400
Fax:  (212) 992-9880

Jeffrey B. Demain (SBN 126715)
Jonathan Weissglass (SBN 185008)
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone:  (415) 421-7151
Fax:  (415) 362-8064

Attorneys for Ricoh Company, Ltd.