**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                                               <u>**E-FILING**</u>

**Date:** May 13, 2004                                          **Time:** 4:05 p.m. - 4:35 p.m.

**Case Name and No.:**   C03-2289 MJJ Synopsys Inc. V. Ricoh
                         C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Chris Kelley for Synopsys
                 Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                                    **Tape No.:** 04-09-LD


**PROCEEDINGS:**

Discovery Conference Call re deposition of Mr. Kobayashi.


**ORDERED AFTER HEARING:**

The Deposition of Mr. Kobayashi in Japan shall proceed.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**


cc: EMC

In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen

**CIVIL MINUTES**                                                 <u>E-FILING</u>

**Date:** May 13, 2004                              **Time:** 4:05 p.m. - 4:35 p.m.

**Case Name and No.:**   C03-2289 MJJ Synopsys Inc. V. Ricoh
                        C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Chris Kelley for Synopsys
                Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                        **Tape No.:** 04-09-LD


**PROCEEDINGS:**

Discovery Conference Call re deposition of Mr. Kobayashi.


**ORDERED AFTER HEARING:**

The Deposition of Mr. Kobayashi in Japan shall proceed.


**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

cc: EMC

**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**  **E-FILING**

**Date:** May 13, 2004  **Time:** 4:05 p.m. - 4:35 p.m.

**Case Name and No.:**   C03-2289 MJJ Synopsys Inc. V. Ricoh
C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Chris Kelley for Synopsys
Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong   **Tape No.:** 04-09-LD

**PROCEEDINGS:**

Discovery Conference Call re deposition of Mr. Kobayashi.

**ORDERED AFTER HEARING:**

The Deposition of Mr. Kobayashi in Japan shall proceed.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:**

cc: EMC