E-filing

**FILED**

MAY 1 4 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | ) Case No. CV 03-04669 MJJ (EMC) |
| Plaintiffs, | ) [~~PROPOSED~~] CASE SCHEDULING ORDER |
| v. | ) Date: N/A |
| | ) Time: N/A |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC., | ) Ctrm: N/A |
| Defendants. | ) |

On May 4, 2004, the initial case management conference in this matter was held pursuant to FRCP 16(b) and L.R. 16-9(a). At the conference, the parties agreed to the following schedule:

| Event | Date |
|---|---|
| Disclosure of Asserted Claims and Preliminary Infringement Contentions (for the '432 patent) | March 12, 2004 |
| Preliminary Invalidity Contentions on the '432 patent | April 26, 2004 |
| Meet and confer re: date for final invalidity Contentions | May 24, 2004 |
| Exchange of Proposed Terms and Claim Elements for Construction | May 24, 2004 |

Case No. CV 03-04669 MJJ (EMC)
[Proposed] Case Scheduling Order
DM_US\8023528.v1

-1-

| Event | Date |
|---|---|
| Exchange of Proposed Claim Constructions and Extrinsic Evidence | June 11, 2004 |
| Joint Claim Construction and Prehearing Statement | July 13, 2004 |
| Deadline to join parties and amend pleadings | July 19, 2004 |
| Completion of Claim Construction Discovery | August 12, 2004 |
| Opening Claim Construction Brief | August 27, 2004 |
| Responsive Claim Construction Brief | September 10, 2004 |
| Reply Claim Construction Brief | September 17, 2004 |
| Tutorial and Pre-Claim Construction Hearing Conference | October 20, 2004 @ 2:30 p.m. |
| Claim Construction Hearing | October 29, 2004 @ 9:30 a.m. |
| Claim Construction Ruling ("CCR") | Provided by the Court |

Ricoh shall go first with respect to any presentation on the '432 patent. A further case management conference will be held after the Court's Claim Construction Ruling to establish a schedule for the remainder of the case.

IT IS SO ORDERED.

Dated: 5/14/2003

_____
Hon. Martin J. Jenkins

Submitted by:

Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Aeroflex, Inc., et al.

1  Approved as to form by:

2  Gary M. Hoffman, admitted pro hac vice
   Kenneth W. Brothers, admitted pro hac vice
3  DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
   2101 L Street, N.W.
4  Washington, D.C. 20037-1526
   Telephone: (202) 785-9700
5  Facsimile: (202) 887-0689

6  Edward A. Meilman, admitted pro hac vice
   Dickstein Shapiro Morin & Oshinsky LLP
7  1177 Avenue of the Americas
   New York, New York 10036-2714
8  Phone: (212) 835-1400
   Fax: (212) 992-9880
9
   Jeffrey B. Demain (SBN 126715)
10 Jonathan Weissglass (SBN 185008)
   ALTSHULER, BERZON, NUSSBAUM,
11 RUBIN & DEMAIN
   177 Post Street, Suite 300
12 San Francisco, California 94108
   Phone: (415) 421-7151
13 Fax: (415) 362-8064

14 Attorneys for Ricoh Company, Ltd.

Case No. CV 03-04669 MJJ (EMC)                -3-
[Proposed] Case Scheduling Order
DM_US\8023528.v1