**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                    **E-FILING**

**Date:** June 16, 2004                    **Time:**  11:18 a.m. - 12:27 p.m.

**Case Name and No.:**        C03-2289 MJJ Synopsys Inc. V. Ricoh

C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**    Tom Mavrakakis, Erik Moller, and Erik Oliver for Synopsys and Aeroflex

Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                    **Court Reporter:** Debra Pas

**FTR:** 11:18 a.m. - 12:27 p.m.

**PROCEEDINGS:**

(1)  PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES

(2)  DEFENDANT AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE

**ORDERED AFTER HEARING:**

(1) Plaintiff's Motion is granted.

(2) Parties to meet and confer and contact chamber by 6/17/04.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC

**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                    **E-FILING**

**Date:** June 16, 2004                    **Time:**  11:18 a.m. - 12:27 p.m.

**Case Name and No.:**        C03-2289 MJJ Synopsys Inc. V. Ricoh

                              C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**   Tom Mavrakakis, Erik Moller, and Erik Oliver for Synopsys and Aeroflex

                 Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong             **Court Reporter:** Debra Pas

                                         **FTR:** 11:18 a.m. - 12:27 p.m.

**PROCEEDINGS:**

(1)  PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES

(2)  DEFENDANT AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE

**ORDERED AFTER HEARING:**

(1) Plaintiff's Motion is granted.

(2) Parties to meet and confer and contact chamber by 6/17/04.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC

**In the United States District Court**
**for the Northern District of California**
**Magistrate Judge Edward M. Chen**

**CIVIL MINUTES**                    **E-FILING**

**Date:** June 16, 2004                    **Time:** 11:18 a.m. - 12:27 p.m.

**Case Name and No.:**    C03-2289 MJJ Synopsys Inc. V. Ricoh

C03-4669 MJJ Ricoh v. Aeroflex

**Attorneys:**    Tom Mavrakakis, Erik Moller, and Erik Oliver for Synopsys and Aeroflex

Kenneth Brothers for Ricoh

**Deputy Clerk:** Betty Fong                    **Court Reporter:** Debra Pas

**FTR:** 11:18 a.m. - 12:27 p.m.

**PROCEEDINGS:**

(1)  PLAINTIFF'S MOTION TO COMPEL RESPONSES TO SYNOPSYS'S FIRST SET OF INTERROGATORIES

(2)  DEFENDANT AEROFLEX, INC. ET AL.'S MOTION TO STRIKE PLAINTIFF'S DISCLOSURE

**ORDERED AFTER HEARING:**

(1) Plaintiff's Motion is granted.

(2) Parties to meet and confer and contact chamber by 6/17/04.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [x]  Court

**Case continued to:**

cc: EMC