

301 RAVENSWOOD AVENUE
MENLO PARK, CA 94025-3434
PHONE 650.463.8100
FAX 650.463.8400
A LIMITED LIABILITY PARTNERSHIP

July 7, 2004

**VIA E-FILE**

Hon. Edward M. Chen
United States Magistrate Judge
450 Golden Gate Ave.
San Francisco, CA 94102

Re: *Synopsys, Inc. v. Ricoh Company, Ltd.*
Case No. C03-02289 MJJ (EMC) and
*Ricoh Company, Ltd. v. Aeroflex, Inc., et al.*
Case No. C03-04669 MJJ (EMC)

Dear Magistrate Chen:

The parties to *Ricoh Company, Ltd. v. Aeroflex, Inc., et al.*, Case No. C03-04669 MJJ (EMC), have reached an agreement regarding their disputes over claims 1-12 and 18-20 of U.S. Patent No. 4,922,432 (the "'432 patent") and U.S. Patent No. 5,197,016 (the "'016 patent"). Attached is a copy of the stipulation filed today memorializing the agreement between the parties.

Based on this agreement and the attached stipulation, the portion of the Court's June 18, 2004 order requiring Ricoh to supplement its responses to Synopsys' Interrogatories 1-3 is now moot.

Very truly yours,

Dated: July 7, 2004

HOWREY SIMON ARNOLD & WHITE, LLP

By: ______________________
Teresa M. Corbin
Christopher Kelley
Thomas C. Mavrakakis
Erik Moller
Attorneys for Synopsys, Inc. and
Aeroflex Incorporated, et al.

Teresa M. Corbin (SBN 132360)
Christopher Kelley (SBN 166608)
Thomas C. Mavrakakis (SBN 147674)
Erik K. Moller (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, CA 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL COPR. and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTESM, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.,<br><br>Defendants. | Case No. CV 03-04669 MJJ (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN CLAIMS** |

WHEREAS Plaintiff and counter-defendant Ricoh Company Ltd. ("Ricoh"), defendants and declaratory judgment plaintiffs Aeroflex, Inc., Aeroflex Colorado Springs, Inc., AMI Semiconductor Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. in Case No. C-03-4669-MJJ (collectively "Defendants") (collectively referred to herein as "the Parties"), through their respective counsel, STIPULATE AND AGREE as follows:

1. Ricoh will not sue any of the named Defendants for infringement of any claim of United States Patent No. 5,197,016 (the '016 patent) or of any of claims 1-12 and 18-20 of United States Patent No. 4,922,432 (the '432 patent) solely as a result of the operation or use of prior or current (e.g., v.2003.12) versions of Synopsys' Design Compiler software, HDL Compiler for Verilog software, VHDL Compiler software and DesignWare Foundation libraries, either alone or in combination (hereinafter "Synopsys Design Compiler Products"). Additionally, Ricoh shall release the Defendants for actions arising solely as a result of the operation or use of prior or current (e.g., v.2003.12) versions of the Synopsys Design Compiler Products with regard to claims 1-12 and 18-20 of the '432 patent and all claims of the '016 patent. This shall not preclude Ricoh from either suing in the future or pursuing its current lawsuit against the named Defendants based on any operation or use of these Synopsys' Design Compiler Products in conjunction with software other than the Synopsys Design Compiler Products that are utilized by the named Defendants, whether provided by a third party or Synopsys or developed internally by the named Defendants, that occurs after the date of this Stipulation, which other software is used to carry out or enable the carrying out of any of the functions or activities covered by any of the claims of the '016 patent or the claims of the '432 patent identified in this paragraph. Except with respect to enforcement of the releases and covenants not to sue granted herein, nothing herein shall have any bearing upon or be used in any manner by the Court, any Party or any third party, as any evidence or otherwise, in connection with any administrative or judicial proceeding, including but not limited to any assertion by Ricoh of claims 13-17 of the '432 patent or of any assertion by Ricoh with respect to any future version of any Synopsys software.

2. Defendants hereby grant a full and perpetual release to Ricoh for any and all cause(s) of action relating to or based upon any communication with them that occurred prior to the date of this Stipulation and relates to claims 1-12 and 18-20 of the '432 patent.

3. Defendants shall within one week of the execution of this Agreement dismiss with prejudice the portion of their counterclaims in *Ricoh v. Aeroflex et al.*, Case No. C-03-4669-MJJ, relating to claims 1-12 and 18-20 of the '432 patent. The portions of the counterclaim Counts relating to claims 13-17 of the '432 patent shall remain in that action. Except to the extent it is inconsistent with Paragraph 4 herein, this dismissal shall be with prejudice with respect to the present action, and

shall preclude any other action by the Defendants against Ricoh regarding the ‘016 patent or claims 1-12 and 18-20 of the ‘432 patent that accrued prior to the date of this Stipulation. The Parties further agree that, notwithstanding this paragraph 3, if in the future Ricoh threatens or asserts any claim against the Defendants based upon the ‘016 patent or claims 1-12 and 18-20 of the ‘432 patent, whether in the above-captioned action or a separate lawsuit, the Defendants shall have the right to initiate a declaratory judgment action on those claims against Ricoh.

4. Nothing in this Stipulation shall be interpreted as any admission by any Party relating to matters of validity or invalidity of any patent, or as an admission by any Party of its direct or contributory or inducement of infringement or lack of infringement of any patent, or as an admission by any Party of any issue relating to the above captioned action and/or the ‘016 or ‘432 patents. Except with regard to the covenants not to sue and the releases granted herein, it is understood that no Party is waiving or has waived any claim or affirmative defense that any patents are valid, invalid, enforceable, unenforceable, infringed or not infringed, or any other claim or defense, including any such claim or affirmative defense based upon the factual allegations presently made in the above captioned action, or subsequently made pursuant to Paragraph 1 herein, all of which all Parties expressly reserve.

5. The Parties are prohibited from mentioning or referring to the existence of or any portion of this Stipulation or the dismissal pursuant to paragraph 3 in the present action or in Synopsys v. Ricoh, Case No. C-03-2289-MJJ, including but not limited to mentioning or referring to the existence of or any portion of this stipulation or the dismissal pursuant to paragraph 3 during any trial in the present action or in Synopsys v. Ricoh, Case No. C-03-2289-MJJ. No press release shall be made regarding any portion of this Agreement.

///

///

///

Dated: ______________________________, 2004

Defendants

By: /s/ Erik K. Moller
Teresa M. Corbin
Christopher Kelley
Thomas C. Mavrakakis
Erik K. Moller
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400
Attorneys for ASIC Defendants and Synopsys

Ricoh Company, Ltd.

By: /s/ Kenneth W. Brothers
Gary M. Hoffman
Kenneth W. Brothers
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**ORDER**

IT IS SO ORDERED.

Dated: __________________, 2004

______________________________________
Hon. Martin J. Jenkins
United States District Judge

HOWREY SIMON ARNOLD & WHITE

Case No. CV 03-04669 MJJ (EMC)
Stipulation and [Proposed] Order Dismissing Certain Claims

-5-