1  Gary M. Hoffman (*Pro Hac Vice*)
2  Kenneth W. Brothers (*Pro Hac Vice*)
   Eric Oliver (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN
    & OSHINSKY LLP
4  2101 L Street, NW
   Washington, DC  20037-1526
5  Phone (202) 785-9700
   Fax (202) 887-0689

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN
7   & OSHINSKY LLP
   1177 Avenue of the Americas
8  New York, New York  10036-2714
   Phone (212) 835-1400
9  Fax (212) 997-9880

10 Jeffrey B. Demain, State Bar No. 126715
   Jonathan Weissglass, State Bar No. 185008
11 ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
   177 Post Street, Suite 300
12 San Francisco, California  94108
   Phone (415) 421-7151
13 Fax (415) 362-8064

14 Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>　　　　　Defendants. | CASE NO. C-03-4669-MJJ (EMC) |
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　Defendant. | CASE NO. C-03-2289-MJJ (EMC)<br><br>**DECLARATION OF ERIC OLIVER IN SUPPORT OF RICOH'S CLAIM CONSTRUCTION OPENING BRIEF**<br><br>Date:  October 20, 2004<br>Time:  2:30 p.m.<br>Courtroom:  11 |

1   Eric Oliver declares as follows:

2   1. My name is Eric Oliver. I am an attorney with the law firm of Dickstein Shapiro
3   Morin & Oshinsky LLP, counsel for Ricoh Company, Ltd. I am over the age of 21 and am
4   competent to make this declaration. Based on my personal knowledge and information, I hereby
5   declare to all the facts in this declaration.

6   2. Attached hereto as Exhibit 1 is a true and correct copy of United States Patent No.
7   4,922,432 (RCL002929-54).

8   3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit A to the July 16,
9   2004 Joint Claim Construction and Prehearing Statement.

10   4. Attached hereto as Exhibit 3 is a true and correct copy of select pages from the
11   IEEE Standard Dictionary of Electrical and Electronics Terms, Fourth Edition (1998)
12   (RCL011382-88).

13   5. Attached hereto as Exhibit 4 is a true and correct copy of select pages from the
14   Merriam-Webster's Ninth New Collegiate Dictionary (1987) (RCL011389-407).

15   6. Attached hereto as Exhibit 5 is a true and correct copy of the prosecution history
16   of United States Patent No. 4,922,432 (RCL000001-265).

17   7. Attached hereto as Exhibit 6 is a true and correct copy of United States Patent No.
18   4,703,435 (RCL008592-607).

19   8. Attached hereto as Exhibit 7 is a true and correct copy of page 654 from the IBM
20   Dictionary of Computing (DEF084598).

21   9. Attached hereto as Exhibit 8 is a true and correct copy of select pages from the
22   Merriam-Webster's Ninth New Collegiate Dictionary (1987) (RCL011411-13).

23   10. Attached hereto as Exhibit C1 is a true and correct copy of Vitronics Corp. v.
24   Conceptronic, Inc., 90 F.3d 1576 (Fed. Cir. 1996).

25   11. Attached hereto as Exhibit C2 is a true and correct copy of Markman v. Westview
26   Instruments, Inc., 517 U.S. 370 (1996).

27
28

CASE NOS. C-03-4669-MJJ (EMC) and C-03-2289-MJJ (EMC) - Page 1
**DECLARATION OF ERIC OLIVER IN SUPPORT OF RICOH'S CLAIM CONSTRUCTION OPENING BRIEF**

1      12. Attached hereto as Exhibit C3 is a true and correct copy of <u>Markman v. Westview Instruments, Inc.</u>, 52 F.3d 967 (Fed. Cir. 1995) (en banc).

    13. Attached hereto as Exhibit C4 is a true and correct copy of <u>Tex. Digital Sys., Inc. v. Telegenix, Inc.</u>, 308 F.3d 1193 (Fed. Cir. 2002).

    14. Attached hereto as Exhibit C5 is a true and correct copy of <u>Teleflex, Inc. v. Ficosa N. Am. Corp.</u>, 299 F.3d 1313 (Fed. Cir. 2002).

    15. Attached hereto as Exhibit C6 is a true and correct copy of <u>Golight, Inc. v. Wal-Mart Stores, Inc.</u>, 355 F.3d 1327 (Fed. Cir. 2004).

    16. Attached hereto as Exhibit C7 is a true and correct copy of <u>Sunrace Roots Enter. Co. v. SRAM Corp.</u>, 336 F.3d 1298 (Fed. Cir. 2003).

    17. Attached hereto as Exhibit C8 is a true and correct copy of <u>Omega Eng'g, Inc. v. Raytek Corp.</u>, 334 F.3d 1314 (Fed. Cir. 2003).

    18. Attached hereto as Exhibit C9 is a true and correct copy of <u>Pall Corp. v. Micron Separations, Inc.</u>, 66 F.3d 1211 (Fed. Cir. 1995).

    19. Attached hereto as Exhibit C10 is a true and correct copy of <u>Zimmer, Inc. v. Howmedica Osteonics Corp.</u>, No. 03-1428, 2004 U.S. App. LEXIS 10598 (Fed. Cir. May 26, 2004).

    20. Attached hereto as Exhibit C11 is a true and correct copy of <u>SRI Int'l v. Matsushita Elec. Corp. of Am.</u>, 775 F.2d 1107 (Fed. Cir. 1985).

    21. Attached hereto as Exhibit C12 is a true and correct copy of <u>Union Oil Co. v. Atl. Richfield Co.</u>, 208 F.3d 989 (Fed. Cir. 2000).

    22. Attached hereto as Exhibit C13 is a true and correct copy of <u>Scripps Clinic & Research Found. v. Genentech, Inc.</u>, 927 F.2d 1565 (Fed. Cir. 1991).

    23. Attached hereto as Exhibit C14 is a true and correct copy of <u>ZMI Corp. v. Cardiac Resuscitator Corp.</u>, 844 F.2d 1576 (Fed. Cir. 1988).

    24. Attached hereto as Exhibit C15 is a true and correct copy of <u>Eastman Kodak Co. v. Goodyear Tire & Rubber Co.</u>, 114 F.3d 1547 (Fed. Cir. 1997).

1     25. Attached hereto as Exhibit C16 is a true and correct copy of <u>Cybor Corp. v. FAS Techs., Inc.</u>, 138 F.3d 1448 (Fed. Cir. 1998).

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed at Washington, D.C. on August 27, 2004.

    August 27, 2004                              /s/ Eric Oliver
                                                                               Eric Oliver