Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>　　　　　Defendants. | **CASE NO. C-03-4669-MJJ (EMC)**<br>**CASE NO. C-03-2289-MJJ (EMC)**<br><br>**[PROPOSED] ORDER REGARDING**<br>**TIMING OF RICOH'S MISCELLANEOUS**<br>**ADMINISTRATIVE REQUEST** |
| SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　Defendant. | |

1  This Court having reviewed the miscellaneous administrative request by plaintiff and
2  declaratory judgment defendant Ricoh Co., Ltd. ("Ricoh") regarding the Markman brief filed by
3  the ASIC Defendants and Synopsys (collectively "Synopsys") on September 10, 2004, it is
4  HEREBY ORDERED:
5  Synopsys shall file and serve a substantive response by noon (P.D.T.) Wednesday.
6  A telephone hearing shall be held on September ___, 2004 at _____ (a.m.) (p.m.)
7  SO ORDERED.
8  _____
9  UNITED STATES DISTRICT COURT
10 September __, 2004