IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSIS, INC., <br><br> Plaintiff. <br><br> v. <br><br> RICOH CO., LTD. <br><br> Defendant. <br> _____/ <br> RICOH CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROFLEX INC., et al., <br><br> Defendants. <br> _____/ | No.  C 03-2289 MJJ <br> No.  C 03-4669 MJJ <br><br><br> **ORDER** |

The Court has read and considered the parties' submissions with respect to Ricoh's miscellaneous administrative request.  The re-filed responsive brief filed September 14, 2004 (including accompanying

///
///
///
///

exhibits)[1] will be the operative one in this matter.  Ricoh's reply brief, which may not exceed 20 pages, shall be filed by September 20, 2004.

**IT IS SO ORDERED.**

Dated:  September 15, 2004                               /s/
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

---

[1] The Court requests chambers copies of the re-filed brief as well as supporting documents.