1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA

10    SAN FRANCISCO DIVISION

11

12    RICOH COMPANY, LTD.,                    )
                                              )    Case No. C03-04669 MJJ (EMC)
13              Plaintiff,                     )
                                              )    Case No. C03-2289 MJJ (EMC)
14        vs.                                  )
                                              )    **[PROPOSED] ORDER GRANTING**
15    AEROFLEX INCORPORATED, et al.,           )    **PLAINTIFF SYNOPSYS, INC.'S AND**
                                              )    **DEFENDANTS' MOTION REQUESTING**
16              Defendants.                    )    **EQUAL PRESENTATION TIME AT**
                                              )    **TUTORIAL**
17    _____      )

18    SYNOPSYS, INC.,                          )    Date:  To Be Determined
                                              )    Time:  To Be Determined
19              Plaintiff,                     )    Courtroom: 11
                                              )    Judge:  Martin J. Jenkins
20        vs.                                  )
                                              )
21    RICOH COMPANY, LTD., a Japanese          )
      corporation                              )
22                                             )
                Defendant.                     )
23    _____      )

24

25

26

27

28

Case Nos. C03-04669 MJJ (EMC) and C03-2289 MJJ (EMC)
[Proposed] Order

**HOWREY
SIMON
ARNOLD &
WHITE**    DM_US\8064279.v1                                                                    1

1         This matter came before the Court on October ___, 2004 on motion by Plaintiff Synopsis, Inc.

2    and Defendants Aeroflex, Inc., AMI Semiconductor Inc., Matrox Electronic Systems, Ltd., Matrox

3    Graphics, Inc., Matrox International Corp. and Matrox Tech, Inc. (collectively "Synopsys and

4    Defendants") requesting equal presentation time at the tutorial.

5         After consideration of the papers filed in support of the motion, any papers filed in opposition,

6    and any oral argument of counsel:

7         IT IS ORDERED, ADJUDGED, AND DECREED that:

8         Synopsys and Defendants are allowed equal presentation time at the October 20, 2004 neutral

9    expert tutorial.  The amount of time allocated for each presentation is _____.

10

11    Dated: _____, 2004                    _____

12                                          The Honorable Martin J. Jenkins
                                      United States District Court Judge

13

14    Submitted October 5, 2004 by:
HOWREY SIMON ARNOLD & WHITE, LLP

15

16    By:    /s/ Thomas C. Mavrakakis
        Teresa M. Corbin

17            Thomas C. Mavrakakis
        301 Ravenswood Avenue

18            Menlo Park, CA  94025-3434
        Telephone:  (650) 463-8100

19            Facsimile:  (650) 463-8400
        Attorneys for Plaintiff SYNOPSYS, INC.

20            and for Defendants AEROFLEX INCORPORATED,
        AMI SEMICONDUCTOR, INC., MATROX

21            ELECTRONIC SYSTEMS, LTD., MATROX
        GRAPHICS, INC., MATROX INTERNATIONAL

22            CORP. and MATROX TECH, INC.

23

24

25

26

27

28

Case Nos. C03-04669 MJJ (EMC) and C03-2289 MJJ (EMC)
[Proposed] Order

HOWREY
SIMON
ARNOLD &
WHITE    DM_US\8064279.v1    2