1  Teresa M. Corbin (SBN 132360)
   Thomas Mavrakakis (SBN 177927)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
3  Menlo Park, California  94025
   Telephone:  (650) 463-8100
4  Facsimile:  (650) 463-8400

5  Attorneys for Plaintiff SYNOPSYS, INC.
   and for Defendants AEROFLEX INCORPORATED,
6  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
7  GRAPHICS, INC., MATROX INTERNATIONAL
   CORP. and MATROX TECH, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | RICOH COMPANY, LTD.,              )
14 |         Plaintiff,                )  Case No. C03-04669 MJJ (EMC)
                                       )
15 |    vs.                            )  Case No. C03-2289 MJJ (EMC)
                                       )
16 | AEROFLEX INCORPORATED, et al.,    )  **DECLARATION OF THOMAS C.
                                       )  MAVRAKAKIS IN SUPPORT OF
17 |         Defendants.               )  PLAINTIFF SYNOPSYS, INC.'S AND
                                       )  DEFENDANTS' MOTION TO SHORTEN
18                                       )  TIME FOR HEARING ON MOTION
                                           REQUESTING EQUAL PRESENTATION
19                                         TIME AT TUTORIAL**

20 | SYNOPSYS, INC.,                   )  Date:  To Be Determined
                                       )  Time:  To Be Determined
21 |         Plaintiff,                )  Courtroom: 11
                                       )  Judge:  Martin J. Jenkins
22 |    vs.                            )
                                       )
23 | RICOH COMPANY, LTD., a Japanese   )
     corporation                       )
24                                       )
             Defendant.                )
25                                       )

26
27
28

**HOWREY**
**SIMON**
**ARNOLD &**
**WHITE**

Case Nos. C03-04669 MJJ (EMC) and C03-2289 MJJ (EMC)
Declaration of Mavrakakis ISO Motion to Shorten Time
DM_US\8064388.v1

I, Thomas C. Mavrakakis, hereby declare as follows:

1. I am an attorney associated with the law firm of Howrey Simon Arnold & White, LLP, counsel of record for Synopsys, Inc., Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. There has been one previous time modification in this action while pending in the Northern District of California, with a Court Order shortening time for a hearing of a motion to stay on November 16, 2003.

3. The request to shorten time will not affect the case schedule.

4. The parties have met and conferred related to the neutral expert tutorial issue, and were unable to reach a resolution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed at Menlo Park, California on October 5.

      /s/ Thomas C. Mavrakakis  
      Thomas C. Mavrakakis

Case Nos. C03-04669 MJJ (EMC) and C03-2289 MJJ (EMC)    -2-  
Declaration of Mavrakakis ISO Motion to Shorten Time  
DM_US\8064388.v1

HOWREY SIMON ARNOLD & WHITE