1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.
14
                    UNITED STATES DISTRICT COURT
15                 NORTHERN DISTRICT OF CALIFORNIA
                      SAN FRANCISCO DIVISION
16

17  RICOH COMPANY, LTD.,                    )
                                            )
18               Plaintiff,                 )   **CASE NO. C-03-2289-MJJ (EMC)**
                                            )
19      vs.                                 )   **CASE NO. C-03-4669-MJJ (EMC)**
                                            )
20  AEROFLEX INCORPORATED, et al.,          )
                                            )
21               Defendants                 )   **DECLARATION OF EDWARD A.**
                                            )   **MEILMAN IN SUPPORT OF RICOH'S**
                                            )   **OPPOSITION TO MOTION TO SHORTEN**
22  SYNOPSYS, INC.,                         )   **TIME**
                                            )
23               Plaintiff,                 )   **Date:  To Be Determined**
                                            )   **Time:  To Be Determined**
24      vs.                                 )   **Courtroom:  11**
                                            )   **Judge:  Judge Jenkins**
25  RICOH COMPANY, LTD.,                    )
                                            )
26               Defendant.                 )
                                            )
27

28

1    Edward A. Meilman declares as follows:

2        1.    I am an attorney with the law firm of Dickstein, Shapiro, Morin & Oshinsky,

3    LLP, counsel for Ricoh Company Limited.  I am over the age of 21 and am competent to make

4    this declaration.  Based on my personal knowledge and information, I hereby declare to all the

5    facts in this declaration

6        2.    Attached hereto as Ex. 1 is a true and correct copy of a letter dated October 4,

7    2004 from Gary M. Hoffman, Ricoh's counsel, to Tom Mavrakakis, Defendants' counsel

8        I declare under penalty of perjury under the laws of the United States of America that

9    the foregoing is true and correct.  Signed at New York, New York on October 6, 2004

10

11                                                        /s/ Edward A. Meilman
                                                          Edward A. Meilman
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

D I C K S T E I N   S H A P I R O   M O R I N   *&*   O S H I N S K Y   L L P

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 828-2228*
*E-Mail Address: HoffmanG@dsmo.com*

October 4, 2004

**BY FACSIMILE and US Mail**

Tom Mavrakakis, Esq.
Howrey Simon Arnold & White LLP
301 Ravenswood Ave.
Menlo Park, CA  94025

Re:         Synopsis, Inc. V Ricoh Company, Ltd.
            Ricoh v. Aeroflex et al.

Dear Tom:

        We have received the letter that you faxed to us late Friday night (8:52 p.m.
Washington time).

        You were unavailable when we called for our scheduled conference call
earlier on Friday afternoon(1:30 p.m. your time).  We had set that time for a meet and
confer to discuss the differences between each of our proposed presentations.  As we
have repeatedly indicated to you, we were prepared to discuss each of your specific
objections to our proposed presentation and also our objections to your list of bullet
points that you would like to see included in the presentation.  We have repeatedly
proposed that we exchange a list of what information in each of the other side's
proposed presentation that we are willing to accept.  This would permit us to have a
proper meet and confer to see if we can reach a compromise.  Hopefully, you will agree
to exchange such information so that we can have a proper meet and confer on the
matter.

        Ricoh has taken care to make the tutorial presentation neutral and to avoid
any of Ricoh's claim construction positions.  We have repeatedly asked you to identify
any non-neutral or improper claim construction points in the detailed presentation
Ricoh provided to you.  While you keep saying there are such points, you still refuse to
identify what they are. You have therefore frustrated Ricoh's attempt to conduct a meet
and confer.

        To date, all that you have done is to continue your threat to take the matter to
the Court unless Synopsys and the Defendants are provided with a 100% veto power
over any information that we place in a tutorial or unless we simply limit the tutorial to
the bullet points that Synopsys and the Defendants' propose.  Both approaches are
obviously completely inconsistent with the process set forth by the Court.  If this is the
sole issue that you wish to take to the Court, i.e. that Ricoh should have no say in any
tutorial presentation at all and it should be totally controlled by  Synopsys and the
Defendants, then that issue is ripe for consideration by the Court.  However, if the issue

*1177 Avenue of the Americas • New York, NY 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.DicksteinShapiro.com*

DSMDB.1830552.1

October 4, 2004
Page 2

is as to what should be in a presentation being made by Ricoh and whether there is really any need for a separate presentation by Synopsys and the Defendants, then that issue is premature until there has been cooperation by Synopsys and the Defendants in exchanging information and having a meet and confer.  Unfortunately, to date you have refused to participate in such activities.

Very truly yours,

Gary M. Hoffman

GMH/ncz
cc:     Edward Meilman, Esq.

```
*********************
***  TX REPORT  ***
*********************


TRANSMISSION OK


TX/RX NO                 2468
CONNECTION TEL           180#0171#16504638400
SUBADDRESS
CONNECTION ID
ST. TIME                 10/04 16:44
USAGE T                  00'38
PGS. SENT                   3
RESULT                   OK
```

# FAX TRANSMISSION

DICKSTEIN
SHAPIRO
MORIN &
OSHINSKY
LLP

**DATE:**          October 4, 2004

**CLIENT NO.:**    R2180.0171

**MESSAGE TO:**    Tom Mavrakakis, Esq.

**COMPANY:**       Howrey Simon Arnold & White LLP

**FAX NUMBER:**    650-463-8400

**PHONE:**

**FROM:**          Gary M. Hoffman, Esq.                    **TIMEKEEPER NO.:**

**PHONE:**         202-828-2228

**PAGES (Including Cover Sheet):**  __3__  **HARD COPY TO FOLLOW:** __x__ YES  _____ NO

| SENT BY: | | DATE/TIME: | |
|----------|--|------------|--|

**MESSAGE:**