Teresa M. Corbin (SBN 132360)
Thomas Mavrakakis (SBN 177927)
HOWREY SIMON ARNOLD & WHITE, LLP
301 Ravenswood Avenue
Menlo Park, California 94025
Telephone: (650) 463-8100
Facsimile: (650) 463-8400

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS INC., MATROX INTERNATIONAL
CORP. and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>    Defendants. | Case No. C03-04669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION TUTORIAL AND HEARING AND [PROPOSED] ORDER** |
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>RICOH COMPANY, LTD., a Japanese corporation<br><br>    Defendant. | Tutorial Date: October 20, 2004<br>Tutorial Time: 2:30 PM<br>Courtroom: 11<br>Judge: Martin J. Jenkins<br><br>Claim Construction Date: October 29, 2004<br>Claim Construction Time: 9:30 a.m.<br>Courtroom: 11<br>Judge: Martin J. Jenkins |

**HOWREY**
**SIMON**
**ARNOLD &**
**WHITE**

Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. ("Defendants") are planning to use computer and video equipment during the claim construction tutorial scheduled for October 20, 2004, at 2:30 p.m. and at the claim construction hearing scheduled for October 29, 2004, at 9:30 a.m., both in Department 11 of this court. For the convenience of the Court and the parties, Synopsys and Defendants request access by their vendor ThinkTwice, Inc. and by their legal representatives to Department 11 in advance of the tutorial and claim construction hearings in order to move the equipment into Department 11, and install it prior to the time scheduled for start of the hearings.

Synopsys, Inc. and Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. hereby apply for and respectfully request the Court to enter an Order as follows:

TO THE UNITED STATES MARSHALL, COURT PERSONNEL AND ALL OTHER PERSONS WITH NOTICE OF THIS ORDER:

On Wednesday, October 20, 2004, between the hours of 10:30 a.m. and 1:00 p.m. (in preparation for a tutorial hearing scheduled to be heard in Department 11 at 2:30 p.m.), and on Friday, October 29, 2004, between the hours of 8:00 a.m. and 9:30 a.m. (in preparation for a tutorial hearing scheduled to be heard in Department 11 at 9:30 a.m.), the following equipment, materials and persons SHALL be permitted entry into the United States Courthouse for the Northern District of California, and access to Department 11:

1.  Personnel from and/or under the direction of ThinkTwice, Inc. and Howrey Simon Arnold & White, LLP, will be delivering and moving into this court the following equipment:

    a)    one video/computer projector;

    b)    one ELMO;

    c)    one projector screen;

    d)    4 – 15" data monitors;

    e)    two laptops including related docking stations, disk drives and CD-ROM drives, keyboards, light pens, audio speakers;

f) switches, distribution amps and line doublers for the above equipment;

g) carts and stands for the above equipment;

h) cables and power strips for the above equipment;

i) tools and supplies, such as gaffer tape, necessary to install the above equipment; and

j) auxiliary easels for presentation of posters and scratchpads;

2. Personnel from and/or under the direction of Synopsys' and Defendants' counsel will be delivering numerous boxes of exhibits, exhibit binders, depositions and related materials.

3. To the extent possible, Synopsys, Defendants and their vendors shall be permitted to deliver the aforementioned materials and equipment into the courthouse through the service entrance.

4. Synopsys and Defendants and the Court request the assistance of the United States Marshall Service in securing the courtroom and witness room containing the above equipment and materials.

Dated: October 13, 2004        Respectfully submitted,

_____
Thomas C. Mavrakakis
Howrey Simon Arnold & White, LLP
Attorneys for Synopsys, Inc. and Defendants Aeroflex, et al.

**O R D E R**

IT IS SO ORDERED.

Dated: _____

_____
Honorable Martin J. Jenkins
United States District Court Judge