E-filing

1  Teresa M. Corbin (SBN 132360)
   Thomas Mavrakakis (SBN 177927)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
3  Menlo Park, California  94025
   Telephone:  (650) 463-8100
4  Facsimile:  (650) 463-8400

5  Attorneys for Plaintiff SYNOPSYS, INC.
   and for Defendants AEROFLEX INCORPORATED,
6  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
7  GRAPHICS INC., MATROX INTERNATIONAL
   CORP. and MATROX TECH, INC.

8

**FILED**

OCT 1 5 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

13  RICOH COMPANY, LTD.,                    )    Case No. C03-04669 MJJ (EMC)
                                            )
            Plaintiff,                      )
14                                          )    Case No. C03-2289 MJJ (EMC)
        vs.                                 )
15                                          )    **APPLICATION FOR AN ORDER RE**
    AEROFLEX INCORPORATED, et al.,          )    **DELIVERY OF EQUIPMENT AND**
16                                          )    **COURTROOM SET UP FOR CLAIM**
            Defendants.                     )    **CONSTRUCTION TUTORIAL AND**
17                                          )    **HEARING AND [PROPOSED] ORDER**
                                            )
18                                          )
                                            )
19  SYNOPSYS, INC.,                         )    Tutorial Date:  October 20, 2004
                                            )    Tutorial Time:  2:30 PM
20          Plaintiff,                       )    Courtroom:  11
                                            )    Judge:  Martin J. Jenkins
21      vs.                                 )
                                            )    Claim Construction Date:  October 29, 2004
22  RICOH COMPANY, LTD., a Japanese         )    Claim Construction Time:  9:30 a.m.
    corporation                             )    Courtroom:  11
23                                          )    Judge:  Martin J. Jenkins
            Defendant.                       )
24                                          )

25

26

27

28

1        Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex Incorporated, AMI

2  Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International

3  Corp. and Matrox Tech, Inc. ("Defendants") are planning to use computer and video equipment during

4  the claim construction tutorial scheduled for October 20, 2004, at 2:30 p.m. and at the claim

5  construction hearing scheduled for October 29, 2004, at 9:30 a.m., both in Department 11 of this court.

6  For the convenience of the Court and the parties, Synopsys and Defendants request access by their

7  vendor ThinkTwice, Inc. and by their legal representatives to Department 11 in advance of the tutorial

8  and claim construction hearings in order to move the equipment into Department 11, and install it prior

9  to the time scheduled for start of the hearings.

10        Synopsys, Inc. and Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic

11  Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. hereby apply

12  for and respectfully request the Court to enter an Order as follows:

13        TO THE UNITED STATES MARSHALL, COURT PERSONNEL AND ALL OTHER

14  PERSONS WITH NOTICE OF THIS ORDER:

15        On Wednesday, October 20, 2004, between the hours of 10:30 a.m. and 1:00 p.m. (in

16  preparation for a tutorial hearing scheduled to be heard in Department 11 at 2:30 p.m.), and on Friday,

17  October 29, 2004, between the hours of 8:00 a.m. and 9:30 a.m. (in preparation for a tutorial hearing

18  scheduled to be heard in Department 11 at 9:30 a.m.), the following equipment, materials and persons

19  SHALL be permitted entry into the United States Courthouse for the Northern District of California,

20  and access to Department 11:

21       1.     Personnel from and/or under the direction of ThinkTwice, Inc. and Howrey Simon

22  Arnold & White, LLP, will be delivering and moving into this court the following equipment:

23       a)     one video/computer projector;

24       b)     one ELMO;

25       c)     one projector screen;

26       d)     4 – 15" data monitors;

27       e)     two laptops including related docking stations, disk drives and CD-ROM drives, keyboards, light pens, audio speakers;

28

1    f)    switches, distribution amps and line doublers for the above equipment;

2    g)    carts and stands for the above equipment;

3    h)    cables and power strips for the above equipment;

4    i)    tools and supplies, such as gaffer tape, necessary to install the above equipment; and

5    j)    auxiliary easels for presentation of posters and scratchpads;

6    2.    Personnel from and/or under the direction of Synopsys' and Defendants' counsel will be

7    delivering numerous boxes of exhibits, exhibit binders, depositions and related materials.

8    3.    To the extent possible, Synopsys, Defendants and their vendors shall be permitted to

9    deliver the aforementioned materials and equipment into the courthouse through the service entrance.

10    4.    Synopsys and Defendants and the Court request the assistance of the United States

11    Marshall Service in securing the courtroom and witness room containing the above equipment and

12    materials.

13    Dated: October 13, 2004        Respectfully submitted,

14

15    _____

16    Thomas C. Mavrakakis
      Howrey Simon Arnold & White, LLP
      Attorneys for Synopsys, Inc. and Defendants Aeroflex, et al.

17

18

19

20    **O R D E R**

21    IT IS SO ORDERED.

22    Dated: _JO /14/2004_

23    _____
      Honorable Martin J. Jenkins
      United States District Court Judge

24

25

26

27

28

HOWREY
SIMON
ARNOLD &
WHITE