**FILED**

OCT 15 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSIS, INC., <br>     Plaintiff. <br> v. <br> RICOH CO., LTD. <br>     Defendant. | No. C 03-2289 MJJ <br> No. C 03-4669 MJJ <br><br> **ORDER** |
| RICOH CO., LTD., <br>     Plaintiff, <br> v. <br> AEROFLEX INC., et al., <br>     Defendants. | |

The Court hereby notifies the parties that the Court will construe only ten terms at the *Markman* hearing scheduled for October 29, 2004. The parties should meet and confer, and submit to the Court a list of ten terms no later than October 20, 2004.

**IT IS SO ORDERED.**

Dated: October 15, 2004

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE