Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, NW
Washington, DC  20037-1526
Telephone:  (202) 785-9700
Facsimile:  (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Telephone:  (212) 835-1400
Facsimile:  (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>RICOH COMPANY, LTD.,<br><br>        Defendant.<br><br>RICOH COMPANY, LTD.,<br><br>        Plaintiff,<br><br>  vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>        Defendants | **CASE NO. C-03-2289-MJJ (EMC)**<br>**CASE NO. C-03-4669-MJJ (EMC)**<br><br>**APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION TUTORIAL AND HEARING AND [PROPOSED] ORDER**<br><br>Tutorial Date:  October 20, 2004<br>Tutorial Time:  2:30 PM<br>Courtroom:  11<br>Judge:  Martin J. Jenkins<br><br>Claim Construction Date:  October 29, 2004<br>Claim Construction Time:  9:30 AM<br>Courtroom:  11<br>Judge:  Martin J. Jenkins |

1   Ricoh Company, Ltd. ("Ricoh") is planning to use computer and video equipment
2   during the claim construction tutorial scheduled for October 20, 2004, at 2:30 p.m. and at the
3   claim construction hearing scheduled for October 29, 2004, at 9:30 a.m., both in Department 11
4   of this Court. Synopsys and the Aeroflex et al. Defendants (collectively "Defendants") and
5   Ricoh have agreed to share the equipment listed at items 1.a) through d), and f) through j), as
6   well as any external audio speakers (described at item 1.e)) of Defendants' Application for An
7   Order Re Delivery Of Equipment And Courtroom Set Up For Claim Construction Tutorial And
8   Hearing And [Proposed] Order, dated October 13, 2004.

9   For the convenience of the Court and the parties, Ricoh requests access by
10  representatives of its vendor Animators at Law and by Ricoh's legal representatives to
11  Department 11 in advance of the tutorial and claim construction hearings during the delivery and
12  installation of the shared equipment into Department 11 by Defendants' vendors. Ricoh further
13  requests access by its aforementioned representatives for the delivery and installation of the
14  equipment listed below, prior to the time scheduled for start of the hearings.

15  Ricoh hereby applies for and respectfully requests the court to enter an Order as
16  follows:

17  TO THE UNITED STATES MARSHALL, COURT PERSONNEL AND ALL
18  OTHER PERSONS WITH NOTICE OF THIS ORDER:

19  On Wednesday, October 20, 2004, between the hours of 10:30 a.m. and 1:00 p.m. (in
20  preparation for a tutorial hearing scheduled to be heard in Department 11 at 2:30 p.m.), and on
21  Friday, October 29, 2004, between the hours of 8:00 a.m. and 9:30 a.m. (in preparation for a
22  hearing scheduled to be heard in Department 11 at 9:30 a.m.), the following equipment, materials
23  and persons SHALL be permitted entry into the United States Courthouse for the Northern
24  District of California, and access to Department 11:

25  1.  Personnel from and/or under the direction of Animators at Law, Dickstein Shapiro
26  Morin & Oshinsky LLP, and Altshuler, Berzon, Nussbaum, Rubin & Demain will be delivering
27  and moving into this Court the following equipment:

28

       Two laptops including related docking stations and/or power adapters, disk drives and CD-ROM drives, keyboards, wired or wireless remote controls, light pens, and audio speakers.

2. Personnel from and/or under the direction of Ricoh and its counsel will be delivering numerous boxes of presentation binders/notebooks and related materials.

3. To the extent possible, Ricoh and its vendors and legal representatives shall be permitted to deliver the aforementioned materials and equipment into the courthouse through the service entrance.

4. Ricoh and the Court request the assistance of the United States Marshall Service in securing the courtroom and witness room containing the above equipment and materials.

Dated: October 15, 2004          Respectfully submitted,

                                                        /s/
                                         Gary M. Hoffman
                                         Dickstein Shapiro Morin & Oshinsky LLP
                                         Attorneys for Ricoh Company, Ltd.

**ORDER**

IT IS SO ORDERED

Dated: _____                    _____
                                                           Honorable Martin J. Jenkins
                                                           United States District Court Judge