

1 | Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
2 | & OSHINSKY LLP
2101 L Street, NW
3 | Washington, DC 20037-1526
Telephone: (202) 785-9700
4 | Facsimile: (202) 887-0689

5 | Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
6 | & OSHINSKY LLP
1177 Avenue of the Americas
7 | New York, New York 10036-2714
Telephone: (212) 835-1400
8 | Facsimile: (212) 997-9880

9 | Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
10 | ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
11 | San Francisco, California 94108
Telephone: (415) 421-7151
12 | Facsimile: (415) 362-8064

13 | Attorneys for Ricoh Company, Ltd.

14

# FILED

OCT 19 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

15 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
16 | SAN FRANCISCO DIVISION

17 | SYNOPSYS, INC.,

18 | Plaintiff,

19 | vs.

20 | RICOH COMPANY, LTD.,

21 | Defendant.

22 | RICOH COMPANY, LTD.,

23 | Plaintiff,

24 | vs.

25 | AEROFLEX INCORPORATED, et al.,

26 | Defendants

27

28

CASE NO. C-03-2289-MJJ (EMC)
CASE NO. C-03-4669-MJJ (EMC)

**APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION TUTORIAL AND HEARING AND [PROPOSED] ORDER**

Tutorial Date: October 20, 2004
Tutorial Time: 2:30 PM
Courtroom: 11
Judge: Martin J. Jenkins

Claim Construction Date: October 29, 2004
Claim Construction Time: 9:30 AM
Courtroom: 11
Judge: Martin J. Jenkins

1    Ricoh Company, Ltd. ("Ricoh") is planning to use computer and video equipment
2    during the claim construction tutorial scheduled for October 20, 2004, at 2:30 p.m. and at the
3    claim construction hearing scheduled for October 29, 2004, at 9:30 a.m., both in Department 11
4    of this Court. Synopsys and the Aeroflex et al. Defendants (collectively "Defendants") and
5    Ricoh have agreed to share the equipment listed at items 1.a) through d), and f) through j), as
6    well as any external audio speakers (described at item 1.e)) of Defendants' Application for An
7    Order Re Delivery Of Equipment And Courtroom Set Up For Claim Construction Tutorial And
8    Hearing And [Proposed] Order, dated October 13, 2004.

9    For the convenience of the Court and the parties, Ricoh requests access by
10    representatives of its vendor Animators at Law and by Ricoh's legal representatives to
11    Department 11 in advance of the tutorial and claim construction hearings during the delivery and
12    installation of the shared equipment into Department 11 by Defendants' vendors. Ricoh further
13    requests access by its aforementioned representatives for the delivery and installation of the
14    equipment listed below, prior to the time scheduled for start of the hearings.

15    Ricoh hereby applies for and respectfully requests the court to enter an Order as
16    follows:

17    TO THE UNITED STATES MARSHALL, COURT PERSONNEL AND ALL
18    OTHER PERSONS WITH NOTICE OF THIS ORDER:

19    On Wednesday, October 20, 2004, between the hours of 10:30 a.m. and 1:00 p.m. (in
20    preparation for a tutorial hearing scheduled to be heard in Department 11 at 2:30 p.m.), and on
21    Friday, October 29, 2004, between the hours of 8:00 a.m. and 9:30 a.m. (in preparation for a
22    hearing scheduled to be heard in Department 11 at 9:30 a.m.), the following equipment, materials
23    and persons SHALL be permitted entry into the United States Courthouse for the Northern
24    District of California, and access to Department 11:

25    1. Personnel from and/or under the direction of Animators at Law, Dickstein Shapiro
26    Morin & Oshinsky LLP, and Altshuler, Berzon, Nussbaum, Rubin & Demain will be delivering
27    and moving into this Court the following equipment:

28

1         Two laptops including related docking stations and/or power adapters, disk drives

2         and CD-ROM drives, keyboards, wired or wireless remote controls, light pens,

3         and audio speakers.

4         2.   Personnel from and/or under the direction of Ricoh and its counsel will be

5     delivering numerous boxes of presentation binders/notebooks and related materials.

6         3.   To the extent possible, Ricoh and its vendors and legal representatives shall be

7     permitted to deliver the aforementioned materials and equipment into the courthouse through the

8     service entrance.

9         4.   Ricoh and the Court request the assistance of the United States Marshall Service

10    in securing the courtroom and witness room containing the above equipment and materials.

11

12    Dated:  October 15, 2004                    Respectfully submitted,

13

14                                                _____/s/_____

15                                                Gary M. Hoffman
                                                  Dickstein Shapiro Morin & Oshinsky LLP
                                                  Attorneys for Ricoh Company, Ltd.

16

17                                                **ORDER**

18    IT IS SO ORDERED

19
      Dated:  10 | 18 | 2004

20                                                Honorable Martin J. Jenkins
                                                  United States District Court Judge

21

22

23

24

25

26

27

28

CASE NOS. CV-03-2289-MJJ (EMC) and CV-03-4669-MJJ (EMC) Page 2
APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION
TUTORIAL AND HEARING AND [PROPOSED] ORDER

DSMDB.1835308.2