1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
   Eric Oliver (*Pro Hac Vice*)
2  DeAnna Allen (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN
3    & OSHINSKY, LLP
   2101 L Street, NW
4  Washington, DC  20037-1526
   Phone (202) 785-9700
5  Fax (202) 887-0689

   Teresa M. Corbin (SBN 132360)
   Christopher Kelley (SBN 166608)
   Thomas C. Mavrakakis (SBN 177927)
   HOWREY SIMON ARNOLD & WHITE
   301 Ravenswood Avenue
   Menlo Park, California  94025
   Telephone:  (650) 463-8100
   Facsimile:  (650) 463-8400
   Attorneys for Synopsys, Inc. and
   Aeroflex Incorporated, et al.

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN
7    & OSHINSKY, LLP
   1177 Avenue of the Americas
8  New York, New York  10036-2714
   Phone (212) 835-1400
9  Fax (212) 997-9880

10 Jeffrey B. Demain, State Bar No. 126715
   Jonathan Weissglass, State Bar No. 185008
11 ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
   177 Post Street, Suite 300
12 San Francisco, California  94108
   Phone  (415) 421-7151
13 Fax (415) 362-8064

14 Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants | **CASE NO. C-03-4669-MJJ (EMC)** <br><br> **CASE NO. C-03-2289-MJJ (EMC)** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant | **JOINT SUBMISSION OF TEN TERMS, PHRASES, AND CLAUSES FOR CLAIMS CONSTRUCTION** <br><br> Date: November 17, 2004 <br> Time:  9:30 A.M. <br> Courtroom: 11 |

Pursuant to the Court's Amended Order, dated October 15, 2004 (the "Amended Order"), Ricoh Company, Ltd., Synopsys, Inc., and defendants Aeroflex, et. al (collectively, "the Parties") hereby jointly submit the following ten terms, phrases, and/or clauses for construction at the Claims Construction hearing now set for November 17, 2004 at 9:30 A.M.:

1) Architecture independent actions and conditions
2) Specifying for each described action and condition of the series one of said stored definitions
3) Describing . . . a series of architecture independent actions and conditions
4) Said step of selecting a hardware cell comprising applying to the specified definition of the action or condition to be performed
5) A set of cell selection rules
6) Expert system knowledge base
7) A netlist defining the hardware cells which are needed to perform the desired function of the integrated circuit
8) A computer-aided design process for designing
9) A set of definitions of architecture independent actions and conditions
10) Selecting from said stored data for each of the specified definitions a corresponding integrated circuit hardware cell

1        Pursuant to the Amended Order, the Parties are not waiving their respective rights to
2  request, at a later date, that the Court construe terms, phrases, and/or clauses in addition to those
3  listed above.

5  Dated: October 21, 2004

6  Synopsys and Aeroflex, et al.                  Ricoh Company, Ltd.

7  By: _____/s/_____        By: ___/s/_____
Teresa M. Corbin                            Gary M. Hoffman
8  Christopher Kelley                        Kenneth W. Brothers
9  Thomas C. Mavrakakis               Eric Oliver
Erik K. Moller                                DeAnna Allen
10 HOWREY SIMON ARNOLD & WHITE, LLP   DICKSTEIN SHAPIRO MORIN &
301 Ravenswood Avenue                    OSHINSKY  LLP
11 Menlo Park, California  94025           2101 L Street NW
Telephone:  (650) 463-8100             Washington, D.C.  20037-1526
12 Facsimile:  (650) 463-8400             Telephone: (202) 785-9700
Facsimile: (202) 887-0689
13 Attorneys for Synopsys and Aeroflex, et al.

14                                              Edward A. Meilman
15                                              DICKSTEIN SHAPIRO MORIN &
                                                OSHINSKY  LLP
16                                             1177 Avenue of the Americas
New York, New York  10036
17                                             Telephone:  (212) 896-5471
Facsimile:  (212) 997-9880
18
19                                             Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
20                                             Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
21                                             San Francisco, California  94108
Phone:  (415) 421-7151
22                                             Fax: (415) 362-8064

23                                             Attorneys for Ricoh Company, Ltd.

24
25
26
27
28