## IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## <u>CIVIL MINUTES</u>

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Monica Tutson**

DATE: **October 20, 2004**                    Court reporter: **Diane Skillman**

Case Number:        **C03-2289MJJ**
                            **C03-4669 MJJ**

Case Name:        **SYNOPSYS, INC**        v.    **RICOH COMPANY, LTD**
                           **RICOH CO.**            **v.**    **AEROFLEX, INC., et al.**

<u>COUNSEL FOR PLAINTIFF(S)</u>:                    <u>COUNSEL FOR DEFENDANT(S)</u>:
**Jeffrey Demain**                        **Thomas Mavrakakis, Teresa Corbin**
**Gary Hoffman**                        **Thaddeus Kowalski, Erik Oliver**

<u>PROCEEDINGS</u>:                                    <u>RULING</u>:
1.
2.

(**X**) **Tutorial**        ()P/T Conference            ()Case Management Conference

<u>ORDERED AFTER HEARING</u>:

ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court ()

Referred to Magistrate Judge        For:

CASE CONTINUED TO:    for

Discovery Cut-Off:            Expert Discovery Cut-Off:

Parties to Name Experts by:        Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:        Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :            at 3:30 p.m.

Trial Date:        at 8:30 a.m.  Set for  days
                    Type of Trial:  ()Jury      ( )Court

Notes: