**FILED**

NOV 23 2004

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSIS, INC., | No. C 03-2289 MJJ |
| Plaintiff. | No. C 03-4669 MJJ |
| v. | **ORDER** |
| RICOH CO., LTD. | |
| Defendant. | |
| RICOH CO., LTD., | |
| Plaintiff, | |
| v. | |
| AEROFLEX INC., et al., | |
| Defendants. | |

On October 21, 2004, the parties jointly submitted a list of ten terms, phrases, and/or clauses for the Court's construction. Given that the ten terms selected for construction are not identical to the terms previously briefed by the parties, the Court hereby orders that each party submit to the Court a proposed definition for each of the ten terms. The parties should also clarify for the Court the source within the intrinsic record that supports their proposed construction (i.e. col. 2:32-40).

**IT IS SO ORDERED.**

Dated: November 23, 2004

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE