1  Teresa M. Corbin (SBN 132360)
   Thomas Mavrakakis (SBN 177927)
2  HOWREY SIMON ARNOLD & WHITE, LLP
   301 Ravenswood Avenue
3  Menlo Park, California 94025
   Telephone: (650) 463-8100
4  Facsimile: (650) 463-8400

5  Attorneys for Plaintiff SYNOPSYS, INC.
   and for Defendants AEROFLEX INCORPORATED,
6  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
7  GRAPHICS INC., MATROX INTERNATIONAL
   CORP. and MATROX TECH, INC.
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| Plaintiff, | |
| | Case No. C03-2289 MJJ (EMC) |
| vs. | |
| | **JOINT APPLICATION FOR AN ORDER RE DELIVERY OF EQUIPMENT AND COURTROOM SET UP FOR CLAIM CONSTRUCTION HEARING AND [PROPOSED] ORDER** |
| AEROFLEX INCORPORATED, et al., | |
| Defendants. | |
| | |
| SYNOPSYS, INC., | |
| Plaintiff, | Claim Construction Date: December 15, 2004 |
| | Claim Construction Time: 2:30 p.m. |
| vs. | Courtroom: 11 |
| | Judge: Martin J. Jenkins |
| RICOH COMPANY, LTD., a Japanese corporation | |
| Defendant. | |

**HOWREY
SIMON
ARNOLD &
WHITE**

Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp. and Matrox Tech, Inc. ("Defendants"), and Plaintiff and Defendant Ricoh Company, Ltd. ("Ricoh") are planning to use computer and video equipment at the claim construction hearing scheduled for December 15, 2004, at 2:30 p.m., in Department 11 of this court. For the convenience of the Court and the parties, Synopsys, Defendants and Ricoh request access by their respective vendors ThinkTwice, Inc. and Animators at Law, and by their legal representatives to Department 11 in advance of the claim construction hearing in order to move the equipment into Department 11, and install it prior to the time scheduled for start of the hearing.

Synopsys, Defendants and Ricoh hereby apply for and respectfully request the Court to enter an Order as follows:

TO THE UNITED STATES MARSHALL, COURT PERSONNEL AND ALL OTHER PERSONS WITH NOTICE OF THIS ORDER:

On Wednesday, December 15, 2004, between the hours of 12:30 p.m. and 2:00 p.m. the following equipment, materials and persons SHALL be permitted entry into the United States Courthouse for the Northern District of California, and access to Department 11:

1. Personnel from and/or under the direction of ThinkTwice, Inc., Animators at Law, Howrey Simon Arnold & White, LLP, Dickstein Shapiro Morin & Oshinsky, LLP and Altshuler, Berzon, Nussbaum, Rubin & Demain will be delivering and moving into this court the following equipment:

    a) one video/computer projector;

    b) one ELMO;

    c) one projector screen;

    d) 4 – 15" data monitors;

    e) four laptops including related docking stations and/or power adapters, disk drives and CD-ROM drives, keyboards, light pens, audio speakers;

    f) switches, distribution amps and line doublers for the above equipment;

    g) carts and stands for the above equipment;

  h) cables and power strips for the above equipment;

  i) tools and supplies, such as gaffer tape, necessary to install the above equipment; and

  j) auxiliary easels for presentation of posters and scratchpads;

 2. Personnel from and/or under the direction of Howrey Simon Arnold & White, LLP, Dickstein Shapiro Morin & Oshinsky, LLP and Altshuler, Berzon, Nussbaum, Rubin & Demain will be delivering numerous boxes of presentation binders, notebooks, files and related materials.

 3. To the extent possible, Synopsys, Defendants and Ricoh and their vendors shall be permitted to deliver the aforementioned materials and equipment into the courthouse through the service entrance.

 4. Synopsys, Defendants and Ricoh and the Court request the assistance of the United States Marshall Service in securing the courtroom and witness room containing the above equipment and materials.

Dated:  December 13, 2004   Respectfully submitted,

/s/ Thomas C. Mavrakakis
Thomas C. Mavrakakis
Howrey Simon Arnold & White, LLP
Attorneys for Synopsys, Inc. and Defendants Aeroflex, et al.

/s/ Gary M. Hoffman
Gary M. Hoffman
Dickstein Shapiro Morin & Oshinsky, LLP
Attorneys for Ricoh Company, Ltd.

**O R D E R**

IT IS SO ORDERED.

Dated: _____

_____
Honorable Martin J. Jenkins
United States District Court Judge