IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS** Courtroom Clerk: **Monica Tutson**

DATE: **December 15, 2004** Court reporter: **Diane Skillman**

Case Number: **C03-2289MJJ SYNOPSYS, INC v. RICOH COMPANY, LTD**
**C03-4669 MJJ RICOH CO. v. AEROFLEX, INC., et al.**

COUNSEL(S) FOR SYNOPSYS:
**Thomas Mavrakakis, Teresa Corbin**
**Thaddeus Kowalski, Erik Oliver**
**Jaclyn Fink**

COUNSEL(S) FOR RICOH:
**Gary Hoffman**
**Eric Oliver**
**Jonathan Weissglass**

PROCEEDINGS:
1. **Claims Constructions**
2.

RULING:

() Status Conference ()P/T Conference ()Case Management Conference

ORDERED AFTER HEARING:
**Matter shall be continued to either 1/4/05 or 1/18/05. Parties shall advise the court by close of business Friday, December 17, 2004.**

ORDER TO BE PREPARED BY: Plntf () Deft () Court ()

Referred to Magistrate Judge For:

CASE CONTINUED TO: for

Discovery Cut-Off: Expert Discovery Cut-Off:

Parties to Name Experts by: Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts: Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date : at 3:30 p.m.

Trial Date: at 8:30 a.m. Set for days
Type of Trial: ()Jury ( )Court