December 17, 2004

<u>Via Fax to 415-522-3605 and E-File</u>

The Honorable Martin J. Jenkins
United States District Court
Northern District of California
450 Golden Gate Ave
San Francisco, CA 94102

Re:  *Synopsys, Inc., v. Ricoh Co., Ltd.* Case No. CV 03-02289 MJJ (MCC)
 *Ricoh Co., Ltd. v. Aeroflex Inc. et. al,* Case No. CV 03-04669 MJJ (MCC)

Dear Judge Jenkins:

The parties have consulted regarding the two dates you offered for continuing the claims construction hearing in the above-mentioned cases. The parties have agreed to January 18, 2005, as the date for continuing of the claims construction hearing. A corresponding proposed Order is respectfully submitted with this letter.

                      Very truly yours,

Dated: December 17, 2004        DICKSTEIN SHAPIRO MORIN & OSHINSKY

                      By: <u>/s/ Gary M. Hoffman</u>
                          Gary M. Hoffman (202) 828-2228
                          Eric Oliver (202) 861-9185
                          DeAnna Allen (202) 572-2656
                          Attorneys for Ricoh Company, Ltd.

Dated: December 17, 2004        HOWREY SIMON ARNOLD & WHITE, LLP

                      By: <u>/s/ Teresa M. Corbin</u>
                          Teresa M. Corbin
                          Christopher Kelley
                          Thomas C. Mavrakakis (650) 463-8169
                          Attorneys for Synopsys, Inc. and
                              Aeroflex Incorporated, et al.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants | **CASE NO. C-03-4669-MJJ (EMC)** <br><br> **CASE NO. C-03-2289-MJJ (EMC)** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant | **[PROPOSED] ORDER REGARDING CONTINUATION OF CLAIMS CONSTRUCTION HEARING** <br><br> **Date: January 18, 2005** <br> **Time: 2:00 p.m.** <br> **Courtroom: 11** <br> **Judge: Martin J. Jenkins** |

Upon consideration of the Parties' joint letter dated December 17, 2004, the Court being fully advised of the premises, it is HEREBY ORDERED:

The Claim Construction hearing, which began on December 15, 2004, shall be continued on January 18, 2005 at 2:00 p.m.

IT IS SO ORDERED.

Dated: _____

_____
HON. MARTIN J. JENKINS

DICKSTEIN
SHAPIRO
MORIN &
OSHINSKY
LLP

DSMDB.1861417.2