IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**             Courtroom Clerk: **Monica Tutson**

DATE: **January 18, 2005**                  Court reporter: **Juanita Gonzales**

Case Number:     **C03-4469MJJ**

Case Name:       **RICOH COMPANY, LTD**      v.     **AEROFLEX, Inc., et al.**

COUNSEL FOR PLAINTIFF(S):                    COUNSEL FOR DEFENDANT(S):
**Jonathan Weissglass, Eric Oliver,**        **Teresa Corbin**
**Gary Hoffman**

PROCEEDINGS:                                 RULING:
1.   **Claims Construction**                          **Submitted**
2.

( ) Status Conference      ( )P/T Conference      ( )Case Management Conference

ORDERED AFTER HEARING:


ORDER TO BE PREPARED BY:    Plntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge       For:


CASE CONTINUED TO:   for

Discovery Cut-Off:          Expert Discovery Cut-Off:

Parties to Name Experts by:    Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:    Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :        at 3:30 p.m.

Trial Date:    at 8:30 a.m.  Set for  days
               Type of Trial:  ( )Jury     ( )Court

Notes: