IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**Synopsys, Inc.,**

        Plaintiff(s),

No. **C3:03-cv-02289 MJJ**
**C3:03-cv-04669 MJJ**

v.

**Clerk's Notice**

**Ricoh Company, Ltd.**,

        Defendant(s),               /

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Status Conference** for **Tuesday, June 7, 2005 @ 2:00 p.m.** before the Honorable Martin J. Jenkins. The parties are instructed to file a Joint Status Conference Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Status Conference.

Please report to courtroom 11, on the 19th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: April 20, 2005

FOR THE COURT,

Richard W. Wieking, Clerk

By:_____/s/_____
      Monica Tutson
      Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.