1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  Eric Oliver (*Pro Hac Vice*)
   DeAnna Allen (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
   2101 L Street, N.W.
4  Washington, D.C. 20037-1526
   Telephone: (202) 785-9700
5  Facsimile: (202) 887-0689

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
7  1177 Avenue of the Americas
   New York, New York 10036-2714
8  Phone: (212) 835-1400
   Fax: (212) 992-9880
9
   Jeffrey B. Demain (SBN 126715)
10 Jonathan Weissglass (SBN 185008)
   ALTSHULER, BERZON, NUSSBAUM,
11   RUBIN & DEMAIN
   177 Post Street, Suite 300
12 San Francisco, California 94108
   Phone: (415) 421-7151
13 Fax: (415) 362-8064

14 Attorneys for Ricoh Company, Ltd.

15                 UNITED STATES DISTRICT COURT

16           FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 RICOH COMPANY, LTD.,                    )  **Case No. C-03-4669 MJJ**
                                           )
19               Plaintiff,                )
                                           )  **Case No. C-03-2289 MJJ**
20       vs.                               )
                                           )
21 AEROFLEX INC., et al.,                  )
                                           )
22               Defendants.               )  **STIPULATION AND [PROPOSED] ORDER**
                                           )  **CONTINUING STATUS CONFERENCE**
23 _____        )
                                           )
24 SYNOPSYS, INC.,                         )
                                           )
25               Plaintiff,                )
                                           )
26       vs.                               )
                                           )
27 RICOH COMPANY, LTD.,                    )
                                           )
28               Defendant.                )
   _____        )

1    It is hereby stipulated by the parties to the above-captioned actions, by and through their

2  undersigned counsel of record, as follows:

3    1.    The parties request that the Status Conference set by the Court for June 7, 2005 at

4  2:00 p.m. be rescheduled because of scheduling difficulties for Ricoh's lead counsel who will be out of

5  the country on that date.

6    2.    All counsel are available on June 14, 2005. Accordingly, the parties request that the

7  Court reset the Status Conference for June 14, 2005 at 2:00 p.m.

8    The foregoing is hereby so stipulated and agreed.

9                                    Respectfully submitted,

10 Dated: April 2/, 2005               Teresa M. Corbin
11                                    Christopher Kelley
                                      Erik K. Moller
12                                    HOWREY SIMON ARNOLD & WHITE, LLP
                                      301 Ravenswood Avenue
13                                    Menlo Park, California 94025
                                      Telephone: (650) 463-8100
14                                    Fax: (650) 463-8400

15                                    By: _____
16                                         Teresa M. Corbin

17                                    Attorneys for Defendants Aeroflex, Inc., et al., and
                                      Plaintiff Synopsys, Inc.
18
   Dated: April 2/, 2005
19                                    Gary M. Hoffman
                                      Kenneth W. Brothers
20                                    Eric Oliver
                                      DeAnna Allen
21                                    DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
                                      2101 L Street NW
22                                    Washington, D.C. 20037-1526
                                      Telephone: (202) 785-9700
23                                    Facsimile: (202) 887-0689
24
                                      Edward A. Meilman
25                                    DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
                                      1177 Avenue of the Americas
26                                    New York, New York 10036
                                      Telephone: (212) 896-5471
27                                    Facsimile: (212) 997-9880
28

Case Nos. C03-4669 MJJ and C03-2289 MJJ Page 2
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM,
   RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

By: _____
    Gary M. Hoffman

Attorneys for Plaintiff/Defendant Ricoh Company, Ltd.

## [PROPOSED] ORDER

The Status Conference is hereby continued to June 14, 2005 at 2:00 p.m. The parties are instructed to file a Joint Status Conference Statement, pursuant to Civil L.R. 16-9, 10 days prior to the Status Conference.

Dated: _____

                        _____
                        THE HONORABLE MARTIN J. JENKINS
                        UNITED STATES DISTRICT COURT JUDGE