IN THE UNITED STATED DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTES

**HONORABLE MARTIN J. JENKINS**                    Courtroom Clerk: **Monica Tutson**

DATE:  **July 13, 2005**                                          Court reporter: **Not reported**

Case Number:        **C03-2289MJJ**
                                **C03-4669 MJJ**

Case Name:        **SYNOPSYS, INC**        v.    **RICOH COMPANY, LTD**

<u>COUNSEL FOR PLAINTIFF(S):</u>              <u>COUNSEL FOR DEFENDANT(S):</u>
**Teresa Corbin , Thomas Marakakis**         **Jeffrey Demain, Gary Hoffman**
                                                                  **DeAnna Allen**

<u>PROCEEDINGS</u>:                                                  <u>RULING</u>:
1.
2.

(**X**) Status Conference          ()P/T Conference          ()Case Management Conference

<u>ORDERED AFTER HEARING:</u>


ORDER TO BE PREPARED BY:    PIntf ()  Deft ()  Court (**x**)

Referred to Magistrate Judge        For:


CASE CONTINUED TO:   **Friday, July 22, 2005 @ 2:00 pm**   for **Telephone Status Conference**
                                                                [Plaintiff shall initiate call]

Discovery Cut-Off:                Expert Discovery Cut-Off:

Parties to Name Experts by:     Expert Reports to be Tendered by:

Designation of Supplemental/Rebuttal Experts:     Reports:

Dispositive Motion shall be heard by:

Pre-Trial Conference Date :          at 3:30 p.m.

Trial Date:     at 8:30 a.m.   Set for  days
                    Type of Trial:   ()Jury      ( )Court

Notes: