1   Teresa M. Corbin (SBN 132360)
    Christopher Kelley (SBN 166608)
2   Jaclyn C. Fink (SBN 217913)
    HOWREY LLP
3   525 Market Street, Suite 3600
    San Francisco, California 94105
4   Telephone: (415) 848-4900
    Facsimile:   (415) 848-4999
5
    Attorneys for Plaintiff SYNOPSYS, INC.
6   and for Defendants AEROFLEX INCORPORATED,
    AMI SEMICONDUCTOR, INC., MATROX
7   ELECTRONIC SYSTEMS, LTD., MATROX
    GRAPHICS, INC., MATROX INTERNATIONAL
8   CORP., MATROX TECH, INC. and AEROFLEX COLORADO SPRINGS, INC.

9                           UNITED STATES DISTRICT COURT

10                         NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12

13  RICOH COMPANY, LTD.,                    )
                                            )   Case No. C03-04669 MJJ (EMC)
14          Plaintiff,                      )
                                            )   Case No. C03-2289 MJJ (EMC)
15      vs.                                 )
                                            )   **NOTICE OF WITHDRAWAL OF**
16  AEROFLEX INCORPORATED, et al.,          )   **DEFENDANTS' NOTICE OF MOTION AND**
                                            )   **MOTION FOR SUMMARY JUDGMENT OF**
17          Defendants.                     )   **NONINFRINGEMENT UNDER 35 U.S.C.**
                                            )   **§271(g)**
18                                          )
    _____
19  SYNOPSYS, INC.,                         )   Date:  August 9, 2005
                                            )   Time:  9:30 a.m.
20          Plaintiff,                      )   Courtroom: 11, 19th Floor
                                            )   Judge:  Martin J. Jenkins
21      vs.                                 )
                                            )
22  RICOH COMPANY, LTD.,                    )
                                            )
23          Defendant.                      )
    _____   )
24

25

26

27

28

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
Defs.' Not. of Withdrawal of Def.s' Mot. For Summary
Judgment of NonInfringement Under 35 U.S.C. §271(g)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Aeroflex Incorporated ("Aeroflex"), AMI Semiconductor, Inc. ("AMI"), Matrox Electronic Systems, Ltd. ("Matrox Electronics"), Matrox Graphics, Inc. ("Matrox Graphics"), Matrox International Corp. ("Matrox International"), Matrox Tech, Inc. ("Matrox Tech") and Aeroflex Colorado Springs, Inc. ("UTMC") (collectively the "Customer Defendants") respectively provide notice to the Court and to all parties that the Customer Defendants' Motion For Summary Judgment of Noninfringement Under 35 U.S.C. §271(g), presently set for hearing on August 9, 2005, is withdrawn.

Pursuant to the directive of the court provided at the case management teleconference held July 22, 2005, this motion will be re-filed upon completion of the Customer Defendants' declarants' depositions.

Dated:  August 2, 2005

Respectfully submitted,

HOWREY LLP


By:   /s/
Teresa M. Corbin
Attorneys for Defendants
AEROFLEX INCORPORATED, AMI
SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD.,
MATROX GRAPHICS INC., MATROX
INTERNATIONAL CORP., MATROX
TECH, INC., and AEROFLEX
COLORADO SPRINGS, INC.

**HOWREY**
LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
Defs.' Not. of Withdrawal of Def.s' Mot. For Summary
Judgment of NonInfringement Under 35 U.S.C. §271(g)
DM8224620v1