1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX ET AL, <br><br> Defendants. | **CASE NO. CV 03-4669-MJJ (EMC)** <br><br> **Consolidated with** <br><br> **CASE NO. CV 03-2289** <br><br> **NOTICE OF MANUAL FILING** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendants. | |

Please take notice that Plaintiff Ricoh Company, Ltd., is filing the following documents on this date in paper form only:

1. Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment.

2. Deposition transcript of Edward Dwyer of February 3, 2004 (Exhibit 7 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment).

3. Chip Synthesis Workshop – Lab Guide (Exhibit 14 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment).

Because the above documents include and refer to materials produced in discovery and designated confidential by the ASIC Defendants and Synopsys, a request to file these documents under seal will be filed contemporaneously.

Dated: August 23, 2005

Respectfully submitted,

Ricoh Company, Ltd.

By: /s/ Kenneth W. Brothers

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN *&*
   OSHINSKY  LLP
2101 L Street NW
Washington, D.C.  20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN *&*
   OSHINSKY  LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 896-5471
Facsimile:  (212) 997-9880

| | |
|---|---|
| 1 | Jeffrey B. Demain, State Bar No. 126715 |
| 2 | Jonathan Weissglass, State Bar No. 185008 |
| | Altshuler, Berzon, Nussbaum, Rubin & Demain |
| 3 | 177 Post Street, Suite 300 |
| | San Francisco, California 94108 |
| 4 | Phone: (415) 421-7151 |
| | Fax: (415) 362-8064 |
| 5 | |
| 6 | Attorneys for Ricoh Company, Ltd. |

# PROOF OF SERVICE

**CASE:** *Ricoh Company, Ltd. v. Aeroflex Incorporated, et al.*
*Synopsys, Inc. v. Ricoh Company, Ltd.*

**CASE NOS.:** U.S. District Court, N.D. Cal., Nos. C03-4669 and C03-2289 MJJ

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On August 23, 2005, I served the following document(s):

Ricoh's Opposition to Motion for Partial Summary Judgment.

Deposition transcript of Edward Dwyer of February 3, 2004 (Exhibit 7 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment).

Chip Synthesis Workshop - Lab Guide (Exhibit 14 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment).

on the parties, through their attorneys of record, by sending true copies thereof as shown below for service as designated below:

<u>By Electronic Mail:</u> I caused such document(s) to be served via electronic mail (email) on the parties in this action by transmitting a true copy to the following email address(es):

| ADDRESSEE | PARTY |
|---|---|
| Teresa M. Corbin, Esq.<br>Jaclyn Fink, Esq.<br>Howrey Simon Arnold & White LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708<br>CorbinT@howrey.com<br>finkj@howrey.com | Defendants |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this August 23, 2005, at San Francisco, California.

/s/
Edward Lin

Proof of Service
*Ricoh Co., Ltd. v. Aeroflex, Inc.*
*Synopsys, Inc. v. Ricoh Co., Ltd.*
N.D. Cal. Case Nos.C-03-4669 and C03-2289

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br>              Plaintiff, <br><br>     vs. <br><br> AEROFLEX INC., et al., <br><br>              Defendants. <br> _____ <br><br> SYNOPSYS, INC., <br><br>              Plaintiff, <br>     vs. <br><br> RICOH COMPANY, LTD., <br><br>              Defendant. | **CASE NO. CV 03-4669-MJJ (EMC)** <br><br> **Consolidated with** <br><br> **CASE NO. CV 03-2289-MJJ (EMC)** <br><br> **[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

   On July 5, 2005, Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the "ASIC Defendants") filed a Motion for Summary Judgment of Noninfringement Under 35 U.S.C. §271(g). The matter, having been fully briefed, was heard by the Court on November 1, 2005.  The motion, the memoranda, and supporting evidence of the parties having been considered, and oral argument having been heard, the Court DENIES the Customer Defendants' Motion for Summary Judgment of Noninfringement Under 35 U.S.C. §271(g) of Claims 13-17 of U.S. Patent No. 4,922,432. This order is a final determination of the issues raised in Customer Defendants' Motion for Summary Judgment of Noninfringement Under 35 U.S.C. §271(g), and these issues are not subject to future proceedings prior to a final order of judgment in this case.

   SO ORDERED.

   DATED: _____

                      _____
                      The Honorable Martin J. Jenkins
                      United States District Court Judge

Submitted by Ricoh Company, Ltd.

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN &
    OSHINSKY  LLP
2101 L Street NW
Washington, D.C.  20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN &
    OSHINSKY  LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone:  (212) 896-5471
Facsimile:  (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Phone:  (415) 421-7151
Fax:  (415) 362-8064

Attorneys for Ricoh Company, Ltd.

August 23, 2005