Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>         Plaintiff,<br><br>  vs.<br><br>AEROFLEX ET AL,<br><br>         Defendants.<br><br>SYNOPSYS, INC.,<br><br>         Plaintiff,<br><br>  vs.<br><br>RICOH COMPANY, LTD.,<br><br>         Defendants. | **CASE NO. CV 03-4669-MJJ (EMC)**<br><br>**Consolidated with**<br><br>**CASE NO. CV 03-2289**<br><br>**RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

Plaintiff Ricoh Company, Ltd., ("Ricoh") files this Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11 to request permission to file under seal the following documents and exhibits:

1. Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment.

2. Deposition transcript of Edward Dwyer of February 3, 2004 (Exhibit 7 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment).

3. Chip Synthesis Workshop – Lab Guide (Exhibit 14 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment).

Because the above documents include and refer to materials produced in discovery and designated confidential by the ASIC Defendants and Synopsys, this request is made pursuant to the Stipulated Protective Order in this action.

Dated: August 23, 2005

Respectfully submitted,

Ricoh Company, Ltd.

By: /s/ Kenneth W. Brothers

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DICKSTEIN SHAPIRO MORIN &
    OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN &
    OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064
Attorneys for Ricoh Company, Ltd.

1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>AEROFLEX ET AL,<br><br>                    Defendants.<br>_____<br><br>SYNOPSYS, INC.,<br><br>                    Plaintiff,<br><br>     vs.<br><br>RICOH COMPANY, LTD.,<br><br>                    Defendants.<br>_____ | **CASE NO. CV 03-4669-MJJ (EMC)**<br><br>**Consolidated with**<br><br>**CASE NO. CV 03-2289**<br><br>**[PROPOSED] ORDER GRANTING RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

CASE NO. CV 03-4669 (EMC) MJJ and CV 03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING RICOH'S MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL

DSMDB.1971720.1

Plaintiff Ricoh Company, Ltd., ("Ricoh") has filed a Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11, and requests permission to file under seal the following documents and exhibits:

1. Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment.

2. Deposition transcript of Edward Dwyer of February 3, 2004 (Exhibit 7 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment).

3. Chip Synthesis Workshop – Lab Guide (Exhibit 14 to the Declaration of Michael Weinstein in Support of Ricoh's Opposition to Defendants' Motion for Partial Summary Judgment).

Because the above documents include and refer to materials produced in discovery and designated confidential by the ASIC Defendants and Synopsys, this request was made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.

Dated: _____                                    _____
                                                       The Honorable Martin J. Jenkins
                                                       Judge, United States District Court