DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 429-2184
E-Mail Address: BrothersK@dsmo.com

August 26, 2005

**VIA ELECTRONIC FILING**

Honorable Edward M. Chen
United States Magistrate Judge
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

    Re:    Ricoh v. Aeroflex, et al., Case No. CV-03-4669 MJJ (EMC)
             Synopsys v. Ricoh, Case No. CV-03-2289 MJJ (EMC)

Dear Judge Chen:

       Pursuant to the Court's Order of August 16, 2005, at 2 p.m. (ET)/11 a.m. (PT) on Monday and Wednesday of this week, counsel for the parties had two meet and confer sessions in which some discovery issues were resolved and others were unresolved.

       As a result of these conferences, Ricoh's counsel sent a draft joint letter to counsel for the ASIC defendants and Synopsys (collectively "defendants") at 9:42 a.m. (PT) Thursday morning. Although defendants' counsel has acknowledged receipt, as of 4:00 p.m. (ET) today we have not received a responsive draft with defendants' inserts. We have tried to reach counsel for defendants to learn when they will be sending us their inserts. At 3:35 pm (ET), we received the following email response from counsel for the defendants: "As I indicated in an email to Ken, we will provide you with our portions of the letter when they are complete."

       Since the end of the day on the East Coast is approaching, it is likely that we will not be able to file a joint letter with defendants' portions today. If and when we receive defendants' responsive draft and have a chance to review and respond, we will file it as quickly as possible but it may not be until Monday, August 29, 2005. Since we want to file the letter as a joint letter with the defendants' portions, we request the Court's indulgence if the joint letter cannot be filed until Monday.

                                                 Sincerely,

                                                   Kenneth W. Brothers

cc: Terry Corbin

1177 Avenue of the Americas • New York, NY 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.DicksteinShapiro.com
DSMDB.1973419.1