Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS, INC., MATROX INTERNATIONAL
CORP., MATROX TECH, INC. and AEROFLEX
COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. C03-04669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO AMEND THEIR ANSWERS AND COUNTERCLAIMS** |
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　Defendant. | Date: December 13, 2005<br>Time: 9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge: Martin J. Jenkins |

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO AMEND
DM_US\8276583.v1

1  On November 8, 2005, Defendants Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox
2  Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and
3  Aeroflex Colorado Springs, Inc. (collectively the "Customer Defendants") filed a Motion For Leave
4  To Amend Their Answers And Counterclaims. The matter, having been fully briefed, came before the
5  Court on December 13, 2005.
6      The motion, the memoranda, and supporting evidence of the parties having been considered,
7  and oral argument having been heard, the Court GRANTS Customer Defendants' Motion For Leave
8  To Amend Their Answers And Counterclaims.
9      This order is a final determination of the issues raised in Customer Defendants' Motion For
10 Leave To Amend Their Answers And Counterclaims, and these issues are not subject to future
11 proceedings prior to a final order of judgment in this case.
12
13     IT IS SO ORDERED.
14
15 DATED: _____
16                                          The Honorable Martin J. Jenkins
                                         United States District Court Judge
17
18 Submitted November 8, 2005 by:
   HOWREY LLP
19
20
21 By:/s/_____
      Denise M. De Mory
22    Attorneys for Defendants
      AEROFLEX INCORPORATED, AMI
23    SEMICONDUCTOR, INC., MATROX
      ELECTRONIC SYSTEMS, LTD., MATROX
24    GRAPHICS INC., MATROX
      INTERNATIONAL CORP., MATROX
25    TECH, INC., and AEROFLEX COLORADO
      SPRINGS, INC.
26
27
28

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO AMEND
DM_US\8276583.v1