Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS. INC.,
AMI SEMICONDUCTOR, INC.,
MATROX ELECTRONIC SYSTEMS, LTD.,
MATROX GRAPHICS INC.,
MATROX INTERNATIONAL CORP.,
and MATROX TECH, INC.

**FILED**
NOV 22 2005
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. <br><br> Defendants. | Case No. C03-04669 MJJ (EMC) <br><br> Case No. C03-02289 MJJ (EMC) <br><br> **JOINT STIPULATION AND REQUEST TO MODIFY SECOND AMENDED PRETRIAL ORDER; [~~PROPOSED~~] ORDER MODIFYING SECOND AMENDED PRETRIAL ORDER** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | |

1    Ricoh Company, Ltd., Synopsys, Inc. and Defendants Aeroflex, Incorporated, Aeroflex
2  Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics,
3  Inc., Matrox International Corp., and Matrox Tech, Inc. hereby stipulate to proposed schedule, and
4  request that the Court modify its Second Amended Pretrial Order in accordance with the stipulated
5  proposed schedule.
6    On July 13, 2005, the Court conducted a Case Management Conference. During the Case
7  Management Conference, trial setting and scheduling were discussed, and the parties proposed various
8  case schedules. Thereafter, on July 25, 2005, the Court entered a Second Amended Pretrial Order.
9  The Second Amended Pretrial Order sets the trial to commence on July 24, 2006, and sets various
10 pretrial deadlines. Based on the progress of the case to date, the parties file this Stipulation requesting
11 a modification of the Second Amended Pretrial Order.
12   **WHEREAS** discovery in this matter has progressed more slowly than anticipated, with more
13 than 4 million pages of documents being produced by Plaintiff Synopsys, Inc. and Defendants
14 Aeroflex, Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic
15 Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc.
16 ("Defendants") since the discovery stay was lifted on July 22, 2005;
17   **WHEREAS** no depositions (other than those relating to the Defendants' 35 U.S.C. § 271(g)
18 motion) have taken place since the discovery stay was lifted;
19   **WHEREAS** the depositions Ricoh intends to take are now scheduled to begin in December and
20 continue through mid-February, and the depositions that Synopsys and Defendants intend to take have
21 not yet been requested or scheduled;

JOINT STIPULATION AND REQUEST TO MODIFY SECOND    2
AMENDED PRETRIAL ORDER; [PROPOSED] ORDER

1  **IT IS HEREBY STIPULATED AND AGREED** by and between Ricoh Company, Ltd. and
2  Defendants that the case schedule be changed to the following:

| DATE | DEADLINE/TASK |
|---|---|
| 3/24/2006 | Final Infringement Contentions due |
| 4/17/2006 | Last day to propound infringement-related discovery |
| 4/24/2006 | Final Invalidity Contentions due |
| 5/30/2006 | Close of fact discovery (responses due by this date) |
| 6/7/2006 | Last day to file discovery motions |
| 6/19/2006 | Opening expert reports due |
| 7/19/2006 | Rebuttal expert reports due |
| 8/18/2006 | Dispositive motions due |
| 8/18/2006 | Close of expert discovery |
| ~~9/27/2006~~ 9/26/006 | Dispositive motion hearing @ 9:30 AM |
| 10/2006 | Settlement conference with Judge Spero |
| ~~11/13/2006~~ 11/14/06 | Pretrial conference @ 3:30 pm |
| 11/27 – 12/15/2006 | Trial @ 8:30 AM |

The parties request that the Court modify its Second Amended Pretrial Order to adopt the dates set forth above, or if the trial date is inconvenient for the Court, such other date as may be convenient for the Court.

Dated: November 16, 2005

        HOWREY LLP

        By: /s/ Denise M. De Mory
        Teresa M. Corbin
        Denise M. de Mory
        Jaclyn C. Fink

        Attorneys for Plaintiff SYNOPSYS, INC.
        and Defendants AEROFLEX INCORPORATED,
        AEROFLEX COLORADO SPRINGS, INC., AMI
        SEMICONDUCTOR, INC., MATROX ELECTRONIC
        SYSTEMS, LTD., MATROX GRAPHICS INC.,
        MATROX INTERNATIONAL CORP. and MATROX
        TECH, INC.

1 | Dated: November 16, 2005

DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP

By: /s/ Kenneth W. Brothers
Gary Hoffman (*pro hac vice*)
Kenneth W. Brothers (*pro hac vice*)
Edward M. Meilman (*pro hac vice*)

ALTSHULER, BERZON NUSSBAUM, RUBIN & DEMAIN
Jeffrey B. Demain

Attorneys for Plaintiff and Defendant
RICOH COMPANY, LTD.

GOOD CAUSE APPEARING THEREFORE,

IT IS HEREBY ORDERED THAT THE SECOND AMENDED PRETRIAL ORDER IS AMENDED TO REFLECT THE SCHEDULE SET FORTH ABOVE.

By: _/s/ Martin J. Jenkins_
Martin L. Jenkins
United States District Court Judge

Dated: 11/22, 2005

-3-

DM_US\8277091.v1