Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>AEROFLEX ET AL,<br><br>　　　　　Defendants.<br>_____<br>SYNOPSYS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　　Defendant. | **CASE NO. CV 03-4669 MJJ (EMC)**<br>**CASE NO. CV 03-2289 MJJ (EMC)**<br><br>**MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

The Parties file this Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11 to request permission to file under seal a Joint Letter to Magistrate Judge Edward M. Chen, dated February 9, 2006, and the following 14 Exhibits:

1. Tiedeman Deposition Exhibit #107 (Exhibit 6 to the Joint Letter).
2. O'Brien Deposition Exhibit #122 (Exhibit 7 to the Joint Letter).
3. Dwyer Deposition Exhibit #29 (Exhibit 8 to the Joint Letter).
4. Tiedeman Deposition Exhibit #108 (Exhibit 9 to the Joint Letter).
5. O'Brien Deposition Exhibit #126 (Exhibit 10 to the Joint Letter).
6. Dorio Deposition Exhibit #245 (Exhibit 11 to the Joint Letter).
7. Tiedeman Deposition Exhibit #127 (Exhibit 12 to the Joint Letter).
8. O'Brien Deposition Exhibit #109 (Exhibit 13 to the Joint Letter).
9. Tiedeman Deposition Exhibit #110 (Exhibit 14 to the Joint Letter).
10. Dorio Deposition Exhibit #246 (Exhibit 15 to the Joint Letter).
11. Dorio Deposition Exhibit #247 (Exhibit 16 to the Joint Letter).
12. Tiedeman Deposition Transcript (Exhibit 17 to the Joint Letter).
13. O'Brien Deposition Transcript (Exhibit 18 to the Joint Letter).
14. Dorio Deposition Transcript (Exhibit 19 to the Joint Letter).

Because the above documents may include or refer to materials produced in discovery and designated confidential, this request is made pursuant to the Stipulated Protective Order entered on June 9, 2003.

Respectfully submitted,

Dated: February 9, 2006                    Ricoh Company, Ltd.

By: /s/ Ken Brothers

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300
San Francisco, California  94108
Phone:  (415) 421-7151
Fax:  (415) 362-8064

| | |
|---|---|
| 1 | |
| 2 | Gary M. Hoffman |
| | Ken Brothers |
| 3 | Eric Oliver |
| | DICKSTEIN SHAPIRO MORIN *&* |
| 4 |    OSHINSKY  LLP |
| | 2101 L Street NW |
| 5 | Washington, D.C.  20037-1526 |
| | Telephone: (202) 785-9700 |
| 6 | Facsimile: (202) 887-0689 |
| 7 | |
| | Edward A. Meilman |
| 8 | DICKSTEIN SHAPIRO MORIN *&* |
| |    OSHINSKY  LLP |
| 9 | 1177 Avenue of the Americas |
| | New York, New York  10036 |
| 10 | Telephone:  (212) 896-5471 |
| | Facsimile:  (212) 997-9880 |
| 11 | |
| 12 | Attorneys for Ricoh Company, Ltd. |

CASE NOS. CV 03-4669 MJJ  (EMC) AND CV 03-2289 MJJ  (EMC)  Page 3
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL

DSMDB.2042473.1

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX ET AL, <br><br> Defendants. | CASE NO. CV 03-4669 MJJ (EMC) <br> CASE NO. CV 03-2289 MJJ (EMC) <br><br> **[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendants. | |

1  　　　The Parties have filed a Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11, and request permission to file under seal a Joint Letter to Magistrate Judge Edward M. Chen, dated February 9, 2006, and the following 14 Exhibits:

　　　1.　　Tiedeman Deposition Exhibit 107 (Exhibit 6 to the Feb. 9, 2006 Joint Letter)

　　　2.　　O'Brien Deposition Exhibit 122 (Exhibit 7 to the Feb. 9, 2006 Joint Letter)

　　　3.　　Dwyer Deposition Exhibit 29 (Exhibit 8 to the Feb. 9, 2006 Joint Letter)

　　　4.　　Tiedeman Deposition Exhibit 108 (Exhibit 9 to the Feb. 9, 2006 Joint Letter)

　　　5.　　O'Brien Deposition Exhibit 126 (Exhibit 10 to the Feb. 9, 2006 Joint Letter)

　　　6.　　Dorio Deposition Exhibit 245 (Exhibit 11 to the Feb. 9, 2006 Joint Letter)

　　　7.　　Tiedeman Deposition Exhibit 127 (Exhibit 12 to the Feb. 9, 2006 Joint Letter)

　　　8.　　O'Brien Deposition Exhibit 109 (Exhibit 13 to the Feb. 9, 2006 Joint Letter)

　　　9.　　Tiedeman Deposition Exhibit 110 (Exhibit 14 to the Feb. 9, 2006 Joint Letter)

　　　10.　　Dorio Deposition Exhibit 246 (Exhibit 15 to the Feb. 9, 2006 Joint Letter)

　　　11.　　Dorio Deposition Exhibit 247 (Exhibit 16 to the Feb. 9, 2006 Joint Letter)

　　　12.　　Tiedeman Deposition Transcript (Exhibit 17 to the Feb. 9, 2006 Joint Letter)

　　　13.　　O'Brien Deposition Transcript (Exhibit 18 to the Feb. 9, 2006 Joint Letter)

　　　14.　　Dorio Deposition Transcript (Exhibit 19 to the Feb. 9, 2006 Joint Letter)

　　　Because the above documents include and refer to materials produced in discovery and designated confidential by the ASIC Defendants and Synopsys, this request was made pursuant to the Stipulated Protective Order in this action.

　　　The Court hereby GRANTS this request.

　　　IT IS SO ORDERED.

Dated: _____　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　The Honorable Edward M. Chen
　　　　　　　　　　　　　　　　　　　　　　Magistrate Judge, United States District Court

**DSMDB.2042549.1**