Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
Eric Oliver (*Pro Hac Vice*)
DeAnna Allen (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street, N.W.
Washington, D.C.  20037-1526
Telephone:  (202) 785-9700
Facsimile:  (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone: (212) 835-1400
Fax:  (212) 992-9880

Jeffrey B. Demain (SBN 126715)
Jonathan Weissglass (SBN 185008)
ALTSHULER, BERZON, NUSSBAUM,
 RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone: (415) 421-7151
Fax:  (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>            Plaintiff,<br><br>     vs.<br><br>AEROFLEX INC., et al.,<br><br>            Defendants.<br>_____<br><br>SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>     vs.<br><br>RICOH COMPANY, LTD.,<br><br>            Defendant.<br>_____ | **Case No.  C-03-4669 MJJ**<br><br>**Case No.  C-03-2289 MJJ**<br><br>**PROOF OF SERVICE** |

**PROOF OF SERVICE**

**CASE:**     *Ricoh v. Aeroflex et al. / Synopsys, Inc. v. Ricoh Company, Ltd.*

**CASE NO:**     U.S. District Court, N.D. Cal., Nos. C03-4669 and C03-2289 MJJ (EMC)

    I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On February 9, 2006, I served the following document(s):

FEBRUARY 9, 2006 JOINT LETTER TO THE HONORABLE EDWARD M. CHEN (SUBMITTED UNDER SEAL VERSION)

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

<u>By Federal Express:</u> I caused each such envelope to be delivered to Federal Express Corporation at San Francisco, California, with whom we have a direct billing account to be delivered to the office of the addressee on the next business day.

| ADDRESSEE | PARTY |
|---|---|
| Teresa Corbin, Esq.<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708 | Attorneys for Plaintiff<br>Synopsys, Inc. and Defendants<br>Aeroflex et al. |

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this February 9, 2006, at San Francisco, California.

                           _____/s/_____
                                    Edward Lin