Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX ET AL, <br><br> Defendants. | **CASE NO. CV 03-4669 MJJ (EMC)** <br><br> **MANUAL FILING NOTIFICATION** |

Regarding: RICOH'S NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE; MEMORANDUM OF POINTS AND AUTHORITIES

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 21, 2006              Respectfully submitted,

                                      KENNETH W. BROTHERS
                                      GARY M. HOFFMAN
                                      EDWARD A. MEILMAN
                                      Dickstein Shapiro Morin & Oshinsky, LLP

                                      JEFFREY B. DEMAIN
                                      JONATHAN WEISSGLASS
                                      Altshuler, Berzon, Nussbaum, Rubin & Demain


                                      By:_____/s/_____
                                            Kenneth W. Brothers

                                      Attorneys for Ricoh Company, Ltd.

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

RICOH COMPANY, LTD.,

    Plaintiff,

vs.

AEROFLEX INCORPORATED, et al.,

    Defendants

)
)
)
)
)
)
)
)
)
)
)
)
)
)

**CASE NO. C-03-4669-MJJ (EMC)**

**[PROPOSED] ORDER REGARDING DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE**

**Date: March 28, 2006**
**Time: 9:30 a.m.**
**Courtroom: 11**
**Judge: Martin J. Jenkins**

11         Upon consideration of Ricoh's Motion For Sanctions For Defendants' Violation Of Judge
12   Jenkins' CMC Order Regarding Identification Of Products At Issue, and supporting evidence,
13   Defendants' Opposition, and supporting evidence, and any reply and additional argument, and having
14   conducted a hearing on the motions, and the Court being fully advised of the premises, it is HEREBY
15   ORDERED:

16         Each Defendant shall submit a full and final declaration, signed by a senior corporate
17   officer, identifying all ASICs and libraries designed using any of the Synopsys products identified
18   during the July 14, 2005, Case Management Conference.  Such corporate officer should certify that he
19   or she has read this order of the Court.  If this declaration is found to be inaccurate in any way, that
20   such Defendant shall be held in contempt and be subject to the potential entry of default judgment on
21   liability.

22         With respect to ASICs that are newly disclosed on this new declaration, Defendants are
23   hereby precluded from introducing any evidence regarding infringement for these ASICs.  The jury
24   shall be instructed that, to the extent that Ricoh proves infringement of any of the original ASICs listed
25   in the respective Defendants' initial declarations, the later-identified ASICs shall likewise be deemed
26   to be infringing.

27
28

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

[PROPOSED] ORDER REGARDING DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE, CASE NO. C-03-4669-MJJ (EMC),    Page 1 of 2
DSMDB.2045558.1

1   Defendants shall produce within five (5) business date of the date of this Order complete
2   financial records of the sale and profits for these later-identified ASICs.
3
4
5   IT IS SO ORDERED.
6
7   Dated: _____                                    _____
                                                                  HON. MARTIN J. JENKINS

DICKSTEIN
SHAPIRO
MORIN &
OSHINSKY
LLP

[PROPOSED] ORDER REGARDING DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF   2
PRODUCTS AT ISSUE, CASE NO. C-03-4669-MJJ (EMC),   Page 2 of 2
DSMDB.2045558.1