1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Plaintiff
14

15                          UNITED STATES DISTRICT COURT
                            NORTHERN DISTRICT OF CALIFORNIA
16

17  RICOH COMPANY, LTD.,                )
                                        )
18           Plaintiff,                 )  **CASE NO. CV 03-4669 MJJ (EMC)**
                                        )
19      vs.                             )
                                        )  **MANUAL FILING NOTIFICATION**
20  AEROFLEX ET AL,                     )
                                        )
21           Defendants.                )
                                        )
22                                      )
                                        )
23

24

25

26

27

28

1   Regarding: DECLARATION OF KENNETH W. BROTHERS IN SUPPORT OF RICOH'S
2   MOTION FOR SANCTIONS FOR DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC
3   ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: February 21, 2006          Respectfully submitted,

                                  KENNETH W. BROTHERS
                                  GARY M. HOFFMAN
                                  EDWARD A. MEILMAN
                                  Dickstein Shapiro Morin & Oshinsky, LLP

                                  JEFFREY B. DEMAIN
                                  JONATHAN WEISSGLASS
                                  Altshuler, Berzon, Nussbaum, Rubin & Demain


                                  By:_____/s/_____
                                         Kenneth W. Brothers

                                  Attorneys for Ricoh Company, Ltd.