1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  Eric Oliver (*Pro Hac Vice*)
   DeAnna Allen (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
   2101 L Street, N.W.
4  Washington, D.C.  20037-1526
   Telephone:  (202) 785-9700
5  Facsimile:  (202) 887-0689

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone:  (212) 835-1400
   Fax:  (212) 992-9880
9
   Jeffrey B. Demain (SBN 126715)
10 Jonathan Weissglass (SBN 185008)
   ALTSHULER, BERZON, NUSSBAUM,
11  RUBIN & DEMAIN
   177 Post Street, Suite 300
12 San Francisco, California  94108
   Phone:  (415) 421-7151
13 Fax:  (415) 362-8064

14 Attorneys for Ricoh Company, Ltd.

15                    UNITED STATES DISTRICT COURT

16                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

17

18 RICOH COMPANY, LTD.,              )   **Case No.  C-03-4669 MJJ**
                                     )
19            Plaintiff,             )
                                     )
20    vs.                            )
                                     )
21 AEROFLEX INC., et al.,            )
                                     )   **PROOF OF SERVICE**
22            Defendants.            )
                                     )

23

24

25

26

27

28

Case No. C03-4669 MJJ
PROOF OF SERVICE

**PROOF OF SERVICE**

**CASE:** Ricoh v. Aeroflex et al.

**CASE NO:** U.S. District Court, N.D. Cal., Case No. C03-4669 MJJ (EMC)

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action; my business address is 177 Post Street, Suite 300, San Francisco, California 94108. On February 21, 2006, I served the following document(s):

**RICOH'S NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE; MEMORANDUM OF POINTS AND AUTHORITIES;**

**DECLARATION OF KENNETH W. BROTHERS IN SUPPORT OF RICOH'S MOTION FOR SANCTIONS FOR DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE**

on the parties, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below for service as designated below:

<u>By Messenger Service:</u> I caused each such envelope to be delivered to a courier employed by **WESTERN MESSENGER** with whom we have a direct billing account, who personally delivered each such envelope to the office of the address on the date last written below.

| ADDRESSEE | PARTY |
|---|---|
| Teresa Corbin, Esq.<br>Howrey LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708 | Attorneys for Defendants<br>Aeroflex et al. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this February 21, 2006, at San Francisco, California.

_____/s/_____
Edward Lin