Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
2101 L Street, NW
Washington, DC  20037-1526
Telephone:  (202) 785-9700
Facsimile:  (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Telephone:  (212) 835-1400
Facsimile:  (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., </br></br> Plaintiff, </br></br> v. </br></br> AEROFLEX ET AL., </br> Defendants. | Case No. CV-03-4669-MJJ </br></br> **DECLARATION IN SUPPORT OF MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |

I, KENNETH W. BROTHERS, declare as follows:

My name is Kenneth W. Brothers, an attorney with the law firm of Dickstein, Shapiro, Morin & Oshinsky, LLP, counsel for Ricoh Company Limited. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

1. A Miscellaneous Administrative Request to File Certain Documents and Exhibits Under Seal ("Request") was filed February 21, 2006 pursuant to Civil Local Rule 7-11.

2. The Request sought permission to file under seal RICOH'S NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE; MEMORANDUM OF POINTS AND AUTHORITIES, dated February 21, 2006, and the DECLARATION OF KENNETH W. BROTHERS IN SUPPORT OF RICOH'S MOTION FOR SANCTIONS FOR DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE, dated February 21, 2006, including its accompanying 37 exhibits.

3. A Stipulated Protective Order ("Order") was entered on June 3, 2003 between the Parties.

4. The following 37 documents are designated confidential as defined in the Order.

   a. Ex. 1: a July 15, 2005, email by Jaclyn Fink.
   b. Ex. 2: the August 12, 2005, Declaration of Robert B. Smith of AMI in Support of Defendants' Stipulation to Representative Products.
   c. Ex. 3: the October 12, 2005, Supplemental Product Declaration of Robert B. Smith of AMI.

1    d. Ex. 4: the January 10, 2006, Second Supplemental Product Declaration of
2    Robert B. Smith of AMI.
3    e. Ex. 5: the transcript of the February 9-10, 2006, deposition of Robert B.
4    Smith.
5    f. Ex. 6: the July 20, 2005, Declaration of Robert B. Smith in Support of
6    Defendants' Stipulation to Design Libraries.
7    g. Ex. 7: the November 3, 2005, Supplemental Declaration of Robert B.
8    Smith of AMI.
9    h. Ex. 8: the July 20, 2005, Declaration of Robert B. Smith in Support of
10    Defendants' Stipulation to Input Format.
11    i. Ex. 9: the January 12, 2006, Supplemental Input Declaration of Robert B.
12    Smith of AMI.
13    j. Ex. 10: the August 12, 2005, Declaration of Brandon Coco of Aeroflex in
14    Support of Defendants' Stipulation to Representative Products.
15    k. Ex. 11: the July 21, 2005, Declaration of Brandon Coco in Support of
16    Defendants' Stipulation to Design Libraries.
17    l. Ex. 12: the October 13, 2005, Supplemental Product Declaration of
18    Brandon Coco of Aeroflex.
19    m. Ex. 13: the November 4, 2005, Supplemental Library Declaration of
20    Brandon Coco of Aeroflex.
21    n. Ex. 14: the transcript of the January 19, 2006, deposition of Brandon
22    Coco.
23    o. Ex. 15: the transcript of the January 19, 2006, deposition of David
24    Kerwin.
25    p. Ex. 16: the transcript of the January 20, 2006, deposition of Peter
26    Milliken.

q. Ex. 17: the August 15, 2005, Declaration of David Chiappini of Matrox Graphics in Support of Defendants' Stipulation to Representative Products.

r. Ex. 18: the August 16, 2005, Declaration of Eric Boisvert for Matrox Tech in Support of Defendants' Stipulation to Representative Products.

s. Ex. 19: the August 16, 2005, Declaration of David Chiappini for Matrox Tech in Support of Defendants' Stipulation to Representative Products.

t. Ex. 20: the August 16, 2005, Declaration of Eric Boisvert of Matrox Electronic Systems in Support of Defendants' Stipulation.

u. Ex. 21: the October 13, 2005, Supplemental Product Declaration of David Chiappini of Matrox Graphics.

v. Ex. 22: the October 13, 2005, Supplemental Product Declaration of Eric Boisvert for Matrox Tech.

w. Ex. 23: the October 13, 2005, Supplemental Product Declaration of David Chiappini for Matrox Tech.

x. Ex. 24: the October 13, 2005, Supplemental Product Declaration of Eric Boisvert for Matrox Electronic Systems.

y. Ex. 25: the July 21, 2005, Declaration of David Chiappini in Support of Defendants' Stipulation to Design Libraries.

z. Ex. 26: the July 21, 2005, Declaration of David Chiappini in Support of Defendants' Stipulation to Design Libraries.

aa. Ex. 27: the July 21, 2005, Declaration of Eric Boisvert in Support of Defendants' Stipulation to Design Libraries.

bb. Ex. 28: November 4, 2005, Supplemental Library Declaration of Eric Boisvert of Matrox Electronic Systems, Ltd.

cc. Ex. 29: the February 15, 2006, Supplemental Library Declaration of David Chiappini of Matrox Graphics, Inc.

        dd. Ex. 30:  the February 15, 2006, Supplemental Library Declaration of David Chiappini of Matrox Graphics, Inc. for Matrox Tech, Inc.

        ee. Ex. 31:  the July 21, 2005, Declaration of David Chiappini in Support of Defendants' Stipulation to Input Format.

        ff. Ex. 32:  the July 21, 2005, Declaration of Eric Boisvert in Support of Defendants' Stipulation to Input Format.

        gg. Ex. 33:  the January 23, 2006 letter from Kenneth Brothers to Denise Demory.

        hh. Ex. 34:  the January 24, 2006 letter from Denise Demory to Kenneth Brothers.

        ii. Ex. 35:  the January 26, 2006 letter from Kenneth Brothers to Denise Demory.

        jj. Ex. 36:  the February 3, 2006 letter from Denise Demory to Kenneth Brothers.

        kk. Ex. 37:  a chart showing "ASIC Revenue by Product / Quarter" of Aeroflex Colorado Springs (AF283488-542).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Signed at Washington, D.C. on February 21, 2006.

                                        /s/ Kenneth W. Brothers
                                        Kenneth W. Brothers