1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.
14

FILED

FEB 2 3 2006

RICHARD W. WIEKING
CLERK
NORTHERN DISTRICT OF CALIFORNIA

15              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
16

17 RICOH COMPANY, LTD.,                )
                                        )
18              Plaintiff,              )   CASE NO. CV 03-4669 MJJ (EMC)
                                        )
19       vs.                            )   [~~PROPOSED~~] ORDER GRANTING
                                        )   MISCELLANEOUS ADMINISTRATIVE
20 AEROFLEX ET AL,                      )   REQUEST TO FILE CERTAIN
                                        )   DOCUMENTS AND EXHIBITS UNDER
21              Defendants.             )   SEAL
                                        )
22                                      )
                                        )
23                                      )
                                        )
24                                      )
                                        )
25                                      )
                                        )
26                                      )
                                        )
27                                      )
                                        )
28

CASE NO. CV 03-4669-MJJ  (EMC) Page 1
[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS
AND EXHIBITS UNDER SEAL
DSMDB.2042549.1

1  Ricoh has filed a Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11 to
2  request permission to file under seal RICOH'S NOTICE OF MOTION AND MOTION FOR
3  SANCTIONS FOR DEFENDANTS' VIOLATION OF JUDGE JENKINS' CMC ORDER
4  REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE; MEMORANDUM OF POINTS AND
5  AUTHORITIES, dated February 21, 2006, and the DECLARATION OF KENNETH W. BROTHERS
6  IN SUPPORT OF RICOH'S MOTION FOR SANCTIONS FOR DEFENDANTS' VIOLATION OF
7  JUDGE JENKINS' CMC ORDER REGARDING IDENTIFICATION OF PRODUCTS AT ISSUE,
8  dated February 21, 2006, which includes the following 37 Exhibits:

1. Ex. 1: a July 15, 2005, email by Jaclyn Fink.
2. Ex. 2: the August 12, 2005, Declaration of Robert B. Smith of AMI in Support of Defendants' Stipulation to Representative Products.
3. Ex. 3: the October 12, 2005, Supplemental Product Declaration of Robert B. Smith of AMI.
4. Ex. 4: the January 10, 2006, Second Supplemental Product Declaration of Robert B. Smith of AMI.
5. Ex. 5: the transcript of the February 9-10, 2006, deposition of Robert B. Smith.
6. Ex. 6: the July 20, 2005, Declaration of Robert B. Smith in Support of Defendants' Stipulation to Design Libraries.
7. Ex. 7: the November 3, 2005, Supplemental Declaration of Robert B. Smith of AMI.
8. Ex. 8: the July 20, 2005, Declaration of Robert B. Smith in Support of Defendants' Stipulation to Input Format.
9. Ex. 9: the January 12, 2006, Supplemental Input Declaration of Robert B. Smith of AMI.
10. Ex. 10: the August 12, 2005, Declaration of Brandon Coco of Aeroflex in Support of Defendants' Stipulation to Representative Products.
11. Ex. 11: the July 21, 2005, Declaration of Brandon Coco in Support of Defendants' Stipulation to Design Libraries.

12. Ex. 12: the October 13, 2005, Supplemental Product Declaration of Brandon Coco of Aeroflex.

13. Ex. 13: the November 4, 2005, Supplemental Library Declaration of Brandon Coco of Aeroflex.

14. Ex. 14: the transcript of the January 19, 2006, deposition of Brandon Coco.

15. Ex. 15: the transcript of the January 19, 2006, deposition of David Kerwin.

16. Ex. 16: the transcript of the January 20, 2006, deposition of Peter Milliken.

17. Ex. 17: the August 15, 2005, Declaration of David Chiappini of Matrox Graphics in Support of Defendants' Stipulation to Representative Products.

18. Ex. 18: the August 16, 2005, Declaration of Eric Boisvert for Matrox Tech in Support of Defendants' Stipulation to Representative Products.

19. Ex. 19: the August 16, 2005, Declaration of David Chiappini for Matrox Tech in Support of Defendants' Stipulation to Representative Products.

20. Ex. 20: the August 16, 2005, Declaration of Eric Boisvert of Matrox Electronic Systems in Support of Defendants' Stipulation.

21. Ex. 21: the October 13, 2005, Supplemental Product Declaration of David Chiappini of Matrox Graphics.

22. Ex. 22: the October 13, 2005, Supplemental Product Declaration of Eric Boisvert for Matrox Tech.

23. Ex. 23: the October 13, 2005, Supplemental Product Declaration of David Chiappini for Matrox Tech.

24. Ex. 24: the October 13, 2005, Supplemental Product Declaration of Eric Boisvert for Matrox Electronic Systems.

25. Ex. 25: the July 21, 2005, Declaration of David Chiappini in Support of Defendants' Stipulation to Design Libraries.

26. Ex. 26: the July 21, 2005, Declaration of David Chiappini in Support of Defendants' Stipulation to Design Libraries.

CASE NO. CV 03-4669-MJJ (EMC)   Page 3
[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL

DSMDB.2042549.1

27. Ex. 27: the July 21, 2005, Declaration of Eric Boisvert in Support of Defendants' Stipulation to Design Libraries.

28. Ex. 28: November 4, 2005, Supplemental Library Declaration of Eric Boisvert of Matrox Electronic Systems, Ltd.

29. Ex. 29: the February 15, 2006, Supplemental Library Declaration of David Chiappini of Matrox Graphics, Inc.

30. Ex. 30: the February 15, 2006, Supplemental Library Declaration of David Chiappini of Matrox Graphics, Inc. for Matrox Tech, Inc.

31. Ex. 31: the July 21, 2005, Declaration of David Chiappini in Support of Defendants' Stipulation to Input Format.

32. Ex. 32: the July 21, 2005, Declaration of Eric Boisvert in Support of Defendants' Stipulation to Input Format.

33. Ex. 33: the January 23, 2006 letter from Kenneth Brothers to Denise Demory.

34. Ex. 34: the January 24, 2006 letter from Denise Demory to Kenneth Brothers.

35. Ex. 35: the January 26, 2006 letter from Kenneth Brothers to Denise Demory.

36. Ex. 36: the February 3, 2006 letter from Denise Demory to Kenneth Brothers.

37. Ex. 37: a chart showing "ASIC Revenue by Product / Quarter" of Aeroflex Colorado Springs (AF283488-542).

Because the above documents include and refer to materials produced in discovery and designated confidential by the ASIC Defendants and Synopsys, this request was made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.

Dated: 2/23/2006

The Honorable Martin J. Jenkins
Judge, United States District Court