Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS, INC., AMI
SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD.,
MATROX GRAPHICS, INC.,
MATROX INTERNATIONAL CORP.,
and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH CORMPANY, LTD.,<br><br>  Plaintiff,<br><br>  vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>  Defendants. | Case No.  C03-04669 MJJ (EMC)<br><br>**STIPULATION AND [PROPOSED] ORDER MOVING HEARING AND BRIEFING DATES FOR RICOH'S MOTION FOR SANCTIONS**<br><br>Judge:  Hon. Martin J. Jenkins |

WHEREAS Plaintiff and counter-defendant Ricoh Company Ltd. ("Ricoh"), defendants and declaratory judgment plaintiffs Aeroflex, Inc., Aeroflex Colorado Springs, Inc., AMI Semiconductor Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. in Case No. C-03-4669-MJJ (collectively "Defendants") (collectively referred to herein as "the Parties"), through their respective counsel, STIPULATE AND AGREE as follows:

1. Because of the unavailability of Defendants' counsel and other scheduling conflicts, Ricoh and Defendants will move the hearing date for Ricoh's Motion for Sanctions For Defendants' Violation of Judge Jenkins' CMC Order Regarding Identification of Products at Issue ("Ricoh's Motion") from March 28, 2006 to April 4, 2006.

2. Defendants will serve and file their opposition brief no later than March 14, 2006.

3. Ricoh will serve and file its reply brief no later than March 21, 2006.

| Defendants | Ricoh Company, Ltd. |
|---|---|
| By: /s/Denise M. De Mory<br>Teresa M. Corbin<br>Denise M. De Mory<br>Jaclyn C. Fink<br>HOWREY LLP<br>525 Market Street, Suite 3600<br>San Francisco, CA 94105-2708<br>Telephone: (415) 848-4900<br>Facsimile: (415) 848-4999<br>Attorneys for Defendants | By: /s/Kenneth W. Brothers<br>Gary M. Hoffman (*Pro Hac Vice*)<br>Kenneth W. Brothers (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO MORIN *&*<br>OSHINSKY  LLP<br>2101 L Street NW<br>Washington, D.C.  20037-1526<br>Telephone: (202) 785-9700<br>Facsimile: (202) 887-0689<br><br>Edward A. Meilman (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO MORIN *&*<br>OSHINSKY  LLP<br>1177 Avenue of the Americas<br>New York, New York  10036-2714<br>Telephone: (212) 835-1400<br>Facsimile: (212) 997-9880<br><br>Jeffrey B. Demain, SBN: 126715<br>Jonathan Weissglass, SBN: 185008<br>Altshuler, Berzon, Nussbaum, Rubin & Demain<br>177 Post Street, Suite 300<br>San Francisco, California  94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br><br>Attorneys for Ricoh Company, Ltd. |

**ORDER**

IT IS SO ORDERED

Dated: _____

                                                Hon. Martin J. Jenkins.
                                            United States District Judge