1   Teresa M. Corbin (SBN 132360)
    Denise M. De Mory (SBN 168076)
2   Jaclyn C. Fink (SBN 217913)
    HOWREY LLP
3   525 Market Street, Suite 3600
    San Francisco, California 94105
4   Telephone:  (415) 848-4900
    Facsimile:   (415) 848-4999
5
    Attorneys for Plaintiff SYNOPSYS, INC.
6   and for Defendants AEROFLEX INCORPORATED,
    AMI SEMICONDUCTOR, INC., MATROX
7   ELECTRONIC SYSTEMS, LTD., MATROX
    GRAPHICS, INC., MATROX INTERNATIONAL
8   CORP., MATROX TECH, INC. and AEROFLEX
    COLORADO SPRINGS, INC.
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                      SAN FRANCISCO DIVISION
12

13
    RICOH COMPANY, LTD.,
14                                          Case No. C03-04669 MJJ (EMC)
              Plaintiff,
15                                          Case No. C03-2289 MJJ (EMC)
          vs.
16                                          **[PROPOSED] ORDER GRANTING
    AEROFLEX INCORPORATED, et al.,          PLAINTIFF SYNOPSYS' AND CUSTOMER
17                                          DEFENDANTS' MOTION TO STAY
              Defendants.                   LITIGATION PENDING COMPLETION OF
18                                          REEXAMINATION**

19

20
    SYNOPSYS, INC.,                         Judge:   Hon. Martin J. Jenkins
21
              Plaintiff,                    Date:     April 4, 2006
22                                          Time:     9:00 a.m.
          vs.                               Ctrm:    11, 19th Floor
23
    RICOH COMPANY, LTD.,
24
              Defendant.
25

26

27

28

1    On February 28, 2006, Plaintiff Synopsys and Defendants Aeroflex Incorporated, AMI

2  Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International

3  Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the "Customer

4  Defendants") filed a Motion To Stay Litigation Pending Completion of Reexamination.  The matter,

5  having been fully briefed, came before the Court on April 4, 2006.

6    The motion, the memoranda, and supporting evidence of the parties having been considered,

7  and oral argument having been heard, the Court GRANTS Synopsys' and the Customer Defendants'

8  Motion To Stay Litigation Pending Completion of Reexamination.

9

10    IT IS SO ORDERED.

11

12  DATED:  _____    _____

13                                              The Honorable Martin J. Jenkins
                                                United States District Court Judge

14

15  Submitted February 28, 2006 by:
    HOWREY LLP

16

17

18  By:/s/Denise M. De Mory_____
        Denise M. De Mory
19  Attorneys for Plaintiff SYNOPSYS and
    Defendants AEROFLEX
    INCORPORATED, AMI
20  SEMICONDUCTOR, INC., MATROX
    ELECTRONIC SYSTEMS, LTD.,
21  MATROX GRAPHICS INC., MATROX
    INTERNATIONAL CORP., MATROX
22  TECH, INC., and AEROFLEX
    COLORADO SPRINGS, INC.

23

24

25

26

27

28

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING MOTION TO STAY