IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD, | No.   C03-04669 MJJ |
| Plaintiff, | **ORDER OF REFERENCE** |
| v. | |
| AEROFLEX INCORPORATED ET AL, | |
| Defendant. | |

Pursuant to Civil Local Rule 72-1, it is HEREBY ORDERED that **Ricoh's Motion for Sanctions** in the above-captioned case is referred to Magistrate Judge Chen.

Counsel will be advised of the date, time and place of the next appearance by notice from Magistrate Judge Chen's chambers. The motion hearing set on Judge Jenkins' calendar for **March 28, 2006,** IS HEREBY **VACATED**.

**IT IS SO ORDERED.**

Dated:    3/1/2006

MARTIN J. JENKINS
United States District Judge