1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999

5

   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AEROFLEX COLORADO SPRINGS, INC., AMI
7  SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD.,
8  MATROX GRAPHICS, INC.,
   MATROX INTERNATIONAL CORP.,
9  and MATROX TECH, INC.

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
   RICOH CORMPANY, LTD.,                    Case No.  C03-04669 MJJ (EMC)
14
              Plaintiff,
15                                          **STIPULATION AND [~~PROPOSED~~] ORDER
   vs.                                      MOVING HEARING AND BRIEFING
16                                          DATES FOR RICOH'S MOTION FOR
   AEROFLEX INCORPORATED, et al.,           SANCTIONS**
17
              Defendants.                   ~~Judge: Hon. Martin J. Jenkins~~
18                                          Magistrate Judge Edward M. Chen

19         WHEREAS Plaintiff and counter-defendant Ricoh Company Ltd. ("Ricoh"), defendants and

20  declaratory judgment plaintiffs Aeroflex, Inc., Aeroflex Colorado Springs, Inc., AMI Semiconductor

21  Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox

22  Tech, Inc. in Case No. C-03-4669-MJJ (collectively "Defendants") (collectively referred to herein as

23  "the Parties"), through their respective counsel, STIPULATE AND AGREE as follows:

24         1.      Because of the unavailability of Defendants' counsel and other scheduling conflicts,

25  Ricoh and Defendants will move the hearing date for Ricoh's Motion for Sanctions For Defendants'

26  Violation of Judge Jenkins' CMC Order Regarding Identification of Products at Issue ("Ricoh's

27  Motion") from March 28, 2006 to ~~April 4, 2006.~~ April 19, 2006 at 10:30 a.m. in Courtroom C.

28         2.      Defendants will serve and file their opposition brief no later than March 14, 2006.

1      3.      Ricoh will serve and file its reply brief no later than March 21, 2006.

2

3   Defendants                              Ricoh Company, Ltd.

4

5   By:  /s/Denise M. De Mory                By:  /s/Kenneth W. Brothers
     Teresa M. Corbin                        Gary M. Hoffman (*Pro Hac Vice*)
6   Denise M. De Mory                       Kenneth W. Brothers (*Pro Hac Vice*)
     Jaclyn C. Fink                          DICKSTEIN SHAPIRO MORIN &
7   HOWREY LLP                              OSHINSKY  LLP
     525 Market Street, Suite 3600           2101 L Street NW
8   San Francisco, CA 94105-2708            Washington, D.C.  20037-1526
     Telephone:  (415) 848-4900              Telephone: (202) 785-9700
9   Facsimile:  (415) 848-4999              Facsimile: (202) 887-0689
     Attorneys for Defendants
10                                           Edward A. Meilman (*Pro Hac Vice*)
                                             DICKSTEIN SHAPIRO MORIN &
11                                           OSHINSKY  LLP
                                             1177 Avenue of the Americas
12                                           New York, New York  10036-2714
                                             Telephone:  (212) 835-1400
13                                           Facsimile:  (212) 997-9880

14                                           Jeffrey B. Demain, SBN: 126715
                                             Jonathan Weissglass, SBN: 185008
15                                           Altshuler, Berzon, Nussbaum, Rubin &
                                             Demain
16                                           177 Post Street, Suite 300
                                             San Francisco, California  94108
17                                           Telephone:  (415) 421-7151
                                             Facsimile:  (415) 362-8064
18
                                             Attorneys for Ricoh Company, Ltd.
19
                                   **ORDER**
20   IT IS SO ORDERED

21

22   Dated:   March 7, 2006

23                                                              Edward M. Chen
                                             United States District Judge/Magistrate Judge

24

25

26

27

28

HOWREY LLP

Case No.  C03-04669 MJJ (EMC)                        -2-
STIP & [PROPOSED] ORDER MOVING HEARING AND
BRIEFING DATES FOR RICOH'S MOTION FOR SANCTIONS