1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS and
6  Defendants AEROFLEX INCORPORATED,
   AEROFLEX COLORADO SPRINGS, INC.,
7  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
8  GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX
9  TECH, INC.

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                   SAN FRANCISCO DIVISION

13 RICOH COMPANY, LTD.,                    | Case No. C03-4669 MJJ (EMC)
14          Plaintiff,                      | **DECLARATION OF DENISE M. DE MORY IN SUPPORT OF DEFENDANTS AEROFLEX INCORPORATED AND AEROFLEX COLORADO SPRINGS' REPLY TO RICOH'S OPPOSITION TO DEFENDANT'S *EX PARTE* APPLICATION FOR ORDER COMPELLING REMOVAL OF REFERENCES TO PRIVILEGED MATERIAL AND RETURN OF INADVERTENTLY PRODUCED PRIVILEGED MATERIAL**
15          vs.
16 AEROFLEX INCORPORATED, AMI
   SEMICONDUCTOR, INC., MATROX
17 ELECTRONIC SYSTEMS LTD., MATROX
   GRAPHICS INC., MATROX
18 INTERNATIONAL CORP., MATROX TECH,
   INC., AND AEROFLEX COLORADO
19 SPRINGS, INC.,
20          Defendants.                    | Magistrate Judge: Hon. Edward M. Chen

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
DE MORY DECL. ISO REPLY TO OPP TO EX PARTE APPLICATION FOR
ORDER COMPELLING REMOVAL OF REFERENCES TO PRIVILEGED
MATERIAL
                                            1

I, Denise M. De Mory, declare as follows:

1. I am a partner at the law firm of Howrey LLP, counsel for Aeroflex Incorporated and Aeroflex Colorado Springs in this action. The following declaration is based on my personal knowledge. If called upon to testify, I could and would competently testify to the matters set forth below.

2. During the Case Management Conference ("CMC") held on July 13, 2005, Judge Jenkins ordered Ricoh to provide to Synopsys definitions of the Design Libraries it considered to be at issue by Monday, July 18, 2005. Attached hereto as Exhibit 1 is a true and correct copy of Ms. Fink's letter to Mr. Hoffman dated July 14, 2005, and summarizing key points from the CMC.

3. Per Judge Jenkins directive at the CMC, Ms. Allen provided a list defining the types of libraries it sought in a letter dated July 18, 2005. Attached hereto as Exhibit 2 is a true and correct copy of Ms. Allen's letter to Ms. Corbin dated July 18, 2005 defining the libraries it considered at issue.

4. The Fink e-mail contained the following footer:

> This email and any attachments contain information from the law firm of Howrey LLP, which may be confidential and/or privileged. The information is intended to be for the use of the individual or entity named on this email. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this email is prohibited. If you receive this email in error, please notify us by reply email immediately so that we can arrange for the retrieval of the original documents at no cost to you.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of March, 2006, at San Francisco, California.

                                                  */s/Denise M. De Mory*
                                                  Denise M. De Mory

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
DE MORY DECL. ISO REPLY TO OPP TO EX PARTE APPLICATION FOR
ORDER COMPELLING REMOVAL OF REFERENCES TO PRIVILEGED
MATERIAL

1

# EXHIBIT 1

# HOWREY LLP

525 Market Street
Suite 3600
San Francisco, CA 94105-2708
T 415.848.4900
F 415.848.4999
www.howrey.com

July 14, 2005

*BY FACSIMILE & U.S. MAIL*

Gary M. Hoffman, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street NW
Washington, DC 20037

    RE:   *Synopsys, Inc v. Ricoh Company, Ltd.*
            Case No. CV 03-02289 MJJ (EMC)
            *Ricoh Company, Ltd. v. Aeroflex, Inc.*
            Case No. CV 03-04669 MJJ (EMC)

Dear Gary:

    As we agreed, I am writing to summarize the key points from our Case Management Conference with Judge Jenkins yesterday. Our understanding of the key points is:

1. There are no logic synthesis products at issue other than the Synopsys products.

2. The Synopsys products at issue are limited to those from the chart on page 28 of the Joint CMC Statement, as confirmed by my June 27, 2005 letter.

3. Ricoh agreed to limit the time frame for Design Libraries to 2000 through the present.

4. Ricoh will provide the definitions of the Design Libraries it considers to be at issue, along with document name and page citation, to Synopsys by 9 AM California time on Monday, July 18, 2005.

5. The Customer Defendants will provide declarations/stipulations related to the identified Design Libraries to Ricoh by 11 AM California time on Thursday, July 21, 2005.

6. Synopsys will provide input-related declarations/stipulations to Ricoh by 11 AM California time on Thursday, July 21, 2005.

**HOWREY** LLP

Gary M. Hoffman, Esq.
July 14, 2005
Page 2

7. Ricoh will provide Synopsys with a schedule for Final Infringement Contentions with source code cites (for each of the claim elements, Ricoh will provide the specific functions in the source code that infringe the element either literally, or by equivalents, and the associated path and file name containing that function) by 11 AM California time on Thursday, July 21, 2005. Note that providing this information in advance of the conference call was not discussed, but Synopsys would like a chance to consider Ricoh's proposal in advance of the call, and recommends the same date and time as for the other information being provided.

