1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC. and
6  Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SSYTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., and MATROX TECH, INC.,

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  SYNOPSYS, INC., | Case No. C03-02289 MJJ (EMC) |
| 13           Plaintiff, | **ORDER ALLOWING DEPOSITIONS AT THE U.S. EMBASSY IN OSAKA-KOBE JAPAN** |
| 14      vs. | |
| 15  RICOH COMPANY, LTD., | Trial Date: November 27, 2006 |
| 16           Defendant. | |
| 17  RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| 18           Plaintiff, | |
| 19      vs. | |
| 20  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SSYTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC., | |
| 24           Defendants. | |

26      Upon the application of Synopsys, Inc., the plaintiff in the *Synopsys, Inc. v. Ricoh Company,*

27 *Ltd.* matter and Aeroflex Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd.,

28 Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc., the defendants in the *Ricoh*

1 *Company, Ltd. v. Aeroflex Incorporated, et al.*, matter, and pursuant to Article 17 of the U.S.-Japan
2 Consular Convention, it is ordered that the depositions on notice of the following witnesses, who will
3 appear voluntarily, be taken at the U.S. Embassy in Osaka-Kobe, Japan, commencing on or about April
4 13, 2006 and terminating on or about April 20, 2006:

    1.    Mr. Zenji Oka

    2.    Mr. Takahei Takada

    3.    Mr. Hisashi Ishijima

Ricoh's counsel will be accompanied by Mr. Jared Taylor who will interpret.

Counsel for Synopsys, Aeroflex, AMI, Matrox Electronic Systems, Matrox Graphics, Matrox International and Matrox Tech who will participate in said depositions are:

    1.    Ms. Denise M. De Mory

    2.    Ms. Jaclyn C. Fink

Counsel for Ricoh, Co. Ltd. who will participate in said depositions are:

    1.    Mr. Gary Hoffman

    2.    Mr. Eric Oliver

    3.    Ms. DeAnna Allen

    4.    Ms. Rebecca Barbisch

Counsel may arrive in Japan as early as April 9, 2006, in order to prepare for the deposition.

The proceedings will be reported by Ms. Louise Sousoures and will be interpreted by Mr. William Lise, Mr. Sadaaki Matsutani, or Mr. Toyu Yazaki. The proceedings will be videotaped by Mr. Paul Diserio.

Please cause the testimony of said witnesses to be videotaped and reduced to writing.

**SO ORDERED.**

Dated: March \_\_\_\_, 2006

                              HON. MARTIN J. JENKINS
                              JUDGE, UNITED STATES DISTRICT COURT

\\\\\
\\\\\
\\\\\

1  Approved:

2  HOWREY LLP                                    DICKSTEIN SHAPRIO MORIN &
                                                    OSHINSKY, LLP
3

4  By:   */s/ Denise M. De Mory*                 By:   */s/Kenneth W. Brothers*
       Denise M. De Mory                              Kenneth W. Brothers
5      525 Market Street, Suite 3600                  2101 L Street NW
       San Francisco, CA 94105                        Washington, DC 20037
6      Attorneys for Synopsys and Aeroflex           Attorneys for Ricoh Company, Ltd
       Incorporated, Aeroflex Colorado Springs,
7      AMI Semiconductor, Inc., Matrox
       Electronic Systems, Ltd., Matrox
8      Graphics, Inc., Matrox International
       Corp., and Matrox Tech, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

Case No.  C03-02289 MJJ (EMC)/C03-04669 MJJ (EMC)            -3-
ORDER ALLOWING DEPOSITIONS AT THE U.S. EMBASSY IN
OSAKA-KOBE JAPAN