Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS, INC., MATROX INTERNATIONAL
CORP., MATROX TECH, INC. and
AEROFLEX COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.<br><br>Defendants. | Case No. C03-4669 MJJ (EMC)<br><br>**DECLARATION OF ROBERT B. SMITH IN OPPOSITION TO RICOH'S MOTION FOR SANCTIONS** |
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | |

Case Nos. C03-4669 MJJ (EMC)
DECLARATION OF ROBERT B. SMITH IN OPPOSITION TO
RICOH'S MOTION FOR SANCTIONS
DM_US\8324204.v1

HOWREY LLP

I, Robert B. Smith, declare as follows:

1.	I am the Director of IP Management of AMI Semiconductor, Inc. ("AMI"). I have been an employee of AMI from April 19, 1976 to April 14, 1980 and since November 15, 1982, and I am familiar with our operations and facilities from February 1997 to the present. I make this Declaration of my personal knowledge, and if called as a witness, I could and would testify competently to the statements contained herein.

2.	AMI and certain of its subsidiaries, closed a deal with Flextronics International USA and certain of its subsidiaries, on or about September 9, 2005 to acquire some of the assets and certain liabilities of Flextronics, Inc. As a result of that asset acquisition, AMI now sells in the United States a limited number of products that were synthesized using Design Compiler by Flextronics prior to its acquisition by AMI and its subsidiaries. Based on my preliminary investigation, which has been made quite difficult by the fact that AMI related entities no longer employ a number of former Flextronics employees, I have identified three ASICs that were synthesized using Design Compiler by Flextronics in the United States prior to the asset acquisition that are currently being sold by AMI. I have identified two ASICs that were synthesized using Design Compiler prior to the asset acquisition that AMI does not make or sell, but on which it realizes a royalty revenue stream. At or around the time of the Flextronics asset acquisition, AMI Semiconductor Israel Ltd. was formed. AMI Semiconductor Israel Ltd. is a separate legal entity. I have identified one chip from AMI Semiconductor Israel Ltd. that was synthesized using Design Compiler in Israel; I have not yet been able to determine whether that chip is sold by AMI in the United States. In addition, some of the Flextronics assets were incorporated into AMI Semiconductor Netherlands BV. I have not yet been able to determine whether AMI Semiconductor Netherlands BV designed any ASICs using Design Compiler that were sold by AMI in the United States.

3.	In or about November of 2004, AMI and certain of its subsidiaries entered in an agreement with Dspfactory and certain of its subsidiaries wherein certain assets were purchased and certain subsidiaries were acquired. In particular, Dspfactory S.A. was acquired and renamed AMI Semiconductor Switzerland S.A. I have learned that there are potentially four ASICs that were

Case Nos. C03-4669 MJJ (EMC)                    -2-
DECLARATION OF ROBERT B. SMITH IN OPPOSITION TO
RICOH'S MOTION FOR SANCTIONS
DM_US\8324204.v1

HOWREY LLP

1  synthesized using Design Compiler by Dspfactory S.A. in Switzerland prior to being acquired. I have
2  not yet been able to determine whether any of these ASICs have been sold by AMI in the United
3  States.

4      4. In or about June of 2002, AMI and certain of its subsidiaries acquired the assets of the
5  mixed signal business of Alcatel Microelectronics NV from STMicroelectronics NV. AMI realizes
6  revenue for sales in the United States of a limited number of products that were designed by Alcatel
7  Microelectronics in Europe prior to the asset acquisition. At around the time of the asset acquisition,
8  several separate but related legal entities were created including the following: AMI Semiconductor
9  Belgium BVBA, AMI Semiconductor Netherlands BV, and AMI Semiconductor Czech s.r.o. Since
10 the time of the STMicroelectronics asset acquisition, AMI has sold ASICs in the United States that
11 were synthesized using Design Compiler by one or more of these entities in Europe. It is my current
12 understanding that a total of eight ASICs were synthesized using Design Compiler by Alcatel
13 Microelectronics, or the newly formed entities, and sold by AMI in the United States.

14     5. The corporate structure of AMI is complicated. Each of the newly formed separate
15 legal entities is ultimately wholly owned by AMI through or in conjunction with other separate but
16 related legal entities. Other legal entities were created as a result of the acquisitions described above.
17 Based on current information, none of the other entities created by virtue of these acquisitions
18 synthesized ASICs using Design Compiler that are sold by AMI in the United States.

19     6. My investigation into these products designed by entities who have been acquired or
20 whose assets have been acquired or are designed by the separate legal entities described above has
21 been complicated because these entities do not share a common accounting system, and there is no
22 standardized manner of storing information relating to ASICs across these corporate boundaries.

23     7. AMI uses the term Business Unit to refer to a grouping of products or services that use
24 the same technology and are targeted to a specific market segment. A Business Unit is not a corporate
25 entity, and in fact, AMI Business Units extend across corporate boundaries.

26     8. I did not include products in my product declaration from two Business Units. The first
27 Business Unit that was not included is comprised solely of assets acquired from Flextronics and all
28

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC)
DECLARATION OF ROBERT B. SMITH IN OPPOSITION TO
RICOH'S MOTION FOR SANCTIONS
DM_US\8324204.v1

-3-

1  issues relating to ASICs designed by this Business Unit are described in Paragraph 2 above. In
2  particular, the only two products potentially at issue from this Business Unit are the products on which
3  AMI only recognizes a royalty revenue stream. The other Business Unit for which I did not include
4  products is a newly formed business unit. To best of my knowledge, that unit currently has no chips in
5  production, and thus I did not include any products from this Business Unit in the product declaration.
6      I declare under penalty of perjury under the laws of the United States of America that the
7  foregoing is true and correct. This declaration was executed in Pocatello, Idaho on March 14, 2006.

_____
Robert B. Smith

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC)                                -4-
DECLARATION OF ROBERT B. SMITH IN OPPOSITION TO
RICOH'S MOTION FOR SANCTIONS
DM_US\8324204.v1