**United States District Court**

For the Northern District of California

1
2
3
4
5              UNITED STATES DISTRICT COURT
6              NORTHERN DISTRICT OF CALIFORNIA
7
8   RICOH COMPANY, LTD.,                    No. C-03-4669 MJJ (EMC)
9              Plaintiff,
                                            **ORDER RE DEFENDANT'S *EX PARTE***
10      v.                                  **APPLICATION FOR ORDER**
                                            **COMPELLING REMOVAL OF**
11  AEROFLEX INCORPORATED, *et al.*,        **REFERENCES TO PRIVILEGED**
                                            **MATERIAL**
12             Defendants.
                                            **(Docket No. 374)**
13  _____/
14
15
16          The Court has received and reviewed the briefs and supplementary materials filed in support
17  of and in opposition to Defendant's application.  The Court defers ruling on the application until it
18  hears Plaintiff's Motion for Sanctions on April 19, 2006.
19
20          IT IS SO ORDERED.
21
22  Dated:  March 15, 2006
23                                          _____
                                            EDWARD M. CHEN
24                                          United States Magistrate Judge
25
26
27
28