Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

|  |  |
|---|---|
| RICOH COMPANY, LTD., | Case No. CV-03-4669-MJJ (EMC) |
| Plaintiff, | |
| | **DECLARATION OF KENNETH W. BROTHERS IN SUPPORT OF RICOH'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS** |
| v. | |
| AEROFLEX ET AL., | |
| Defendants. | **Date:  April 19, 2006** |
| | **Time:  10:30 a.m.** |
| | **Courtroom:  C** |

CASE NO. CV-03-4669-MJJ (EMC)    Page 1
DECLARATION OF KENNETH W. BROTHERS IN SUPPORT OF RICOH'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS

DSMDB.2060291.1

Kenneth W. Brothers declares as follows:

1.    My name is Kenneth W. Brothers, an attorney with the law firm of Dickstein, Shapiro, Morin & Oshinsky, LLP, counsel for Ricoh Company Limited.  I am over the age of 21 and am competent to make this declaration.  Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

2.    After Ricoh filed its motion for sanctions on February 21, 2006, defendant Aeroflex served a further supplementation, but did not include the JW02 chip.

3.    In its March 14 filing, AMI disclosed that it had two other acquisitions in 2002 and 2004 which included ASICs sold in the U.S. that were synthesized using Design Compiler since 1997, and AMI has never identified those ASICs.

4.    Ms. De Mory's letter of February 7, 2006, did not schedule or request a meet and confer. Following the February 9-10, 2006, Smith deposition, I requested a meet and confer with Ms. De Mory. Between February 10 and 22, I had at least two wide-ranging meet and confer sessions between counsel in which this topic was addressed.  The first meet and confer was on February 10, 2006.  The agenda for that meet and confer is attached as Exhibit 7.  At that time, Ms. De Mory said that AMI would issue a new product declaration.  I also requested the prompt production of documents relating to the Flextronics acquisition, and Ms. De Mory said she was already looking into it.  She promised to provide regular updates.  At a second meet and confer on February 22, 2006, we further discussed this issue. The agenda for that meet and confer is attached as Ex. 8.  There is no basis in fact for Ms De Mory's statements that either of these meet and confer sessions were "exclusively limited" to the three topics in her declaration.

5.    The first time that AMI Semiconductor has disclosed that, between 2002 and 2005, AMI Semiconductor made at least three different asset acquisitions that included ASICs that were synthesized using Design Complier was on March 14, 2006.  Prior to the submission of the Smith declaration on March 14, AMI had never disclosed that the 2002 or 2004 acquisitions of assets from

CASE NO. CV-03-4669-MJJ (EMC)    Page 2
DECLARATION OF KENNETH W. BROTHERS IN SUPPORT OF RICOH'S REPLY IN SUPPORT OF ITS MOTION FOR SANCTIONS

DSMDB.2060291.1

STMicroelectronics NV and Dspfactory included relevant ASICs.  AMI has not produced the relevant documents regarding those transactions.

6.    Attached hereto as Ex. 1 is a true and correct copy of the February 28, 2006, Second Supplemental Product Declaration of Brandon Coco of Aeroflex.

7.    Attached hereto as Ex. 2 is a true and correct copy of the July 15, 2005, email from Gary Hoffman to Teresa Corbin.

8.    Attached hereto as Ex. 3 is a true and correct copy of the July 18, 2005, letter from DeAnna Allen to Teresa Corbin.

9.    Attached hereto as Ex. 4 is a true and correct copy of the August 17, 2005, letter from Gary Hoffman to Teresa Corbin.

10.  Attached hereto as Ex. 5 is a true and correct copy of the February 28, 2006, letter from Kenneth Brothers to Denise De Mory.

11.  Attached hereto as Ex. 6 is a true and correct copy of the May 3, 2004, letter from Christopher Kelley to Edward Meilman.

12.  Attached hereto as Ex. 7 is a true and correct copy of a February 10, 2006 email from Kenneth Brothers to Denise De Mory.

13.  Attached hereto as Ex. 8 is a true and correct copy of a February 21, 2006 email from Kenneth Brothers to Denise De Mory.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Signed at Washington, D.C. on March 21, 2006.


March 21, 2006                          /s/ Kenneth W. Brothers
                                        Kenneth W. Brothers

EXHIBIT 1

1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999

5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC., and
   AEROFLEX COLORADO SPRINGS, INC.

9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                     SAN FRANCISCO DIVISION
12

13
   RICOH COMPANY, LTD.,                    ) Case No. C03-4669 MJJ (EMC)
14                                         )
            Plaintiff,                     ) Case No. C03-2289 MJJ (EMC)
15                                         )
       vs.                                 ) **SECOND SUPPLEMENTAL PRODUCT**
16                                         ) **DECLARATION OF BRANDON COCO OF**
   AEROFLEX INCORPORATED, AMI             ) **AEROFLEX**
17 SEMICONDUCTOR, INC., MATROX            )
   ELECTRONIC SYSTEMS LTD., MATROX        )
18 GRAPHICS INC., MATROX                  )
   INTERNATIONAL CORP., MATROX TECH,      )
19 INC., AND AEROFLEX COLORADO            )
   SPRINGS, INC.                          )
20                                         )
            Defendants.                   )
21  _____
   SYNOPSYS, INC.,                        )
22                                         )
            Plaintiff,                     )
23                                         )
       vs.                                 )
24                                         )
   RICOH COMPANY, LTD.,                   )
25                                         )
            Defendant.                    )
26  _____

27

28

HOWREY
LLP
Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
SECOND SUPPL AEROFLEX COCO PRODUCT DECL.

