1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | **DECLARATION OF JACLYN C. FINK IN SUPPORT OF MOTION TO MOVE SANCTIONS MOTION HEARING DATE** |
| vs. | |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | Judge: Hon. Edward M. Chen<br><br>Date: April 19, 2006<br>Time: 10:30 a.m.<br>Ctrm: C |
| Defendants. | |

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) /C03-2289 MJJ (EMC)
FINK DECL ISO MOTION TO MOVE SANCTIONS MOTION
HEARING DATE

I, Jaclyn C. Fink, hereby declare as follows:

1.  I am an attorney associated with the law firm of Howrey LLP, counsel of record for Synopsys, Inc., Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  There have been three previous time modifications in this action while pending in the Northern District of California, with a Court Order shortening time for a hearing of a motion to stay on November 16, 2003, the Court updating the case schedule in a 2nd Amended Pretrial Order on July 25, 2005, and the Court granting a stipulation to modify the case schedule on November 22, 2005.

3.  The request to move the hearing date will not affect the case schedule.

4.  The parties have met and conferred related to the hearing date, and were unable to reach a resolution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  This declaration was executed at San Francisco, California on March 23, 2006.

/s/ Jaclyn C. Fink
Jaclyn C. Fink

HOWREY LLP

Case Nos.  C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
FINK DECL ISO MOTION TO MOVE SANCTIONS MOTION
HEARING DATE

1