1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
7  GRAPHICS, INC., MATROX INTERNATIONAL
   CORP., MATROX TECH, INC. and AEROFLEX
8  COLORADO SPRINGS, INC.

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12

13 | RICOH COMPANY, LTD.,            | Case No. C03-04669 MJJ (EMC)
14 |         Plaintiff,              | **[PROPOSED] ORDER GRANTING
15 |     vs.                         | MOTION TO MOVE SANCTIONS
                                     | MOTION HEARING DATE PURSUANT TO
16 | AEROFLEX INCORPORATED, et al.,  | L.R. 6-3(A)**
17 |         Defendants.             |

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC)
[[PROPOSED] ORDER GRANTING MOTION TO MOVE
SANCTIONS MOTION HRG DATE PURSUANT TO L.R. 6-3(A)

1  The motion and supporting declaration of Jaclyn C. Fink having been considered, the Court
2  GRANTS the Motion to Move Sanctions Motion Hearing Date Pursuant to L.R. 6-3(a).
3  The hearing on Ricoh's Motion for Sanctions for Defendants' Violation of Judge Jenkins'
4  CMC Order Regarding Identification of Products at Issue will now be set for hearing on
5  _____, 2006, at 10:30 a.m., in Courtroom C.
6  IT IS SO ORDERED.
7
8  DATED: _____

The Honorable Edward M. Chen
United States District Court Magistrate Judge

Submitted March 23, 2006 by:
HOWREY LLP

By: /s/Jaclyn C. Fink
Jaclyn C. Fink
Attorneys for Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., and AEROFLEX COLORADO SPRINGS, INC.