UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., | No. C-03-4669 MJJ (EMC) |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANTS' MOTION TO MOVE SANCTIONS MOTION HEARING DATE** |
| AEROFLEX INCORPORATED, *et al.*, | |
| Defendants. | **(Docket No. 394)** |
| _____/ | |

The Court, having reviewed the papers filed in support of and in opposition to the motion, and good cause appearing therefor, hereby denies Defendants' motion to move the hearing date on Plaintiff Ricoh's motion for sanctions, set for April 19, 2006 at 10:30 a.m. Defendants have failed to show good cause to continue the hearing. Neither party has asked for an evidentiary hearing and so Ms. Fink's testimony is not needed at that hearing. Furthermore, Defendants have had ample opportunity to submit testimonial evidence from Ms. Fink by way of declaration. Defendants have not demonstrated why other counsel from Howrey LLP can not argue the motion

IT IS SO ORDERED.

Dated: March 28, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge