1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | **(PROPOSED) ORDER GRANTING EXPEDITED CONSIDERATION OF THE PARTIES' JOINT LETTERS** |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | Judge: Hon. Edward M. Chen |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

1  The court has read and considered the Unopposed Administrative Motion (Civ. L.R. 7-11) for
2  Expedited Consideration of the Parties' Joint Letters.
3  The Court hereby GRANTS this request.
4  IT IS SO ORDERED.
5
6  DATED: _____

                                                            THE HONORABLE EDWARD M. CHEN
                                                           UNITED STATES MAGISTRATE JUDGE

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
PROPOSED ORDER GRANTING EXPEDITED CONSIDERATION
OF THE PARTIES' JOINT LETTERS

-1-