1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| 13              Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| 14       vs. | ADMINISTRATIVE MOTION FOR A SEALING ORDER |
| 15  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX | (Civil L.R. 79-5(d)) |
| 16  ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX | Judge: Hon. Edward M. Chen |
| 17  INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO | |
| 18  SPRINGS, INC. | |
| 19              Defendants. | |
| 20  SYNOPSYS, INC., | |
| 21              Plaintiff, | |
| 22       vs. | |
| 23  RICOH COMPANY, LTD., | |
| 24              Defendant. | |

25
26
27
28

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR A SEALING ORDER

Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this administrative motion for an order to file under seal the following documents being lodged this day with the Clerk of the Court:

1. Joint Letter to Judge Chen re Continued Deposition of Dr. Kobayashi in Japan, including exhibits 1-16 thereto
2. Joint Letter to Judge Chen re Depositions in Japan, including exhibits 1-16 thereto

The only allegedly confidential information attached to or contained within these documents is information designated as such by Ricoh Company, Ltd. ("Ricoh"). Thus, pursuant to Civil L.R. 79-5(d), Rioch is to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

Dated: March 29, 2006

Respectfully submitted,

HOWREY LLP

By: /s/Denise M. De Mory
Denise M. De Mory
Attorneys for Plaintiff
SYNOPSYS, INC. and for Defendants
AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC.,
MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC.,
MATROX INTERNATIONAL CORP., and MATROX TECH, INC.