1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| 13           Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO REMOVE ERRONEOUSLY FILED |
| 14       vs. | MATERIALS FROM PUBLIC DOCKET |
| 15  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX | Judge: Hon. Edward M. Chen |
| 16  ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX | |
| 17  INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO | |
| 18  SPRINGS, INC. | |
| 19           Defendants. | |

20
21
22
23
24
25
26
27
28

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)
STIPULATION AND [PROPOSED] ORDER TO REMOVE
MATERIALS

DM_US\8329270.v1

1   The Customer Defendants and Ricoh, by and through their attorneys, hereby stipulate and agree
2   that the following docket entries were erroneously e-filed on the public docket by the Customer
3   Defendants on March 28, 2006 rather than being filed under seal:

4   1. Dkt. No. 402 (Joint Letter to Judge Chen re Continued Deposition of Dr. Kobayashi in
5   Japan), including exhibits 1-16 thereto
6   2. Dkt. No. 403 (Joint Letter to Judge Chen re Depositions in Japan), including exhibits 1-
7   16 thereto

9   The above docket entries contain information which has been designated as non-public information
10  pursuant to the Protective Order governing this case.  The Customer Defendants have resubmitted
11  these documents to the Court for filing under seal in accordance with Civil L.R. 79-5.  Therefore, the
12  parties jointly request that the Court order the Clerk to remove the above docket entries from the public
13  docket.

14  Dated:  March 29, 2006                    Respectfully submitted,

15                                            By:      /s/Denise M. De Mory
                                                     Denise M. De Mory
16                                            Attorneys for Defendants AEROFLEX
                                              INCORPORATED, AEROFLEX
17                                            COLORADO SPRINGS, INC., AMI
                                              SEMICONDUCTOR, INC., MATROX
18                                            ELECTRONIC SYSTEMS, LTD.,
                                              MATROX GRAPHICS INC., MATROX
19                                            INTERNATIONAL CORP., and
                                              MATROX TECH, INC.
20

21                                            By:      /s/Kenneth W. Brothers
                                                     Kenneth W. Brothers
22                                            Attorneys for Plainitff
                                              RICOH COMPANY, LTD.
23

24                              **[PROPOSED] ORDER**

25  PURSANT TO STIPULATION, IT IS SO ORDERED.

26

27

28                                            _____
                                              United States Magistrate Judge