UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., | No. C-03-4669 MJJ (EMC) |
| Plaintiff, | |
| v. | **ORDER STRIKING REPLY ON MOTION TO MOVE HEARING DATE AND DENYING DEFENDANTS' REQUEST FOR RECONSIDERATION** |
| AEROFLEX INCORPORATED, *et al.*, | |
| Defendants. | **(Docket No. 400)** |
| _____/ | |

On March 28, 2006, the Court issued an order denying Defendants' motion to continue the hearing date on Ricoh's motion for sanctions. Thereafter, Defendants filed a reply brief and request for reconsideration. As Defendants' reply is not authorized under Civil Local Rule 7-11 governing motions for administrative relief, the reply and supporting declaration is hereby stricken from the record(docket nos. 400 and 401). Furthermore, Defendants did not seek leave of Court to file the request for reconsideration pursuant to Civil Local Rule 7-9. Nevertheless, the Court has reviewed Defendants' request for reconsideration, which is hereby DENIED.

IT IS SO ORDERED.

Dated: March 30, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge