1

2  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
4  2101 L Street, NW
   Washington, DC  20037-1526
5  Phone (202) 785-9700
   Fax (202) 887-0689
6
   Edward A. Meilman (*Pro Hac Vice*)
7  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
8  1177 Avenue of the Americas
   New York, New York  10036-2714
9  Phone (212) 835-1400
   Fax (212) 997-9880
10
   Jeffrey B. Demain, State Bar No. 126715
11 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
12 177 Post Street, Suite 300
   San Francisco, California  94108
13 Phone  (415) 421-7151
   Fax (415) 362-8064
14
   Attorneys for Ricoh Company, Ltd.
15
                    **UNITED STATES DISTRICT COURT**
16  _____**NORTHERN DISTRICT OF CALIFORNIA**_____
                                          )
17 RICOH COMPANY, LTD.,                   )
                                          )
18              Plaintiff,                )
                                          )  **CASE NO. CV 03-4669 MJJ (EMC)**
19        vs.                             )  **CASE NO. CV 03-2289 MJJ (EMC)**
                                          )
20 AEROFLEX ET AL,                        )  **[PROPOSED] ORDER GRANTING**
                                          )  **MISCELLANEOUS ADMINISTRATIVE**
21              Defendants.               )  **REQUEST TO FILE CERTAIN**
                                          )  **DOCUMENTS AND EXHIBITS UNDER**
22 _____  )  **SEAL**
                                          )
23 SYNOPSYS, INC.,                        )
                                          )
24              Plaintiff,                )
                                          )
25        vs.                             )
                                          )
26 RICOH COMPANY, LTD.,                   )
                                          )
27              Defendants.               )
   _____  )
28

**2067074.1**

1    The Parties have filed a Miscellaneous Administrative Request pursuant to Civil Local Rules 7-

2  11 and 79-5, and request permission to file under seal the following 4 Exhibits:

3    1.    Exhibits 1, 14a, 14b-1, and 14b-2--the Deposition of H. Kobayashi.

4    Because the above documents include and refer to materials produced in discovery and

5  designated confidential by the Ricoh Company, Ltd, this request was made pursuant to the Stipulated

6  Protective Order in this action.

7    The Court hereby GRANTS this request.

8    IT IS SO ORDERED.

9

10

Dated: _____          _____

11

12                                            The Honorable Edward M. Chen
                                             Magistrate Judge, United States District Court

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28