**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICOH CO., LTD.,<br><br>　　　　Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AEROFLEX, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER GRANTING IN PART MOTION FOR SEALING ORDER AND GRANTING STIPULATION TO REMOVE ERRONEOUSLY FILED MATERIALS FROM PUBLIC DOCKET**<br><br>**(Docket Nos. 312, 314, C-03-2289)**<br>**(Docket Nos. 410, 412, C-03-4669)** |

Synopsis and the Aeroflex, AMI and Matrox Defendants (the "Customer Defendants") have filed an administrative motion for a sealing order of the parties' joint letters dated March 28, 2006, pursuant to Civil Local Rule 79-5. Ricoh has designated the following exhibits as confidential, and supports the motion to seal only as those exhibits:

　　Exhibits 1, 14a, 14b-1 and 14b-2 to the joint letter re: continued deposition of Dr. Kobayashi in Japan.

　　The Court hereby GRANTS the motion to file under seal Exhibits 1, 14a, 14b-1 and 14b-2 to the joint letter re: continued deposition of Dr. Kobayashi. The Court DENIES the motion to file

under seal as to the remainder of that joint letter and the exhibits thereto, and as to the joint letter re: depositions in Japan (docket nos. 312 (C03-2289) and 410 (C03-4669)).

The Court GRANTS the parties' stipulation to remove erroneously filed materials from the public docket (docket nos. 314 (C03-2289) and 412 (C03-4669)). The joint letters erroneously filed on March 28, 2006 shall remain locked from public access (docket nos. 304 and 305 (C03-2289) and 402 and 403 (C03-4669)).

Synopsis and the Customer Defendants shall electronically file (1) a public version of the joint letter re: continued deposition of Dr. Kobayashi, without the sealable exhibits; and (2) the joint letter re: depositions in Japan. Synopsis and the Customer Defendants shall submit to the Clerk for filing under seal Exhibits 1, 14a, 14b-1 and 14b-2 to the joint letter re: continued deposition of Dr. Kobayashi, accompanied by a copy of this order.

IT IS SO ORDERED.

Dated: April 4, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge