ORIGINAL

1  Teresa M. Corbin (SBN 132360)
   Jaclyn C. Fink (SBN 217913)
2  HOWREY LLP
   525 Market Street, Suite 3600
3  San Francisco, California 94105
   Telephone: (415) 848-4900
4  Facsimile: (415) 848-4999

5  Elizabeth Hoult Fontaine (SBN 207557)
   HOWREY LLP
6  2020 Main Street
   Irvine, California 92614
7  Telephone: (949) 721-6900
   Facsimile: (949) 721-6910
8
   Attorneys for Plaintiff SYNOPSYS, INC.
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12

13 | SYNOPSYS, INC., | Case No. C-03-2289 MJJ
   |                 | Case No. C-03-4669 MJJ
14 |   Plaintiff,    |
   |                 | PATENT INFRINGEMENT ACTION
15 | vs.             |
   |                 | **PROOF OF SERVICE**
16 | RICOH COMPANY, LTD., |
17 |   Defendant.    |

18 | RICOH COMPANY, LTD., |
19 |   Plaintiff,    |
20 | vs.             |
21 | AEROFLEX INCORPORATED, et al., |
22 |   Defendant.    |

FILED
06 MAR 29 PM 3:11
[clerk stamp]

HOWREY LLP

Case No. C-03-2289 MJJ/C-03-4669 MJJ
PROOF OF SERVICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF SAN FRANCISCO    )

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 525 Market Street, Suite 3600, San Francisco, California 94105.

On March 29, 2006, I caused to be served on the interested parties in said action the within:

(1)  **JOINT LETTER TO JUDGE CHEN RE CONTINUED DEPOSITION OF DR. KOBAYASHI IN JAPAN, INCLUDING EXHIBITS 1 – 16 THERETO (DOCUMENTS SUBMITTED UNDER SEAL0; and,**

(2)  **JOINT LETTER TO JUDGE CHEN RE DEPOSITIONS IN JAPAN, INCLUDING EXHIBITS 1 – 16 THERETO (DOCUMENTS SUBMITTED UNDER SEAL).**

and by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Gary M. Hoffman, Esq.                         Jeffrey Demain, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP        Altshuler, Berzon, Nussbaum, Rubin & Demain
2101 L Street, N.W.                           177 Post Street, Suite 300
Washington, DC 20037-1526                     San Francisco, CA 94108

Edward A. Meilman, Esq.
Dickstein Shapiro Morin & Oshinsky, LLP
1177 Avenue of the Americas
New York, NY 10036-2714

[X]  (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by Federal Express, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on March 29, 2006, at San Francisco, California.

_____         _____
Patricia Cranmer                     (Signature)
(Type or print name)