

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ORDER EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3**

**HOWREY LLP**

Case No.  C03-4669 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFTS' MOTION FOR ORDER
EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS
PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3
DM_US\8334893.v1

Case 5:03-cv-04669-JW  Document 432  Filed 04/12/2006  Page 2 of 2



**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFTS' MOTION FOR ORDER
EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS
PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3
DM_US\8334893.v1

-1-