Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.,<br><br>Defendants. | Case No. C03-4669 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ORDER EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3**<br><br>Judge: Hon. Martin J. Jenkins |

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFTS' MOTION FOR ORDER
EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS
PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3
DM_US\8334893.v1

1   The court has read and considered the Customer Defendants' Motion for Order Extending Time
2   to Permit Late Filing of Amended Answers Pursuant to Federal Rule of Civil Procedure 6(b) and Civil
3   Local Rule 6-3, and has considered the opposition thereto by Plaintiff Ricoh Company, Ltd.  CAUSE
4   APPEARING THEREFORE,
5   IT IS HEREBY ORDERED that the Court hereby GRANTS this motion and hereby extends
6   the time for filing of the Amended Answers to April 7, 2006.

7
8   DATED: _____

9                                                                THE HONORABLE MARTIN J. JENKINS
10                                                               UNITED STATES DISTRICT COURT JUDGE

**HOWREY LLP**

Case No.  C03-4669 MJJ (EMC)                                              -1-
[PROPOSED] ORDER GRANTING DEFTS' MOTION FOR ORDER
EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS
PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3
DM_US\8334893.v1