Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.,<br><br>　　　　Defendants. | Case No. C03-4669 MJJ (EMC)<br><br>**SUPPLEMENTAL DECLARATION OF DENISE M. DE MORY IN SUPPORT OF DEFENDANTS' MOTION FOR ORDER EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3**<br><br>Judge: Hon. Martin J. Jenkins |

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)
SUPP DECL OF DE MORY ISO DEFTS' MOTION FOR ORDER EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3
DM_US\8335232.v1

I, Denise M. De Mory, declare as follows:

1.     I am a partner at the law firm of Howrey LLP, counsel for Aeroflex Incorporated, Aeroflex Colorado Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. (collectively, the "Customer Defendants") in this action. The following declaration is based on my personal knowledge. If called upon to testify, I could and would competently testify to the matters set forth below.

2.     I submit this declaration to further clarify the issues raised in Aeroflex's 28 U.S.C. § 1498 defense. To simplify any discovery that Ricoh may need to take on the § 1498 defense, we have created and produced a key that links particular government contracts to particular Aeroflex part numbers and particular purchase orders. That key is attached hereto as Exhibit 1. In addition, at the 30(b)(6) depositions scheduled for next week, Peter Milliken, Aeroflex's 30(b)(6) designee on financial issues, will be prepared to answer questions not only about the attached chart and the underlying documentation. To the extent Aeroflex is able to locate and produce additional contracts, they will be produced in the same manner with a key linking the purchase order to the products and the contracts.

Executed this 13th day of April, 2006, at San Francisco, California.

/s/*Denise M. De Mory*
Denise M. De Mory

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)
SUPP DECL OF DE MORY ISO DEFTS' MOTION FOR ORDER EXTENDING
TIME TO PERMIT LATE FILING OF AMENDED ANSWERS PURSUANT TO
F.R.C.P. 6(B) AND CIVIL L.R. 6-3
DM_US\8335232.v1

1

| Aeroflex Part Number | Purchase Order Bates Number Range | Contract Provisions Bates Number Range |
|---|---|---|
| KC01A | AF283778 – AF283793 | AF283799 – AF283810 |
| KC01A | AF283831 – AF283855 | AF283814 – AF283830 |
| KC01A | AF283882 – AF283886 | AF283889 – AF283893 |
| KC01A | AF283724 – AF283727<br>AF283868 – AF283870 | AF283712 – AF283714 |
| KC01A | AF283920 – AF283932 | AF283572 – AF283575<br>AF284283 – AF284298 |
| KD24A | AF284340 – AF284348 | AF284246 – AF284249 |
| KD26A | AF284349 – AF284355 | AF284313 – AF284320 |
| KD31A | AF284207 – AF284225 | AF284278 – AF284282 |
| KD32A | AF284112 – AF284120 | AF284112 - AF284118 |
| KD33A | AF284112 – AF284120 | AF284112 - AF284118 |
| KD34A | AF284112 – AF284120 | AF284112 - AF284118 |
| KD35A | AF284112 – AF284120 | AF284112 - AF284118 |
| KD36A | AF284112 – AF284120 | AF284112 - AF284118 |
| KD37A | AF284112 – AF284120 | AF284112 - AF284118 |
| KD38A | AF284112 – AF284120 | AF284112 - AF284118 |
| KD39A | AF284112 – AF284120 | AF284112 - AF284118 |