1   Gary M. Hoffman (*Pro Hac Vice*)
    Kenneth W. Brothers (*Pro Hac Vice*)
2   DICKSTEIN SHAPIRO MORIN
      & OSHINSKY, LLP
3   2101 L Street, NW
    Washington, DC  20037-1526
4   Phone (202) 785-9700
    Fax (202) 887-0689
5
    Edward A. Meilman (*Pro Hac Vice*)
6   DICKSTEIN SHAPIRO MORIN
      & OSHINSKY, LLP
7   1177 Avenue of the Americas
    New York, New York  10036-2714
8   Phone (212) 835-1400
    Fax (212) 997-9880
9
    Jeffrey B. Demain, State Bar No. 126715
10  Jonathan Weissglass, State Bar No. 185008
    ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11  177 Post Street, Suite 300
    San Francisco, California  94108
12  Phone  (415) 421-7151
    Fax (415) 362-8064
13
    Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> v. <br><br> AEROFLEX ET AL., <br><br> Defendants. | Case No. CV-03-4669-MJJ (EMC) <br><br> **DECLARATION OF REBECCA L. BARBISCH IN SUPPPORT OF RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR ORDER EXTENDING TIME TO PERMIT A LATE FILING OF AMENDED ANSWERS AND CROSS MOTION TO STRIKE DEFENDANTS' AMENDED ANSWERS AND COUNTERCLAIMS** |

Rebecca L. Barbisch declares as follows:

1. My name is Rebecca L. Barbisch, an attorney with the law firm of Dickstein Shapiro Morin & Oshinsky, LLP, counsel for Ricoh Company Limited. I am over the age of 21 and am competent to make this declaration. Based on my personal knowledge and information, I hereby declare to all the facts in this declaration.

2. Defendants were placed on notice that they had failed to file Amended Answers at a January 19, 2006 deposition of Aeroflex. At that deposition, I asked Defendants' counsel Jaclyn Fink about the status of Defendants' Amended Answers. Ms. Fink acknowledged that the Defendants had not yet amended and stated that they were working on them, and still intended to file them.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Signed at Washington, D.C. on April 17, 2006.

April 17, 2006                                           /s/ Rebecca L. Barbisch
                                                                                                      Rebecca L. Barbisch