1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Ethan B. Andelman (SBN 209101)
   Jaclyn C. Fink (SBN 217913)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Defendants AEROFLEX INCORPORATED,
   AEROFLEX COLORADO SPRINGS, INC., AMI
7  SEMICONDUCTOR, INC., MATROX ELECTRONIC
   SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
8  INTERNATIONAL CORP., and MATROX TECH, INC.

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 | RICOH COMPANY, LTD.,                      | Case No. C03-4669 MJJ (EMC)
   |                                           |
14 |            Plaintiff,                     |
   |                                           | ADMINISTRATIVE MOTION FOR A
15 |       vs.                                 | SEALING ORDER
   |                                           | (Civil L.R. 79-5)
16 | AEROFLEX INCORPORATED, AMI                |
   | SEMICONDUCTOR, INC., MATROX               | Judge:  Hon. Edward M. Chen
17 | ELECTRONIC SYSTEMS LTD., MATROX           |
   | GRAPHICS INC., MATROX                     |
18 | INTERNATIONAL CORP., MATROX TECH,         |
   | INC., AND AEROFLEX COLORADO               |
19 | SPRINGS, INC.                             |
   |                                           |
20 |            Defendants.                    |

21

22

23

24

25

26

27

28

1       Pursuant to Civil L.R. 7-11, the Customer Defendants hereby bring this administrative motion for an order to file under seal the following documents being lodged this day with the Clerk of the Court:

    1. Exhibits 1, 2, and 3 to Exhibit A of Defendant's Motion for Leave to File the Supplemental Declaration of Denise M. De Mory in Support of Defendants' Opposition to Ricoh's Motion for Sanctions for Defendants' Violation of Judge Jenkins' CMC Order Regarding Identification of Products at Issue

As set forth in the accompanying Declaration of Ethan B. Andelman, these documents contain trade secret and other highly confidential information of Synopsys and the Customer Defendants. The Customer Defendants therefore respectfully request that the Court direct the Clerk to file these documents under seal.

Dated: April 18, 2006

Respectfully submitted,

HOWREY LLP

By:     /s/Ethan B. Andelman
      Ethan B. Andelman
Attorneys for Plaintiff
SYNOPSYS, INC. and for Defendants
AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS,
INC., AMI SEMICONDUCTOR, INC.,
MATROX ELECTRONIC SYSTEMS,
LTD., MATROX GRAPHICS, INC.,
MATROX INTERNATIONAL CORP.,
and MATROX TECH, INC.

1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Ethan B. Andelman (SBN 209101)
   Jaclyn C. Fink (SBN 217913)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Defendants AEROFLEX INCORPORATED,
   AEROFLEX COLORADO SPRINGS, INC., AMI
7  SEMICONDUCTOR, INC., MATROX ELECTRONIC
   SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
8  INTERNATIONAL CORP., and MATROX TECH, INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13  RICOH COMPANY, LTD.,                  | Case No. C03-4669 MJJ (EMC)
                                          |
14         Plaintiff,                     |
                                          | [PROPOSED] ORDER GRANTING
15      vs.                               | ADMINISTRATIVE MOTION FOR A
                                          | SEALING ORDER
16  AEROFLEX INCORPORATED, AMI            |
    SEMICONDUCTOR, INC., MATROX           | Judge: Hon. Edward M. Chen
17  ELECTRONIC SYSTEMS LTD., MATROX       |
    GRAPHICS INC., MATROX                 |
18  INTERNATIONAL CORP., MATROX TECH,     |
    INC., AND AEROFLEX COLORADO           |
19  SPRINGS, INC.                         |
                                          |
20         Defendants.                    |

21

22

23

24

25

26

27

28

HOWREY LLP
   Case No. C03-4669 MJJ (EMC)
   [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
   FOR A SEALING ORDER

1    The administrative motion of the Customer Defendants seeking an Order Sealing Exhibits 1, 2, and 3 to Exhibit A of Defendant's Motion for Leave to File the Supplemental Declaration of Denise M. De Mory in Support of Defendants' Opposition to Ricoh's Motion for Sanctions for Defendants' Violation of Judge Jenkins' CMC Order Regarding Identification of Products at Issue came for hearing before this Court. After considering the papers in support of the motion, and good cause appearing therefor, the Court hereby GRANTS the motion.

IT IS ORDERED that the Clerk file under seal Exhibits 1, 2, and 3 to Exhibit A of Defendant's Motion for Leave to File the Supplemental Declaration of Denise M. De Mory in Support of Defendants' Opposition to Ricoh's Motion for Sanctions for Defendants' Violation of Judge Jenkins' CMC Order Regarding Identification of Products at Issue.

Dated: _____          _____

United States Magistrate Judge