**In the United States District Court
for the Northern District of California
Magistrate Judge Edward M. Chen**

_____CIVIL MINUTES                    E-FILING

**Date:** April 19, 2006                          **FTR Time:**    11:50 - 12:05 p.m.
**Case No:** C03-4669 MJJ (EMC)              **Court Reporter:** Juanita Gonzalez

**Case Name:**  Ricoh v. Aeroflex

    **Attorneys:**   Kenneth Brothers for Plaintiff
                      Henry Su and Sunny Cherian for Defendant Aeroflex, etc.

    **Deputy Clerk:** Betty Fong

**PROCEEDINGS:**                              **ORDERED AFTER HEARING:**

- RICOH'S MOTION FOR SANCTIONS          -Parties shall meet and confer re disclosure
and submit joint letter to court by 4/28/06.
Hearing continued to 5/3/06 at 10:30 a.m.
before Magistrate Judge Edward M. Chen.

**Order to be prepared by:**  [ ] Plntf  [ ] Deft  [ ] Court

**Case continued to:** 5/3/06 at 10:30 a.m. before Magistrate Judge Edward M. Chen

cc: EMC