1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX
6  INCORPORATED, AEROFLEX COLORADO
   SPRINGS, INC., AMI SEMICONDUCTOR,
7  INC., MATROX ELECTRONIC SYSTEMS,
   LTD., MATROX GRAPHICS INC., MATROX
8  INTERNATIONAL CORP., and MATROX
   TECH, INC.
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>    Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.,<br><br>    Defendants. | Case No. C03-4669 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ORDER EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3**<br><br>Judge: Hon. Martin J. Jenkins |

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFTS' MOTION FOR ORDER
EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS
PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3
DM_US\8334893.v1

1  The court has read and considered the Customer Defendants' Motion for Order Extending Time
2  to Permit Late Filing of Amended Answers Pursuant to Federal Rule of Civil Procedure 6(b) and Civil
3  Local Rule 6-3, and has considered the opposition thereto by Plaintiff Ricoh Company, Ltd. CAUSE
4  APPEARING THEREFORE,

5  IT IS HEREBY ORDERED that the Court hereby GRANTS this motion and hereby extends
6  the time for filing of the Amended Answers to April 7, 2006.

8  DATED: 4/24/2006

*[signature: Martin J. Jenkins]*

THE HONORABLE MARTIN J. JENKINS
UNITED STATES DISTRICT COURT JUDGE

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
[PROPOSED] ORDER GRANTING DEFTS' MOTION FOR ORDER
EXTENDING TIME TO PERMIT LATE FILING OF AMENDED ANSWERS
PURSUANT TO F.R.C.P. 6(B) AND CIVIL L.R. 6-3
DM_US\8334893.v1

-1-