1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Ethan B. Andelman (SBN 209101)
   Jaclyn C. Fink (SBN 217913)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Defendants AEROFLEX INCORPORATED,
   AEROFLEX COLORADO SPRINGS, INC., AMI
7  SEMICONDUCTOR, INC., MATROX ELECTRONIC
   SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
8  INTERNATIONAL CORP., and MATROX TECH, INC.

9

            UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

                SAN FRANCISCO DIVISION

| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
|---|---|
| Plaintiff, | |
| vs. | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR A SEALING ORDER |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | Judge: Hon. Edward M. Chen |
| Defendants. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
FOR A SEALING ORDER

1   The administrative motion of the Customer Defendants seeking an Order Sealing Exhibits 1, 2, and 3 to Exhibit A of Defendant's Motion for Leave to File the Supplemental Declaration of Denise M. De Mory in Support of Defendants' Opposition to Ricoh's Motion for Sanctions for Defendants' Violation of Judge Jenkins' CMC Order Regarding Identification of Products at Issue came for hearing before this Court. After considering the papers in support of the motion, and good cause appearing therefor, the Court hereby GRANTS the motion.

IT IS ORDERED that the Clerk file under seal Exhibits 1, 2, and 3 to Exhibit A of Defendant's Motion for Leave to File the Supplemental Declaration of Denise M. De Mory in Support of Defendants' Opposition to Ricoh's Motion for Sanctions for Defendants' Violation of Judge Jenkins' CMC Order Regarding Identification of Products at Issue.

Dated: May 1, 2006

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*United States District Court, Northern District of California*

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
FOR A SEALING ORDER

-1-

DM_US\8336362.v1