1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS and
6  Defendants AEROFLEX INCORPORATED,
   AEROFLEX COLORADO SPRINGS, INC.,
7  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
8  GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX
9  TECH, INC.

10                 UNITED STATES DISTRICT COURT
11                 NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13 RICOH COMPANY, LTD.,                    Case No. C03-4669 MJJ (EMC)
14         Plaintiff,                      Case No. C03-2289 MJJ (EMC)
15     vs.                                 **DECLARATION OF DENISE M. DE MORY
                                           IN SUPPORT OF EXPEDITED MOTION
16 AEROFLEX INCORPORATED, AMI              TO COMPEL ACCESS TO INFORMATION
   SEMICONDUCTOR, INC., MATROX             ALLEGEDLY COVERED BY THE
17 ELECTRONIC SYSTEMS LTD., MATROX         PROTECTIVE ORDER, OR IN THE
   GRAPHICS INC., MATROX                   ALTERNATIVE, TO DE-DESIGNATE
18 INTERNATIONAL CORP., MATROX TECH,       ALLEGEDLY CONFIDENTIAL
   INC., AND AEROFLEX COLORADO             INFORMATION**
19 SPRINGS, INC.,
20         Defendants.
21
   SYNOPSYS, INC.,
22
           Plaintiff,
23
       vs.
24
   RICOH COMPANY, LTD.,
25
           Defendant.
26

27
28

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
DE MORY DECL. ISO EXP MTN TO COMPEL ACCESS TO INFO
COVERED BY THE PRO. ORD OR TO DE-DESIGNATE ALLEGEDLY
CONF INFO
DM_US\8353035.v1

I, Denise M. De Mory, declare as follows:

1. I am a partner at the law firm of Howrey LLP, counsel for Aeroflex Incorporated, Aeroflex Colorado Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. (collectively, the "Customer Defendants") and Synopsys, Inc. ("Synopsys") in this action. The following declaration is based on my personal knowledge. If called upon to testify, I could and would competently testify to the matters set forth below.

2. Attached hereto as Exhibit 1 is a true and correct copy of a letter dated June 1, 2006, from Kenneth Brothers to Denise De Mory.

3. Attached hereto as Exhibit 2 is a true and correct copy of an June 2, 2006 e-mail communication between Denise De Mory and Kenneth Brothers.

4. Attached hereto as Exhibit 3 is a true and correct copy of a document Bates numbered KBSC000001-KBSC000028.

5. Attached hereto as Exhibit 4 is a true and correct copy of a document Bates numbered RCL002694-RCL002928.

6. Attached hereto as Exhibit 5 is a true and correct copy of a document Bates numbered RCL001513-RCL001633.

7. Attached hereto as Exhibit 6 is true and correct copy of a document Bates numbered KBSC000225-KBSC000229.

Executed this 5th day of June, 2006, at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/*Denise M. De Mory*
Denise M. De Mory

**HOWREY LLP**

Case No.  C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
DE MORY DECL. ISO EXP MTN TO COMPEL ACCESS TO INFO
COVERED BY THE PRO. ORD OR TO DE-DESIGNATE ALLEGEDLY
CONF INFO
DM_US\8353035.v1

1

# EXHIBIT 1

D I C K S T E I N  S H A P I R O  M O R I N  & O S H I N S K Y  LLP

*2101 L Street NW • Washington, DC 20037-1526*
*Tel (202) 785-9700 • Fax (202) 887-0689*

Writer's Direct Dial: (202) 429-2184
E-Mail Address: BrothersK@dsmo.com

June 1, 2006

<u>Via PDF</u>

Denise DeMory
Howrey LLP
525 Market Street, Suite 3600
San Francisco, CA 94105-2708

    Re:   <u>Ricoh v. Aeroflex, et al.</u>
           <u>Synopsys v. Ricoh</u>

Dear Denise:

    We recently received a notice from your firm that you had retained Charles Van Horn as a potential expert witness. Mr. Van Horn is a partner with the Finnegan Henderson law firm in Washington D.C. As you have long been aware, the Finnegan Henderson firm represents Elan Microelectronics Corp., which has received warning letters from Ricoh regarding the '432 patent. See SP68389 (enclosed). Under these circumstances, we object to your retention and designation of Mr Van Horn.

