1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                  SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RICOH COMPANY, LTD.,              | Case No. C03-4669 MJJ (EMC) |
| 13           Plaintiff,               | Case No. C03-2289 MJJ (EMC) |
| 14       vs.                          | ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL |
| 15  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX | (Civil L.R. 79-5(d)) |
| 16  ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX | Judge: Hon. Edward M. Chen |
| 17  INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO | |
| 18  SPRINGS, INC.                     | |
| 19           Defendants.              | |
| 20  SYNOPSYS, INC.,                   | |
| 21           Plaintiff,               | |
| 22       vs.                          | |
| 23  RICOH COMPANY, LTD.,              | |
| 24           Defendant.               | |

25
26
27
28

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8353053.v1

1  Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this
2 administrative motion for an order to file under seal the following documents being lodged with the
3 Clerk of the Court on June 6, 2006:

4  1.  Exhibit 3 to the Declaration of Denise M. De Mory in Support of Expedited Motion to
5 Compel Access to Information Allegedly Covered by the Protective Order, or in the Alternative, to De-
6 Designate Allegedly Confidential Information, document Bates numbered KBSC000001-
7 KBSC000028.

8  2.  Exhibit 4 to the Declaration of Denise M. De Mory in Support of Expedited Motion to
9 Compel Access to Information Allegedly Covered by the Protective Order, or in the Alternative, to De-
10 Designate Allegedly Confidential Information, document Bates numbered RCL002694-RCL002928.

11  3.  Exhibit 5 to the Declaration of Denise M. De Mory in Support of Expedited Motion to
12 Compel Access to Information Allegedly Covered by the Protective Order, or in the Alternative, to De-
13 Designate Allegedly Confidential Information, document Bates numbered RCL002694-RCL002928.

14  4.  Exhibit 6 to the Declaration of Denise M. De Mory in Support of Expedited Motion to
15 Compel Access to information allegedly covered by the Protective Order, or in the Alternative, to De-
16 Designate Allegedly Confidential Information, document Bates numbered RCL001513-RCL001633.

17  The only allegedly confidential information attached to or contained within these documents is
18 information designated as such by Ricoh Company, Ltd. ("Ricoh"). Thus, pursuant to Civil L.R. 79-
19 5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is
20 sealable and (ii) a proposed order.

21 Dated: June 5, 2006                                    Respectfully submitted,

22                                                       HOWREY LLP
                                                         By:     /s/*Denise M. De Mory*
23                                                            Denise M. De Mory
                                                         Attorneys for Plaintiff SYNOPSYS, INC.
24                                                       and for Defendants AEROFLEX
                                                         INCORPORATED, AEROFLEX
25                                                       COLORADO SPRINGS, INC., AMI
                                                         SEMICONDUCTOR, INC., MATROX
26                                                       ELECTRONIC SYSTEMS, LTD.,
                                                         MATROX GRAPHICS, INC., MATROX
27                                                       INTERNATIONAL CORP., and
                                                         MATROX TECH, INC.
28

**HOWREY LLP**

-1-

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8353053.v1