# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NOS.:** C-03-2289 MJJ (JCS); C-03-4669 MJJ (JCS)

**CASE NAMES:** *Synopsys, Inc. v. Ricoh Co., Ltd.*
*Ricoh Co., Ltd. v. Aeroflex, et al.*

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **CLERK:** Mary A. Macudzinski-Gomez

**DATE:** 6/6/2006    **TIME:** 3 hrs.    **COURT REPORTER:** not reported

**COUNSEL FOR PLAINTIFF(S):**    **COUNSEL FOR DEFENDANT(S):**

Teresa M. Corbin    Gary M. Hoffman
Denise M. De Mory

---

### PROCEEDINGS

[X]  SETTLEMENT CONFERENCE    [ ]  FURTHER SETTLEMENT CONFERENCE

[ ]  DISCOVERY CONFERENCE

[ ]  STATUS CONFERENCE RE: _____

[ ]  TELEPHONIC CONFERENCE RE: _____

[ ]  OTHER: _____

CASE CONTINUED TO: _____ FOR _____

NOTES:

A Settlement Conference was held. The case did not settle. A Further Settlement Conference for October 30, 2006, and related dates, will be scheduled shortly by the Court (JCS).