1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California  94105
4  Telephone:  (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC., and Defendants
6  AEROFLEX INCORPORATED, AEROFLEX COLORADO
   SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC.,
   MATROX INTERNATIONAL CORP., and MATROX TECH,
8  INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                       SAN FRANCISCO DIVISION
12
   RICOH COMPANY, LTD.,                    Case No. C03-4669 MJJ (EMC)
13
                Plaintiff,                 Case No. C03-2289 MJJ (EMC)
14
        vs.                                ADMINISTRATIVE MOTION FOR A
15                                         SEALING ORDER
   AEROFLEX INCORPORATED, AMI              (Civil L.R. 79-5(d))
16 SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS LTD., MATROX         Judge:   Hon. Edward M. Chen
17 GRAPHICS INC., MATROX
   INTERNATIONAL CORP., MATROX TECH,
18 INC., AND AEROFLEX COLORADO
   SPRINGS, INC.
19
                Defendants.
20
   SYNOPSYS, INC.,
21
                Plaintiff,
22
        vs.
23
   RICOH COMPANY, LTD.,
24
                Defendant.
25

26

27

28

Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this administrative motion for an order to file under seal the following documents being lodged this day with the Clerk of the Court:

1.  Exhibit 41 to De Mory Declaration (excerpts from Bershader deposition testimony).

2.  Exhibit 42 to De Mory Declaration (excerpts from Takada deposition testimony).

3.  Exhibit 47 to De Mory Declaration (excerpts from Oka deposition testimony).

4.  Exhibit 48 to De Mory Declaration (excerpts from Kobayashi deposition testimony).

5.  Exhibit 49 to De Mory Declaration (Ricoh document retention policies – RCL11517-531, and 11533-552).

6.  Exhibit 53 to De Mory Declaration (excerpts from Ishijima deposition testimony).

The only allegedly confidential information attached to or contained within these documents is information designated as such by Ricoh Company, Ltd. ("Ricoh"). Thus, pursuant to Civil L.R. 79-5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

Dated:  June 8, 2006                    Respectfully submitted,

HOWREY LLP

By:        /s/Denise M. De Mory
           Denise M. De Mory
Attorneys for Plaintiff
SYNOPSYS, INC. and for Defendants
AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS,
INC., AMI SEMICONDUCTOR, INC.,
MATROX ELECTRONIC SYSTEMS,
LTD., MATROX GRAPHICS, INC.,
MATROX INTERNATIONAL CORP.,
and MATROX TECH, INC.