Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. <br><br> Defendants. | Case No. C03-4669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> ADMINISTRATIVE MOTION FOR A SEALING ORDER <br> (Civil L.R. 79-5(d)) <br><br> Judge: Hon. Edward M. Chen |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR A SEALING ORDER
DM_US\8354248.v1

1  Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this
2  administrative motion for an order to file under seal the following documents being lodged this day
3  with the Clerk of the Court:

5  1. Exhibit 1 to De Mory Declaration (document Bates numbered RCL011487).
6  2. Exhibit 2 to De Mory Declaration (document Bates numbered RCL011488).
7  3. Exhibit 3 to De Mory Declaration (document Bates numbered RCL011491).

9  The only allegedly confidential information attached to or contained within these documents is
10 information designated as such by Ricoh Company, Ltd. ("Ricoh"). Thus, pursuant to Civil L.R. 79-
11 5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is
12 sealable and (ii) a proposed order.

14 Dated: June 8, 2006                    Respectfully submitted,
15                                        HOWREY LLP

17                                        By: _____/s/Denise M. De Mory_____
18                                              Denise M. De Mory
                                                Attorneys for Plaintiff
19                                              SYNOPSYS, INC. and for Defendants
                                                AEROFLEX INCORPORATED,
20                                              AEROFLEX COLORADO SPRINGS,
                                                INC., AMI SEMICONDUCTOR, INC.,
21                                              MATROX ELECTRONIC SYSTEMS,
                                                LTD., MATROX GRAPHICS, INC.,
22                                              MATROX INTERNATIONAL CORP.,
                                                and MATROX TECH, INC.

24 DM_US\8354348.v1

HOWREY LLP

Case No. C03-4669 MJJ (EMC)                    -1-
Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR A SEALING ORDER

DM_US\8354348.v1

1  **[PROPOSED] ORDER**

2  The Court hereby OREDERS that Synopsys and the Customer Defendants' Administrative

3  Motion for a Sealing Order is GRANTED. The Clerk of the Court shall file under seal Exhibits 1, 2

4  and 3 to the Declaration of Denise M. De Mory in Support of Notice of Withdrawal of Portion of

5  Expedited Motion to Compel Access to Information Allegedly Covered by the Protective Order, or in

6  the Alternative, to De-Designate Allegedly Confidential Information and Order Thereon.

7  IT IS SO ORDERED.

9  DATED: _____ 2006

_____
Honorable Edward M. Chen
United States Magistrate Judge

HOWREY LLP

Case No.  C03-4669 MJJ (EMC)
Case No.  C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR SEALING ORDER

-2-

DM_US\8254248.v1