1 | Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
2 | Jaclyn C. Fink (SBN 217913)
HOWREY LLP
3 | 525 Market Street, Suite 3600
San Francisco, California 94105
4 | Telephone: (415) 848-4900
Facsimile: (415) 848-4999
5 |
Attorneys for Plaintiff SYNOPSYS and
6 | Defendants AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS, INC.,
7 | AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
8 | GRAPHICS INC., MATROX
INTERNATIONAL CORP., and MATROX
9 | TECH, INC.

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13 | RICOH COMPANY, LTD.,

Case No. C03-4669 MJJ (EMC)

14 |     Plaintiff,

Case No. C03-2289 MJJ (EMC)

15 |     vs.

**DECLARATION OF DENISE M. DE MORY
IN SUPPORT OF NOTICE OF
WITHDRAWAL OF PORTION OF
EXPEDITED MOTION TO COMPEL
ACCESS TO INFORMATION ALLEGEDLY
COVERED BY THE PROTECTIVE
ORDER, OR IN THE ALTERNATIVE, TO
DE-DESIGNATE ALLEGEDLY
CONFIDENTIAL INFORMATION AND
OTHER THEREON**

16 | AEROFLEX INCORPORATED, AMI
SEMICONDUCTOR, INC., MATROX
17 | ELECTRONIC SYSTEMS LTD., MATROX
GRAPHICS INC., MATROX
18 | INTERNATIONAL CORP., MATROX TECH,
INC., AND AEROFLEX COLORADO
19 | SPRINGS, INC.,

20 |     Defendants.

21 |
SYNOPSYS, INC.,
22 |
    Plaintiff,
23 |
    vs.
24 |
RICOH COMPANY, LTD.,
25 |
    Defendant.
26 |

27 | **EXHIBITS 1, 2, 3 AND 4
FILED UNDER SEAL PURSUANT TO PROTECTIVE ORDER**

28 |

HOWREY LLP

Case No. C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
DE MORY DECL. ISO NTC OF WITHDRAWAL
DM_US\8354242.v1

1    I, Denise M. De Mory, declare as follows:

2    1.    I am a partner at the law firm of Howrey LLP, counsel for Aeroflex Incorporated,

3    Aeroflex Colorado Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox

4    Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. (collectively, the "Customer

5    Defendants") and Synopsys, Inc. ("Synopsys") in this action.  The following declaration is based on

6    my personal knowledge.  If called upon to testify, I could and would competently testify to the matters

7    set forth below.

8    2.    Attached hereto as Exhibit 1 is a true and correct copy of a document Bates numbered

9    RCL0011487, which have been filed under seal.

10    3.    Attached hereto as Exhibit 2 is a true and correct copy of a document Bates numbered

11    RCL0011488, which have been filed under seal.

12    4.    Attached hereto as Exhibit 3 is a true and correct copy of a document Bates numbered

13    RCL0011491, which have been filed under seal.

14    5.    Attached hereto as Exhibit 4 are true and correct copies of all the e-mails between

15    counsel relating to this motion.

16    Executed this 9th day of June, 2006, at  Pittsburgh, Pennsylvania

17    I declare under penalty of perjury under the laws of the United States of America that the

18    foregoing is true and correct.

19

20                                                              /s/ *Denise M. De Mory*
                                                                Denise M. De Mory

21

22

23

24

25

26

27

28

HOWREY LLP

Case No.  C03-4669 MJJ (EMC)/C03-2289 MJJ (EMC)
DE MORY DECL. ISO NTC OF WITHDRAWAL
DM_US\8354343 v1

# EXHIBIT
# 4

**From:** Brothers, Kenneth [mailto:BrothersK@dicksteinshapiro.com]
**Sent:** Thursday, June 08, 2006 7:26 PM
**To:** DeMory, Denise
**Cc:** Barbisch, Rebecca; Weinstein, Michael; Allen, DeAnna; Seyoum, Solomon; Hoffman, Gary; Fontaine, Elizabeth; Fink, Jacky; Andelman, Ethan
**Subject:** RE: Van Horn Objection

Denise:

Based upon Ethan's message, tonight I drafted the opposition on the designation portion. We do not have a meeting of the minds since you are reserving the right to refile, so there is no agreement that you have the extra four days. We will file tomorrow unless we receive an unequivocal message by 10 am ET tomorrow that you will withdraw and not refile. If you so agree, then we agree that each side can have the extra four days.

