UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>RICOH COMPANY, LTD.,<br><br>            Defendants.<br>_____/<br><br>RICOH COMPANY, LTD.,<br><br>            Plaintiff,<br><br>     v.<br><br>AEROFLEX INCORPORATED, ET AL.,<br><br>            Defendants.<br>_____/ | Case No. C-03-2289 MJJ (JCS) and<br>Case No. C-03-4669 MJJ (JCS)<br><br>**NOTICE AND ORDER SETTING<br>FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Further Settlement Conference has been scheduled for **October 30, 2006, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Further Settlement Conference with the parties. In addition, Dr. de Geus, Mr. Cabrera, Mr. Nonaka, and Mr. Takiguchi shall also attend the Settlement Conference.

**Each party shall prepare an updated Settlement Conference Statement, which must be lodged with Chambers no later than October 23, 2006.** The Statement should **not** be electronically filed, and need not be served on opposing counsel.

1  The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to
2  the date set for the Further Settlement Conference. All other provisions of this Court's original
3  Notice and Settlement Conference Order remain in effect.
4  IT IS SO ORDERED.

6  Dated: June 8, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California