| | |
|---|---|
| Gary M. Hoffman (*Pro Hac Vice*) | Teresa M. Corbin (SBN 132360) |
| Kenneth W. Brothers (*Pro Hac Vice*) | Denise DeMory |
| DICKSTEIN SHAPIRO MORIN | HOWREY LLP |
|   & OSHINSKY, LLP | 525 Market Street |
| 2101 L Street, NW | Suite 3600 |
| Washington, DC 20037-1526 | San Francisco, CA 94105 |
| Phone (202) 785-9700 | Phone (415) 848-4900 |
| Fax (202) 887-0689 | Attorneys for Defendants and Synopsys, Inc. |

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC., <br><br>        Plaintiff, <br><br>  v. <br><br>RICOH COMPANY, LTD., <br><br>        Defendant. | **CASE NO. C-03-2289-MJJ** <br><br> **CASE NO. C-03-4669-MJJ** |
| RICOH COMPANY, LTD., <br><br>        Plaintiff, <br><br>  v. <br><br>AEROFLEX INCORPORATED, et al., <br><br>        Defendants | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' NOTICE OF MOTION AND CORRECTED MOTION TO COMPEL DISCOVERY** |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANTS' NOTICE OF MOTION AND CORRECTED MOTION TO COMPEL DISCOVERY

2098707.01

1  Ricoh Company, Ltd., Synopsys, Inc., and Defendants Aeroflex, Inc., et al. (collectively "the
2  Parties"), hereby stipulate to the following briefing schedule on Defendants' Notice Of Motion And
3  Corrected Motion To Compel Discovery.  Ricoh shall submit its brief in opposition by no later than 10 am
4  Pacific Time on Wednesday, June 14, 2006.  Defendants shall submit their reply by no later than Friday,
5  June 16, 2006.  The Court shall advise the parties of when it will schedule a hearing.

Dated:  June 9, 2006                DICKSTEIN SHAPIRO MORIN & OSHINSKY

By:  /s/ Kenneth W. Brothers
     Gary M. Hoffman
     Kenneth W. Brothers
     Attorneys for Ricoh Company, Ltd.

Dated: June 9, 2006                 HOWREY, LLP

By:  /s/ Denise De Mory
     Teresa M. Corbin
     Denise De Mory
     Attorneys for Defendants and Synopys

SO ORDERED:

By: _____
    United States Magistrate Judge

Dated:  June __, 2006