**United States District Court**
**For the Northern District of California**

1
2
3
4
5                               UNITED STATES DISTRICT COURT
6                              NORTHERN DISTRICT OF CALIFORNIA
7
8    SYNOPSYS, INC.,                              No. C-03-2289 MJJ (EMC)
9               Plaintiff,                        No. C-03-4669 MJJ (EMC)
10         v.
11   RICOH CO., LTD.,                             **ORDER SETTING BRIEFING SCHEDULE FOR (1) DEFENDANTS' MOTION TO COMPEL AND (2) PLAINTIFF'S MOTION TO QUASH**
12              Defendant.
                                           /
13   RICOH CO., LTD.,
14              Plaintiff,
15         v.
16   AEROFLEX, et al.,
17              Defendants.
18                                         /
19
20
21         On June 7, 2006, Synopsys and the Customer Defendants (for purposes of convenience,
22   collectively "Defendants") filed a motion to compel discovery, and Ricoh a motion to quash. The
23   parties orally informed the Court that they have agreed upon the following briefing schedule for the
24   above motions: Opposition briefs shall be filed by June 16, 2006, and reply briefs by June 21, 2006.
25   The Court hereby adopts that briefing schedule.
26   ///
27   ///
28   ///

1  The Court has advised the parties that, although the above briefing schedule has been set, it
2  still expects the parties to further meet and confer to see if they can reach agreement on the discovery
3  disputes raised in the motions. The parties have also been advised that, even after briefing, the Court
4  may still order a further meet and confer. Such a meet and confer would take place on June 26,
5  2006, at the U.S. District Court courthouse, and the participation of *lead trial counsel* would be
6  required.

8  IT IS SO ORDERED.

10  Dated: June 13, 2006

EDWARD M. CHEN
United States Magistrate Judge

2