## In the United States District Court
## for the Northern District of California
## Magistrate Judge Edward M. Chen

_____   **CIVIL MINUTES**                    **E-FILING**

**Date:** June 14, 2006                              **FTR Time:** 11:08-11:19a
                                                     **Court Reporter:** Connie Kuhl
**Case No. and Name:** C03-4669 MJJ (EMC)   Ricoh v. Aeroflex        (415) 431-2020
                      C03-2289 MJJ (EMC)   Synopsys v. Ricoh

  **Attorneys:**   Denise DeMory for Plaintiff Synopsys
                   Kenneth Brothers for Defendant Ricoh


  **Deputy Clerk:** Betty Fong


| PROCEEDINGS: | ORDERED AFTER HEARING: |
|---|---|
| - PLAINTIFF'S MOTION TO COMPEL ACCESS TO INFORMATION ALLEGEDLY COVERED BY THE PROTECTIVE ORDER | - Plaintiff's motion is granted. The Court grants both parties four (4) days within which to complete and exchange their expert and expert rebuttal reports. The Court denies without prejudice defendants' motion to de-designate four (4) documents previously designated by Plaintiff as confidential. Parties shall meet and confer to work out limited disclosure of documents in those individuals identified by Defendants as needed to further their defense. |

**Order to be prepared by:**   [ ] Plntf  [ ] Deft  [x] Court

**Case continued to:**

cc: EMC