1 | Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
2 | Eric Oliver (*Pro Hac Vice*)
DeAnna Allen (*Pro Hac Vice*)
3 | DICKSTEIN SHAPIRO MORIN & OSHINSKY, LLP
2101 L Street, N.W.
4 | Washington, D.C.  20037-1526
Telephone:  (202) 785-9700
5 | Facsimile:  (202) 887-0689

6 | Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
7 | 1177 Avenue of the Americas
New York, New York  10036-2714
8 | Telephone: (212) 277-6500
Facsimile: (212) 277-6501

9 |
Jeffrey B. Demain (SBN 126715)
10 | Jonathan Weissglass (SBN 185008)
ALTSHULER, BERZON, NUSSBAUM,
11 |  RUBIN & DEMAIN
177 Post Street, Suite 300
12 | San Francisco, California  94108
Phone:  (415) 421-7151
13 | Fax:  (415) 362-8064

14 | Attorneys for Ricoh Company, Ltd.

15 | UNITED STATES DISTRICT COURT
16 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., | **Case No.  C-03-4669 MJJ** |
| Plaintiff, | |
| vs. | **Case No.  C-03-2289 MJJ** |
| AEROFLEX INC., et al., | |
| Defendants. | **NOTICE OF CHANGE OF ADDRESS** |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

Case Nos. C03-4669 MJJ and C03-2289 MJJ   Page 1
NOTICE OF CHANGE OF ADDRESS

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT the New York office of Dickstein Shapiro Morin & Oshinsky LLP has changed its phone and fax numbers as of June 5, 2006 to the following: Telephone: (212) 277-6500; Facsimile: (212) 277-6501.

In addition, the Washington, D.C. office of Dickstein Shapiro Morin & Oshinsky will change its address, phone and fax numbers to the following on July 10, 2006: 1825 Eye Street NW, Washington, DC 20006, Telephone: (202) 420-2200, Facsimile: (202) 420-2201.

Respectfully submitted,

Dated: June 15, 2006

Gary M. Hoffman
Kenneth W. Brothers
Eric Oliver
DeAnna Allen
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689

Edward A. Meilman
DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM,
    RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone: (415) 421-7151
Fax: (415) 362-8064

By: _____/s/_____
    Jonathan Weissglass

Attorneys for Plaintiff/Defendant Ricoh Company, Ltd.