**United States District Court**

**For the Northern District of California**

| | |
|---|---|
| SYNOPSYS, INC., | No. C-03-2289 MJJ (EMC) |
| Plaintiff, | No. C-03-4669 MJJ (EMC) |
| v. | |
| RICOH CO., LTD., | **ORDER GRANTING SYNOPSYS' AND CUSTOMER DEFENDANTS' ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| Defendant. | |
| RICOH CO., LTD., | **(Docket No. 331 in No. C-03-2289; Docket No. 468 in No. C-03-4669)** |
| Plaintiff, | |
| v. | |
| AEROFLEX, et al., | |
| Defendants. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Synopsys and the Customer Defendants have filed an administrative motion, asking that Exhibits 3-6 of the De Mory Declaration be filed under seal.

///
///
///
///

1   The Court hereby GRANTS the motion. Consistent with the Court's order of June 14, 2006, the Court does not preclude Synopsys and the Customer Defendants from later seeking de-designation of the documents.

   IT IS SO ORDERED.

Dated: June 16, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge