**United States District Court**

**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-03-2289 MJJ (EMC) |
| Plaintiff, | No. C-03-4669 MJJ (EMC) |
| v. | |
| RICOH CO., LTD., | **ORDER PROVISIONALLY GRANTING SYNOPSYS' AND CUSTOMER DEFENDANTS' ADMINISTRATIVE MOTION FOR A SEALING ORDER** |
| Defendant.                    / | |
| RICOH CO., LTD., | **(Docket No. 343 in No. C-03-2289; Docket No. 480 in No. C-03-4669)** |
| Plaintiff, | |
| v. | |
| AEROFLEX, et al., | |
| Defendants.                    / | |

    Synopsys and the Customer Defendants have filed an administrative motion, asking that Exhibits 1-3 of the De Mory Declaration be filed under seal. Such documents have been designated confidential by Ricoh.

    Based on the Court's review of the documents at issue, the Court questions whether the documents at issue contain confidential information justifying a filing under seal. The Court therefore orders Ricoh to file a declaration explaining why there is good cause to seal the exhibits. The declaration shall be filed on or before June 23, 2006. Said declaration may be filed under seal.

1  In the meantime, the Court will provisionally grant Synopsys and the Customer Defendants' request,
2  pending receipt of the declaration and final ruling thereon.
3      Accordingly, the Court hereby provisionally GRANTS the request to file under seal and
4  orders that Exhibits 1-3 attached to the De Mory Declaration be filed under seal.
5      The Court further orders Ricoh to file under seal a declaration as described above on or
6  before June 23, 2006.

8      IT IS SO ORDERED.

10 Dated: June 16, 2006

                                                        EDWARD M. CHEN
                                                        United States Magistrate Judge

**United States District Court**
For the Northern District of California