1 | Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
2 | Jaclyn C. Fink (SBN 217913)
HOWREY LLP
3 | 525 Market Street, Suite 3600
San Francisco, California 94105
4 | Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff Synopsys and Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. <br><br> Defendants. | Case No. C03-4669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL <br> (Civil L.R. 79-5(d)) <br><br> Judge: Hon. Edward M. Chen |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | |

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8357022.v1

1    Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this
2 administrative motion for an order to file under seal the following documents being lodged with the
3 Clerk of the Court on June 16, 2006:

4    1.    Exhibit H to the Declaration of Ethan B. Andelman in Support of Opposition to
5 Plaintiff's Motion to Quash Trial Subpoenas, a true and correct copy of sections from Volume II of the
6 deposition transcript of Dr. Kobayashi.

7    2.    Exhibit I to the Declaration of Ethan B. Andelman in Support of Opposition to
8 Plaintiff's Motion to Quash Trial Subpoenas, a true and correct copy of sections from Volume III of
9 the deposition transcript of Dr. Kobayashi.

10    3.    Exhibit M to the Declaration of Ethan B. Andelman in Support of Opposition to
11 Plaintiff's Motion to Quash Trial Subpoenas, a true and correct copy the Assignment between Dr.
12 Hideaki Kobayashi and Masahiro Shindo bearing document control numbers RCL000603 -
13 .RCL000605.

14    The only allegedly confidential information attached to or contained within these documents is
15 information designated as such by Ricoh Company, Ltd. ("Ricoh").  Thus, pursuant to Civil L.R. 79-
16 5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is
17 sealable and (ii) a proposed order.

18 Dated:  June 16, 2006            Respectfully submitted,

19                     HOWREY LLP

20 By:                     /s/*Denise M. De Mory*
                        Denise M. De Mory
21                     Attorneys for Plaintiff SYNOPSYS, INC. and
                    for Defendants AEROFLEX
22                    INCORPORATED, AEROFLEX COLORADO
                    SPRINGS, INC., AMI SEMICONDUCTOR,
23                    INC., MATROX ELECTRONIC SYSTEMS,
                    LTD., MATROX GRAPHICS, INC.,
24                    MATROX INTERNATIONAL CORP., and
                    MATROX TECH, INC.