Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX ET AL, <br><br> Defendants. | **CASE NO. CV 03-4669 MJJ (EMC)** <br><br> **ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** <br> **(Civil L.R. 79-5(d))** <br><br> **Judge: Hon. Edward M. Chen** |

Pursuant to Civil L.R. 7-11, Ricoh hereby brings this administrative motion for an order to file under seal the following documents being lodged with the Clerk of the Court on June 16, 2006:

1. Exhibit 1 to the Declaration of Michael Weinstein in Support of Ricoh's Notice of Motion and Motion to Compel Against Matrox Defendants, rough deposition transcript of Eric Boisvert dated 6/6/06.

2. Exhibit 2 to the Declaration of Michael Weinstein in Support of Ricoh's Notice of Motion and Motion to Compel Against Matrox Defendants, rough deposition transcript of David Chiappini dated 6/7/06.

The only allegedly confidential information attached to or contained within these documents is information designated as such by Synopsys and/or the Aeroflex et al. defendants. Thus, pursuant to Civil L.R. 79-5(d), Synopsys and/or the Aeroflex et al. defendants are to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

Dated: June 16, 2006

By: /s/ Michael A. Weinstein

Gary M. Hoffman
Kenneth W. Brothers
Michael A. Weinstein
DICKSTEIN SHAPIRO MORIN &
   OSHINSKY LLP
2101 L Street NW
Washington, D.C. 20037-1526
Telephone: (202) 785-9700
Facsimile: (202) 887-0689


Edward A. Meilman
DICKSTEIN SHAPIRO MORIN &
   OSHINSKY LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 896-5471
Facsimile: (212) 997-9880


Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
Altshuler, Berzon, Nussbaum, Rubin & Demain
177 Post Street, Suite 300

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

San Francisco, California 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Ricoh Company, Ltd.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | ) |
| Plaintiff, | ) Case No. C-03-4669-MJJ (EMC) |
| v. | ) |
| AEROFLEX ET AL., | ) CERTIFICATE OF SERVICE |
| Defendants. | ) |

I am employed in Washington, District of Columbia. I am over the age of eighteen (18) years and not a party to the within action; my business address is 2101 L Street, NW, Washington, DC, 20037.

On June 16, 2006, I served **EXHIBITS 1 & 2 (DOCUMENTS SUBMITTED UNDER SEAL) TO THE DECLARATION OF MICHAEL A. WEINSTEIN IN SUPPORT OF RICOH'S NOTICE OF MOTION AND MOTION TO COMPEL AGAINST MATROX DEFENDANTS** on the parties, through their attorneys of record, by sending true copies thereof to the e-mail addresses listed below:

Terry Corbin, Esq.
CorbinT@Howrey.com

Jacky Fink, Esq.
FinkJ@Howrey.com

Denise De Mory, Esq.
DeMoryD@Howrey.com

I declare that I am employed in the office of a member *pro hac vice* of the Bar of this Court at whose direction this service was made.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Washington, D.C. on June 16, 2006.

_____
Solomon Seyoum

2069126.01