UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., </br>    Plaintiff, </br> vs. </br> AEROFLEX INCORPORATED, et al., </br>    Defendants </br> SYNOPSYS, INC., </br>    Plaintiff, </br> vs. </br> RICOH COMPANY, LTD., </br>    Defendant. | **CASE NO. C-03-4669-MJJ (EMC)** </br></br> **CASE NO. C-03-2289-MJJ (EMC)** </br></br> **[PROPOSED] ORDER DENYING DEFENDANTS' CORRECTED MOTION TO COMPEL DISCOVERY** |

Upon consideration of DEFENDANTS' CORRECTED MOTION TO COMPEL DISCOVERY, and supporting evidence, Plaintiff's Opposition, and supporting evidence, and any reply and additional argument, and having conducted a hearing on the motions, and the Court being fully advised of the premises, the Court hereby DENYS DEFENDANTS' CORRECTED MOTION TO COMPEL DISCOVERY.

IT IS SO ORDERED.

DATED: _____     _____
                                    The Honorable Edward Chen
                                    Magistrate Judge, United States District Court

2102409.01