Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
 & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX ET AL, <br><br> Defendants. | **CASE NO. CV 03-4669 MJJ (EMC)** <br> **CASE NO. CV 03-2289 MJJ (EMC)** <br><br> **MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | |

Ricoh files this Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11 to request permission to file under seal the following 8 Exhibits:

1.      Ricoh's Responses to Matrox Tech.'s  Second Set of Interrogatories (Exhibit 2 to the Declaration of Kenneth W. Brothers).

2.      Ricoh's Restated Responses to Matrox International Corp.'s Third Set of Interrogatories (Exhibit 4 to the Declaration of Kenneth W. Brothers).

3.      Ricoh's Restated Responses to AMI Semiconductor Inc.'s Third Set of Interrogatories (Exhibit 6 to the Declaration of Kenneth W. Brothers).

4.      Ricoh's Restated Responses to Aeroflex Inc.'s Second Set of Interrogatories (Exhibit 7 to the Declaration of Kenneth W. Brothers).

5.      Ricoh's Restated Responses to Aeroflex Colorado Inc.'s Second Set of Interrogatories (Exhibit 8 to the Declaration of Kenneth W. Brothers).

6.      Ricoh's Restated Responses to Matrox Graphics Inc.'s Second Set of Interrogatories (Exhibit 9 to the Declaration of Kenneth W. Brothers).

7.      Ricoh's Restated Responses to Matrox Electronic Systems Ltd.'s Second Set of Interrogatories (Exhibit 10 to the Declaration of Kenneth W. Brothers).

8.      Plaintiff's deposition exhibits 245 (SP22701), 246 (SP22700) and 247 (DEF071902-906) (Exhibit 15 to the Declaration of Kenneth W. Brothers)

Because the above documents include or refer to materials produced in discovery and designated confidential, this request was made pursuant to the Stipulated Protective Order in this action.

Dated: June 16, 2006                         Respectfully submitted,

                                             Ricoh Company, Ltd.

                                             By: /s/ Ken Brothers

                                             Gary M. Hoffman
                                             Ken Brothers
                                             Michael A. Weinstein
                                             DICKSTEIN SHAPIRO MORIN &
                                                  OSHINSKY  LLP
                                             2101 L Street NW
                                             Washington, D.C.  20037-1526
                                             Telephone: (202) 785-9700

CASE NOS. CV 03-4669 MJJ  (EMC) AND CV 03-2289 MJJ  (EMC)  Page 2
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL

2042473.01

1    Facsimile: (202) 887-0689

2    Edward A. Meilman
3    DICKSTEIN SHAPIRO MORIN &
         OSHINSKY  LLP
4    1177 Avenue of the Americas
     New York, New York  10036
5    Telephone:  (212) 896-5471
     Facsimile:  (212) 997-9880
6
7    Jeffrey B. Demain, State Bar No. 126715
     Jonathan Weissglass, State Bar No. 185008
8    Altshuler, Berzon, Nussbaum, Rubin & Demain
     177 Post Street, Suite 300
9    San Francisco, California  94108
     Phone:  (415) 421-7151
10   Fax:  (415) 362-8064

11   Attorneys for Ricoh Company, Ltd.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NOS. CV 03-4669 MJJ  (EMC) AND CV 03-2289 MJJ  (EMC)  Page 3
MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL

2042473.01

Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
2101 L Street, NW
Washington, DC  20037-1526
Phone (202) 785-9700
Fax (202) 887-0689

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| RICOH COMPANY, LTD.,<br><br>          Plaintiff,<br><br>     vs.<br><br>AEROFLEX ET AL,<br><br>          Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CASE NO. CV 03-4669 MJJ (EMC)**<br>**CASE NO. CV 03-2289 MJJ (EMC)**<br><br>**[PROPOSED] ORDER GRANTING MISCELLANEOUS ADMINISTRATIVE REQUEST TO FILE CERTAIN DOCUMENTS AND EXHIBITS UNDER SEAL** |
| SYNOPSYS, INC.,<br><br>          Plaintiff,<br><br>     vs.<br><br>RICOH COMPANY, LTD.,<br><br>          Defendants.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |  |

Ricoh filed a Miscellaneous Administrative Request pursuant to Civil Local Rule 7-11, and request permission to file under seal the following 8 Exhibits:

1.      Ricoh's Responses to Matrox Tech.'s  Second Set of Interrogatories (Exhibit 2 to the Declaration of Kenneth W. Brothers).

2.      Ricoh's Restated Responses to Matrox International Corp.'s Third Set of Interrogatories (Exhibit 4 to the Declaration of Kenneth W. Brothers).

3.      Ricoh's Restated Responses to AMI Semiconductor Inc.'s Third Set of Interrogatories (Exhibit 6 to the Declaration of Kenneth W. Brothers).

4.      Ricoh's Restated Responses to Aeroflex Inc.'s Second Set of Interrogatories (Exhibit 7 to the Declaration of Kenneth W. Brothers).

5.      Ricoh's Restated Responses to Aeroflex Colorado Inc.'s Second Set of Interrogatories (Exhibit 8 to the Declaration of Kenneth W. Brothers).

6.      Ricoh's Restated Responses to Matrox Graphics Inc.'s Second Set of Interrogatories (Exhibit 9 to the Declaration of Kenneth W. Brothers).

7.      Ricoh's Restated Responses to Matrox Electronic Systems Ltd.'s Second Set of Interrogatories (Exhibit 10 to the Declaration of Kenneth W. Brothers).

8.      Plaintiff's deposition exhibits 245 (SP22701), 246 (SP22700) and 247 (DEF071902-906) (Exhibit 15 to the Declaration of Kenneth W. Brothers)

Because the above documents may include or refer to materials produced in discovery and designated confidential, this request is made pursuant to the Stipulated Protective Order entered in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.


Dated: _____          _____

                                        The Honorable Edward M. Chen
                                        Magistrate Judge, United States District Court