1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 | RICOH COMPANY, LTD.,              | Case No. C03-4669 MJJ (EMC)
13 |        Plaintiff,                 | Case No. C03-2289 MJJ (EMC)
14 |   vs.                             | ADMINISTRATIVE MOTION FOR A
                                         SEALING ORDER
15 | AEROFLEX INCORPORATED, AMI        | (Civil L.R. 79-5(d))
     SEMICONDUCTOR, INC., MATROX
16 | ELECTRONIC SYSTEMS LTD., MATROX   | Judge: Hon. Edward M. Chen
     GRAPHICS INC., MATROX
17 | INTERNATIONAL CORP., MATROX TECH,
     INC., AND AEROFLEX COLORADO
18 | SPRINGS, INC.

19 |        Defendants.

20 | SYNOPSYS, INC.,

21 |        Plaintiff,

22 |   vs.

23 | RICOH COMPANY, LTD.,

24 |        Defendant.

25
26
27
28

Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this administrative motion for an order to file under seal the following documents being lodged this day with the Clerk of the Court:

1. Exhibit 2 to Supplemental De Mory Declaration (selected excerpts from Takada testimony).
2. Exhibit 7 to Supplemental De Mory Declaration (RCL documents).
3. Exhibit 8 to Supplemental De Mory Declaration (selected excerpts from Oka testimony).
4. Exhibit 13 to Supplemental De Mory Declaration (selected excerpts from Kobayashi testimony).
5. Exhibit 23 to Supplemental De Mory Declaration (KBSC documents).
6. Selected portions of the Reply that quote deposition testimony and discovery responses.

The only allegedly confidential information attached to or contained within these documents is information designated as such by Ricoh Company, Ltd. ("Ricoh"). Thus, pursuant to Civil L.R. 79-5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is sealable and (ii) a proposed order.

Dated: June 21, 2006

Respectfully submitted,

HOWREY LLP

By: _____/s/Denise M. De Mory_____
Denise M. De Mory
Attorneys for Plaintiff
SYNOPSYS, INC. and for Defendants
AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS,
INC., AMI SEMICONDUCTOR, INC.,
MATROX ELECTRONIC SYSTEMS,
LTD., MATROX GRAPHICS, INC.,
MATROX INTERNATIONAL CORP.,
and MATROX TECH, INC.