1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
3  2101 L Street, NW
   Washington, DC  20037-1526
4  Phone (202) 785-9700
   Fax (202) 887-0689
5
   Edward A. Meilman (*Pro Hac Vice*)
6  DICKSTEIN SHAPIRO MORIN
     & OSHINSKY, LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 835-1400
   Fax (212) 997-9880
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Plaintiff Ricoh Company, Ltd.
14

   Teresa M. Corbin (SBN 132360)
   Denise DeMory
   HOWREY LLP
   525 Market Street
   Suite 3600
   San Francisco, CA  94105
   Phone (415) 848-4900
   Attorneys for Defendants and Synopsys, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　Defendant. | **CASE NO. C-03-2289-MJJ**<br><br>**CASE NO. C-03-4669-MJJ** |
| RICOH COMPANY, LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>　　　　Defendants | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO COMPEL DISCOVERY AGAINST MATROX DEFENDANTS** |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO COMPEL DISCOVERY AGAINST MATROX DEFENDANTS

2105906.01

1   Ricoh Company, Ltd., Synopsys, Inc., and Defendants Aeroflex, Inc., et al. (collectively "the
2   Parties"), hereby stipulate to the following briefing schedule on Ricoh's Notice Of Motion And Motion To
3   Compel Discovery Against the Matrox Defendants.  Defendants shall file their opposition to the motion by
4   Friday, June 23, 2006.  Ricoh's reply brief shall be filed by Wednesday, June 28, 2006.  The Court will
5   establish a time for the hearing, which may be conducted telephonically.

Dated:  June 23, 2006                    DICKSTEIN SHAPIRO MORIN & OSHINSKY

By:   /s/ Kenneth W. Brothers
      Gary M. Hoffman
      Kenneth W. Brothers
      Attorneys for Ricoh Company, Ltd.

Dated: June 23, 2006                     HOWREY, LLP

By:   /s/ Denise De Mory
      Teresa M. Corbin
      Denise De Mory
      Attorneys for Defendants and Synopys

SO ORDERED:

By:   _____
      United States Magistrate Judge

Dated:  June __, 2006

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO
COMPEL DISCOVERY AGAINST MATROX DEFENDANTS

2105906.01