| | |
|---|---|
| Gary M. Hoffman (*Pro Hac Vice*)<br>Kenneth W. Brothers (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO MORIN<br>  & OSHINSKY, LLP<br>2101 L Street, NW<br>Washington, DC  20037-1526<br>Phone (202) 785-9700<br>Fax (202) 887-0689 | Teresa M. Corbin (SBN 132360)<br>Denise DeMory<br>HOWREY LLP<br>525 Market Street<br>Suite 3600<br>San Francisco, CA  94105<br>Phone (415) 848-4900<br>Attorneys for Defendants and Synopsys, Inc. |

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO MORIN
  & OSHINSKY, LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 835-1400
Fax (212) 997-9880

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Plaintiff Ricoh Company, Ltd.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>RICOH COMPANY, LTD.,<br><br>        Defendant. | **CASE NO. C-03-2289-MJJ**<br><br>**CASE NO. C-03-4669-MJJ** |
| RICOH COMPANY, LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>        Defendants | **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO COMPEL DISCOVERY AGAINST MATROX DEFENDANTS** |

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO COMPEL DISCOVERY AGAINST MATROX DEFENDANTS

2105906.01

1  Ricoh Company, Ltd., Synopsys, Inc., and Defendants Aeroflex, Inc., et al. (collectively "the
2  Parties"), hereby stipulate to the following briefing schedule on Ricoh's Notice Of Motion And Motion To
3  Compel Discovery Against the Matrox Defendants.  Defendants shall file their opposition to the motion by
4  Friday, June 23, 2006.  Ricoh's reply brief shall be filed by Wednesday, June 28, 2006.  The Court will
5  establish a time for the hearing, which may be conducted telephonically.

7  Dated:  June 23, 2006  DICKSTEIN SHAPIRO MORIN & OSHINSKY

9
10  By:  /s/ Kenneth W. Brothers
       Gary M. Hoffman
11     Kenneth W. Brothers
       Attorneys for Ricoh Company, Ltd.

12  Dated: June 23, 2006  HOWREY, LLP

15  By:  /s/ Denise De Mory
       Teresa M. Corbin
16     Denise De Mory
       Attorneys for Defendants and Synopys

17  SO ORDERED:

19  By: _____
20      United States Judge Edward M. Chen

        IT IS SO ORDERED

21  Dated:  June 27, 2006

STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON RICOH'S MOTION TO
COMPEL DISCOVERY AGAINST MATROX DEFENDANTS

2105906.01