UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH CO., LTD., | No. C-03-4669 MJJ (EMC) |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| AEROFLEX, et al., | |
| Defendants. | **(Docket No. 501)** |

_____/

Ricoh has filed an administrative motion, asking that two documents be filed under seal, namely, Exhibits 1 and 2 attached to the Weinstein declaration in support of Ricoh's motion to compel. Such documents have been designated confidential by Synopsys and/or the Customer Defendants. The Court hereby GRANTS the request to file under seal.

This order disposes of Docket No. 501.

IT IS SO ORDERED.

Dated: June 29, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge