| | |
|---|---|
| 1 | GARY M. HOFFMAN, *admitted pro hac vice*<br>KENNETH W. BROTHERS, *admitted pro hac vice* |
| 2 | ERIC OLIVER, *admitted pro hac vice*<br>DEANNA ALLEN, *admitted pro hac vice* |
| 3 | Dickstein Shapiro, LLP<br>1825 Eye Street, NW |
| 4 | Washington, DC 20006,<br>Telephone:    (202) 420-2200 |
| 5 | Facsimile:    (202) 420-2201 |
| 6 | EDWARD A. MEILMAN, *admitted pro hac vice* |
|   | Dickstein Shapiro, LLP |
| 7 | 1177 Avenue of the Americas<br>New York, New York 10036-2714 |
| 8 | Telephone:    (212) 277-6500<br>Facsimile:    (212) 277-6501 |
| 9 | |
| 10 | JEFFREY B. DEMAIN, State Bar No. 126715<br>JONATHAN WEISSGLASS, State Bar No. 185008 |
|   | Altshuler, Berzon, Nussbaum, Rubin & Demain |
| 11 | 177 Post Street, Suite 300<br>San Francisco, California 94108 |
| 12 | Telephone:    (415) 421-7151<br>Facsimile:    (415) 362-8064 |
| 13 | |
|   | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICOH COMPANY, LTD., | ) | Case No. C03-02289 MJJ |
| Plaintiff, | ) | Case No. C03-04669 MJJ |
| vs. | ) | **DECLARATION OF ABBY PHELPS RE: JULY 5, 2006 ORDER RE JOINT LETTER OF JUNE 30, 2006** |
| AEROFLEX INC., et al., | ) | |
| Defendants. | ) | |
| SYNOPSYS, INC., | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| RICOH COMPANY, LTD., | ) | |
| Defendant. | ) | |

DECLARATION OF ABBY PHELPS RE: JULY 5, 2006 ORDER RE JOINT LETTER OF JUNE 30, 2006,
N.D. Cal. Case Nos. C03-02289 MJJ, C03-04669 MJJ

I, Abby Phelps, hereby declare as follows:

1. I am a litigation assistant at Altshuler, Berzon, Nussbaum, Rubin & Demain. I have personal knowledge of the facts set forth in this declaration and would competently testify to them under oath if called as a witness.

2. I, accompanied by Brian Bershader, went to a storage unit in Mountain View, California, on three occasions. There, I reviewed what Mr. Bershader told me were all of the items in the storage unit belonging to Dr. Hideaki Kobayashi. I sent a total of 60 boxes via Federal Express to Mr. Gary M. Hoffman at Dickstein Shapiro, LLP, in Washington, D.C.

3. On July 10, 2006, I sent a first set of 27 boxes, which consisted of 26 sealed boxes that had been sent from Dickstein Shapiro and that I did not open, and one additional box. On July 14, 2006, I sent a second set consisting of 21 boxes. On July 17, 2006, I sent a third set of 12 boxes. Where it was possible to ship boxes without repacking them, I sent the boxes as I found them. Some oversized or damaged boxes needed to be repacked. Where a box that I was able to send without repacking contained both documents and non-documents, I sent the entire box including non-documents. If a box did not contain any documents or only manuals for electronic equipment, I did not send the box.

4. Other than the 60 boxes I sent, the storage unit contained only the following items, which I did not send: 18 boxes that contained such items as clothing, shoes, electronic equipment with manuals, dishes, and beverages, but no documents (excluding manuals for electronic equipment); several empty boxes; several framed prints and several unframed prints; a newspaper article regarding one of the prints; one framed patent; one large, empty water jug; a sealed package of unused envelopes; and six bags that Mr. Bershader told me belonged to him, not to Dr. Kobayashi.

I declare under penalty of perjury that the foregoing is true and correct. Executed July 19, 2006, at San Francisco, California.

                                  /s/ Abby Phelps
                                  Abby Phelps