UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-03-2289 MJJ (EMC) |
| Plaintiff, | No. C-03-4669 MJJ (EMC) |
| v. | |
| RICOH CO., LTD., | **ORDER GRANTING IN PART AND DENYING IN PART RICOH'S EX PARTE MOTION TO EXPEDITE** |
| Defendant. | |
| _____/ | **(Docket No. 411 in C-03-2289; Docket No. 548 in C-03-4669)** |
| RICOH CO., LTD., | |
| Plaintiff, | |
| v. | |
| AEROFLEX, et al., | |
| Defendants. | |
| _____/ | |

    Ricoh has filed a motion for a protective order, which it asks be heard on an expedited basis. The Court hereby GRANTS in part and DENIES in part the motion to expedite.

    The motion to expedite is denied to the extent that it asks for a hearing on August 18, 2006. Ricoh did not file the motion to expedite and motion for a protective order until after 5:00 p.m. on August 17, 2006. Therefore, a hearing on August 18, 2006, would not give Synopsys and the Customer Defendants ("Defendants") an adequate amount of time to respond, either to the motion to expedite or to the motion for a protective order. The motion to expedite, however, is granted in part because the three subpoenas at issue have a return date of August 18, 2006, so that there is need to

1 have the motion for a protective order heard on a more timely basis than the regular 35-day-notice
2 schedule.
3     Accordingly, the Court hereby stays enforcement of the subpoenas for 7 days and orders
4 Defendants to file an opposition to the motion for a protective order by August 22, 2006, at 5:00
5 p.m.  Unless the Court orders otherwise, there shall be no hearing on the motion and the Court shall
6 rule based on the papers only.

8     IT IS SO ORDERED.

10 Dated: August 18, 2006

    _____
    EDWARD M. CHEN
    United States Magistrate Judge

**United States District Court**
For the Northern District of California