| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
|   | Denise M. De Mory (SBN 168076) |
| 2 | Ethan B. Andelman (SBN 209101) |
|   | Jaclyn C. Fink (SBN 217913) |
| 3 | HOWREY LLP |
|   | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California 94105 |
|   | Telephone: (415) 848-4900 |
| 5 | Facsimile: (415) 848-4999 |
| 6 | Attorneys for Plaintiff SYNOPSYS, INC. |
|   | and for Defendants AEROFLEX INCORPORATED, |
| 7 | AMI SEMICONDUCTOR, INC., MATROX |
|   | ELECTRONIC SYSTEMS, LTD., MATROX |
| 8 | GRAPHICS, INC., MATROX INTERNATIONAL |
|   | CORP., MATROX TECH, INC., and |
| 9 | AEROFLEX COLORADO SPRINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| Plaintiff, | Case No. C03-02289 MJJ (EMC) |
| vs. | **DECLARATION OF MICHAEL J. WAGNER IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE SCOPE OF PATENT DAMAGES** |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | **FILED UNDER SEAL** |
| Defendants. | |
| SYNOPSYS, INC., | Date: September 26, 2006 |
| Plaintiff, | Time: 9:30 a.m. |
| vs. | Courtroom: 11, 19th Floor |
| RICOH COMPANY, LTD., | Judge: Martin J. Jenkins |
| Defendant. | |

**CONFIDENTIAL FILED UNDER SEAL
PURSUANT TO PROTECTIVE ORDER**

1   I, MICHAEL J. WAGNER, declare as follows:

2   1.   I am a Senior Advisor with CRA International. I have been retained on behalf of Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronics Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. to address damages issues related to the alleged infringement of U.S. Patent No. 4,922,432 ("the '432 patent") entitled "Knowledge Based Method and Apparatus for Designing Integrated Circuits Using Functional Specifications." I make this declaration of my personal knowledge, and if called as a witness, I could and would testify competently to the statements contained herein.

2.   On July 24, 2006, I submitted a report containing my conclusions on damage issues related to the alleged infringement of the '432 patent. The report I submitted set forth my conclusions regarding the appropriate royalty base and royalty rate should damages be awarded for infringement of the '432 patent.

3.   Exhibit 1 is a true and correct copy of excerpts of my report.

4.   There are _____ in sales of Matrox boards both designed and sold outside of the United States. Schedule 1 to this declaration explains these calculations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed at _Palo Alto, CA_ on August _18_, 2006 2006

By: _____
Michael J. Wagner

Case Nos. C03-2289MJJ (EMC)/C03.4469 MJJ (EMC)
DECLARATION OF MICHAEL J. WAGNER

DM_US\8378010.v1

# EXHIBIT 1 To Wagner Declaration Filed Under Seal Pursuant to Protective Order