1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Ethan B. Andelman (SBN 209101)
   Jaclyn C. Fink (SBN 217913)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile:  (415) 848-4999

6  Attorneys for Plaintiff SYNOPSYS, INC.
   and for Defendants AEROFLEX INCORPORATED,
7  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
8  GRAPHICS, INC., MATROX INTERNATIONAL
   CORP., MATROX TECH, INC., and
9  AEROFLEX COLORADO SPRINGS, INC.

10                 UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13  RICOH COMPANY, LTD.,            | Case No. C03-04669 MJJ (EMC)
14         Plaintiff,               | Case No. C03-02289 MJJ (EMC)
15     vs.                          | **DECLARATION OF DAVID CHIAPPINI IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE SCOPE OF PATENT DAMAGES FOR ALLEGED INFRINGEMENT OF U.S. PATENT NO. 4,922,432**
16  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX
17  GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND
18  AEROFLEX COLORADO SPRINGS, INC. | **FILED UNDER SEAL**
19         Defendants.              |
20  SYNOPSYS, INC.,                  | Date:    September 26, 2006
                                     | Time:    9:30 a.m.
21         Plaintiff,                | Courtroom: 11, 19th Floor
                                     | Judge:   Martin J. Jenkins
22     vs.
23  RICOH COMPANY, LTD.,
24         Defendant.

25
26           **CONFIDENTIAL FILED UNDER SEAL
              PURSUANT TO PROTECTIVE ORDER**
27
28

I, David Chiappini, declare as follows:

1. I am Project Director at Matrox Graphics ("Matrox"). I make this declaration of my personal knowledge, and if called as a witness, I could and would testify competently to the statements contained herein.

2. I have been employed by Matrox since 1994 and I have been in my current position since 2002. My general duties include supervising and managing the ASIC Group and all resources related thereto as well as foreseeing the ASIC development and tapeout on schedule. My general duties also require me to understand customer needs and demands regarding Matrox's products including graphic boards.

3. Matrox's use of the Synopsys Design Compiler system for logic synthesis is just one of at least 20 steps that must occur in order to create an ASIC. Matrox does not usually sell ASICs directly to its customers; Matrox sells graphics boards that have multiple components including an ASIC chip.

4. Generally, the cost of an ASIC ranges from $20 to $50, and the cost of the graphics boards that Matrox sells, ranges from hundreds of dollars to several thousands of dollars.

5. Matrox's use of the Synopsys Design Compiler system for logic synthesis to design an ASIC does not form the basis for customer demand for Matrox's graphics boards.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed at Dorval, Quebec, Canada, on August 18, 2006.

By: _____
David Chiappini

HOWREY LLP

Case Nos. C03-2289MJJ (EMC)/C03.4469 MJJ (EMC)
DECLARATION OF DAVID CHIAPPINI

DM_US\8378010.v1