1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Ethan B. Andelman (SBN 209101)
   Jaclyn C. Fink (SBN 217913)
3  HOWREY LLP
   525 Market Street, Suite 3600
4  San Francisco, California 94105
   Telephone: (415) 848-4900
5  Facsimile: (415) 848-4999

6  Attorneys for Plaintiff SYNOPSYS, INC.
   and for Defendants AEROFLEX INCORPORATED,
7  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
8  GRAPHICS, INC., MATROX INTERNATIONAL
   CORP., MATROX TECH, INC., and
9  AEROFLEX COLORADO SPRINGS, INC.

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13 RICOH COMPANY, LTD.,                    Case No. C03-04669 MJJ (EMC)

14        Plaintiff,                       Case No. C03-02289 MJJ (EMC)

15    vs.                                  **DECLARATION OF PETER MILLIKEN IN
                                           SUPPORT OF DEFENDANTS' MOTION FOR
16 AEROFLEX INCORPORATED, AMI              SUMMARY JUDGMENT REGARDING THE
   SEMICONDUCTOR, INC., MATROX             SCOPE OF PATENT DAMAGES FOR
   ELECTRONIC SYSTEMS LTD., MATROX         ALLEGED INFRINGEMENT OF U.S.
17 GRAPHICS INC., MATROX INTERNATIONAL     PATENT NO. 4,922,432**
   CORP., MATROX TECH, INC., AND
18 AEROFLEX COLORADO SPRINGS, INC.         **FILED UNDER SEAL**

19        Defendants.

20 SYNOPSYS, INC.,
                                           Date: September 26, 2006
21        Plaintiff,                       Time: 9:30 a.m.
                                           Courtroom: 11, 19th Floor
22    vs.                                  Judge: Martin J. Jenkins

23 RICOH COMPANY, LTD.,

24        Defendant.

25
                    **CONFIDENTIAL FILED UNDER SEAL
26                   PURSUANT TO PROTECTIVE ORDER**

27

28

HOWREY LLP

Case Nos. C03-2289MJJ (EMC)/C03.4469 MJJ (EMC)
DECLARATION OF Peter Milliken                                              DM_US\8378010.v1

I, PETER CRAIG MILLIKEN, declare as follows:

1. I am Director of Semi-Custom Products at Aeroflex Incorporated ("Aeroflex"). I make this declaration of my personal knowledge, and if called as a witness, I could and would testify competently to the statements contained herein.

2. I have been employed by Aeroflex since 1981 and I have been in my current position since 1997. My general duties include shipment reconciliation and revenue reconciliation. I regularly prepare financial schedules and sales summaries in the course of my employment with Aeroflex. I also negotiate with customers, make presentations to customers and help support customers. My general duties require me to understand customer needs and demands regarding Aeroflex's products.

3. Attached to this declaration as Exhibit 1 is AF 284917- AF 284984 which is a bates stamped version of Aeroflex sales data that was produced electronically. These data were extracted from financial databases maintained by Aeroflex in the ordinary course of its business. These data contain invoice level data that identify sales to U.S. government contractors and sales to other customers. The sales corresponding with Column A: "ORDER_ID" of Exhibit 1 that start with the letters GV are to government contractors.

4. The technology that Aeroflex purchases from Synopsys is just one of a number of EDA tools that are used in designing Aeroflex's ASICs. Aeroflex is known for its ability to manufacture radiation hardened products. The use of the other EDA tools and the radiation hardened features of Aeroflex's products have nothing to do with Aeroflex's use of the allegedly infringing Design Compiler system.

5. Aeroflex's use of the Synopsys Design Compiler system for logic synthesis does not form the basis for customer demand for Aeroflex's ASIC products.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration was executed at Colorado Springs, Colorado on August 18, 2006

By: *(signature)*

Peter C. Milliken

HOWREY LLP

Case Nos. C03-2289MJJ (EMC)/C03.4469 MJJ (EMC)
DECLARATION OF Peter Milliken

DM_US\8378010.v1

# EXHIBIT 1 To Milliken Declaration Filed Under Seal Pursuant to Protective Order