| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
|   | Denise M. De Mory (SBN 168076) |
| 2 | Jaclyn C. Fink (SBN 217913) |
|   | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 5 | |
| 6 | Attorneys for Plaintiff Synopsys and Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>  Plaintiff,<br><br>  vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.<br><br>  Defendants. | Case No. C03-4669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**<br>(Civil L.R. 7-11 and 79-5(d))<br><br>Judge: Hon. Martin J. Jenkins |
| SYNOPSYS, INC.,<br><br>  Plaintiff,<br><br>  vs.<br><br>RICOH COMPANY, LTD.,<br><br>  Defendant. | |

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8378725.v1

1    Pursuant to Civil L.R. 7-11, Synopsys, Inc. ("Synopsys") and Aeroflex Incorporated, Aeroflex
2 Colorado Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc.,
3 Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") hereby bring this
4 administrative motion for an order to file under seal the following documents being lodged with the
5 Clerk of the Court on August 18, 2006:  Exhibits Nos. 3; 9-14; 23; 29-33; 37; 51-57; 62-64; 67; 69-70;
6 and 72.

7    The confidential information attached to or contained within these documents is information
8 designated as such by Synopsys, the Customer Defendants, or Ricoh Company, Ltd. ("Ricoh").  Thus,
9 pursuant to Civil L.R. 79-5(d), Synopsys and the Customer Defendants are to file, within five court
10 days, (i) a declaration establishing that the exhibits they wish to be filed under seal are sealable and (ii)
11 a proposed order.  Additionally, Ricoh is to file, within five court days, (i) a declaration establishing
12 that the exhibits it wishes to be filed under seal are sealable and (ii) a proposed order.

13 Dated:  August 18, 2006                              Respectfully submitted,

14                                                     HOWREY LLP

15                                                     By: /s/*Denise M. De Mory*
                                                        Denise M. De Mory
16                                                     Attorneys for Plaintiff SYNOPSYS, INC. and
                                                        for Defendants AEROFLEX
17                                                     INCORPORATED, AEROFLEX COLORADO
                                                        SPRINGS, INC., AMI SEMICONDUCTOR,
18                                                     INC., MATROX ELECTRONIC SYSTEMS,
                                                        LTD., MATROX GRAPHICS, INC.,
19                                                     MATROX INTERNATIONAL CORP., and
                                                        MATROX TECH, INC.

**HOWREY LLP**

-1-

Case No.  C03-4669 MJJ (EMC) /Case No.  C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8378725.v1

1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff Synopsys and Defendants AEROFLEX
6  INCORPORATED, AEROFLEX COLORADO SPRINGS,
   INC., AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC.,
   MATROX INTERNATIONAL CORP., and MATROX TECH,
8  INC.

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| 13          Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| 14     vs. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| 15  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX | |
| 16  ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX | (Civil L.R. 7-11 and 79-5(d)) |
| 17  INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO | Judge:  Hon. Martin J. Jenkins |
| 18  SPRINGS, INC. | |
| 19          Defendants. | |
| 20  SYNOPSYS, INC., | |
| 21          Plaintiff, | |
| 22     vs. | |
| 23  RICOH COMPANY, LTD., | |
| 24          Defendant. | |

25
26
27
28

**HOWREY LLP**   Case No. C03-4669 MJJ (EMC) /Case No. C03-2289
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
FOR PLACING DOCUMENTS UNDER SEAL

DM_US\8378733.v1

1   Counsel for Synopsys, Inc. ("Synopsys") and Aeroflex Incorporated, Aeroflex Colorado
2   Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox
3   International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on August 18, 2006 have filed
4   an Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-11 and 79-5(d), and
5   request to file under seal, the following exhibits:  Exhibit Nos. 3; 9-14; 23; 29-33; 37; 51-57; 62-64;
6   67; 69-70; and 72.

7   Because the above documents include and refer to materials produced in discovery and
8   designated confidential by Synopsys, the Customer Defendants, or Ricoh Company, Ltd., this request
9   was made pursuant to the Stipulated Protective Order in this action.

10   The Court hereby GRANTS this request.

11   IT IS ORDERED

13   Dated: _____

MARTIN J. JENKINS
United States District Court Judge

HOWREY LLP

Case No.  C03-4669 MJJ (EMC) /Case No. C03-2289
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8378733.v1

-1-