| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
| | Denise M. De Mory (SBN 168076) |
| 2 | Ethan B. Andelman (SBN 209101) |
| | Jaclyn C. Fink (SBN 217913) |
| 3 | HOWREY LLP |
| | 525 Market Street, Suite 3600 |
| 4 | San Francisco, California 94105 |
| | Telephone: (415) 848-4900 |
| 5 | Facsimile: (415) 848-4999 |
| 6 | Attorneys for Plaintiff SYNOPSYS, INC. |
| | and for Defendants AEROFLEX INCORPORATED, |
| 7 | AMI SEMICONDUCTOR, INC., MATROX |
| | ELECTRONIC SYSTEMS, LTD., MATROX |
| 8 | GRAPHICS, INC., MATROX INTERNATIONAL |
| | CORP., MATROX TECH, INC., and |
| 9 | AEROFLEX COLORADO SPRINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| Plaintiff, | Case No. C03-02289 MJJ (EMC) |
| vs. | **DECLARATION OF DENISE M. DE MORY IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | **(Civil L.R. 7-11 and 79-5(d))** |
| | Judge: Hon. Martin J. Jenkins |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

HOWREY LLP

Case Nos. C03-2289MJJ (EMC)/C03.4469 MJJ (EMC)
DECLARATION OF DENISE M. DE MORY

DM_US\8378907.v1

I, Denise M. De Mory declare as follows:

1. I am an attorney at the law firm of Howrey LLP, counsel of record for Synopsys, Inc. ("Synopsys") and Aeroflex Incorporated, Aeroflex Colorado Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") in the above-captioned actions. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. The Customer Defendants have lodged Exhibit Nos. 3; 9-14; 23; 37; 51-53; 55-57; 62-64; 67; 69-70; and 72 ("De Mory Exhibits") of the Declaration of Denise M. De Mory in Support Motions For Summary Judgment with the clerk pursuant to Civil Local Rule 79-5. The lodged De Mory Exhibits were generated by Synopsys, the Customer Defendants, or Ricoh, Ltd. and were designated confidential pursuant to the protective order entered in this case.

3. The lodged De Mory Exhibits contain nonpublic Synopsys business information such as sales information and license agreements. Additionally, the lodged documents discuss the internal workings of Synopsys' Design Compiler product. This information is not publicly known and could cause Synopsys competitive harm were it to become publicly known.

4. Further, the lodged De Mory Exhibits contain nonpublic Customer Defendant business information such as product and sales information. Additionally, the lodged documents contain portions of code used by the Customer Defendants to design their products. This information is not publicly known and could cause the Customer Defendants competitive harm were it to become publicly known.

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

**HOWREY LLP**

Case Nos. C03-2289MJJ (EMC)/C03.4469 MJJ (EMC)
DECLARATION OF DENISE M. DE MORY

DM_US\8378907.v1

1       5.    Thus, Synopsys and the Customer Defendants believe that the lodged De Mory Exhibits are properly designated under the protective order entered in this case, and requests that the Court order the lodged De Mory Exhibits to be filed under seal.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

     This declaration was executed at San Francisco, California on August 18, 2006

                                                /s/*Denise M. De Mory*
                                                  Denise M. De Mory