1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone:  (415) 848-4900
   Facsimile:   (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10                UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13

14  RICOH COMPANY, LTD.,                    Case No. C03-04669 MJJ (EMC)

15            Plaintiff,                    Case No. C03-2289 MJJ (EMC)

16       vs.                               **[PROPOSED] ORDER GRANTING
                                           PLAINTIFF SYNOPSYS, INC.'s AND
17  AEROFLEX INCORPORATED, et al.,         DEFENDANTS' MOTION FOR SUMMARY
                                           JUDGMENT OF NON-INFRINGEMENT
18            Defendants.                   (RTL)**

19                                         **[SUMMARY JUDGMENT MOTION NO. 1]**

20
    SYNOPSYS, INC.,                        Date:        September 26, 2006
21                                         Time:        9:30 a.m.
              Plaintiff,                   Courtroom:   11, 19th Floor
22                                         Judge:       Martin J. Jenkins
         vs.
23
    RICOH COMPANY, LTD.,
24
              Defendant.
25

26

27

28

1    On September 26, 2006, Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex, Inc.,

2   AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox

3   International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the

4   "Customer Defendants") brought before this Court a Motion for Summary Judgment of Non-

5   Infringement (RTL)  The matter has been fully considered, and finding good cause therefor,

6        IT IS HEREBY ORDERED that the Court GRANTS Synopsys' and Customer Defendants'

7   Motion for Summary Judgment of Non-Infringement (RTL).  An appropriate judgment dismissing this

8   case shall follow.

9

10  DATED: _____        _____

11                                   The Honorable Martin J. Jenkins
                                     United States District Court Judge
12

13                                   Submitted August 18, 2006 by:
14                                   HOWREY LLP

15

16                                   By: /s/_____
                                         Denise M. De Mory
17                                       Attorneys for Plaintiff SYNOPSYS, INC.
                                         and for Defendants AEROFLEX
18                                       INCORPORATED, AMI SEMICONDUCTOR,
                                         INC., MATROX ELECTRONIC SYSTEMS,
19                                       LTD., MATROX GRAPHICS, INC., MATROX
                                         INTERNATIONAL CORP., MATROX TECH,
20                                       INC. and AEROFLEX COLORADO SPRINGS,
                                         INC.
21

22

23

24

25

26

27

28

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)                    1