Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS, INC., MATROX INTERNATIONAL
CORP., MATROX TECH, INC. and AEROFLEX
COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>　　　　Defendants.<br><br>SYNOPSYS, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RICOH COMPANY, LTD.,<br><br>　　　　Defendant. | Case No. C03-04669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF U.S. PATENT NO. 4,922,432 FOR VIOLATION OF 35 U.S.C. § 102(f), OR, IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO JOIN ALL CO-OWNERS AS PLAINTIFFS**<br><br>**[SUMMARY JUDGMENT MOTION NO. 3]**<br><br>Date:　　　　September 26, 2006<br>Time:　　　　9:30 a.m.<br>Courtroom:　11, 19th Floor<br>Judge:　　　Martin J. Jenkins |

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
s
DM_US\8378982.v1

1   On September 26, 2006, Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex
2   Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc.,
3   Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the
4   "Customer Defendants") brought before this Court a Motion for Summary Judgment of Invalidity of
5   U.S. Patent No. 4,922,432 for Violation of 35 U.S.C. § 102(f), or, in the Alternative, to Dismiss for
6   Failure to Join All Co-owners as Plaintiffs. The matter has been fully considered, and finding good
7   cause therefor,

8   IT IS HEREBY ORDERED that the Court GRANTS Synopsys' and Customer Defendants'
9   Motion for Summary Judgment of Invalidity of U.S. Patent No. 4,922,432 for Violation of 35 U.S.C. §
10  102(f), or, in the Alternative, to Dismiss for Failure to Join All Co-owners as Plaintiffs. An
11  appropriate judgment dismissing this case shall follow.

DATED: _____        _____

                                The Honorable Martin J. Jenkins
                                United States District Court Judge


Submitted August 18, 2006 by:
HOWREY LLP


By: /s/_____
    Denise M. De Mory
    Attorneys for Plaintiff SYNOPSYS, INC.
    and for Defendants AEROFLEX
    INCORPORATED, AMI SEMICONDUCTOR,
    INC., MATROX ELECTRONIC SYSTEMS,
    LTD., MATROX GRAPHICS, INC., MATROX
    INTERNATIONAL CORP., MATROX TECH,
    INC. and AEROFLEX COLORADO SPRINGS,
    INC.