1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14 | RICOH COMPANY, LTD.,            | Case No. C03-04669 MJJ (EMC)
15 |        Plaintiff,               | Case No. C03-2289 MJJ (EMC)
16 |   vs.                           | **[PROPOSED] ORDER GRANTING PLAINTIFF SYNOPSYS, INC.'S AND DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT (OTHER ELEMENTS)**
17 | AEROFLEX INCORPORATED, et al.,  |
18 |        Defendants.              |
19 |                                 | **[SUMMARY JUDGMENT MOTION NO. 6]**
20 | SYNOPSYS, INC.,                 | Date:      September 26, 2006
21 |        Plaintiff,               | Time:      9:30 a.m.
                                     | Courtroom: 11, 19th Floor
22 |   vs.                           | Judge:     Martin J. Jenkins
23 | RICOH COMPANY, LTD.,            |
24 |        Defendant.               |
25
26
27
28

HOWREY LLP   Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
             S
             DM_US\8378982.v1

1  On September 26, 2006, Plaintiff Synopsys, Inc. ("Synopsys") and Defendants Aeroflex
2  Incorporated, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc.,
3  Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the
4  "Customer Defendants") brought before this Court a Motion for Summary Judgment of Non-
5  Infringement (Other Elements). The matter has been fully considered, and finding good cause
6  therefor,
7  IT IS HEREBY ORDERED that the Court GRANTS Synopsys' and Customer Defendants'
8  Motion for Summary Judgment of Non-Infringement (Other Elements). An appropriate judgment
9  dismissing this case shall follow.

DATED: _____         _____
                                  The Honorable Martin J. Jenkins
                                  United States District Court Judge

                                 Submitted August 18, 2006 by:
                                 HOWREY LLP


                                 By: /s/_____
                                     Denise M. De Mory
                                     Attorneys for Plaintiff SYNOPSYS, INC.
                                     and for Defendants AEROFLEX
                                     INCORPORATED, AMI SEMICONDUCTOR,
                                     INC., MATROX ELECTRONIC SYSTEMS,
                                     LTD., MATROX GRAPHICS, INC., MATROX
                                     INTERNATIONAL CORP., MATROX TECH,
                                     INC. and AEROFLEX COLORADO SPRINGS,
                                     INC.

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)          1