1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AMI SEMICONDUCTOR, INC., MATROX
   ELECTRONIC SYSTEMS, LTD., MATROX
7  GRAPHICS, INC., MATROX INTERNATIONAL
   CORP., MATROX TECH, INC. and AEROFLEX
8  COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>　　　　Defendants. | Case No. C03-04669 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE SCOPE OF PATENT DAMAGES FOR ALLEGED INFRINGEMENT OF U.S. PATENT NO. 4,922,432**<br><br>**[SUMMARY JUDGMENT MOTION NO. 7]**<br><br>Date:　　　　September 26, 2006<br>Time:　　　　9:30 a.m.<br>Courtroom:　11, 19th Floor<br>Judge:　　　Martin J. Jenkins |

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
s
DM_US\8378982.v1

1  On September 26, 2006, Defendants Aeroflex, Inc., AMI Semiconductor, Inc., Matrox
2  Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and
3  Aeroflex Colorado Springs, Inc. (collectively the "Customer Defendants") brought before this Court a
4  Motion for Summary Judgment Regarding The Scope of Patent Damages For Alleged Infringement of
5  U.S. Patent No. 4,922,432. The matter has been fully considered, and finding good cause therefor,
6  DEFENDANTS' MOTION IS HEREBY GRANTED.

8  DATED: _____        _____

9                                 The Honorable Martin J. Jenkins
                                  United States District Court Judge

11                                Submitted August 18, 2006 by:
12                                HOWREY LLP

14                                By: /s/_____
                                  Denise M. De Mory
15                                Attorneys for Defendants AEROFLEX
                                  INCORPORATED, AMI SEMICONDUCTOR,
16                                INC., MATROX ELECTRONIC SYSTEMS,
                                  LTD., MATROX GRAPHICS, INC., MATROX
17                                INTERNATIONAL CORP., MATROX TECH,
                                  INC. and AEROFLEX COLORADO SPRINGS,
18                                INC.

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)    1