Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC. and AEROFLEX COLORADO SPRINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>Defendants. | Case No. C03-04669 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONWILLFULNESS**<br><br>**[SUMMARY JUDGMENT MOTION NO. 9]**<br><br>Date:        September 26, 2006<br>Time:       9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:      Martin J. Jenkins |

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
s
DM_US\8378982.v1

1     On September 26, 2006, Defendants Aeroflex, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc. (collectively the "Customer Defendants") brought before this Court a Motion for Summary Judgment of Nonwillfulness.  The matter has been fully considered, and finding good cause therefor,

    DEFENDANTS' MOTION IS HEREBY GRANTED.

DATED: _____            _____

                                                    The Honorable Martin J. Jenkins
                                                    United States District Court Judge

Submitted August 18, 2006 by:
HOWREY LLP

By: /s/_____
     Denise M. De Mory
     Attorneys for Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC. and AEROFLEX COLORADO SPRINGS, INC.

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)      1