|   |   |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
|   | Denise M. De Mory (SBN 168076) |
| 2 | Jaclyn C. Fink (SBN 217913) |
|   | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
|   | Facsimile: (415) 848-4999 |
| 5 |   |
| 6 | Attorneys for Plaintiff Synopsys and Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | (Civil L.R. 7-11 and 79-5(d))  Judge: Hon. Martin J. Jenkins |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC) / Case No. C03-2289
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
FOR PLACING DOCUMENTS UNDER SEAL

DM_US\8378733.v1

|   |   |
|---|---|
| 1 | Counsel for Synopsys, Inc. ("Synopsys") and Aeroflex Incorporated, Aeroflex Colorado |
| 2 | Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox |
| 3 | International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on August 18, 2006 have filed |
| 4 | an Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-11 and 79-5(d), and |
| 5 | request to file under seal, the following exhibits: Exhibit Nos. 3; 9-14; 23; 29-33; 37; 51-57; 62-64; |
| 6 | 67; 69-70; and 72. |
| 7 | Because the above documents include and refer to materials produced in discovery and |
| 8 | designated confidential by Synopsys, the Customer Defendants, or Ricoh Company, Ltd., this request |
| 9 | was made pursuant to the Stipulated Protective Order in this action. |
| 10 | The Court hereby GRANTS this request. |
| 11 | IT IS ORDERED |

Dated: 8/21/2006

_____
MARTIN J. JENKINS
United States District Court Judge

HOWREY LLP

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8378733.v1

-1-