Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers(*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
2101 L Street, NW
Washington, DC  20006-5403
Phone (202) 420-2200
Fax (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 277-6500
Fax (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>           Plaintiff,<br><br>    vs.<br><br>AEROFLEX ET AL,<br><br>           Defendants.<br>_____<br><br>SYNOPSYS, INC.,<br><br>           Plaintiff,<br><br>    vs.<br><br>RICOH COMPANY, LTD.,<br><br>           Defendant.<br>_____ | **CASE NO. CV 03-4669 MJJ (EMC)**<br><br>**CASE NO. CV 03-2289 MJJ (EMC)**<br><br>~~ADMINISTRATIVE MOTION FOR AN~~<br>**ORDER PLACING DOCUMENTS UNDER SEAL**<br>**(Civil L.R. 79-5(d))**<br><br>**Judge: Hon. Edward M. Chen** |

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 1
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2127201.01

1   Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative
2   motion for an order to file under seal the following exhibit being lodged with the Clerk of the Court
3   today, August 10, 2006:
4       1.  Exhibit 8 (to the joint letter to the Honorable Edward M. Chen).
5       Because the above exhibit includes and refers to materials produced in discovery and
6   designated confidential by Ricoh, this request is made pursuant to the Stipulated Protective Order in this
7   action.
8       The Court hereby GRANTS this request.
9       IT IS SO ORDERED.

Dated: August 25, 2006

_____
The Honorable Edward M. Chen
Magistrate Judge, United States District Court