Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 227-6500
Facsimile: (212) 227-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for
RICOH COMPANY, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>      Plaintiff,<br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>      Defendants<br><br>SYNOPSYS, INC.,<br><br>      Plaintiff,<br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>      Defendant. | **CASE NO. C-03-04669-MJJ (EMC)**<br>**CASE NO. C-03-02289 MJJ (EMC)**<br><br>**RICOH'S NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* INSPECTION PURSUANT TO ORDER OF AUGUST 28, 2006** |

RICOH'S NOTICE OF SUBMISSION OF DOCUMENTS FOR *IN CAMERA* INSPECTION PURSUANT TO ORDER OF AUGUST 28, 2006
CASE NOS. CV-03-4669-MJJ (EMC) & CV-03-02289 MJJ (EMC) Page 1

2137007.01

1    Pursuant to the Court's Order of August 28, 2006, Ricoh hereby submits for *in camera*
2  inspection the declaration of Gary M. Hoffman, which attaches the documents identified by the Court in
3  its Order of August 28, 2006. The Hoffman declaration and the attached documents are submitted under
4  seal and are not being served upon opposing counsel.

5    In preparing these documents, Ricoh discovered that document no. 104 on Ricoh's privilege log
6  (which the Court ordered should be submitted for *in camera* inspection) is identical to document no. 86
7  on Ricoh's privilege log (which the Court did not identify for *in camera* submission. Ricoh submits
8  both documents, and submits that if Ricoh's privilege claim for document no. 104 is sustained, the
9  document no. 86 likewise should be sustained.

Dated:  August 31, 2006

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

RICOH COMPANY, LTD.
By: /s/ Kenneth W. Brothers
Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-1526
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for
RICOH COMPANY, LTD.