**United States District Court**
For the Northern District of California

1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                   NORTHERN DISTRICT OF CALIFORNIA

7

8  SYNOPSYS, INC.,                              No. C-03-2289 MJJ (EMC)
                                                No. C-03-4669 MJJ (EMC)
9              Plaintiff,

10      v.                                      **ORDER RE SUBPOENAS AND
                                                INFORMAL DOCUMENT REQUESTS**
11  RICOH CO., LTD.,

12             Defendant.
    _____/
13
    RICOH CO., LTD.,
14
               Plaintiff,
15
        v.
16
    AEROFLEX, *et al.*,
17
               Defendants.
18
    _____/
19

20        Pursuant to this Court's August 24, 2006 Order (Synopsys Dkt. No. 440), the parties have

21  met and conferred to narrow the scope of the subpoenas and informal requests that were the subject

22  of Ricoh's Motion For Protective Order (Synopsys Dkt. No. 409).  The parties were unable to

23  resolve their differences and each side has submitted its proposed limitations to the informal

24  document requests and Rule 45 subpoenas.  The Court, having considered the submissions of the

25  parties, and good cause appearing therefor, hereby adopts the following limitations.  The Court finds

26  with the refinements below that the limitations set forth by the Defendants as narrowed by its offer

27  to limit documents to those created by or for Dr. Papaefthymiou in addition to the limitations

28  contained in their proposed order establish a reasonable scope of production.

United States District Court

For the Northern District of California

1       IT IS HEREBY ORDERED that:

2       1)      The informal document requests are limited by restricting each category to

3   documents that relate to or discuss in any way logic synthesis (including any discussion of the inputs

4   to logic synthesis tools), register transfer level ('RTL'), or computer or circuit architecture and

5   which documents authored were by Dr. Papaefthymiou.

6       2)      Defendants shall not seek enforcement of Michigan Request No. 4, MIT Request No.

7   3, and Yale Request No. 3.

8       3)      Defendants shall inform the subpoenaed parties that the remaining requests are

9   limited to documents that relate to or discuss in any way logic synthesis (including any discussion of

10  the inputs to logic synthesis tools), register transfer level ('RTL'), or computer or circuit architecture

11  and which documents were authored by Dr. Papaefthymiou.

12      4)      Defendants shall not enforce any third party subpoena beyond the scope set forth in

13  point 3 above.

14

15      IT IS SO ORDERED.

16

17  Dated: September 1, 2006

18                                      EDWARD M. CHEN
                                        United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

2