UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., | No. C-03-2289 MJJ (EMC) |
| Plaintiff, | No. C-03-4669 MJJ (EMC) |
| v. | **ORDER RE SUBPOENAS AND INFORMAL DOCUMENT REQUESTS (RICOH'S MOTION FOR A PROTECTIVE ORDER)** |
| RICOH CO., LTD., | |
| Defendant. | |
| _____/ | |
| RICOH CO., LTD., | |
| Plaintiff, | |
| v. | |
| AEROFLEX, *et al.*, | |
| Defendants. | |
| _____/ | |

The Court erroneously filed the order located at Docket No. 448 in C-03-2289 and Docket No. 607 in C-03-4669. The correct order is found at Docket No. 447 in C-03-2289 and Docket No. 606 in C-03-4669.

IT IS SO ORDERED.

Dated: September 1, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge