UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RICOH CO., LTD.,<br><br>    Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>AEROFLEX, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER RE *IN CAMERA* INSPECTION OF DOCUMENTS PURSUANT TO ORDER OF AUGUST 28, 2006** |

The Court, having reviewed the documents RCLPriv-102A and RCLPriv-104 submitted for *in camera* review pursuant to its Order of August 28, 2006, finds that the documents are privileged and/or irrelevant. Thus, they need not be produced.

IT IS SO ORDERED.

Dated: September 1, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge