1   Teresa M. Corbin (SBN 132360)
    Denise M. De Mory (SBN 168076)
2   Jaclyn C. Fink (SBN 217913)
    HOWREY LLP
3   525 Market Street, Suite 3600
    San Francisco, California  94105
4   Telephone:  (415) 848-4900
    Facsimile:  (415) 848-4999
5

6   Attorneys for Plaintiff Synopsys and Defendants AEROFLEX
    INCORPORATED, AEROFLEX COLORADO SPRINGS,
    INC., AMI SEMICONDUCTOR, INC., MATROX
7   ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC.,
    MATROX INTERNATIONAL CORP., and MATROX TECH,
8   INC.

9

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER THEREON (Civil L.R. 79-5(d)) |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | Judge:   Hon. Martin J. Jenkins |
| Defendants. | |

HOWREY LLP

Case No.  C03-4669 MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER
THEREON
DM_US\8383871.v1

1    Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this

2  administrative motion for an order to file under seal the following documents being lodged with the

3  Clerk of the Court on September 1, 2006:

4    1.    Exhibit 1-26 and 28-29 to the Declaration of Jaclyn C. Fink in Support of Defendants'

5  Memorandum of Points and Authorities in Opposition to Ricoh's Motion for Summary Judgment on

6  Defendants' Affirmative Defense of Authorization and Consent.

7    This request is made pursuant to the Stipulated Protective Order in this action.  The above

8  documents include and refer to materials produced in discovery and designated confidential by the

9  Customer Defendants because they contain confidential business information of the Customer

10  Defendants and third parties.  Public dissemination of this information could cause the Customer

11  Defendants and third parties competitive harm.  The Customer Defendant respectfully requests this

12  Court to grant an order permitting the above documents to be filed under seal.

13  Dated:  September 1, 2006                    Respectfully submitted,

14                                              HOWREY LLP

15                                              By:_____/s/ Denise M. De Mory_____
                                                        Denise M. De Mory
16                                              Attorneys for Plaintiff SYNOPSYS, INC. and for
                                                Defendants AEROFLEX INCORPORATED,
17                                              AEROFLEX COLORADO SPRINGS, INC., AMI
                                                SEMICONDUCTOR, INC., MATROX
18                                              ELECTRONIC SYSTEMS, LTD., MATROX
                                                GRAPHICS, INC., MATROX
19                                              INTERNATIONAL CORP., and MATROX
                                                TECH, INC.

20

21                              **O R D E R**

22    Pursuant to Civil L.R. 7-11, Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI

23  Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International

24  Corp., and Matrox Tech, Inc. ("the Customer Defendants") on September 1, 2006 have filed an

25  Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-1 and 79-5(d), and request

26  to file under seal, the following exhibits:

27    Exhibit Nos. 1-26 and 28-29 to the Declaration of Jaclyn C. Fink In Support of Defendant's

28  Opposition to Ricoh's Motion for Summary Judgment on Authorization and Consent.

1    Because the above documents include and refer to materials produced in discovery and

2  designated confidential by the Customer Defendants, this request was made pursuant to the Stipulated

3  Protective Order in this action.

4    The Court hereby GRANTS this request.

5    IT IS SO ORDERED.

6

Dated: _____    _____

7                                        Hon. Martin J. Jenkins
                                    United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C03-4669 MJJ (EMC)                -2-
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL AND [PROPOSED] ORDER
THEREON
DM_US\8383871.v1