1 | Teresa M. Corbin (SBN 132360)
  | Denise M. De Mory (SBN 168076)
2 | Ethan B. Andelman (SBN 209101)
  | Jaclyn C. Fink (SBN 217913)
3 | HOWREY LLP
  | 525 Market Street, Suite 3600
4 | San Francisco, California 94105
  | Telephone: (415) 848-4900
5 | Facsimile:  (415) 848-4999

6 | Attorneys for Plaintiff SYNOPSYS, INC.
  | and for Defendants AEROFLEX INCORPORATED,
7 | AMI SEMICONDUCTOR, INC., MATROX
  | ELECTRONIC SYSTEMS, LTD., MATROX
8 | GRAPHICS, INC., MATROX INTERNATIONAL
  | CORP., MATROX TECH, INC., and
9 | AEROFLEX COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
|---|---|
| Plaintiff, | **DECLARATION OF DENISE M. DE MORY IN SUPPORT OF ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** |
| vs. | **(Civil L.R. 7-11 and 79-5(d))** |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | Judge: Hon. Martin J. Jenkins |
| Defendants. | |

**HOWREY LLP**

Case No. C03-4669
DECLARATION OF DE MORY IN SUPPORT OF ADMIN.
MOTION FOR AN ORD PLACING DOCS UNDER SEAL
DM_US\8383880.v1

I, Denise M. De Mory declare as follows:

1. I am a partner at the law firm of Howrey LLP, counsel of record for Synopsys, Inc. ("Synopsys") and Aeroflex Incorporated, Aeroflex Colorado Springs, AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") in the above-captioned actions. I am a member in good standing of the State Bar of California and have been admitted to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. The Customer Defendants have lodged Exhibit Nos. 1-26 and 28-29 ("Fink Exhibits") of the Declaration of Jaclyn C. Fink in Support of Defendants; Memorandum of Points and Authorities in Opposition to Ricoh's Motion for Summary Judgment on Defendants' Affirmative Defense of Authorization and Consent with the clerk pursuant to Civil Local Rule 79-5. The lodged Fink Exhibits were generated by Customer Defendant Aeroflex Incorporated/Aeroflex Colorado Springs ("Aeroflex"). and were designated confidential pursuant to the protective order entered in this case.

3. The lodged Fink Exhibits contain nonpublic Aeroflex and third-party business information such as sales information, license agreements and government contracts. This information is not publicly known and could cause Aeroflex competitive harm were it to become publicly known.

4. Further, the lodged Fink Exhibits contain nonpublic Customer Defendant business information such as product and sales information. This information is not publicly known and could cause the Customer Defendants competitive harm were it to become publicly known.

5. Thus, the Customer Defendants believe that the lodged Fink Exhibits are properly designated under the protective order entered in this case, and requests that the Court order the lodged Fink Exhibits to be filed under seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This declaration was executed at San Francisco, California on September 1, 2006

/s/*Denise M. De Mory*
Denise M. De Mory

HOWREY LLP

Case No. C03-4669                              -1-
DECLARATION OF DE MORY IN SUPPORT OF ADMIN.
MOTION FOR AN ORD PLACING DOCS UNDER SEAL
DM_US\8383880.v1