1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff Synopsys and Defendants AEROFLEX
6  INCORPORATED, AEROFLEX COLORADO SPRINGS,
   INC., AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC.,
   MATROX INTERNATIONAL CORP., and MATROX TECH,
8  INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.<br><br>Defendants. | Case No. C03-4669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>NOTICE OF MANUAL FILING OF EXHIBITS 1-26 AND 28-29 TO DECLARATION OF JACLYN C. FINK IN SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO RICOH'S MOTION FOR SUMMARY JUDMGENT ON DEFENDANTS' AFFIRMATIVE DEFENSE OF AUTHORIZATION AND CONSENT<br><br>Judge: Hon. Martin J. Jenkins |

                        **MANUAL FILING NOTIFICATION**

Regarding:   EXHIBITS 1-26 AND 28-29 TO THE DECLARATION OF JACLYN C. FINK IN
             SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND
             AUTHORITIES IN OPPOSITION TO RICOH'S MOTION FOR SUMMARY
             JUDGMENT ON DEFENDANTS' AFFIRMATIVE DEFENSE OF
             AUTHORIZATION AND CONSENT

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

HOWREY LLP

1 | This filing was not efiled for the following reason(s):

2 | ____ Voluminous Document (PDF file size larger than efiling system allowance).

3 | ____ Unable to Scan Documents.

4 | ____ Physical Object (description): _____.

5 | ____ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

6 | _X_ Item Under Seal.

7 | ____ Conformance with the Judicial Conference Privacy Policy (General Order 53).

8 | ____ Other (description): _____.

**HOWREY LLP**

-2-