Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, NY 10036-2714
Telephone: (212) 227-6500
Facsimile: (212) 227-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for
RICOH COMPANY, LTD.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>Defendants | **CASE NO. C-03-4669-MJJ (EMC)**<br><br>**RICOH'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONWILLFULNESS (MOTION NO. 9)**<br><br>Date:         September 26, 2006<br>Time:        9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:       Martin J. Jenkins |

      This motion is a waste of the Court's time and resources. Now that fact and expert discovery has closed and the totality of the discovery received evaluated, Ricoh has decided not to seek enhanced damages. As a result, willfulness or nonwillfulness is not relevant. Accordingly, Ricoh withdraws the allegation of willfulness.

      Had the defendants raised this matter during any of the recent meet and confers, made a

telephone call, or even written a letter or email, they would have known willfulness was being withdrawn. Unfortunately, they chose instead to burden the Court with a motion for summary judgment.

The motion for summary judgment of nonwillfulness is moot and should be denied.

Dated: September 1, 2006

RICOH COMPANY, LTD.

By: /s/ Gary M. Hoffman

| | |
|---|---|
| Jeffrey B. Demain, State Bar No. 126715<br>Jonathan Weissglass, State Bar No. 185008<br>ALTSHULER, BERZON, NUSSBAUM,<br>RUBIN & DEMAIN<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064 | Gary M. Hoffman (*Pro Hac Vice*)<br>Kenneth W. Brothers (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO LLP<br>1825 Eye Street, NW<br>Washington, DC 20006-1526<br>Telephone: (202) 420-2200<br>Facsimile: (202) 420-2201<br><br>Edward A. Meilman (*Pro Hac Vice*)<br>DICKSTEIN SHAPIRO LLP<br>1177 Avenue of the Americas<br>New York, NY 10036-2714<br>Telephone: (212) 277-6500<br>Facsimile: (212) 277-6501<br><br>Attorneys for<br>RICOH COMPANY, LTD. |