1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for Ricoh Company, Ltd.
13

14                     UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF CALIFORNIA
15

16 RICOH COMPANY, LTD.,                )
                                       )
17              Plaintiff,             )
                                       )
18     vs.                             )
                                       )
19 AEROFLEX ET AL,                     )
                                       )   **CASE NO. CV 03-4669 MJJ (EMC)**
20              Defendants.            )   **CASE NO. CV 03-2289 MJJ (EMC)**
                                       )
21 _____ )
                                       )   **MANUAL FILING NOTIFICATION**
22 SYNOPSYS, INC.,                     )
                                       )
23              Plaintiff,             )
                                       )
24     vs.                             )
                                       )
25 RICOH COMPANY, LTD.,                )
                                       )
26              Defendant.             )
                                       )
27 _____ )

28

Regarding: THE DECLARATION OF DONALD SODERMAN IN SUPPORT OF RICOH'S OPPOSITION TO SYNOPSYS AND THE CUSTOMER DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT AND EXHIBITS 1-3.

This filing is in paper or physical form only. If you are a participant in this case, this filing will be served shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: September 1, 2006               Respectfully submitted,

                                       Kenneth W. Brothers
                                       Gary M. Hoffman
                                       Dickstein Shapiro LLP

                                       Jeffrey B. Demain
                                       Jonathan Weissglass
                                       Altshuler, Berzon, Nussbaum, Rubin & Demain


                                       By:_____/s/_____
                                             Kenneth W. Brothers

                                       Attorneys for Ricoh Company, Ltd.