1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for
13 RICOH COMPANY, LTD.

14

                        UNITED STATES DISTRICT COURT
15                     NORTHERN DISTRICT OF CALIFORNIA

16  ─────────────────────────────
    RICOH COMPANY, LTD.,                )
17                                      )
                                        )    **CASE NO. CV 03-4669 MJJ (EMC)**
18              Plaintiff,              )    **CASE NO. CV 03-2289 MJJ (EMC)**
                                        )
19      vs.                             )
                                        )    **MANUAL FILING NOTIFICATION**
20  AEROFLEX ET AL,                     )
                                        )
21              Defendants.             )
                                        )
22  ─────────────────────────────

23

24

25

26

27

28

| | |
|---|---|
| 1 | |
| 2 | Regarding: THE DECLARATION OF MARIOS PAPAEFTHYMIOU IN SUPPORT OF |
| 3 | RICOH'S OPPOSITION TO SUMMARY JUDGMENT MOTIONS. |

This filing is in paper or physical form only. If you are a participant in this case, this filing will be served shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: September 1, 2006                    Respectfully submitted,

                                            Kenneth W. Brothers
                                            Gary M. Hoffman
                                            Edward A. Meilman
                                            Dickstein Shapiro LLP

                                            Jeffrey B. Demain
                                            Jonathan Weissglass
                                            Altshuler, Berzon, Nussbaum, Rubin & Demain


                                            By:_____/s/_____
                                                  Kenneth W. Brothers

                                            Attorneys for Ricoh Company, Ltd.