1

2  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
4  Washington, DC 20006-5403
   Phone (202) 420-2200
5  Fax (202) 420-2201

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
7  1177 Avenue of the Americas
   New York, New York 10036-2714
8  Phone (212) 277-6500
   Fax (212) 277-6501
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California 94108
12 Phone (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.
14

15 **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

16

17 RICOH COMPANY, LTD.,                    )
                                           )  **CASE NO. CV 03-4669 MJJ (EMC)**
18                    Plaintiff,           )
                                           )  **ADMINISTRATIVE MOTION FOR AN**
19      vs.                                )  **ORDER PLACING DOCUMENTS UNDER**
                                           )  **SEAL**
20 AEROFLEX ET AL,                         )  **(Civil L.R. 79-5(d))**
                                           )
21                    Defendants.          )  **Judge: Martin J. Jenkins**
                                           )
22                                         )

23

24

25

26

27

28

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 1
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2137739.01

1  Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative motion for an order to file under seal the following document:

1. THE DECLARATION OF MARIOS PAPAEFTHYMIOU IN SUPPORT OF RICOH'S OPPOSITION TO SUMMARY JUDGMENT MOTIONS.

Because the above document refers to materials produced in discovery and designated confidential, this request is made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.


Dated: _____               _____
                                  The Honorable Judge Martin J. Jenkins

CASE NOS. CV-03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 2
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2137739.01