1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for
13 RICOH COMPANY, LTD.

14

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| RICOH COMPANY, LTD., | |
|---|---|
| Plaintiff, | **CASE NO. CV 03-4669 MJJ (EMC)** |
| vs. | **CASE NO. CV 03-2289 MJJ (EMC)** |
| AEROFLEX ET AL, | **MANUAL FILING NOTIFICATION** |
| Defendants. | |

Regarding: THE DECLARATION OF R. FRED LIPSCOMB IN SUPPORT OF RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE SCOPE OF PATENT DAMAGES FOR ALLEGED INFRINGEMENT OF U.S. PATENT NO. 4,922, 432; AND ATTACHEMENT (JUNE 23, 2006 EXPERT REPORT OF R. FRED LIPSCOMB).

This filing is in paper or physical form only. If you are a participant in this case, this filing will be served shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

_____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: September 1, 2006                    Respectfully submitted,

                                           Kenneth W. Brothers
                                           Gary M. Hoffman
                                           Edward A. Meilman
                                           Dickstein Shapiro LLP

                                           Jeffrey B. Demain
                                           Jonathan Weissglass
                                           Altshuler, Berzon, Nussbaum, Rubin & Demain

                                           By: _____/s/_____
                                                 Kenneth W. Brothers

                                           Attorneys for Ricoh Company, Ltd.