1 | Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
2 | DICKSTEIN SHAPIRO LLP
2101 L Street, NW
3 | Washington, DC  20006-5403
Phone (202) 420-2200
4 | Fax (202) 420-2201

5 | Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
6 | 1177 Avenue of the Americas
New York, New York  10036-2714
7 | Phone (212) 277-6500
Fax (212) 277-6501
8 |
Jeffrey B. Demain, State Bar No. 126715
9 | Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 | 177 Post Street, Suite 300
San Francisco, California  94108
11 | Phone  (415) 421-7151
Fax (415) 362-8064
12 |
Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD., | ) |
| Plaintiff, | ) |
| vs. | ) |
| AEROFLEX ET AL, | ) |
| Defendants. | ) **CASE NO. CV 03-4669 MJJ (EMC)** <br> ) **CASE NO. CV 03-2289 MJJ (EMC)** |
| | ) |
| | ) **MANUAL FILING NOTIFICATION** |
| SYNOPSYS, INC., | ) |
| Plaintiff, | ) |
| vs. | ) |
| RICOH COMPANY, LTD., | ) |
| Defendant. | ) |

CASE NOS. CV 03-4669 MJJ (EMC) AND CV 03-2289 MJJ (EMC)
MANUAL FILING NOTIFICATION

2127237.01

Regarding: the confidential/unredacted version of the following documents:

1.  RICOH'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGMENT MOTION OF NON-INFRINGEMTN NO. 1 (RTL);

2.  RICOH'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT (HARDWARE CELLS) (NO.2);

3.  RICOH'S OPPOSITION TO DEFENDANTS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 13-17 OF U.S. PATENT NO. 4,922,432 (NO. 4);

4.  RICOH'S OPPOSITION TO DEFENDANTS' SUMMARY JUDGEMENT MOTION OF NON-INFRINGEMENT (OTHER ELEMENTS) (NO. 6);

5.  RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE SCOPE OF PATENT DAMAGES FOR ALLEGED INFRINGEMENT OF U.S. PATENT NO. 4,922,432 (NO. 7); AND

RICOH'S OPPOSITION TO DEFENDNATS' MOTION FOR SUMMARY JUDGMENT OF LACHES DEFENSE (NO. 8).

This filing is in paper or physical form only.  This filing has been served on counsel for Synopsys/ASIC Defendants. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____
    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

1

2   Dated: September 5, 2006				Respectfully submitted,

3							Kenneth W. Brothers
							Gary M. Hoffman
4							Dickstein Shapiro LLP

5							Jeffrey B. Demain
							Jonathan Weissglass
6							Altshuler, Berzon, Nussbaum, Rubin & Demain

7

8							By:_____/s/_____
							      Kenneth W. Brothers
9
							Attorneys for Ricoh Company, Ltd.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2127237.01