```
1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8
```

9                              UNITED STATES DISTRICT COURT

10                            NORTHERN DISTRICT OF CALIFORNIA

11                                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| 13          Plaintiff, | |
| 14       vs. | **DEFENDANTS' REPLY TO RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONWILLFULNESS (MOTION NO. 9)** |
| 15  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX | |
| 16  ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX | Date:      September 26, 2006<br>Time:      9:30 a.m. |
| 17  INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO | Courtroom: 11, 19th Floor<br>Judge:     Martin J. Jenkins |
| 18  SPRINGS, INC. | |
| 19          Defendants. | |

23    Judgment should be entered in favor of the Defendants on its motion. In its opposition, Ricoh

24 withdrew its allegations of willfulness, and is not seeking enhanced damages. Ricoh's change in

25 position on this issue was quite abrupt. Ricoh's experts asserted infringement was willful in their

26 expert reports and the same was asserted by an expert in a deposition conducted just four days prior to

1  the deadline for Defendants to file Motions for Summary Judgment. Nonetheless, a judgment of

2  nonwillfulness in favor of the Defendants is warranted under these new circumstances.

3  Dated: September 8, 2006                    Respectfully submitted,

By:   */s/Denise M. De Mory*
Denise M. De Mory
Attorneys for Defendants
AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS,
INC., AMI SEMICONDUCTOR, INC.,
MATROX ELECTRONIC SYSTEMS,
LTD., MATROX GRAPHICS INC.,
MATROX INTERNATIONAL CORP.,
and MATROX TECH, INC.

HOWREY LLP

Case No. C03-4669 MJJ (EMC)
DEFENDANTS' REPLY TO RICOH'S OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT OF NONWILLFULNESS
(MOTION NO. 9)
DM_US\8384354.v1

-2-