1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers(*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for
13 RICOH COMPANY, LTD.

14
                    UNITED STATES DISTRICT COURT
15                  NORTHERN DISTRICT OF CALIFORNIA

16 ─────────────────────────────────
   RICOH COMPANY, LTD.,                )
17                                     )
              Plaintiff,               )  **CASE NO. CV 03-4669 MJJ (EMC)**
18                                     )  **CASE NO. CV 03-2289 MJJ (EMC)**
       vs.                             )
19                                     )
   AEROFLEX ET AL,                     )  **MANUAL FILING NOTIFICATION**
20                                     )
              Defendants.              )
21                                     )
                                       )
22 ─────────────────────────────────

23

24

25

26

27

28

Regarding: THE CONFIDENTIAL VERSION OF RICOH'S REPLY IN SUPPORT OF RICOH'S MOTION FOR SUMMARY JUDGMENT ON AEROFLEX'S AFFIRMATIVE DEFENSE OF "AUTHORIZATON AND CONSENT" AND EXHIBIT 2 TO THE DECLARATION OF KENNETH BROTHERS IN SUPPORT OF RICOH'S REPLY IN SUPPORT OF RICOH'S MOTION FOR SUMMARY JUDGMENT ON AEROFLEX'S AFFIRMATIVE DEFENSE OF "AUTHORIZATON AND CONSENT."

This filing is in paper or physical form only.  If you are a participant in this case, this filing will be served shortly.  For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____


Dated: September 8, 2006                Respectfully submitted,

                                        Kenneth W. Brothers
                                        Gary M. Hoffman
                                        Edward A. Meilman
                                        Dickstein Shapiro LLP

                                        Jeffrey B. Demain
                                        Jonathan Weissglass
                                        Altshuler, Berzon, Nussbaum, Rubin & Demain

                                        By:_____/s/_____
                                             Kenneth W. Brothers

                                        Attorneys for Ricoh Company, Ltd.

CASE NOS. CV 03-4669 MJJ (EMC) AND CV 03-2289 MJJ (EMC)
MANUAL FILING NOTIFICATION

2140724.01