Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS, INC., MATROX INTERNATIONAL
CORP., MATROX TECH, INC. and AEROFLEX
COLORADO SPRINGS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, et al., <br><br> Defendants. <br><br> SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | Case No. C03-04669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (Civil L.R. 7-11 and 79-5(d))** <br><br> Judge: Hon. Martin J. Jenkins |

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8378982.v1

Pursuant to Civil L.R. 7-11, plaintiff Synopsys, Inc. and defendants Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on September 8, 2006 have filed an Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-1 and 79-5(d), and request to file under seal, the following documents:

1) Defendants' Reply Memorandum In Support of Defendants' Motion for Summary Judgment Regarding the Scope of Patent Damages for Alleged Infringement of U.S. Patent No. 4,922,432.

2) Exhibit No. 106 to the Supplemental Declaration of Denise M. De Mory In Support of Motions For Summary Judgment.

Because the above documents include and refer to materials produced in discovery and designated confidential by the Customer Defendants or Synopsys this request was made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED

Dated: 9/12/2006

_____
Hon. Martin J. Jenkins
Judge of the United States District Court

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL

1

DM_US\8378982.v1