1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California  94105
4  Telephone:  (415) 848-4900
   Facsimile:  (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  And Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC., and
   AEROFLEX COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>Plaintiff,<br><br>vs.<br><br>AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.<br><br>Defendants. | Case No. C03-04669 MJJ (EMC)<br>Case No. C03-02889 MJJ (EMC)<br><br>NOTICE OF APPEARANCE OF BRIAN A.E. SMITH |
| SYNOPSYS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>RICOH COMPANY, LTD.,<br><br>Defendant. | |

**HOWREY LLP**

C03-04469 MJJ (EMC)/C03-02889 MJJ (EMC)
NOTICE OF APPEARANCE
0.v0

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Brian A.E. Smith, a member of the bar of this Court, and also a

3 partner of the Howrey LLP firm, hereby enters his appearance in the above-captioned action as counsel for

4 Plaintiff SYNOPSYS, INC. and Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR,

5 INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX

6 INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC.

7 and respectfully requests service of pleadings and other papers filed in this action and any orders and

8 notices from this Court using the contact information provided below:

9
```
         Brian A.E. Smith
         HOWREY LLP
10       525 Market Street, Suite 3600
         San Francisco, CA 94105
11       Telephone:  (415) 848-4936
         Facsimile:   (415) 848-4999
12       E-mail:  smithb@howrey.com
```

13 Dated:  September 20, 2006                        HOWREY LLP

14

15                                                  By:      /s/Brian A.E. Smith
                                                          Brian A.E. Smith
16                                                        Attorneys for Plaintiff SYNOPSYS
                                                          and Defendants AEROFLEX
17                                                        INCORPORATED, AMI
                                                          SEMICONDUCTOR, INC., MATROX
                                                          ELECTRONIC SYSTEMS, LTD.,
18                                                        MATROX GRAPHICS, INC., MATROX
                                                          INTERNATIONAL CORP., MATROX
19                                                        TECH, INC., and AEROFLEX
                                                          COLORADO SPRINGS, INC.

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

1

C03-04469 MJJ (EMC)/C03-02889 MJJ (EMC)
NOTICE OF APPEARANCE