| | |
|---|---|
| 1 | Teresa M. Corbin (SBN 132360) |
| | Denise M. De Mory (SBN 168076) |
| 2 | Jaclyn C. Fink (SBN 217913) |
| | HOWREY LLP |
| 3 | 525 Market Street, Suite 3600 |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 848-4900 |
| | Facsimile: (415) 848-4999 |
| 5 | |
| 6 | Attorneys for Plaintiff SYNOPSYS, INC. and for Defendants AEROFLEX INCORPORATED, |
| 7 | AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX |
| 8 | GRAPHICS, INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC. and AEROFLEX |
| 9 | COLORADO SPRINGS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | |
| AEROFLEX INCORPORATED, et al., | **ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (L.R. 7-11 and 79-5)** |
| Defendants. | |
| | Judge: Hon. Martin J. Jenkins |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS
UNDER SEAL
DM_US\8392095.v1

Pursuant to Civil L.R. 7-11, Plaintiff Synopsys, Inc. and Defendants Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") hereby bring this administrative motion for an order to file under seal, and request permission to file under seal the following document lodged with the Clerk of the Court:

1) DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE 56-2(b) (with Exhibits)

This request is made pursuant to Civil L.R. 79-5 and the Stipulated Protective Order in this action. The above documents include and refer to materials produced in discovery and designated confidential by Synopsys and the Customer Defendants because they contain confidential business information of Synopsys, the Customer Defendants, and third parties. Public dissemination of this information could cause Synopsys, the Customer Defendants, or third parties competitive harm. This request is supported by the accompanying declaration of Denise De Mory.

The Customer Defendant respectfully requests this Court to grant an order permitting the above documents to be filed under seal.

Dated: September 25, 2006                     Respectfully submitted,

By: _____*/s/Denise M. De Mory*_____
Denise M. De Mory
Attorneys for Plaintiff SYNOPSYS and Defendants AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS, INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC. and AEROFLEX COLORADO SPRINGS, INC.

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8392095.v1

1