1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                  SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14 RICOH COMPANY, LTD., | Case No. C03-04669 MJJ (EMC) |
| 15      Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| 16    vs. | |
| 17 AEROFLEX INCORPORATED, et al., | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (Civil L.R. 7-11 and 79-5)** |
| 18      Defendants. | |
| 19 | Judge: Hon. Martin J. Jenkins |
| 20 SYNOPSYS, INC., | |
| 21      Plaintiff, | |
| 22    vs. | |
| 23 RICOH COMPANY, LTD., | |
| 24      Defendant. | |

25
26
27
28

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8392105.v1

1  Pursuant to Civil L.R. 7-11, plaintiff Synopsys, Inc. and defendants Aeroflex Incorporated,
2  Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox
3  Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on
4  September 8, 2006 have filed an Administrative Motion for a Sealing Order pursuant to Civil Local
5  Rules 7-1 and 79-5, and request to file under seal, the following documents:

6      1)    DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE
7  56-2(b) (with Exhibits).

8      Because the above documents includes nonpublic business information of Synopsys, the
9  Customer Defendants, or third parties,
10     the Court hereby GRANTS this request.
11     IT IS SO ORDERED
12 Dated: _____

                Hon. Martin J. Jenkins
13            Judge of the United States District Court

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL

1

DM_US\8392105.v1