Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
2101 L Street, NW
Washington, DC  20006-5403
Phone (202) 420-2200
Fax (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 277-6500
Fax (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>         Plaintiff,<br><br>    vs.<br><br>AEROFLEX ET AL,<br><br>         Defendants.<br><hr>SYNOPSYS, INC.,<br><br>         Plaintiff,<br><br>    vs.<br><br>RICOH COMPANY, LTD.,<br><br>         Defendant. | **CASE NO. CV 03-4669 MJJ (EMC)**<br>**CASE NO. CV 03-2289 MJJ (EMC)**<br><br>**MANUAL FILING NOTIFICATION** |

1  Regarding: THE CONFIDENTIAL VERSION OF RICOH'S OPPOSITION TO
2  DEFENDANTS' MOTION FOR RULE 11 SANCTIONS; AND EXHIBITS 4-6 AND 8-9 TO THE
3  DECLARATION OF DEANNA ALLEN IN SUPPORT OF RICOH'S OPPOSITION TO
4  DEFENDANTS' MOTION FOR RULE 11 SANCTIONS.

5  This filing is in paper or physical form only.  If you are a participant in this case, this filing will
6  be served shortly.  For information on retrieving this filing directly from the court, please see the court's
7  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
8  This filing was not e-filed for the following reason(s):
9  [_] Voluminous Document (PDF file size larger than the e-filing system allows)
10 [_] Unable to Scan Documents
11 [_] Physical Object (description): _____
12 _____
13 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
14 [X] Item Under Seal
15 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
16 [_] Other (description): _____
17
18 Dated: September 26, 2006            Respectfully submitted,

    Kenneth W. Brothers
    Gary M. Hoffman
    DeAnna Allen
    Dickstein Shapiro LLP

    Jeffrey B. Demain
    Jonathan Weissglass
    Altshuler, Berzon, Nussbaum, Rubin & Demain


    By:_____/s/_____
         DeAnna Allen

    Attorneys for Ricoh Company, Ltd.

CASE NOS. CV 03-4669 MJJ (EMC) AND CV 03-2289 MJJ (EMC)
MANUAL FILING NOTIFICATION

2127237.01