Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
2101 L Street, NW
Washington, DC 20006-5403
Phone (202) 420-2200
Fax (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York 10036-2714
Phone (212) 277-6500
Fax (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California 94108
Phone (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>        Plaintiff,<br><br>  vs.<br><br>AEROFLEX ET AL,<br><br>        Defendants.<br><br>SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>  vs.<br><br>RICOH COMPANY, LTD.,<br><br>        Defendant. | **CASE NO. CV 03-4669 MJJ (EMC)**<br><br>**CASE NO. CV 03-2289 MJJ (EMC)**<br><br>**ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**<br>**(Civil L.R. 79-5(d))**<br><br>**Judge: Martin J. Jenkins** |

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 1
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2127201.01

1  Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative motion for an order to file under seal the following documents:

    1.  THE CONFIDENTIAL VERSION OF RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS; AND

    2.  EXHIBITS 4-6 AND 8-9 TO THE DECLARATION OF DEANNA ALLEN IN SUPPORT OF RICOH'S OPPOSITION TO DEFENDANTS' MOTION FOR RULE 11 SANCTIONS.

Because the above documents contain and refer to confidential information; this request is made pursuant to the Stipulated Protective Order in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.


Dated: _____                    _____

                                        The Honorable Judge Martin J. Jenkins