1 Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
2 Jaclyn C. Fink (SBN 217913)
HOWREY LLP
3 525 Market Street, Suite 3600
San Francisco, California 94105
4 Telephone: (415) 848-4900
Facsimile: (415) 848-4999
5
6 Attorneys for Plaintiff Synopsys and Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX
7 ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH,
8 INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. <br><br> Defendants. | Case No. C03-4669 MJJ (EMC) <br><br> Case No. C03-2289 MJJ (EMC) <br><br> ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL <br> (Civil L.R. 79-5(d)) <br><br> Judge: Hon. Edward M. Chen |
| SYNOPSYS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> RICOH COMPANY, LTD., <br><br> Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8357022.v1

1  Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this
2  administrative motion for an order to file under seal the following documents being lodged with the
3  Clerk of the Court on October 2, 2006:

4  1.  Exhibits 4-6 to the parties' joint letter to Judge Chen re: Kobayashi deposition
5  (documents bates labeled KBSC 2649-2881).

6  2.  Exhibits 7-8 to the parties' joint letter to Judge Chen re: Kobayashi deposition (videos
7  bates labeled KBSC 2882-83).

8  The only allegedly confidential information attached to or contained within these documents is
9  information designated as such by Ricoh Company, Ltd. ("Ricoh").  Thus, pursuant to Civil L.R. 79-
10 5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is
11 sealable and (ii) a proposed order.

12 Dated:  October 2, 2006                           Respectfully submitted,

13                                                  HOWREY LLP

14 By:                                              ___/s/*Denise M. De Mory*___
                                                    Denise M. De Mory
15                                                  Attorneys for Plaintiff SYNOPSYS, INC. and
                                                    for Defendants AEROFLEX
16                                                  INCORPORATED, AEROFLEX COLORADO
                                                    SPRINGS, INC., AMI SEMICONDUCTOR,
17                                                  INC., MATROX ELECTRONIC SYSTEMS,
                                                    LTD., MATROX GRAPHICS, INC.,
18                                                  MATROX INTERNATIONAL CORP., and
                                                    MATROX TECH, INC.

**HOWREY LLP**

-1-

Case No.  C03-4669 MJJ (EMC) /Case No.  C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL

DM_US\8357022v.1