Teresa M. Corbin (SBN 132360)
Denise M. De Mory (SBN 168076)
Jaclyn C. Fink (SBN 217913)
HOWREY LLP
525 Market Street, Suite 3600
San Francisco, California 94105
Telephone: (415) 848-4900
Facsimile: (415) 848-4999

Attorneys for Plaintiff SYNOPSYS, INC.
and for Defendants AEROFLEX INCORPORATED,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS, INC., MATROX INTERNATIONAL
CORP., MATROX TECH, INC. and AEROFLEX
COLORADO SPRINGS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>    Plaintiff,<br><br>    vs.<br><br>AEROFLEX INCORPORATED, et al.,<br><br>    Defendants.<br><br>SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>RICOH COMPANY, LTD.,<br><br>    Defendant. | Case No. C03-04669 MJJ (EMC)<br><br>Case No. C03-2289 MJJ (EMC)<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL (Civil L.R. 7-11 and 79-5)**<br><br>Judge: Hon. Martin J. Jenkins |

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8394982.v1

1  Pursuant to Civil L.R. 7-11, plaintiff Synopsys, Inc. and defendants Aeroflex Incorporated,
2  Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox
3  Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on
4  October 2, 2006 have filed an Administrative Motion for a Sealing Order pursuant to Civil Local Rules
5  7-1 and 79-5, and request to file under seal, the following documents:
6      1)    Exhibits 4-6 to the parties' joint letter to Judge Chen re: Kobayashi deposition
7  (documents bates labeled KBSC 2649-2881).
8      2)    Exhibits 7-8 to the parties' joint letter to Judge Chen re: Kobayashi deposition (video
9  bates labeled KBSC 2882-83).
10  Because the above documents includes nonpublic business information of Synopsys, the
11  Customer Defendants, or third parties,
12      the Court hereby GRANTS this request.
13      IT IS SO ORDERED
14  Dated: _____      _____
15                                            Hon. Edward M. Chen
                                          United States Magistrate Judge

HOWREY LLP

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL

1

DM_US\8394982.v1