1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff Synopsys and Defendants AEROFLEX
6  INCORPORATED, AEROFLEX COLORADO SPRINGS,
   INC., AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC.,
   MATROX INTERNATIONAL CORP., and MATROX TECH,
8  INC.

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13 RICOH COMPANY, LTD.,                    Case No. C03-4669 MJJ (EMC)

14         Plaintiff,                      Case No. C03-2289 MJJ (EMC)

15      vs.                                NOTICE OF MANUAL FILING OF EXHIBITS
                                           4-6 TO THE PARTIES' JOINT LETTER TO
16 AEROFLEX INCORPORATED, AMI              JUDGE CHEN RE: KOBAYASHI
   SEMICONDUCTOR, INC., MATROX             DEPOSITION (DOCUMENTS BATES
17 ELECTRONIC SYSTEMS LTD., MATROX         LABELED KBSC2649-2881) AND 7-8 TO
   GRAPHICS INC., MATROX                   JOINT LETTER TO JUDGE CHEN RE:
18 INTERNATIONAL CORP., MATROX TECH,       KOBAYASHI DEPOSITION (VIDEOS BATES
   INC., AND AEROFLEX COLORADO             LABELED KBSC 2882-83)
19 SPRINGS, INC.
                                           Judge: Hon. Martin J. Jenkins
20         Defendants.

21                          **MANUAL FILING NOTIFICATION**

22 Regarding:  EXHIBITS 4-6 TO THE PARTIES' JOINT LETTER TO JUDGE CHEN RE:
               KOBAYASHI DEPOSITION (DOCUMENTS BATES LABELED KBSC2649-2881)
23             AND 7-8 TO JOINT LETTER TO JUDGE CHEN RE: KOBAYASHI DEPOSITION
               (VIDEOS BATES LABELED KBSC 2882-83)
24
   This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's
25 office.

26 If you are a participant in this case, this filing will be served in hard-copy shortly.

27 For information on retrieving this filing directly from the court, please see the court's main web site at
   http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
28

HOWREY LLP

DM_US\8394980.v1

1 | This filing was not efiled for the following reason(s):

2 | \_\_\_\_ Voluminous Document (PDF file size larger than efiling system allowance).

3 | \_\_\_\_ Unable to Scan Documents.

4 | \_\_\_\_ Physical Object (description): _____ .

5 | \_\_\_\_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media.

6 | \_X\_ Item Under Seal.

7 | \_\_\_\_ Conformance with the Judicial Conference Privacy Policy (General Order 53).

8 | \_\_\_\_ Other (description): _____ .

Respectfully submitted,

HOWREY LLP

By:  */s/ Denise M. De Mory*
Denise M. De Mory
Attorneys for Plaintiff Synopsys and
Defendants AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS, INC.,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS INC., MATROX
INTERNATIONAL CORP., and
MATROX TECH, INC.

**HOWREY LLP**

-2-

DM_US\8394980.v1