1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Defendants AEROFLEX INCORPORATED,
6  AEROFLEX COLORADO SPRINGS, INC., AMI
   SEMICONDUCTOR, INC., MATROX ELECTRONIC
7  SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX
   INTERNATIONAL CORP., and MATROX TECH, INC.
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

| | |
|---|---|
| 12  RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
| 13          Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| 14          vs. | DECLARATION OF JACLYN C. FINK IN SUPPORT OF MOTION FOR RULE 11 SANCTIONS AGAINST RICOH FOR ASSERTING FRIVOLOUS CLAIMS |
| 15  AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | |
| | Date:        October 17, 2006<br>Time:       9:30 a.m.<br>Courtroom: 11, 19th Floor<br>Judge:      Hon. Martin J. Jenkins |
| 19          Defendants. | |
| 20  SYNOPSYS, INC., | |
| 21          Plaintiff, | |
| 22          vs. | |
| 23  RICOH COMPANY, LTD., | |
| 24          Defendant. | |

25
26
27
28

**HOWREY LLP**

Case No. C03-4669 MJJ (EMC)
Case No. C03-2289-MJJ (EMC)
DECLARATION OF JACLYN C. FINK

DM_US\8395538.v1

1  I, JACLYN C. FINK, declare as follows:

2  1. I am an attorney associated with the law firm of Howrey LLP, counsel of record for
3  Synopsys, Inc., Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc.,
4  Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech,
5  Inc.  I have personal knowledge of the facts set forth in this Declaration and, if called upon to do so, I
6  could and would testify competently to the matters set forth in this declaration.

7  2. Attached hereto as Exhibit 1 is a true and correct copy of Exhibit 3 from the deposition
8  of Dr. Papaefthymiou, an August 12, 2005 invoice.  [FILED UNDER SEAL.]

9  3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit 4 from the deposition
10 of Dr. Papaefthymiou, a September 19, 2005 invoice.  [FILED UNDER SEAL.]

11 4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit 5 from the deposition
12 of Dr. Papaefthymiou, an October 10, 2005 invoice.  [FILED UNDER SEAL.]

13 5. Attached hereto as Exhibit 4 is a true and correct copy of Exhibit 6 from the deposition
14 of Dr. Papaefthymiou, a November 22, 2005 invoice.  [FILED UNDER SEAL.]

15 6. Attached hereto as Exhibit 5 is a true and correct copy of Exhibit 7 from the deposition
16 of Dr. Papaefthymiou, a July 3, 2006 invoice.  [FILED UNDER SEAL.]

18 I declare under penalty of perjury under the laws of the United States of America that the
19 foregoing is true and correct.

20 This declaration was executed at San Francisco, California on October 3, 2006.

22                                              /s/ Jaclyn C. Fink
                                                 Jaclyn C. Fink

**HOWREY LLP**

Case No.  C03-4669 MJJ (EMC)
Case No.  C03-2289-MJJ (EMC)
DECLARATION OF JACLYN C. FINK
DM_US\8395538.v1

-1-

1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff Synopsys and Defendants AEROFLEX
6  INCORPORATED, AEROFLEX COLORADO SPRINGS,
   INC., AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC.,
   MATROX INTERNATIONAL CORP., and MATROX TECH,
8  INC.

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN FRANCISCO DIVISION
12

13 | RICOH COMPANY, LTD.,                       | Case No. C03-4669 MJJ (EMC)
14 |                  Plaintiff,                 | Case No. C03-2289 MJJ (EMC)
15 |        vs.                                  | NOTICE OF MANUAL FILING OF EXHIBITS 1-5 TO DECLARATION OF JACLYN C. FINK
16 | AEROFLEX INCORPORATED, AMI                  | IN SUPPORT OF MOTION FOR RULE 11
   | SEMICONDUCTOR, INC., MATROX                 | SANCTIONS AGAINST RICOH FOR
   | ELECTRONIC SYSTEMS LTD., MATROX             | ASSERTING FRIVOLOUS CLAIMS
17 | GRAPHICS INC., MATROX
   | INTERNATIONAL CORP., MATROX TECH,           | Judge: Hon. Martin J. Jenkins
18 | INC., AND AEROFLEX COLORADO
   | SPRINGS, INC.
19
   |                  Defendants.
20

21                    **MANUAL FILING NOTIFICATION**

22  Regarding:    EXHIBITS 1-5 TO DECLARATION OF JACLYN C. FINK IN SUPPORT OF
                  MOTION FOR RULE 11 SANCTIONS AGAINST RICOH FOR ASSERTING
23                FRIVOLOUS CLAIMS

24  This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.
25
    If you are a participant in this case, this filing will be served in hard-copy shortly.
26
    For information on retrieving this filing directly from the court, please see the court's main web site at
27  http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

28  This filing was not efiled for the following reason(s):

HOWREY LLP

DM_US\8395543.v1

| | | |
|---|---|---|
| 1 | ____ | Voluminous Document (PDF file size larger than efiling system allowance). |
| 2 | ____ | Unable to Scan Documents. |
| 3 | ____ | Physical Object (description): _____. |
| 4 | ____ | Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media. |
| 5 | _X_ | Item Under Seal. |
| 6 | ____ | Conformance with the Judicial Conference Privacy Policy (General Order 53). |
| 7 | ____ | Other (description): _____. |

Respectfully submitted,

HOWREY LLP

By:  */s/ Jaclyn C. Fink*
    Jaclyn C. Fink
Attorneys for Plaintiff Synopsys and
Defendants AEROFLEX INCORPORATED,
AEROFLEX COLORADO SPRINGS, INC.,
AMI SEMICONDUCTOR, INC., MATROX
ELECTRONIC SYSTEMS, LTD., MATROX
GRAPHICS INC., MATROX
INTERNATIONAL CORP., and
MATROX TECH, INC.

**HOWREY LLP**

-2-

DM_US\8395543.v1