1 | Teresa M. Corbin (SBN 132360)
  | Denise M. De Mory (SBN 168076)
2 | Jaclyn C. Fink (SBN 217913)
  | HOWREY LLP
3 | 525 Market Street, Suite 3600
  | San Francisco, California 94105
4 | Telephone: (415) 848-4900
  | Facsimile: (415) 848-4999
5 |
6 | Attorneys for Plaintiff Synopsys and Defendants AEROFLEX INCORPORATED, AEROFLEX COLORADO SPRINGS, INC., AMI SEMICONDUCTOR, INC., MATROX
7 | ELECTRONIC SYSTEMS, LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., and MATROX TECH,
8 | INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| RICOH COMPANY, LTD., | Case No. C03-4669 MJJ (EMC) |
|---|---|
| Plaintiff, | Case No. C03-2289 MJJ (EMC) |
| vs. | ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL |
| AEROFLEX INCORPORATED, AMI SEMICONDUCTOR, INC., MATROX ELECTRONIC SYSTEMS LTD., MATROX GRAPHICS INC., MATROX INTERNATIONAL CORP., MATROX TECH, INC., AND AEROFLEX COLORADO SPRINGS, INC. | (Civil L.R. 79-5(d))<br><br>Judge: Hon. Martin J. Jenkins |
| Defendants. | |
| SYNOPSYS, INC., | |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

HOWREY LLP

Case No. C03-4669 MJJ (EMC) /Case No. C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8395540.v1

1    Pursuant to Civil L.R. 7-11, Synopsys and the Customer Defendants hereby bring this
2  administrative motion for an order to file under seal the following documents being lodged with the
3  Clerk of the Court on October 3, 2006:

4      1.    Reply In Support Of Motion For Rule 11 Sanctions Against Ricoh For Asserting
5  Frivolous Claims.

6      2.    Exhibits 1-5 to the Declaration Of Jaclyn C. Fink In Support Of Motion For Rule 11
7  Sanctions Against Ricoh For Asserting Frivolous Claims.

8      The only allegedly confidential information attached to or contained within these documents is
9  information designated as such by Ricoh Company, Ltd. ("Ricoh").  Thus, pursuant to Civil L.R. 79-
10 5(d), Ricoh is to file, within five court days, (i) a declaration establishing that the above information is
11 sealable and (ii) a proposed order.

13 Dated:  October 3, 2006                        Respectfully submitted,

                                                 HOWREY LLP

                                                   /s/*Jaclyn C. Fink*
                                                        Jaclyn C. Fink
                                                 Attorneys for Plaintiff SYNOPSYS, INC. and
                                                 for Defendants AEROFLEX
                                                 INCORPORATED, AEROFLEX COLORADO
                                                 SPRINGS, INC., AMI SEMICONDUCTOR,
                                                 INC., MATROX ELECTRONIC SYSTEMS,
                                                 LTD., MATROX GRAPHICS, INC.,
                                                 MATROX INTERNATIONAL CORP., and
                                                 MATROX TECH, INC.

**HOWREY LLP**

Case No.  C03-4669 MJJ (EMC) /Case No.  C03-2289-MJJ (EMC)
ADMINISTRATIVE MOTION FOR ORDER PLACING
DOCUMENTS UNDER SEAL
DM_US\8395540.v1

-1-