Gary M. Hoffman (*Pro Hac Vice*)
Kenneth W. Brothers (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC  20006-5403
Phone (202) 420-2200
Fax (202) 420-2201

Edward A. Meilman (*Pro Hac Vice*)
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036-2714
Phone (212) 277-6500
Fax (212) 277-6501

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, California  94108
Phone  (415) 421-7151
Fax (415) 362-8064

Attorneys for Ricoh Company, Ltd.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>   Plaintiff,<br><br> vs.<br><br>AEROFLEX ET AL,<br><br>   Defendants.<br>——————————————————<br>SYNOPSYS, INC.,<br><br>   Plaintiff,<br><br> vs.<br><br>RICOH COMPANY, LTD.,<br><br>   Defendant. | **CASE NO. CV 03-4669 MJJ (EMC)**<br>**CASE NO. CV 03-2289 MJJ (EMC)**<br><br>**MANUAL FILING NOTIFICATION** |

1  Regarding: **Exhibits A-C and E-F** to the Declaration of Kenneth Brothers in Support of Ricoh's
2  Response to Synopsys, Inc.'s and Defendants' Declaration of Denise M. De Mory Pursuant to Civil
3  Local Rule 56-2(b).

4  This filing is in paper or physical form only.  If you are a participant in this case, this filing will
5  be served shortly.  For information on retrieving this filing directly from the court, please see the court's
6  main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
7  This filing was not e-filed for the following reason(s):
8  [_] Voluminous Document (PDF file size larger than the e-filing system allows)
9  [_] Unable to Scan Documents
10 [_] Physical Object (description): _____
11 _____
12 [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media
13 [X] Item Under Seal
14 [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).
15 [_] Other (description): _____

16 Dated: October 10, 2006                    Respectfully submitted,

KENNETH W. BROTHERS
GARY M. HOFFMAN
EDWARD A. MEILMAN
Dickstein Shapiro LLP

JEFFREY B. DEMAIN
JONATHAN WEISSGLASS
Altshuler, Berzon, Nussbaum, Rubin & Demain


By:_____/s/_____
    Kenneth W. Brothers

Attorneys for Ricoh Company, Ltd.

CASE NOS. CV 03-4669 MJJ (EMC) AND CV 03-2289 MJJ (EMC)
MANUAL FILING NOTIFICATION

2042546.01