1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   1825 Eye Street, NW
3  Washington, DC  20006-5403
   Phone (202) 420-2200
4  Fax (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Phone (212) 277-6500
   Fax (212) 277-6501
8
   Jeffrey B. Demain, State Bar No. 126715
9  Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone  (415) 421-7151
   Fax (415) 362-8064
12
   Attorneys for Ricoh Company, Ltd.
13

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICOH COMPANY, LTD.,<br><br>             Plaintiff,<br><br>    vs.<br><br>AEROFLEX ET AL,<br><br>             Defendants.<br>_____<br><br>SYNOPSYS, INC.,<br><br>             Plaintiff,<br><br>    vs.<br><br>RICOH COMPANY, LTD.,<br><br>             Defendant. | **CASE NO. CV 03-4669 MJJ (EMC)**<br>**CASE NO. CV 03-2289 MJJ (EMC)**<br><br>**MANUAL FILING NOTIFICATION** |

Regarding: **Exhibits 1-3 and 6** to the Declaration of Kenneth Brothers in Support of Ricoh's Motion to File a Surreply in Opposition to Defendants' Motion for Rule 11 Sanctions and of Ricoh's [Proposed] Surreply.

This filing is in paper or physical form only. If you are a participant in this case, this filing will be served shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not e-filed for the following reason(s):

[_] Voluminous Document (PDF file size larger than the e-filing system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

     _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

Dated: October 10, 2006                    Respectfully submitted,

                                           KENNETH W. BROTHERS
                                           GARY M. HOFFMAN
                                           EDWARD A. MEILMAN
                                           Dickstein Shapiro LLP

                                           JEFFREY B. DEMAIN
                                           JONATHAN WEISSGLASS
                                           Altshuler, Berzon, Nussbaum, Rubin & Demain


                                           By:_____/s/_____
                                                Kenneth W. Brothers

                                           Attorneys for Ricoh Company, Ltd.