**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>RICOH CO., LTD.,<br><br>    Defendant.<br>_____/<br>RICOH CO., LTD.,<br><br>    Plaintiff,<br><br>    v.<br><br>AEROFLEX, et al.,<br><br>    Defendants.<br>_____/ | No. C-03-2289 MJJ (EMC)<br>No. C-03-4669 MJJ (EMC)<br><br>**ORDER GRANTING SYNOPSYS' AND CUSTOMER DEFENDANTS' ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL**<br><br>**(Docket No. 498 in No. C-03-2289; Docket No. 688 in No. C-03-4669)** |

      Synopsys and the Customer Defendants have filed a motion to file certain documents under seal, namely Exhibits 4-8 attached to the parties' joint letter of October 2, 2006, regarding the deposition of Dr. Kobayashi. Ricoh submitted a declaration on October 10, 2006, which sufficiently

///

///

///

///

///

establishes that the information is sealable. Accordingly, the motion to file under seal is hereby **GRANTED**.

IT IS SO ORDERED.

Dated: October 11, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge