1

2  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
3  DICKSTEIN SHAPIRO LLP
   2101 L Street, NW
4  Washington, DC  20006-5403
   Phone (202) 420-2200
5  Fax (202) 420-2201

6  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
7  1177 Avenue of the Americas
   New York, New York  10036-2714
8  Phone (212) 277-6500
   Fax (212) 277-6501
9
   Jeffrey B. Demain, State Bar No. 126715
10 Jonathan Weissglass, State Bar No. 185008
   ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
11 177 Post Street, Suite 300
   San Francisco, California  94108
12 Phone  (415) 421-7151
   Fax (415) 362-8064
13
   Attorneys for Ricoh Company, Ltd.

14

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICOH COMPANY, LTD., | |
| Plaintiff, | |
| vs. | **CASE NO. CV 03-4669 MJJ (EMC)** |
| AEROFLEX ET AL, | **CASE NO. CV 03-2289 MJJ (EMC)** |
| Defendants. | **ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL** AND ORDER |
| | **(Civil L.R. 7-11 and 79-5(d))** |
| SYNOPSYS, INC., | **Judge: Hon. Martin J. Jenkins** |
| Plaintiff, | |
| vs. | |
| RICOH COMPANY, LTD., | |
| Defendant. | |

CASE NOS. CV -03-2289-MJJ (EMC) / CV-03-4669-MJJ (EMC)   Page 1
ADMINISTRATIVE MOTION FOR AN ORDER PLACING DOCUMENTS UNDER SEAL

2130581.01

1 | Pursuant to Civil L.R. 7-11, Ricoh Company, Ltd. ("Ricoh") hereby brings this administrative motion for an order to file under seal the following documents:

1. **Exhibits 1-3 and 6** to the Declaration of Kenneth Brothers in Support of Ricoh's Motion to File a Surreply in Opposition to Defendants' Motion for Rule 11 Sanctions and of Ricoh's [Proposed] Surreply.

Because the above documents refer to materials produced in discovery and designated confidential, this request is made pursuant to the Stipulated Protective Order entered in this action.

The Court hereby GRANTS this request.

IT IS SO ORDERED.

Dated: __10/13/2006__                    _____
                                         The Honorable Martin J. Jenkins
                                         United States District Court Judge