1  Teresa M. Corbin (SBN 132360)
   Denise M. De Mory (SBN 168076)
2  Jaclyn C. Fink (SBN 217913)
   HOWREY LLP
3  525 Market Street, Suite 3600
   San Francisco, California 94105
4  Telephone: (415) 848-4900
   Facsimile: (415) 848-4999
5
   Attorneys for Plaintiff SYNOPSYS, INC.
6  and for Defendants AEROFLEX INCORPORATED,
   AMI SEMICONDUCTOR, INC., MATROX
7  ELECTRONIC SYSTEMS, LTD., MATROX
   GRAPHICS, INC., MATROX INTERNATIONAL
8  CORP., MATROX TECH, INC. and AEROFLEX
   COLORADO SPRINGS, INC.
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14 RICOH COMPANY, LTD.,                    Case No. C03-04669 MJJ (EMC)

15         Plaintiff,                      Case No. C03-2289 MJJ (EMC)

16     vs.

17 AEROFLEX INCORPORATED, et al.,          [PROPOSED] ORDER GRANTING
                                           ADMINISTRATIVE MOTION FOR
18         Defendants.                     PLACING DOCUMENTS UNDER SEAL
                                           (Civil L.R. 7-11 and 79-5)
19
                                           Judge: Hon. Martin J. Jenkins
20 SYNOPSYS, INC.,

21         Plaintiff,

22     vs.

23 RICOH COMPANY, LTD.,

24         Defendant.

25

26

27

28

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR PLACING DOCUMENTS UNDER SEAL
DM_US\8392105.v1

1     Pursuant to Civil L.R. 7-11, plaintiff Synopsys, Inc. and defendants Aeroflex Incorporated, Aeroflex Colorado Springs, Inc., AMI Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International Corp., and Matrox Tech, Inc. ("the Customer Defendants") on September 8, 2006 have filed an Administrative Motion for a Sealing Order pursuant to Civil Local Rules 7-1 and 79-5, and request to file under seal, the following documents:

    1)    DECLARATION OF DENISE M. DE MORY PURSUANT TO CIVIL LOCAL RULE 56-2(b) (with Exhibits).

    Because the above documents includes nonpublic business information of Synopsys, the Customer Defendants, or third parties,

    the Court hereby GRANTS this request.

IT IS SO ORDERED

Dated:  10/13/2006

                              Hon. Martin J. Jenkins
                              Judge of the United States District Court

**HOWREY LLP**

Case Nos. C03-4669 MJJ (EMC) and C03-2289 MJJ (EMC)
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR PLACING DOCUMENTS UNDER SEAL

1

DM_US\8392105.v1