UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br><br>    Plaintiff, <br><br>    v. <br><br>RICOH CO., LTD., <br><br>    Defendant. <br>_____/ <br>RICOH CO., LTD., <br><br>    Plaintiff, <br><br>    v. <br><br>AEROFLEX, *et al.*, <br><br>    Defendants. <br>_____/ | No. C-03-2289 MJJ (EMC) <br>No. C-03-4669 MJJ (EMC) <br><br>**ORDER RE RICOH'S LETTER OF OCTOBER 16, 2006** <br><br>**(Docket No. 522 in C-03-2289; Docket No. 713 in C-03-4669)** |

On October 16, 2006, Ricoh filed a letter asking for reconsideration or modification of the Court's order of October 4, 2006, which addressed the deposition of Dr. Kobayashi. Though Ricoh objects to the deposition, Dr. Kobayashi indicated he is available and willing to give a further deposition in the United States starting on November 13. Because Judge Jenkins has continued the trial to March 12, 2007, and Synopsys and Customer Defendants do not object, the Court hereby

///

///

///

**GRANTS** Ricoh's motion and orders that Dr. Kobayashi's deposition take place on November 13 and 14, 2006, in the United States.

    IT IS SO ORDERED.

Dated:  October 23, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge