UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>RICOH COMPANY, LTD.,<br><br>        Defendants.<br>_____/<br><br>RICOH COMPANY, LTD.,<br><br>        Plaintiff,<br><br>    v.<br><br>AEROFLEX INCORPORATED, ET AL.,<br><br>        Defendants.<br>_____/ | Case No. C-03-2289 MJJ (JCS) and<br>Case No. C-03-4669 MJJ (JCS)<br><br><br><br>**NOTICE AND ORDER CONTINUING**<br>**FURTHER SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the Further Settlement Conference previously scheduled for October 30, 2006, at 9:30 a.m., has been continued until **February 8, 2007, at 9:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Lead trial counsel shall appear at the Further Settlement Conference with the parties. In addition, Dr. de Geus, Mr. Cabrera, Mr. Nonaka, and Mr. Takiguchi shall also attend the conference.

**Each party shall prepare an updated Settlement Conference Statement, which must be lodged with Chambers no later than February 1, 2007.** The Statement should **not** be electronically filed, and need not be served on opposing counsel.

1   The parties shall notify Chambers immediately at (415) 522-3691 if this case settles prior to
2   the date set for the Further Settlement Conference. All other provisions of this Court's December 9,
3   2005 "Notice of Settlement Conference and Settlement Conference Order" remain in effect.
4   IT IS SO ORDERED.

6   Dated: October 26, 2006

                                                    _____
JOSEPH C. SPERO
United States Magistrate Judge