1  Gary M. Hoffman (*Pro Hac Vice*)
   Kenneth W. Brothers (*Pro Hac Vice*)
2  DICKSTEIN SHAPIRO LLP
   1825 Eye Street, NW
3  Washington, D.C.  20006-5403
   Telephone:  (202) 420-2200
4  Facsimile:  (202) 420-2201

5  Edward A. Meilman (*Pro Hac Vice*)
   DICKSTEIN SHAPIRO LLP
6  1177 Avenue of the Americas
   New York, New York  10036-2714
7  Telephone: (212) 277-6500
   Facsimile: (212) 277-6501
8
   Jeffrey B. Demain (SBN 126715)
9  Jonathan Weissglass (SBN 185008)
   ALTSHULER BERZON LLP
10 177 Post Street, Suite 300
   San Francisco, California  94108
11 Phone:  (415) 421-7151
   Fax:  (415) 362-8064
12
   Attorneys for Ricoh Company, Ltd.
13
                    UNITED STATES DISTRICT COURT
14
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
15

16 | RICOH COMPANY, LTD.,              ) | **Case No.  C-03-4669 MJJ**
17 |                                   ) |
   |            Plaintiff,             ) |
18 |                                   ) | **Case No.  C-03-2289 MJJ**
   |     vs.                           ) |
19 |                                   ) |
   | AEROFLEX INC., et al.,            ) |
20 |                                   ) | **NOTICE OF CHANGE OF FIRM NAME**
   |            Defendants.            ) |
21 |_____) |
   |                                   ) |
22 | SYNOPSYS, INC.,                   ) |
   |                                   ) |
23 |            Plaintiff,             ) |
   |                                   ) |
24 |     vs.                           ) |
   |                                   ) |
25 | RICOH COMPANY, LTD.,              ) |
   |                                   ) |
26 |            Defendant.             ) |
   |_____) |
27
28
              Case Nos. C03-4669 MJJ and C03-2289 MJJ  Page 1
                     NOTICE OF CHANGE OF FIRM NAME

1     TO THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that as of January 1, 2007, the law firm of ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN, counsel for Plaintiffs/Defendant in the above-entitled action, has changed its name to ALTSHULER BERZON LLP.  The firm's address, telephone and fax numbers will remain the same.

Dated: January 12, 2007                        Respectfully submitted,

                                            By:         /s
                                                Jonathan Weissglass

Jeffrey B. Demain, State Bar No. 126715
Jonathan Weissglass, State Bar No. 185008
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, California  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

Gary M. Hoffman
Kenneth W. Brothers
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
Facsimile: (202) 227-6501

Edward A. Meilman
DICKSTEIN SHAPIRO LLP
1177 Avenue of the Americas
New York, New York  10036
Telephone: (212) 277-6500
Facsimile: (212) 277-6501

Attorneys for Plaintiff/Defendant Ricoh Company, Ltd.