UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNOPSYS, INC., <br>        Plaintiff(s), <br>   v. <br> RICOH COMPANY, LTD, <br>        Defendant(s). <br> _____/ | No. C 03-02289 JW <br> Related Case No. C 03-04669 JW <br><br> CLERK'S NOTICE SETTING CASE <br> MANAGEMENT CONFERENCE |
| RICOH COMPANY, LTD, <br>        Plaintiff(s) <br>   v. <br> AREOFLEX, INC <br>        Defendant(s) <br> _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to case reassignment a Case Management Conference has been set before Judge James Ware **April 7, 2008 at 10:00 AM** in Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California.  The parties are to file a joint Case Management Conference statement by **March 28, 2008.**

Dated:  February 29, 2008

                                            FOR THE COURT, <br>
                                            Richard W. Wieking, Clerk

                                    by:        /s/ <br>
                                                  Elizabeth Garcia <br>
                                                  Courtroom Deputy