UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** 4/7/2008 | **Court Reporter:** Not Reported |
| **Case No.:** C-03-02289 JW | **Interpreter:** N/A |
| **Related Case No.:** | |

  C-03-04669 JW Ricoh Company, Ltd v. Aeroflex Inc et al

## TITLE

Synopsys Inc v Ricoh Company Ltd

**Attorney(s) for Plaintiff(s)**: Teresa Corbin (Synopsys)
**Attorney(s) for Defendant(s)**: Jeffrey Demain (Ricoh)

## PROCEEDINGS

Case Management Conference

## ORDER AFTER HEARING

The Case Management Conference held in chambers, off the record. The Court set the following scheduling dates:

1. Deadline for parties to file a supplemental case management conference due April 28, 2008.
2. Further Case Management Conference set for September 8, 2008 at 10:00 AM
   ** Joint Case Management Conference due ten days prior to conference **

The Court to issue further order following case management conference.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: