**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7        IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9        SAN JOSE DIVISION

10   Synopsys, Inc.,                                   NO. C 03-02289 JW
                                                       NO. C 03-04669 JW
11              Plaintiff,
         v.                                            **ORDER FOLLOWING CASE**
12                                                     **MANAGEMENT CONFERENCE**
     Ricoh Company, Ltd.,
13
                Defendant
14   ────────────────────────────────────────

15   Ricoh Company, Ltd.,

16              Third-Party Plaintiff,
         v.
17
     Aeroflex Inc., et al.,
18
                Third-Party Defendants.
19   ────────────────────────────────────────/

20        On April 7, 2008, the Court conducted a case management conference.  Counsel for the

21   respective parties were present.  At the case management conference, the parties represented that

22   U.S. Patent No. 4,922,432 (the "'432 Patent"), the key patent at issue in these related cases, remains

23   in reexamination at the United States Patent and Trademark Office ("PTO").  According to the

24   parties, a second, but non-final, office action issued by the examiner has canceled all of the '432

25   Patent's claims.  However, given the age of these cases, and the fact that they were recently

26   reassigned, the Court has determined that there is significant work that may be accomplished despite

27   the pending reexamination.  Therefore, the Court VACATES the order staying these related cases

28   and ORDERS as follows:

**United States District Court**
For the Northern District of California

1    (1)    The parties shall file cross-motions regarding: (a) whether the Court should adopt the

2            claim construction reached by the previously assigned district judge; (b) whether the

3            Court should reconsider any part of that construction; and (c) whether there are any

4            words or phrases that remain to be construed.  In light of the parties' representation

5            that the final office action should be issued by the PTO within the next four to six

6            months, the Court sets a hearing on the parties' cross-motions for **September 26,**

7            **2008 at 9 a.m.**  The parties shall noticed their cross-motions in accordance with the

8            Civil Local Rules of Court.

9    (2)    Following the hearing on the cross-motions, the Court will hold a further Case

10           Management Conference to discuss a schedule for the case.  The parties shall file a

11           Joint Case Management Statement updating the Court on the status of the

12           reexamination on or before **September 16, 2008.**

13    (3)    Based on the discussion with the parties, the Court finds that these related cases

14           should be consolidated into one action.  Since Case No. 03-2289 JW is the earlier

15           filed action, it shall be the lead case.  All future filings shall be filed in Case No. 03-

16           2289, and to avoid confusion, shall bear the caption: *In Re Ricoh Company Ltd.*

17           *Patent Litigation.*   In light of the consolidation, the Clerk shall administratively close

18           Case No. 03-4669 JW.

19

20    Dated:  April 16, 2008                _____

21                                      JAMES WARE
                                        United States District Judge

22

23

24

25

26

27

28                                       2

**United States District Court**

For the Northern District of California

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Brian A. E. Smith smithbrian@howrey.com
     Christopher L. Kelley kelleyc@howrey.com
3    DeAnna Dahlyce Allen allend@dsmo.com
     Denise M. De Mory demoryd@howrey.com
4    Eric  Oliver OLIVERE@DSMO.COM
     Erik Keith Moller invalidaddress@myrealbox.com
5    Ethan B. Andelman andelmane@howrey.com
     Gary M. Hoffman HoffmanG@dicksteinshapiro.com
6    Henry C. Su suh@howrey.com
     Jaclyn C. Fink finkj@howrey.com
7    Jeffrey B. Demain jdemain@altshulerberzon.com
     Jonathan David Weissglass jweissglass@altshulerberzon.com
8    Kenneth W. Brothers BrothersK@dicksteinshapiro.com
     Matthew  Greinert greinertm@howrey.com
9    Matthew E. Hocker hockerm@howrey.com
     Michael A. Weinstein weinsteinm@dicksteinshapiro.com
10   Teresa M. Corbin corbint@howrey.com
     Thomas C. Mavrakakis tmavrakakis@mac.com

11

12
     **Dated:  April 16, 2008**                              **Richard W. Wieking, Clerk**
13

14                                                           **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
15                                                                **Courtroom Deputy**

16

17

18

19

20

21

22

23

24

25

26

27

28