8. Synopsys will provide Ricoh with the availability for depositions of Olson and Heynes re: the 271(g) motion; the 271(g) briefing is stayed until after these depositions.

9. There will be a conference call hearing at 2 PM California time on Friday, July 22, 2005 to discuss the above issues. You will initiate the call.

10. Discovery remains stayed except as outlined above.

Please confirm that this is your understanding as well.

Very truly yours,

*Jaclyn C. Fink* /pw
Jaclyn C. Fink

DM_US\8227297.v1

```
* * * COMMUNICATION RESULT REPORT ( JUL. 14. 2005  1:34PM ) * * *

                                        TTI   HOWREY SIMON ARNOLD & WHITE

TRANSMITTED/STORED  JUL. 14. 2005  1:33PM
FILE MODE           OPTION              ADDRESS                 RESULT      PAGE
-----------------------------------------------------------------------------------
3423 MEMORY TX                          #606912028870689        OK          3/3

REASON FOR ERROR
 E-1) HANG UP OR LINE FAIL              E-2) BUSY
 E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# HOWREY

525 MARKET STREET
SUITE 3600
SAN FRANCISCO, CA 94105-2708
PHONE: 415.848.4900 • FAX: 415.848.4999

## FACSIMILE COVER SHEET

DATE: July 14, 2005

TO:
NAME: Gary M. Hoffman, Esq.
COMPANY: Dickstein Shapiro Morin & Oshinsky LLP
FAX NUMBER: 202.887.0689           PHONE NUMBER: 202.785.9700
CITY: Washington, DC

FROM:
NAME: Jaclyn C. Fink, Esq.
DIRECT DIAL NUMBER: 415.848.4916    USER ID: 2590
NUMBER OF PAGES, INCLUDING COVER: 3   CHARGE NUMBER: 06816.0060.000000

☒ ORIGINAL WILL FOLLOW VIA:
   ☒ REGULAR MAIL    ☐ OVERNIGHT DELIVERY    ☐ HAND DELIVERY    ☐ OTHER:
☐ ORIGINAL WILL NOT FOLLOW

SUPPLEMENTAL MESSAGE:
Please see the attached.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

# HOWREY LLP

525 MARKET STREET
SUITE 3600
SAN FRANCISCO, CA 94105-2708
PHONE: 415.848.4900 • FAX: 415.848.4999

## FACSIMILE COVER SHEET

**DATE:** July 14, 2005

**TO:**
- **NAME:** Gary M. Hoffman, Esq.
- **COMPANY:** Dickstein Shapiro Morin & Oshinsky LLP
- **FAX NUMBER:** 202.887.0689
- **PHONE NUMBER:** 202.785.9700
- **CITY:** Washington, DC

**FROM:**
- **NAME:** Jaclyn C. Fink, Esq.
- **DIRECT DIAL NUMBER:** 415.848.4916
- **USER ID:** 2590

**NUMBER OF PAGES, INCLUDING COVER:** 3
**CHARGE NUMBER:** 06816.0060.000000

☒ ORIGINAL WILL FOLLOW VIA:
  ☒ REGULAR MAIL  ☐ OVERNIGHT DELIVERY  ☐ HAND DELIVERY  ☐ OTHER:

☐ ORIGINAL WILL NOT FOLLOW

**SUPPLEMENTAL MESSAGE:**

Please see the attached.

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IT IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY US IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. THANK YOU.

IF THERE ARE ANY QUESTIONS OR PROBLEMS WITH THE TRANSMISSION OF THIS FACSIMILE, PLEASE CALL 415.848.4900.

# EXHIBIT 2

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 572-2656
E-Mail Address: AllenD@dsmo.com

July 18, 2005

**BY FACSIMILE AND U.S. MAIL**

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
301 Ravenswood Ave.
Menlo Park, CA 94025

Re:     Ricoh v. Aeroflex et al.

Dear Terry:

In accordance with Judge Jenkins' directive provided at the July 13, 2005 Case Management Conference, we provide (i) the following list of the types of libraries we are seeking to have fully identified in the list to be provided by each ASIC Defendant and (ii) citations showing examples of Synopsys documents using the library nomenclature that Ricoh has used.

- Target libraries and technology libraries (see, e.g., SP59888-60164 Chip Synthesis Workshop – Lab Guide (© 2003) at SP59911-14; SP60165-60461 Introduction & Overview, Chip Synthesis (2003) at SP60241-242)

- Symbol libraries (see, e.g., SP59888-60164 Chip Synthesis Workshop – Lab Guide (© 2003) at SP59934)

- Link libraries (see, e.g., SP59888-60164 Chip Synthesis Workshop – Lab Guide (© 2003) at SP59916-59919, SP59923); *DesignWare IP Family Quick Reference Guide* (RCL008947-9306) at p. 28)

- Basic library (see, e.g., *DesignWare IP Family Quick Reference Guide* (RCL008947-9306) at p. 27)

- DesignWare Foundation and Building Block IP libraries (see, e.g., *DesignWare Building Block IP User Guide* (RCL009357-9448); *DesignWare IP Family Quick Reference Guide* (RCL008947-9306) at pp. 27-28)

1177 Avenue of the Americas • New York, NY 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.DicksteinShapiro.com

DSMDB.1955642.1

Teresa M. Corbin, Esq.
July 18, 2005
Page 2

- Synthetic libraries (*see, e.g., DesignWare Developer's Guide* (RCL009449-9622) at Ch. 4, pp. 61-64; *DesignWare Building Block IP User Guide* (RCL009357-9448) at Ch 1 pp. 17-20)