DM_US\8259168.v1

1        I, Brandon Coco, declare as follows:

2        1.      I am the Principal ASIC Engineer of Aeroflex, Inc., which includes Aeroflex Colorado

3    Springs, Inc. ("Aeroflex").  I have been an employee of Aeroflex since September 1990, and I am

4    familiar with our operations and facilities from February 1997 to the present.  I make this Declaration

5    of my personal knowledge, and if called as a witness, I could and would testify competently to the

6    statements contained herein.

7        2.      Engineers at our company design, and/or perform turnkey services (which includes

8    taking customer designs and synthesizing them) for, application specific integrated circuits (ASICs).

9    In designing ASICs, or performing turnkey services, our engineers use various types of libraries in

10   association with the Design Compiler® software from Synopsys.

11       3.      Since February 1997, we have used Design Compiler for logic synthesis of the

12   following commercial products, using the specified technology libraries:

| # | PRODUCT | DESCRIPTION | LIBRARY |
|---|---------|-------------|---------|
| 1 | UTCAM-Engine / UT100CE 02 JAA | Database search engine with SSRAM/SDRAM controller | Samsung STD90 0.35um, Samsung library |
| 2 | JW01 | Photo-diode array detector | AMI C5 0.5um, Aeroflex libraries |
| 3 | KD08A | Military program | AMI 0.6um process, Aeroflex libraries |
| 4 | KD15A | Military program | AMI 0.6um process, Aeroflex libraries |
| 5 | KB11A | Military program | AMI 0.6um process, Aeroflex libraries |
| 6 | KD12A | Scientific research module | AMI 0.6um process, Aeroflex libraries |
| 7 | KB10A | Scientific research module | AMI 0.6um process, Aeroflex libraries |
| 8 | KB07A | Space Station monitor | AMI 0.6um process, Aeroflex libraries |
| 9 | KM01A | Scientific research module | AMI 0.6um process, Aeroflex libraries |
| 10 | KD11A | Communications satellite | AMI 0.6um process, Aeroflex libraries |
| 11 | JD05A | Serial communications controller | AMI 0.6um process, Aeroflex libraries |
| 12 | KD24A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 13 | KD26A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 14 | KD28A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 15 | KD31A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 16 | KD32A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 17 | KD33A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 18 | KD34A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 19 | KD35A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 20 | KD36A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 21 | KD37A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 22 | KD38A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 23 | KD39A | Military satellite | AMI 0.6um process, Aeroflex libraries |
| 24 | JF01A/B | Environmental control | AMI 0.6um process, Aeroflex libraries |

| # | PRODUCT | DESCRIPTION | LIBRARY |
|---|---------|-------------|---------|
| 25 | KC01A | 80196 Microcontroller | AMI 0.6um process, Aeroflex libraries |

4.    The following products included on the original Declaration have been removed from the list above because, after further investigation, it was determined that they have never been commercial products or did not undergo synthesis using Design Compiler:

| # | PRODUCT | DESCRIPTION | LIBRARY | REASON FOR REMOVAL |
|---|---------|-------------|---------|---------------------|
| 1 | YA04 / YA13 | Security chip | MagnaChip HL35EFL 0.35um, EXD library | Not commercial product |
| 2 | YB01 | Photo-diode array detector | MagnaChip HL35EFL 0.35um, EXD library | Not commercial product |
| 3 | DA01 | Photo-diode array detector | DongbuAnam MS180BB 0.18 um, Artisan library | Not commercial product |
| 4 | DA02 | Photo-diode array detector | DongbuAnam MS180BB 0.18um, Artisan library | Not commercial product |
| 5 | JE01A | Environmental control | AMI 0.6um process, Aeroflex libraries | Did not undergo synthesis (netlist translation) |
| 6 | KD01A | SIA controller | AMI 0.6um process, Aeroflex libraries | Did not undergo synthesis (netlist translation) |
| 7 | KJ01A | Military Friend or Foe (FOF) | AMI 0.6um process, Aeroflex libraries | Did not undergo synthesis using Design Compiler |
| 8 | KJ02A | Military FOF | AMI 0.6um process, Aeroflex libraries | Did not undergo synthesis using Design Compiler |
| 9 | KJ03A | Military FOF | AMI 0.6um process, Aeroflex libraries | Did not undergo synthesis using Design Compiler |
| 10 | KJ04A | Military FOF | AMI 0.6um process, Aeroflex libraries | Did not undergo synthesis using Design Compiler |
| 11 | KD22A | Military satellite | AMI 0.6um process, Aeroflex libraries | Did not undergo synthesis (netlist translation) |
| 12 | KD23A | Military satellite | AMI 0.6um process, Aeroflex libraries | Did not undergo synthesis (netlist translation) |

| # | PRODUCT | DESCRIPTION | LIBRARY | REASON FOR REMOVAL |
|---|---------|-------------|---------|--------------------|
| 13 | KD25A | Military satellite | AMI 0.6um process, Aeroflex libraries | Not commercial product |
| 14 | KD41A | Military satellite | AMI 0.6um process, Aeroflex libraries | Not commercial product |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed in Colorado Springs, Colorado on February 24, 2006.