                          Sincerely,

                          Kenneth W. Brothers

cc:   Howrey distribution list

*1177 Avenue of the Americas • New York, NY 10036-2714 • Tel (212) 835-1400 • Fax (212) 997-9880*
*10866 Wilshire Boulevard • Suite 300 • Los Angeles, CA 90024-4350 • Tel (310) 441-8460 • Fax (310) 441-8470*
2094480.01     *www.DicksteinShapiro.com*



**FINNEGAN
HENDERSON
FARABOW
GARRETT &
DUNNER LLP**

1300 I Street, NW ■ Washington, DC 20005-3315 ■ 202.408.4000 ■ Fax 202.408.4400
www.finnegan.com

YITAI HU
(202) 408-4203
Yitai.Hu@finnegan.com

May 27, 2003

Gary M. Hoffman, Esq.
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, N.W.
Washington, D.C. 20037-1526

    Elan Microelectronics Corp.
    <u>Our Reference: 08488.0002-00000</u>

Dear Mr. Hoffman:

    We represent Elan Microelectronics Corp., and write to respond to your letter of April 25, 2003.

    In your letter, you mentioned Elan's purported use of Synopsys' Design Compiler and then offered a license of U.S. Patent No. 4,922,432 assigned to Ricoh Company, Ltd. However, your letter is unclear as to the relationship between the Design Compiler and '432 patent. If you are alleging that Elan infringes the '432 patent through its use of the Design Compiler, we request that you provide us with a claim chart or similar analysis so that we may assess Ricoh's position and respond accordingly.

Sincerely,

Yitai Hu

YH;rel
cc: Elan Microelectronics Corp.

SP68389

Washington, DC ■ Atlanta ■ Cambridge ■ Palo Alto ■ Brussels ■ Tokyo

# EXHIBIT 2

Case 5:03-cv-04669-JW    Document 467-3    Filed 06/05/2006    Page 1 of 3

**DeMory, Denise**

---

**From:** Brothers, Kenneth [BrothersK@dsmo.com]
**Sent:** Friday, June 02, 2006 8:43 AM
**To:** DeMory, Denise
**Cc:** Su, Henry; Fink, Jacky
**Subject:** RE: Van Horn

Denise:

Ricoh declines to withdraw its objection. We believe that Mr. Van Horn has a conflict of interest within his firm that should preclude him from accepting the proposed engagement as an expert witness. In addition, Ricoh does not want its confidential information to be disclosed to a law firm that is representing other parties that Ricoh has contacted regarding licensing the same patent.

Regards, Ken

Ken Brothers
Dickstein Shapiro Morin & Oshinsky LLP

---

**From:** DeMory, Denise [mailto:demoryd@Howrey.com]
**Sent:** Friday, June 02, 2006 11:37 AM
**To:** Brothers, Kenneth
**Cc:** Su, Henry
**Subject:** Van Horn
**Importance:** High

Ken:

With regard to your objection to Van Horn, based on our research it appears to be totally unfounded and improper. Indeed, the terms of the Protective Order itself, to which Van Horn has already agreed to be bound, more than adequately address your concerns. Notwithstanding this, Van Horn has agreed to set up an ethical wall whereby he would not have any involvement in Finnegan's defense of Elan Microelectronics against any allegations of infringement by Ricoh on the '432 patent. Will you withdraw your objections in view of the ethical wall? Obviously, I need a prompt response and note that you have not yet responded to Ms. Fink's e-mail on this topic from yesterday.

Regards,

Denise

---

This email and any attachments contain information from the law firm of Howrey LLP, which may be co
The information is intended to be for the use of the individual or entity named on this email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the con
If you receive this email in error, please notify us by reply email immediately so that we can arrange for

---------------------------------------------------------

This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dsmo.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
==================================================================

6/5/2006

# EXHIBIT 3

# Exhibit 3 to De Mory Declaration Filed Under Seal Pursuant to Protective Order

# EXHIBIT 4

# Exhibit 4 to De Mory Declaration Filed Under Seal Pursuant to Protective Order

# EXHIBIT 5

# Exhibit 5 to De Mory Declaration Filed Under Seal Pursuant to Protective Order

# EXHIBIT 6

# Exhibit 6 to De Mory Declaration Filed Under Seal Pursuant to Protective Order