Regards, Ken

Ken Brothers
Dickstein Shapiro Morin & Oshinsky LLP

---

**From:** DeMory, Denise [mailto:demoryd@Howrey.com]
**Sent:** Thursday, June 08, 2006 8:32 PM
**To:** Brothers, Kenneth
**Cc:** Barbisch, Rebecca; Weinstein, Michael; Allen, DeAnna; Seyoum, Solomon; Hoffman, Gary; Fontaine, Elizabeth; Fink, Jacky; Andelman, Ethan
**Subject:** Re: Van Horn Objection

Ken:

I just landed. I disagree that we agreed to withdraw and that we would be subject to sanctions if we persist. However, in view of the agreement to the additional four days, we will withdraw the motion and refile the dedesigntion portion separately if we cannot reach agreement on that issue.

Regards,

Denise
---------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Brothers, Kenneth
To: DeMory, Denise
CC: Barbisch, Rebecca; Weinstein, Michael; Allen, DeAnna; Seyoum, Solomon; Hoffman, Gary; Fontaine, Elizabeth; Fink, Jacky; Andelman, Ethan

Re: Van Horn Objection

Sent: Thu Jun 08 15:34:36 2006
Subject: RE: Van Horn Objection

Denise:

We see no reason for you to persist in this motion. You had said that
you would withdraw if we withdrew our objections, which we have done.
Your requested relief of declassification was in the alternative, which
is no longer applicable. We reiterate our request that you withdraw the
entire motion. If you withdraw, we agree to the four extra days per
side. If not, then we will oppose.

In addition, the declassification request is vague in that you did not
sufficiently identify the portions of the documents and depositions that
you want declassified. If we respond, we may request that all documents
more than 10 years old be declassified.

As our response is due by noon tomorrow, please immediately confirm your
withdrawal of the entire motion.

Regards, Ken


Ken Brothers
Dickstein Shapiro Morin & Oshinsky LLP

-----Original Message-----
From: DeMory, Denise
To: 'HoffmanG@dicksteinshapiro.com'; Corbin, Terry
CC: 'BrothersK@dicksteinshapiro.com'; 'BarbischR@dicksteinshapiro.com';
'WeinsteinM@dicksteinshapiro.com'; 'AllenD@dicksteinshapiro.com';
'SeyoumS@dicksteinshapiro.com'
Sent: Thu Jun 08 14:22:52 2006
Subject: Re: Van Horn Objection

Gary:

Thank you for your notice. I am sorry that I could not respond
yesterday, but. please be advised that we will withdraw the portion of
our motion that request that your objection be overruled. We will
however continue to press the de-designation of the documents as well as
a brief extension to complete the ?an Horn report. In particular, we
intend ask for a four day extensio and will certainly agree to allowing
you an extra four days to respond. If you are agreeable, we can drop
this request as well and only proceed on the de-designation. Please make
sure Jacky and Ethan on your reply so that they can inform the Court as
I will be on a plane and unavailable. Regards, Denise
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Hoffman, Gary
To: DeMory, Denise; Corbin, Terry
CC: Brothers, Kenneth; Barbisch, Rebecca; Weinstein, Michael; Allen,
DeAnna; Seyoum, Solomon
Sent: Wed Jun 07 18:13:56 2006
Subject: RE: Van Horn Objection

Denise,

     First, this entire issue and your sense of urgency is one of your
own creation. The Aeroflex defendants could have raised Mr. Van Horn
months ago and in fact raising it at this last minute creates an undue

burden on Ricoh.

Second, our objections were totally appropriate and in fact your initial response confirmed our concern when you told us that the Finnegan firm was willing to create a wall with Mr. Van Horn with respect to this matter and their representation of Elan. If you had simply informed us initially that the Finnegan firm no longer represented Elan, you would have saved all of us a lot of time.

Third, you ranting and nasty accusations are unjustified, unprofessional and inconsistent with the rules of civility. They are also outright offensive.