- Design libraries (*see, e.g., DesignWare Building Block IP User Guide* (RCL009357-9448) at Ch 1 pp. 17-18, 20); *DesignWare Developer's Guide* (RCL009449-9622) at 23-24, 146)

- Any libraries used by or made by (or behalf of) an ASIC Defendant as a replacement or substitute for any of the above libraries (*see, e.g.,* the comments of the ASIC Defendants in the CMC at Page 18, lines 17-19)

    Ricoh understands that other libraries are used by the ASIC Defendants in the Synopsys synthesis flow for the tools and libraries at issue (see p. 28 of the Case Management Statement for Ricoh's list of tools and libraries at issue). For example, Synopsys has stated there are design libraries created during synthesis and Ricoh seeks discovery from the ASIC Defendants' for such design libraries (*see* Case Management Statement p. 18 (Synopsys' discussion of design libraries)).[1]

    Additionally, it is Ricoh's understanding that to the extent there are additional libraries that are not included in the foregoing list of libraries, but that are used by the tools at issue (e.g., any separate libraries of GTECH cells[2]), then such other libraries (including source code and documentation) have been produced as part of the currently on-going source code production. However, if Ricoh's understanding is incorrect, then Ricoh also seeks a list of such libraries (e.g., GTECH libraries).

---

[1] Note that while Synopsys has used the term "design library" to refer to a library generated during synthesis, Ricoh has used the term "design library" to mean the DesignWare design library that Synopsys documentation describes as housing DesignWare implementations. (*See, e.g., DesignWare Building Block IP User Guide* (RCL009357-9448) at Ch 1 pp. 17-18, 20; *DesignWare Developer's Guide* (RCL009449-9622) at 23-24, 146). It appears to Ricoh that the parties may be using the same term (i.e., design library) to describe two different kinds of libraries. As indicated herein, Ricoh seeks discovery of both kinds of libraries.

[2] *See, e.g.,* SP60165-60461 Introduction & Overview, Chip Synthesis (2003) at SP60214 (describing GTECH db); SP59888-60164 Chip Synthesis Workshop – Lab Guide (© 2003) at SP59898 (describing GTECH components).

Teresa M. Corbin, Esq.
July 18, 2005
Page 3

      Ricoh is seeking discovery related to the above list of libraries as provided by Synopsys, as well as any additions to, modifications to, or substitutions/replacements for any of the foregoing libraries made by the ASIC Defendants (e.g., such as by use of DesignWare Developer).[3]

      As directed by Judge Jenkins, by 11 A.M. Pacific Time on Thursday, July 21, 2005, you are to provide us, for each ASIC Defendant, the list of libraries that each Defendant has used.

Sincerely,

DeAnna Allen

DA/ncz

cc:    Jonathan Weissglass, Esq.
       Gary Hoffman, Esq.
       Edward Meilman, Esq.

---

[3] The term DesignWare Expert libraries, as Ricoh has used it, is encompassed by the DesignWare synthetic libraries, DesignWare design libraries, and any other DesignWare components used by or created by (or on behalf of) the ASIC Defendants. Thus, to the extent that DesignWare synthetic libraries and DesignWare design libraries (as well as any modifications, additions, or replacements/substitutions used by or made by (or on behalf of) the ASIC Defendants to these libraries) are produced, then there is no need for a separate designation by Ricoh of DesignWare Expert libraries.

# FAX TRANSMISSION

**DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP**

| | |
|---|---|
| **DATE:** | July 18, 2005 |
| **CLIENT NO.:** | R2180.0171 |
| **MESSAGE TO:** | Jackie Fink |
| **COMPANY:** | Howrey Simon Arnold & White |
| **FAX NUMBER:** | 415-848-4999 |
| **PHONE:** | |
| **FROM:** | DeAnna Allen |
| **PHONE:** | 202-572-2656 |
| **PAGES (Including Cover Sheet):** | 4   **HARD COPY TO FOLLOW:**  x  YES  ___ NO |

| SENT BY: | | DATE/TIME: | |
|---|---|---|---|

**MESSAGE:**

2005 JUL 13 AM 9:12

If your receipt of this transmission is in error, please notify this firm immediately by collect call to our Facsimile Department at 202-861-9106, and send the original transmission to us by return mail at the address below.

This transmission is intended for the sole use of the individual and entity to whom it is addressed, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. You are hereby notified that any dissemination, distribution or duplication of this transmission by someone other than the intended addressee or its designated

1642553 v2; Z7#H02!.DOC