Brandon Coco

1

## PROOF OF SERVICE

2  STATE OF CALIFORNIA      )

                                           )   ss.:

3  COUNTY OF SAN FRANCISCO      )

4

5      I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

6

7      On February 28, 2006 I served on the interested parties in said action the within:

8  **SECOND SUPPLEMENTAL PRODUCT DECLARATION OF BRANDON COCO OF AEROFLEX**

9  by causing said document to be sent by Electronic Mail on February 28, 2006 to the email addresses indicated for the parties listed below and by placing a true copy thereof in a sealed envelope(s)

10  addressed as stated below and causing such envelope(s) to be delivered as follows:

11  Gary M. Hoffman, Esq.                      Jeffrey Demain, Esq.
    HoffmanG@dsmo.com                          jdemain@altshulerberzon.com

12  Dickstein Shapiro Morin & Oshinsky, LLP    Altshuler, Berzon, Nussbaum, Rubin & Demain
    2101 L Street, N.W.                        177 Post Street, Suite 300

13  Washington, DC 20037-1526                  San Francisco, CA 94108

14  Facsimile No.: (202) 887-0689             Facsimile No.: (415) 362-8064

15  Edward A. Meilman, Esq.
    MeilmanE@dsmo.com

16  Dickstein Shapiro Morin & Oshinsky, LLP
    1177 Avenue of the Americas

17  New York, NY 10036-2714

18  Facsimile No.:  (212) 896-5471

19  ☒   (OVERNIGHT DELIVERY) on February 28, 2006 by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or

20      driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier,

21      addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier on.

22

23      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

24      Executed on February 28, 2006, at San Francisco, California.

25

26  _____          _____
         Peter L. Kasenenko                              (Signature)

27         (Type or print name)

28

DM_US\8318620.v1

EXHIBIT 2

**Seyoum, Solomon**

**From:**    Hoffman, Gary
**Sent:**    Friday, July 15, 2005 2:56 PM
**To:**      'Corbin, Terry'
**Cc:**      Fink, Jacky; Allen, DeAnna
**Subject:** RE: Your fax of yesterday

Terry,

We have revised the 10 points you had listed in your letter of yesterday so as to accurately reflect the agreements that were reached and the comments that we made during the CMC on Wednesday, July 13. Also, we have added in some comments so as to provide you with additional information.

1. The "backbone" of the logic synthesis products at issue are those from Synopsys.

2. The Synopsys products at issue are those listed in the chart on page 28 of the Joint CMC Statement as confirmed by our June 27, 2005 letter.

3. Ricoh indicated that it is willing to consider limiting the time frame for certain Design Libraries to 2000 through the present after Ricoh obtains and reviews the list of all of the libraries from each of the defendants. -- An example of the design libraries referred to in this paragraph are those design libraries that Synopsys indicates are generated during synthesis (*see* Case Management Statement p. 18). These do not include the DesignWare libraries that are described in Synopsys literature as Design Libraries (*see, e.g.,* DesignWare IP Family Quick Reference Guide (RCL008947-9306 at pp. 27-29)).

4. Ricoh will provide references to the types (i.e. categories) of libraries it considers to be at issue, along with document name and page citations, to the ASIC Defendants by 9 AM California time on Monday, July 18, 2005.

5. Each of the ASIC Defendants will provide to Ricoh by 11 AM California time on Thursday, July 21, 2005 declarations/stipulations listing all of the libraries (whether from Synopsys, another party, or internally created) that have been used by such defendants and are within or related to each type of libraries.

6. Each of the ASIC Defendants will provide declarations/stipulations to Ricoh by 11 AM California time on Thursday, July 21, 2005 indicating each type of input that has been used by each such Defendant (and others acting on their behalf or to whom they subcontract out part of the logic synthesis process) and the best approximation of the percentage of sales volume related to each type of input.

7/26/2005

7. Ricoh will provide the ASIC Defendants with a schedule for Final Infringement Contentions during the telephone conference call with the Court on July 22. It will aid Ricoh in setting a schedule if prior to July 22 each of the ASIC Defendants separately confirms for each tool and library listed on page 28 of the Case Management Statement whether or not such defendant has used the tool since 1997.

8. By Thursday, 11 AM California time, Synopsys and the ASIC Defendants will provide Ricoh with the dates of the availability for depositions of Olson and Heynes re: the 271(g) motion; the parties will then try before the Friday conference call with the Court to agree to a schedule for briefing and a hearing on the motion. The 271(g) briefing is stayed until after these depositions. (We have proposed several possible dates to Ms. Corbin and await a response as to dates for these depositions.)