Finally, based on the representation that you and the Finnegan firm (through you) have now made that the Finnegan firm does not represent Elan in any capacity, we withdraw our objections. Accordingly, you should immediately file a simple withdrawal of your motion. We trust that you will add no commentary in the notice of withdrawal since any commentary may necessitate our having to respond.

Gary

Gary M. Hoffman
Dickstein Shapiro Morin & Oshinsky LLP
Tel No. (202)  828-2228
hoffmang@dsmo.com

New contact information as of July 10, 2006:
Dickstein Shapiro LLP
1825 Eye Street NW
Washington DC 20006
direct (202) 420-2228
phone (202) 420-2200
fax (202) 420-2201

---

From: DeMory, Denise [mailto:demoryd@Howrey.com]
Sent: Wednesday, June 07, 2006 5:25 PM
To: Brothers, Kenneth
Cc: Barbisch, Rebecca; Weinstein, Michael; Hoffman, Gary; Allen, DeAnna
Subject: RE: Van Horn Objection


Ken:

Your objection was not properly made, and the record is very clear on that. You knew since at least as early as September of 2005 that the Elan matter relating to the '432 patent, which we dispute was a basis on which to object in the first instance, was being handled by Akin Gump -- not Finnegan. We have confirmed that Finnegan does not represent Elan in any capacity, and expect you to immeadiately withdraw your objection, especially now that you have unreasonably wasted another full day. Please advise immediately whether you will:  (1) withdraw your objection; and (3) agree to an extension as requested in my e-mail.

Regards,

Denise

---

From: Brothers, Kenneth [mailto:BrothersK@dicksteinshapiro.com]
Sent: Wednesday, June 07, 2006 10:27 AM

6/9/2006

To: DeMory, Denise
Cc: Barbisch, Rebecca; Weinstein, Michael; Hoffman, Gary; Allen, DeAnna
Subject: RE: Van Horn Objection


Denise:

The objection was properly made. Even now, we do not know whether the
Finnigan firm still represents Elan. Please advise us of whether it
does, and if so, in what capacity. We will then advise you of our
position.

Regards, Ken


-----Original Message-----
From: DeMory, Denise [mailto:demoryd@Howrey.com]
Sent: Wed 6/7/2006 1:09 AM
To: Brothers, Kenneth
Cc: Barbisch, Rebecca; Weinstein, Michael; Hoffman, Gary; Allen, DeAnna
Subject: Van Horn Objection

Dear Ken:

We have learned that not only the timing and the substance of your
objection to Mr. Van Horn were an abusive litigation tactic, but in
addition that you knew that your claims were false at the time they were
made. Mr. Yitai Hu, the lawyer who wrote the first letter on behalf of
Elan in 2003 (which you attached to your letter) moved to Akin Gump in
2004. Since that time, you and your client certainly have been made
aware that Finnegan no longer represents Elan. Indeed, although you
attached a Synopsys labeled version of the 2003 Finnegan letter, on
April 13, 2006, you produced the 2003 Finngan letter as RCL 11487, and
the next document in order, RCL 11488, shows that Akin Gump now
represents Elan. The Ricoh produced letters are attached hereto. In
addition, in a letter you likely drafted, your client wrote to Elan in a
letter addressed to Akin Gump as recently as February of 2006. See RCL
11491. Moroever, Mr. Van Horn has confirmed that Finnegan has done not
work for Elan since January 2004. In view of the foregoing, we request
that you immediately withdraw your objection to Mr. Van Horn, and
stipulate that we can have an additional five days to do his report
commensurate with the time it has taken us to resolve your bogus
objection, or we will immediately bring this matter to the attention of
the Court. We will expect to hear from you by no later than 12:00 p.m.
PST tomorrow.

Regards,

Denise De Mory


<<RCL011491.pdf>> <<RCL011488.pdf>> <<RCL011487.pdf>>


---------------------------------------------------------------------
-------------------------
This email and any attachments contain information from the law firm of
Howrey LLP, which may be confidential and/or privileged.
The information is intended to be for the use of the individual or
entity named on this email.
If you are not the intended recipient, be aware that any disclosure,
copying, distribution or use of the contents of this email is

6/9/2006

Re: Van Horn Objection                                                                Page 5 of 6

prohibited.
If you receive this email in error, please notify us by reply email
immediately so that we can arrange for the retrieval of the original
documents at no cost to you.