9. There will be a conference call hearing with the Court at 2 PM California time on Friday, July 22, 2005 to discuss the above issues. Ricoh will initiate the call.

10. Discovery, other than the provision and review of source codes, and completion of production of initial disclosure documents not yet produced, remains stayed except as outlined above.

Gary

Gary M. Hoffman

Dickstein Shapiro Morin & Oshinsky LLP

Tel No. (202) 828-2228

hoffmang@dsmo.com

> -----Original Message-----
> **From:** Corbin, Terry [mailto:CorbinT@Howrey.com]
> **Sent:** Thursday, July 14, 2005 5:18 PM
> **To:** Hoffman, Gary; Corbin, Terry
> **Cc:** Allen, DeAnna; Fink, Jacky
> **Subject:** RE: Your fax of today
>
> Ok. We will wait for your letter. Terry
>
> > -----Original Message-----
> > **From:** Hoffman, Gary [mailto:HoffmanG@dsmo.com]
> > **Sent:** Thursday, July 14, 2005 2:04 PM
> > **To:** Corbin, Terry
> > **Cc:** Allen, DeAnna
> > **Subject:** Your fax of today
> >
> > Terry,

I just received your fax setting forth your position of what was agreed to. While some of the items are accurate, unfortunately others are not and in fact only set out what Synopsys asked for but not what was agreed to. We will be responding to the letter, hopefully tomorrow.

Gary

---------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
====================================================================

EXHIBIT 3

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*
*Writer's Direct Dial: (202) 572-2656*
*E-Mail Address: AllenD@dsmo.com*

July 18, 2005

**BY FACSIMILE AND U.S. MAIL**

Teresa M. Corbin, Esq.
Howrey Simon Arnold & White LLP
301 Ravenswood Ave.
Menlo Park, CA 94025

Re:     <u>Ricoh v. Aeroflex et al.</u>

Dear Terry:

      In accordance with Judge Jenkins' directive provided at the July 13, 2005 Case Management Conference, we provide (i) the following list of the types of libraries we are seeking to have fully identified in the list to be provided by each ASIC Defendant and (ii) citations showing examples of Synopsys documents using the library nomenclature that Ricoh has used.

- Target libraries and technology libraries (*see, e.g.,* SP59888-60164 Chip Synthesis Workshop – Lab Guide (© 2003) at SP59911-14; SP60165-60461 Introduction & Overview, Chip Synthesis (2003) at SP60241-242)

- Symbol libraries (*see, e.g.,* SP59888-60164 Chip Synthesis Workshop – Lab Guide (© 2003) at SP59934)

- Link libraries (*see, e.g.,* SP59888-60164 Chip Synthesis Workshop – Lab Guide (© 2003) at SP59916-59919, SP59923); *DesignWare IP Family Quick Reference Guide* (RCL008947-9306) at p. 28)

- Basic library (*see, e.g., DesignWare IP Family Quick Reference Guide* (RCL008947-9306) at p. 27)

- DesignWare Foundation and Building Block IP libraries (*see, e.g., DesignWare Building Block IP User Guide* (RCL009357-9448); *DesignWare IP Family Quick Reference Guide* (RCL008947-9306) at pp. 27-28)

*1177 Avenue of the Americas • New York, NY 10036-2714*
*Tel (212) 835-1400 • Fax (212) 997-9880*
*www.DicksteinShapiro.com*

DSMDB.1955642.1

Teresa M. Corbin, Esq.
July 18, 2005
Page 2

- Synthetic libraries (*see, e.g., DesignWare Developer's Guide* (RCL009449-9622) at Ch. 4, pp. 61-64; *DesignWare Building Block IP User Guide* (RCL009357-9448) at Ch 1 pp. 17-20)

- Design libraries (*see, e.g., DesignWare Building Block IP User Guide* (RCL009357-9448) at Ch 1 pp. 17-18, 20); *DesignWare Developer's Guide* (RCL009449-9622) at 23-24, 146)

- Any libraries used by or made by (or behalf of) an ASIC Defendant as a replacement or substitute for any of the above libraries (*see, e.g.,* the comments of the ASIC Defendants in the CMC at Page 18, lines 17-19)

Ricoh understands that other libraries are used by the ASIC Defendants in the Synopsys synthesis flow for the tools and libraries at issue (see p. 28 of the Case Management Statement for Ricoh's list of tools and libraries at issue). For example, Synopsys has stated there are design libraries created during synthesis and Ricoh seeks discovery from the ASIC Defendants' for such design libraries (*see* Case Management Statement p. 18 (Synopsys' discussion of design libraries)).[1]

Additionally, it is Ricoh's understanding that to the extent there are additional libraries that are not included in the foregoing list of libraries, but that are used by the tools at issue (e.g., any separate libraries of GTECH cells[2]), then such other libraries (including source code and documentation) have been produced as part of the currently on-going source code production. However, if Ricoh's understanding is incorrect, then Ricoh also seeks a list of such libraries (e.g., GTECH libraries).