-----------------------------------------------------------
This e-mail message and any attached files are confidential and are
intended solely for the use of the addressee(s) named above. This
communication may contain material protected by attorney-client, work
product, or other privileges. If you are not the intended recipient or
person responsible for delivering this confidential communication to the
intended recipient, you have received this communication in error, and
any review, use, dissemination, forwarding, printing, copying, or other
distribution of this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor any
communication that is created, received, or sent on its network. If you
have received this confidential communication in error, please notify
the sender immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email to
postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
============================================================
======

-----------------------------------------------------------
This e-mail message and any attached files are confidential and are
intended solely for the use of the addressee(s) named above. This
communication may contain material protected by attorney-client, work
product, or other privileges. If you are not the intended recipient or
person responsible for delivering this confidential communication to the
intended recipient, you have received this communication in error, and
any review, use, dissemination, forwarding, printing, copying, or other
distribution of this e-mail message and any attached files is strictly
prohibited. Dickstein Shapiro reserves the right to monitor any
communication that is created, received, or sent on its network. If you
have received this confidential communication in error, please notify
the sender immediately by reply e-mail message and permanently delete
the original message.

To reply to our email administrator directly, send an email to
postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
============================================================
======

-----------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named
above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are
not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you
have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other
distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor
any communication that is created, received, or sent on its network.  If you have received this confidential communication in

6/9/2006

error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com

--------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com

```
-----Original Message-----
From: Andelman, Ethan
Sent: Thursday, June 08, 2006 3:34 PM
To: 'BrothersK@dicksteinshapiro.com'; 'HowreyRicoh432@lists.dicksteinshapiro.com'
Cc: Fontaine, Elizabeth; DeMory, Denise; Fink, Jacky
Subject: Re: Van Horn Objection
```

Ken --

Denise has made our position clear.  If she has anything additional to say, you will hear
from her once she is back online.  Thus, you should make whatever preparations you feel
you must given her last communication on this issue.

--Ethan
-------------------------
Sent from my BlackBerry Wireless Handheld


```
-----Original Message-----
From: Brothers, Kenneth
To: HowreyRicoh432@lists.dicksteinshapiro.com
CC: Fontaine, Elizabeth; DeMory, Denise; Fink, Jacky; Andelman, Ethan
Sent: Thu Jun 08 18:22:38 2006
Subject: RE: Van Horn Objection
```

To all opposing counsel:

We need to know immediately if you are withdrawing this motion, as our response is due
tomorrow at noon.  Failure to withdraw immediately will be grounds for seeking sanctions
pursuant to 28 USC 1927.

Ken Brothers
Dickstein Shapiro Morin & Oshinsky LLP

```
-----Original Message-----
From: Fontaine, Elizabeth [mailto:FontaineE@howrey.com]
Sent: Thursday, June 08, 2006 4:30 PM
To: Brothers, Kenneth; DeMory, Denise
Cc: Barbisch, Rebecca; Weinstein, Michael; Allen, DeAnna; Seyoum, Solomon; Hoffman, Gary;
Fink, Jacky; Andelman, Ethan
Subject: RE: Van Horn Objection
```

Ken:

Denise is traveling right now and won't land until 4:30 p.m. PT.  She will respond to your
email then.

Regards,

Elizabeth Hoult Fontaine
Howrey LLP

2020 Main Street, Suite 1000
Irvine, California  92614-8200
949-759-3929 (direct)
949-721-6910 (fax)
fontainee@howrey.com
www.howrey.com

-----Original Message-----
From: Brothers, Kenneth [mailto:BrothersK@dicksteinshapiro.com]
Sent: Thursday, June 08, 2006 12:35 PM
To: DeMory, Denise
Cc: Barbisch, Rebecca; Weinstein, Michael; Allen, DeAnna; Seyoum, Solomon; Hoffman, Gary;
Fontaine, Elizabeth; Fink, Jacky; Andelman, Ethan
Subject: RE: Van Horn Objection

Denise:

We see no reason for you to persist in this motion.  You had said that you would withdraw
if we withdrew our objections, which we have done.
Your requested relief of declassification was in the alternative, which is no longer
applicable.  We reiterate our request that you withdraw the entire motion.  If you
withdraw, we agree to the four extra days per side.  If not, then we will oppose.