---

[1] Note that while Synopsys has used the term "design library" to refer to a library generated during synthesis, Ricoh has used the term "design library" to mean the DesignWare design library that Synopsys documentation describes as housing DesignWare implementations. (*See, e.g., DesignWare Building Block IP User Guide* (RCL009357-9448) at Ch 1 pp. 17-18, 20; *DesignWare Developer's Guide* (RCL009449-9622) at 23-24, 146). It appears to Ricoh that the parties may be using the same term (i.e., design library) to describe two different kinds of libraries. As indicated herein, Ricoh seeks discovery of both kinds of libraries.

[2] *See,* e.g., SP60165-60461 Introduction & Overview, Chip Synthesis (2003) at SP60214 (describing GTECH db); SP59888-60164 Chip Synthesis Workshop – Lab Guide (© 2003) at SP59898 (describing GTECH components).

Teresa M. Corbin, Esq.
July 18, 2005
Page 3

      Ricoh is seeking discovery related to the above list of libraries as provided by
Synopsys, as well as any additions to, modifications to, or substitutions/replacements
for any of the foregoing libraries made by the ASIC Defendants (e.g., such as by use of
DesignWare Developer).[3]

      As directed by Judge Jenkins, by 11 A.M. Pacific Time on Thursday, July 21,
2005, you are to provide us, for each ASIC Defendant, the list of libraries that each
Defendant has used.

                            Sincerely,

                            DeAnna Allen

DA/ncz

cc:    Jonathan Weissglass, Esq.
       Gary Hoffman, Esq.
       Edward Meilman, Esq.

---

[3] The term DesignWare Expert libraries, as Ricoh has used it, is encompassed by the
DesignWare synthetic libraries, DesignWare design libraries, and any other
DesignWare components used by or created by (or on behalf of) the ASIC Defendants.
Thus, to the extent that DesignWare synthetic libraries and DesignWare design libraries
(as well as any modifications, additions, or replacements/substitutions used by or made
by (or on behalf of) the ASIC Defendants to these libraries) are produced, then there is
no need for a separate designation by Ricoh of DesignWare Expert libraries.

EXHIBIT 4

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689
Writer's Direct Dial: (202) 828-2228
E-Mail Address: HoffmanG@dsmo.com

August 17, 2005

**Via Facsimile and PDF**

Teresa M. Corbin, Esq.
Howrey LLP
525 Market Street
Suite 3600
San Francisco, CA  94105-2708

      Re:    Ricoh v. Aeroflex, et al.
              <u>Synopsys v. Ricoh</u>

Dear Terry:

       We have reviewed the Product Identification Declarations from the ASIC Defendants, as sent to us on August 15 and 16.  The declarations do not comply with the directives of Judge Jenkins and are inadequate to provide meaningful disclosure. Following are examples of some of the deficiencies.

      1.     <u>Failure to list every ASIC developed by each Defendant.</u>  The declarations do not identify all of the ASICs developed by each defendant.  For example, a list of the current ASIC products developed by AMIS, as it appears on AMIS' website (<u>see</u> attached Exh. 1), shows a dramatic difference in the ASIC products listed on the website and those listed in the AMIS Declaration.  The websites and other publicly available information for the other ASIC defendants likewise reflect serious deficiencies between the list of ASICs in the declarations and the ASICs identified in the declarations.  The Declaration for each ASIC Defendant should identify each and every ASIC product developed by the Defendant, and identify the particular synthesis tool (by exact name, model, version, and date of design) used, whether Design Compiler or any other Synopsys product was used in any portion of the design of that ASIC.

      2.     <u>Failure to identify the Design Compiler Family Products used in designing each listed product.</u>  There is no indication which version and variation (e.g., DC Expert, DC Ultra, DC Ultra Opt, DC Expert Plus, DC Professional, etc.) of Design Compiler was used for each listed ASIC product.  Nor is there any indication (for each listed ASIC product) which

1177 Avenue of the Americas • New York, NY 10036-2714
Tel (212) 835-1400 • Fax (212) 997-9880
www.DicksteinShapiro.com

Teresa M. Corbin, Esq.
August 17, 2005
Page 2

form of HDL Compiler (e.g., for Verilog, VHDL, etc.) was used for each listed ASIC product.

3.  <u>Failure to sufficiently identify the technology library used.</u>  The Declarations merely list generic categories (e.g., "Aeroflex libraries") for the libraries without detail sufficient to identify the actual library used. For example, we cannot determine from the Aeroflex Declaration whether one product (e.g., " JE01A") uses the same or a different library as that used by another product (e.g., "KD08A").

4.  <u>Use of the term "Representative Products" in the title of each Declaration.</u> Although Ricoh agreed to consider narrowing the scope of discovery to representative target (technology) libraries, Ricoh <u>never</u> agreed to limit the scope of discovery to representative "products." To the extent that you have limited the disclosure in the Declarations to only "representative" products, please reissue them providing <u>all</u> of the ASIC (and other IC) products.