In addition, the declassification request is vague in that you did not sufficiently
identify the portions of the documents and depositions that you want declassified.  If we
respond, we may request that all documents more than 10 years old be declassified.

As our response is due by noon tomorrow, please immediately confirm your withdrawal of the
entire motion.

Regards, Ken


Ken Brothers
Dickstein Shapiro Morin & Oshinsky LLP

-----Original Message-----
From: DeMory, Denise
To: 'HoffmanG@dicksteinshapiro.com'; Corbin, Terry
CC: 'BrothersK@dicksteinshapiro.com'; 'BarbischR@dicksteinshapiro.com';
'WeinsteinM@dicksteinshapiro.com'; 'AllenD@dicksteinshapiro.com';
'SeyoumS@dicksteinshapiro.com'
Sent: Thu Jun 08 14:22:52 2006
Subject: Re: Van Horn Objection

Gary:

Thank you for your notice. I am sorry that I could not respond yesterday, but. please be
advised that we will withdraw the portion of our motion that request that your objection
be overruled. We will however continue to press the de-designation of the documents as
well as a brief extension to complete the ?an Horn report. In particular, we intend ask
for a four day extensio and will certainly agree to allowing you an extra four days to
respond. If you are agreeable, we can drop this request as well and only proceed on the
de-designation. Please make sure Jacky and Ethan on your reply so that they can inform the
Court as I will be on a plane and unavailable. Regards, Denise
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Hoffman, Gary
To: DeMory, Denise; Corbin, Terry
CC: Brothers, Kenneth; Barbisch, Rebecca; Weinstein, Michael; Allen, DeAnna; Seyoum,
Solomon
Sent: Wed Jun 07 18:13:56 2006
Subject: RE: Van Horn Objection

Denise,

    First, this entire issue and your sense of urgency is one of your own creation.  The
Aeroflex defendants could have raised Mr. Van Horn months ago and in fact raising it at
this last minute creates an undue burden on Ricoh.

    Second,  our objections were totally appropriate and in fact your initial response
confirmed our concern when you told us that the Finnegan firm was willing to create a wall
with Mr. Van Horn with respect to this matter and their representation of Elan.  If you
had simply informed us initially that the Finnegan firm no longer represented Elan, you
would have saved all of us a lot of time.

    Third, you ranting and nasty accusations are unjustified, unprofessional and
inconsistent with the rules of civility.  They are also outright offensive.

    Finally, based on the representation that you and the Finnegan firm (through you) have
now made that the Finnegan firm does not represent Elan in any capacity, we withdraw our
objections.  Accordingly, you should immediately file a simple withdrawal of your motion.
We trust that you will add no commentary in the notice of withdrawal since any commentary
may necessitate our having to respond.

Gary

Gary M. Hoffman
Dickstein Shapiro Morin & Oshinsky LLP
Tel No. (202)  828-2228
hoffmang@dsmo.com

New contact information as of July 10, 2006:
Dickstein Shapiro LLP
1825 Eye Street NW
Washington DC 20006
direct (202) 420-2228
phone (202) 420-2200
fax (202) 420-2201

_____

From: DeMory, Denise [mailto:demoryd@Howrey.com]
Sent: Wednesday, June 07, 2006 5:25 PM
To: Brothers, Kenneth
Cc: Barbisch, Rebecca; Weinstein, Michael; Hoffman, Gary; Allen, DeAnna
Subject: RE: Van Horn Objection


Ken:

Your objection was not properly made, and the record is very clear on that.  You knew
since at least as early as September of 2005 that the Elan matter relating to the '432
patent, which we dispute was a basis on which to object in the first instance, was being
handled by Akin Gump -- not Finnegan.  We have confirmed that Finnegan does not represent
Elan in any capacity, and expect you to immeidately withdraw your objection, especially
now that you have unreasonably wasted another full day.
Please advise immediately whether you will:  (1) withdraw your objection; and (3) agree to
an extension as requested in my e-mail.