5.  <u>Failure to cover all target libraries listed in the parties' Stipulations to Design Libraries.</u>  The Declarations do not cover all of the technology libraries for the foundry processes that the parties listed in the Stipulations to Design Libraries provided on July 21, 2005. For example, a comparison of Aeroflex Colorado's list of products to Declaration of Brandon Coco In Support of Defendants' Stipulation to Design Libraries reveals differences between the technology libraries.

This information should have been included in the declarations and served on August 15. We demand that you immediately cure these deficiencies and reissue the Declarations by no later than August 22.

In addition, we reiterate our request that you comply with your obligation to produce the marketing and sales information for each ASIC product listed pursuant to the long outstanding discovery requests issued in this case.

Very truly yours,

Gary M. Hoffman

cc:    Jaclyn C. Fink, Esq.
       Kenneth W. Brothers, Esq.

EXHIBIT 1

Product Library

About AMIS | Investor Relations | Contact Us | Technical Resources | Site Map | Search

**Technical Resources**

MY AMIS

Products | Applications | Services | News | Careers | AMIS

Home

Technical Resources

Product Library

Analog Capabilities

Intellectual Property

DSP Tech Papers

Design Resources

Databooks

Packaging

**Product Library**
- Transceivers
- Motor Controllers
- Timers and Clocks
- Drivers
- Structured ASICs
- Process Specifications
- Modem

**Transceivers:**

| Part Number | Description | Feature Sheet | Data Sheet | App |
|---|---|---|---|---|
| AMIS-30600 | LIN Transceiver | View | View | |
| AMIS-30660 | CAN High Speed Transceiver | View | View | |
| AMIS-30663 | CAN High Speed Transceiver | View | View | |
| AMIS-4168x | Fault Tolerant CAN Transceiver | View | View | |
| AMIS-42665 | High-Speed Low Power CAN Transceiver | View | View | |
| AMIS-42700 | Dual High-Speed CAN Transceiver | View | View | |
| AMIS-52000 | Single-Chip Transceiver | View | View | |
| | - Users Guide | | | Vie |
| | - Sniff Mode | | | Vie |
| | - Extending the AMIS-52000 Beyond the 433MHz Target | | | Vie |
| | - Quick Start Crystal Oscillator | | | Vie |
| | - Register Description | | | Vie |

| Part Number | Description | Feature Sheet | Data Sheet |
|---|---|---|---|
| AMIS-52100 | Single Chip Transceiver | View | View |
| | - Clock and Data Recovery | | Vie |
| | - Sniff Mode | | Vie |
| | - Data Slicing Modes | | Vie |
| | - Users Guide | | Vie |
| | - Extending to Frequencies Outside the 403MHz Target | | Vie |
| | - Quick Start Crystal Oscillator | | Vie |
| | - Register Definition and Functions | | Vie |
| AMIS-52x00 | - Antenna Impedance | | Vie |
| AMIS-5XX00 | I2C Multiple Read | | Vie |
| A5191HRT | HART Modem | | View |

**Motor Controllers:**

| Part Number | Description | Feature Sheet | Data Sheet |
|---|---|---|---|
| AMIS-30621 | LIN Microstepping Motordriver | View | View |
| AMIS-30622 | I2C Microstepping Motordriver | View | View |

**Timers and Clocks:**

| Part Number | Description | Feature Sheet | Data Sheet |
|---|---|---|---|
| AMIS-70020 | Power Failure Elapsed Time Counter | View | View |
| FS6128-04 | PLL Clock Generator IC with VCXO | | View |
| FS6128-04g | PLL Clock Generator IC with VCXO | | View |
| FS6128-07 | PLL Clock Generator IC with VCXO | | View |
| FS6131-01 FS6131-01g | Programmable Line Lock Clock Generator IC | | View |
| FS6322-05 | Three-PLL Clock Generator IC | | View |
| FS6370-01 FS6370-01g | EEPROM Programmable 3-PLL Clock Generator IC | | View |
| FS6377-01 | Programmable 3-PLL Clock Generator IC | | View |

|  | FS6377-01g |  |  |
|--|-----------|--|--|
|  | FS7140-01<br>FS7140-01g | Programmable PLL Clock Generator IC | View |

**Drivers:**

| Part Number | Description | Feature Sheet | Data Sheet |
|-------------|-------------|---------------|------------|
| AMIS-70050 | Octal High Side Driver With Protection | View | View |

**Structured ASICs:**

| Part Number | Description | Feature Sheet | Data Sheet |
|-------------|-------------|---------------|------------|
| XPressArray | 0.18µm Hybrid Structured ASIC | View | View |
| XPressArray-HD | 0.18µm Hybrid Structured ASIC | View | View |
| XPressArray-II | 0.15µm Hybrid Structured ASIC | View | View |

**Process Specifications:**

| Part Number | Description | Spec Sheet |
|-------------|-------------|------------|
| C3 | Process Technology 0.3µm | View |
| C5 | Process Technology 0.5µm | View |
| I3T25 | Process Technology I3T25 | View |
| I3T50 | Process Technology I3T50 | View |
| I3T80 | Process Technology I3T80 | View |
| I2T30 | Process Technology I2T30 | View |
| I2T100 | Process Technology I2T100 | View |

**Modem:**

| Part Number | Description | Data Sheet |
|-------------|-------------|------------|
| AMIS-30585 | S-FSK PLC Modem | View |

© Copyright 2005 AMI Semiconductor. All rights reserved.