Regards,

Denise

_____

From: Brothers, Kenneth [mailto:BrothersK@dicksteinshapiro.com]
Sent: Wednesday, June 07, 2006 10:27 AM
To: DeMory, Denise

3

Cc: Barbisch, Rebecca; Weinstein, Michael; Hoffman, Gary; Allen, DeAnna
Subject: RE: Van Horn Objection


Denise:

The objection was properly made.  Even now, we do not know whether the Finnigan firm still
represents Elan.  Please advise us of whether it does, and if so, in what capacity.  We
will then advise you of our position.

Regards, Ken

    -----Original Message-----
    From: DeMory, Denise [mailto:demoryd@Howrey.com]
    Sent: Wed 6/7/2006 1:09 AM
    To: Brothers, Kenneth
    Cc: Barbisch, Rebecca; Weinstein, Michael; Hoffman, Gary; Allen, DeAnna
    Subject: Van Horn Objection

Dear Ken:

We have learned that not only the timing and the substance of your objection to Mr. Van
Horn were an abusive litigation tactic, but in addition that you knew that your claims
were false at the time they were made.  Mr. Yitai Hu, the lawyer who wrote the first
letter on behalf of Elan in 2003 (which you attached to your letter) moved to Akin Gump in
2004.   Since that time, you and your client certainly have been made
aware that Finnegan no longer represents Elan.  Indeed, although you attached a Synopsys
labeled version of the 2003 Finnegan letter, on April 13, 2006, you produced the 2003
Finngan letter as RCL 11487, and the next document in order, RCL 11488, shows that Akin
Gump now represents Elan. The Ricoh produced letters are attached hereto.  In addition, in
a letter you likely drafted, your client wrote to Elan in a letter addressed to Akin Gump
as recently as February of 2006.  See RCL 11491.  Moroever, Mr. Van Horn has confirmed
that Finnegan has done not work for Elan since January 2004.  In view of the foregoing, we
request that you immediately withdraw your objection to Mr. Van Horn, and stipulate that
we can have an additional five days to do his report commensurate with the time it has
taken us to resolve your bogus objection, or we will immediately bring this matter to the
attention of
the Court.  We will expect to hear from you by no later than 12:00 p.m.
PST tomorrow.

Regards,

Denise De Mory


<<RCL011491.pdf>> <<RCL011488.pdf>> <<RCL011487.pdf>>



------------------------------------------------------------------------
------------------------
This email and any attachments contain information from the law firm of Howrey LLP, which
may be confidential and/or privileged.
The information is intended to be for the use of the individual or entity named on this
email.
If you are not the intended recipient, be aware that any disclosure, copying, distribution
or use of the contents of this email is prohibited.
If you receive this email in error, please notify us by reply email immediately so that we
can arrange for the retrieval of the original documents at no cost to you.


-------------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for

4

the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to
postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
=====================================================================
======


---------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network. If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to
postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
=====================================================================
======



---------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for the use of the addressee(s) named above. This communication may contain material protected by attorney-client, work product, or other privileges. If you are not the intended recipient or person responsible for delivering this confidential communication to the intended recipient, you have received this communication in error, and any review, use, dissemination, forwarding, printing, copying, or other distribution of this e-mail message and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to monitor any communication that is created, received, or sent on its network.  If you have received this confidential communication in error, please notify the sender immediately by reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to
postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
=====================================================================
======

---------------------------------------------------------
This e-mail message and any attached files are confidential and are intended solely for
the use of the addressee(s) named above. This communication may contain material protected
by attorney-client, work product, or other privileges. If you are not the intended
recipient or person responsible for delivering this confidential communication to the
intended recipient, you have received this communication in error, and any review, use,
dissemination, forwarding, printing, copying, or other distribution of this e-mail message
and any attached files is strictly prohibited. Dickstein Shapiro reserves the right to
monitor any communication that is created, received, or sent on its network.  If you have
received this confidential communication in error, please notify the sender immediately by
reply e-mail message and permanently delete the original message.

To reply to our email administrator directly, send an email to
postmaster@dicksteinshapiro.com

Dickstein Shapiro Morin & Oshinsky LLP
http://www.DicksteinShapiro.com
==============================================================================