Product Library

8/17/2005

http://www.amis.com/tech_resources/Product_Library.html

EXHIBIT 5

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

2101 L Street NW • Washington, DC 20037-1526
Tel (202) 785-9700 • Fax (202) 887-0689

Writer's Direct Dial: (202) 429-2184
E-Mail Address: BrothersK@dsmo.com

February 28, 2006

**Via PDF**

Denise DeMory, Esq.
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708

Re:    Ricoh v. Aeroflex, et al.
       Synopsys v. Ricoh

Dear Denise:

This responds to your February 21, 2006 letter regarding production of further documents from AMI and its Flextronics subsidiary. During our meet and confer on February 22, we briefly discussed your letter, and I noted that it related to issues that Ricoh had raised in its sanctions motion filed on February 21, which at the time you had not reviewed. We agreed to defer further discussion until this week.

As I advised you during our meet and confer this afternoon, Ricoh does not agree with any aspect of your proposal that would defer the discovery deadlines and other pretrial or trial dates. We believe it is incumbent upon AMI to produce as quickly as possible the responsive documents, starting with the deal documents and continuing with relevant documents that would at minimum be necessary should the Court grant Ricoh's motion. You said you would consider this position and respond.

With respect to our other discussions to conform the pretrial dates to match the schedule as set forth in the Court's November 22, 2005 Order, you and I agreed that, for now, we would stipulate with respect to those new dates. I understand that you will send me a letter containing dates similar to those set forth in my February 15 proposed stipulation, and I will advise you if I have any changes or comments.

Sincerely,

Kenneth W. Brothers

cc:    Howrey distribution list

1177 Avenue of the Americas • New York, NY 10036-2714 • Tel (212) 835-1400 • Fax (212) 997-9880
10866 Wilshire Boulevard • Suite 300 • Los Angeles, CA 90024-4350 • Tel (310) 441-8460 • Fax (310) 441-8470
DSMDB.2049852.1                        www.DicksteinShapiro.com

EXHIBIT 6



301 RAVENSWOOD AVENUE
MENLO PARK, CA 94025-3434
PHONE 650.463.8100
FAX 650.463.8400
A LIMITED LIABILITY PARTNERSHIP

**CHRISTOPHER L. KELLEY**
PARTNER
650.463.8113
kelleyc@howrey.com

May 3, 2004

## VIA FACSIMILE AND U.S. MAIL

Edward Meilman, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, N.Y. 10036

     Re:   *Ricoh Company, Ltd. v. Aeroflex*
              Case No. C03-04669 MJJ (EMC)

Dear Ed:

    I received your deposition notice for "Aeroflex Colorado Springs" on April 30. As we have noted in previous communications, Aeroflex Colorado Springs, Inc. is a subsidiary of Aeroflex. It is not necessary to deal with Aeroflex and its subsidiaries separately. Aeroflex will respond on behalf of each of its subsidiaries.

                    Very truly yours,

                    Christopher L. Kelley

CLK:gg

cc:   Kenneth W. Brothers

DM_US\8021332 v1

**EXHIBIT 7**

**Brothers, Kenneth**

| | |
|---|---|
| **From:** | Brothers, Kenneth |
| **Sent:** | Friday, February 10, 2006 12:50 PM |
| **To:** | 'DeMory, Denise' |
| **Cc:** | Fink, Jacky |
| **Subject:** | Meet and confer checklist |

Denise:

Following is a list of issues for our meet and confer today at 10:30 am your time, 1:30 pm my time:

Matrox depo issues
1.  Status of missing Matrox financial documents and clean EULAs needed for Matrox depositions
2.  Update on Matrox emails - I will send you a letter, but will anything more be delivered to Stratify?
3.  Confirmation that none of the Matrox witnesses require interpreters
4.  Does it make sense to proceed with the non-technical Matrox depositions without the documents?
5.  Will there be one or more updated Matrox declarations?
6.  Status of production on non-corrupt files - Oasis, Sundog, Parhelia 8x (my email of 2/8/06)

AMI issues
1.  Status of new AMI product declaration including the additional product noted in Jacky's 2/8 letter and the Flextronics ASICs
2.  Status of production of Flextronics documents:  product packages, deal documents, emails
3.  Schedule for additional AMI depositions (new products, finishing the financials)

Aeroflex issues
1.  I will send you a letter detailing the areas on which no witnesses were designated.
2.  Are we at an impasse with respect to the level of preparation of the witnesses who were presented?
3.  What are the 18 new Aeroflex CD's recently delivered to Stratify?
4.  Has the Boeing/ITAR issue been resolved?

Synopsys issues
1.  Topics 15-19:  We had negotiated an agreement as set forth in my letter of 1/17/06.  We need to discuss the timing of your written response, and block out a date for a deposition.  This combined with the pending issue before Judge Chen should resolve the Ted Chan issue.
2.  The depositions for the week of March 6 each will start at 9:30 am.  We will provide you with a location in Portland later. The SF depos will be in Altshuler's office.

Third party discovery
1.  We have been advised that both Linker and Lampl will serve objections to Synopsys' subpoenas, and that neither depositions will go forward as noticed.

Other issues
1.  Proposed stipulation:  We'd like to discuss the questions I sent you on 2/7 before we redline your revised draft
2.  We do not have your chart tracking the number of hours of the depositions
3.  There are a number of other dates in the 7/22/05 Second Amended Pretrial Order that were not changed in the 11/22/05 Stipulated Order.  Examples follow.  Are you agreeable to a stipulated order that conforms these other dates to the deadlines in the 11/22/05 Order?

| Event | date per 7/22/05 Order |
|---|---|
| Designation of supplemental/rebuttal experts | 3/10/06 |
| Ricoh's settlement proposal | 5/2/06 |
| Synopsys/ASIC defendants Settlement proposal | 5/9/06 |
| meeting of principals | 5/16/06 |
| settlement conference statements | 5/23/06 |
| pretrial statement & proposed jury instructions | 6/21/06 |
| motions in limine | 6/27/06 |
| list of exhibits w/ stips and objections | 6/27/06 |
| objections to pretrial statements, proposed jury instructions | 6/30/06 |
| objections to motions in limine | 7/4/06 |

submissions of copies of exhibits to court          7/17/06
submission of preliminary statements/instructions.  7/17/06

Ken Brothers
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington DC 20037
phone (202) 429-2184
fax (202) 887-0689

EXHIBIT 8

**Brothers, Kenneth**

| | |
|---|---|
| **From:** | Brothers, Kenneth |
| **Sent:** | Tuesday, February 21, 2006 5:44 PM |
| **To:** | 'DeMory, Denise' |
| **Cc:** | Fink, Jacky |
| **Subject:** | list of discovery issues for tomorrow's meet and confer |

Denise:

In preparation for our meet and confer starting tomorrow at 10 am Eastern Time, following is my checklist of discovery issues to address.  Note that I have not listed your letters that you just sent to me in the past few minutes, which address some of the following issues.  I am of course flexible on the order of the topics to be addressed.  I understand you will call me.

Issues Ricoh Would Like To Discuss

AMI issues
1. Production of additional AMI documents:  deal documents; additional documents; timing
2. Status of production of remaining AMI financial documents?
3. New dates for AMI deposition – financials, Smith open topics

Matrox issues
4. Missing Matrox sales data:  we got another CD (sent on 2/15); is the production of sales data now complete?
5. Clean Matrox EULAs
6. Dates for non-technical and sales Matrox 30(b)(6) depositions

Aeroflex issues
7. Date for Aeroflex designee on topics 31-35 (KB 1/25 email & 1/25 M&C)
8. Dates for completion of Aeroflex depositions – Coco and Milliken (KB letter of 2/10)

Synopsys issues
9. Synopsys depo on topics 15-19, per our prior discussions and letters
10. Dates for Synopsys individual depositions (discuss dates and locations – possibly the week of 3/6?)
    Depositions noticed on 2/13:
    Inki Hong (not mentioned in DM's letter of 2/17)
    Tjahjadi "Kong" Wongsonogoro (has knowledge of the RBO source code)
    Paul Stephan (Madison WI – can we do the depo in Chicago?)
    Evan Rosser (Columbia MD – can we do the depo in DC?)
    Sandra Ma (not Maor)
    Additional deponents requested by Ricoh (to be identified)

Third party issues
11. Lempl/Linker deposition dates
12. Include DSMO on communications with these third parties (MW email/conversation with DM on 3/17)

General issues
13. Other than set forth above, is the Synopsys/ASIC Defendant document production substantially complete?
14. Howrey's response to KB 2/15 proposed stipulation conforming the pretrial dates
15. Howrey's clarification of issues in stipulation (as requested in KB 2/7 email)
16. Confirm Stratify protocol – per exchange of 2/14 and 2/15 letters
17. We'll respond to the chart re depo hours
18. Boeing/ITAR issue

Issues Synopsys/ASIC Defendants Have Raised

1. Meet and confer re Ricoh's objections to various discovery requests. Most recent letter is KB's 2/15 letter

2. Japan depos (proposed: 4/13 to 20): Has Synopsys confirmed a location? Ricoh is still waiting for the new notice, so Ricoh cannot know who its witnesses will be or confirm that all designees may be available at that time.

3. Ishijima privilege objections – (DM letter of 2/15, KWB letter of 2/17)

4. Using un-bates-numbered documents at depos (DM email of 2/17)

5. Confirm logistics for mediation meeting on 5/11 (DM letter of 2/17; GH email of 2/18)

6. Exchange of privilege logs (DM letter of 2/15, KB letter of 2/15)

Ken Brothers
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington DC 20037
phone (202) 429-2184
fax (202) 887-0689